UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE C. FARLER,

               Plaintiff,

    v.

SNOHOMISH COUNTY PROSECUTING
ATTORNEY, SKAGIT COUNTY
PROSECUTING ATTORNEY, MARLENE
SPRAGUE, JUSTICE CLARK, DARLENE
ROSENQUIST, and DOES 1-10,

               Defendants.

CASE NO. **2:25-cv-01853-TL**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 30th day of September, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1