P126

**Final Order**

☐ **Dismissed** without prejudice because (*check one*):

    ☐ Protected Person's asked to terminate the order or did not appear at the hearing.

    ☐ All available methods of service have been attempted unsuccessfully or are not possible. Dismissal is over Protected Person's objection.

Any previously entered temporary order and any order to surrender weapons under this case number expires today, upon the signing of this order or at (*time*) _____.

(In caption above, *check ORDSM (dismissed)*)

☐ **Denied on the merits after a hearing.** The request for a full order is denied. Any previously entered temporary order under this case number expires today, upon the signing of this order or at (*time*) _____.

*Check one (see RCW 7.105.362)*:

    ☐ No *Order to Surrender Weapons* was issued under this case number. The case is dismissed.

    ☐ The court issues an *Order Extending Order to Surrender and Prohibit Weapons* (WS 400) extending the *Order to Prohibit and Surrender Weapons* until after the deadline for filing a motion for reconsideration or revision has passed and any timely filed motion has been resolved.

    ☐ Any previously entered *Order to Surrender Weapons* under this case number expires today, upon the signing of this order or at (*time*) _____ and the case is dismissed. It would be **manifestly unjust** to allow the order to remain in effect for the reconsideration or revision period because (*check all that apply*):

        ☐ The *Temporary Protection Order* was entirely without merit.

        ☐ Petitioner was engaged in abusive use of litigation.

        ☐ Petitioner was exerting coercive control over the Restrained Person.

        ☐ Other reason (*explain why it would be manifestly unjust*): _____

        _____

        _____

        _____

☐ **Denied.** The deadline for filing a motion for reconsideration or revision has passed. The Protected Person has either failed to file a motion or the motion has been denied. The *Order Extending the Order to Surrender and Prohibit Weapons* (WS 400) is terminated and the case is dismissed.

    ☐ Petition **denied and dismissed without a full hearing.**

    ☐ No amended petition was filed within 14 days after denial.

    ☐ Amended petition filed but still insufficient to set for full hearing.

☐ **Realignment** (*for domestic violence and harassment cases only*). The parties are switched so that the original Protected Person is now restrained and the original Restrained Person is now protected.

    ☐ The court will issue a new *Temporary Protection Order* so that:

    The Protected Person is: _____

Exh 20 P7

P127

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*): _____

6. ☐ **Service on Others** *(only required if a future hearing is scheduled):*

Service on the [ ] vulnerable adult ☐ adult's guardian/conservator ☐ restrained person's parent/s or legal guardian/s (*name/s*) _____ is:

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

☐ **Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) _____ (*check only one*): [ ] Sheriff's Office or [ ] Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

7. **Next Court Hearing**

☒ No further court hearings are scheduled in this case.

☐ The next court hearing is or will be scheduled by a separate order.

☐ The next court hearing is scheduled for the date at time listed on page 1.

The hearing scheduled on page 1 will be held:

## How to Attend Your Hearing

If you are not specifically ordered to appear in person (see below) or by other means as indicated below, you can choose to appear in-person, by phone (zoom) or video (zoom).

☐ **Appear In Person** – Please arrive at least 15 minutes prior to your hearing. Please review hearing date, time and location on page one of this order.

☐ **On-Line via Zoom: Links for Courtrooms 1C, 1D, 1E and DJJC3 can be found at:** snohomishcountywa.gov/5660/TelephonicRemote-Appearances)
**On-Line via Zoom: Links for Courtrooms 2F can be found at:** https://snohomishcountywa.gov/5889/Civil-Trial-Calendar

☐ **Remote by Phone (audio only) Phone 253-215-8782**

| | | |
|---|---|---|
| ⇒ Courtroom 1C | Zoom ID: 307 878 5917 | Password: 821291 |
| ⇒ Courtroom 1D | Zoom ID: 753 915 9763 | Password: 308792 |
| ⇒ Courtroom 1E | Zoom ID: 221 411 0318 | Password: 559533 |
| ⇒ Courtroom 2F | Zoom ID: 913 2627 2574 | Password: 372669 |
| ⇒ Courtroom DJJC3 | Zoom ID: 643 690 6771 | Password: 995624 |

Exh 20 P8

Pg-3

Summons #24-2-05702-31

P179

4.30 This entire statement is not true except for where I live and the time
it would take me to get there. I have NEVER pulled into the driveway.
I do not drive by, and the "snapshot" is not my car

4.32 From our Lawyer, correct.

4.41 Following the legal laws to remove you from the property.

4.42 You have been aware for months that we want you to leave. You have had
ample time to "figure" something out.

4. CAUSE OF ACTION

Your work record speaks for itself. Invasion of privacy: You put a lock
on the SHED DOOR (you call it your bedroom) and no one but you have the key?
Isolation: court-ordered. Skagit County.

WHEREFORE

4. Yes, please give US protection from Stephanie Farler.

IN CONCLUSION:

LET US NOT TAKE INTO CONSIDERATION. OUR STRESS. SLEEPLESS NIGHTS. TIME LOSS.
TRIPS TO THE COURTS. FORMS PAPERWORK. AND FINANCIAL BURDEN. Stephanie Farler
has placed on Marlene and myself. We only want what is legally ours.

Any further information requested by the courts I will gladly comply.

Respectfully,

Darlene Rosenquist

Darlene Rosenquist

EX 26 P9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

P 180

**Stephanie Far,**

Plaintiff,

v.

**Shomish County, et al.**

Case No: _____

---

EX: 27 A   **Fraudulent Legal Instruments and Coerced Signatures (Alan Sprague)**

**Date Range**: declaration signed in blank (2024), Quick Claim Deed executed and recorded (2024), Power of Attorney executed (prior to revocation on July 5, 2024)

**Subject**: Improper Title Transfer, Coercion, and Misuse of Power of Attorney by Defendant Marlene Sprague

**Document Summary**

This exhibit packet contains three critical documents central to Plaintiff's allegations of **fraudulent conveyance, coerced signature**, and **abuse of legal process**:

1. **Blank Declaration** signed by Alan Sprague at Marlene's direction  8/9/24
   - Alan was isolated with Marlene during a lunch outing in a public setting
   - Marlene asked him to sign the document without explanation, stating she would "fill it out later"
   - The declaration was later submitted to court falsely attributing statements that Alan did not author, review, or approve
2. **Quick Claim Deed** removing Alan from title  8/9/24
   - Executed and submitted by Marlene at the county recording office
   - Alan did not understand or consent to the title removal
   - Action followed direct service of legal papers from Plaintiff, indicating retaliatory motive
3. **Power of Attorney Document**  8/9/24
   - Signed by Alan while alone with Marlene, without full disclosure or understanding
   - Later used in unauthorized legal filings contrary to Alan's stated intent
   - This POA was formally revoked by Alan on **July 5, 2024** (see Exhibit [Revocation of POA])

**Legal Relevance**

These documents support claims under:

Ex 27 P1

- **RCW 64.04.010 and RCW 64.12.010** — Unauthorized conveyance and fraudulent property transfer
- **RCW 74.34.035** — Exploitation and undue influence over a vulnerable adult
- **42 U.S.C. § 1983 and § 1985** — Coordination between private and state actors to dispossess and isolate Plaintiff
- **RICO (18 U.S.C. § 1962)** — Predicate acts of fraud, forgery, and misuse of process to advance enterprise goals
- **State Tort Claims** — Abuse of process and intentional infliction of emotional distress

**Impact Statement**

Alan's lack of informed consent and repeated manipulation by Marlene directly contributed to:

- Removal of title interest
- Fabricated declarations used in ejectment proceedings
- Deprivation of both Plaintiff's and Alan's property rights
- Escalation of retaliatory filings against Plaintiff in civil court

P18|

I Stephanie farler declare under penalty
of perjury under the State of washington that
the attached documents are all true and
accurate documents from Shohomish Canty
Cavt matters all submitted by marlene
Sprague and darlene rosenquist.

_____ 4/17/2025
Stephanie farler (pro Se)
425 868-0129
farler 3030 @ gmail.com

EX.27 P2

# QUIT CLAIM DEED FOR WASHINGTON

STATE OF WASHINGTON
COUNTY OF WA

P182

THIS DEED is made this day of _August 09, 2024_____, by and between the "Grantors",

    Alan Keith Sprague , an unmarried individual residing at 4232  142ND AVE NE, LAKE STEVENS, Washington 98258

    Marlene Renee Sprague , an unmarried individual residing at 4232 142nd Ave NE , LAKE STEVENS, Washington 98258

AND the "Grantee,"

    Marlene Renee Sprague, an unmarried individual residing at 4232  142ND AVE NE, LAKE STEVENS, Washington 98258

FOR VALUABLE CONSIDERATION of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, Grantors hereby convey and quitclaim to Grantee and Grantee's heirs and assigns forever, all of Grantors' rights, titles, interests, and claims in or to the following described real estate (the **"Property"**), together with all hereditaments and appurtenances belonging thereto, located in WA county, Washington, subject to any restrictions herein:

Property Address: 4232  142ND AVE NE, LAKE STEVENS, Washington 98258

Legal description(s) attached separately. Happy Hill   DIV 2   BLK 000 D-00  Lot 1 and N30FT of LOT 2

Vesting Information / Property Interest: Grantee receives the Property in fee simple as the sole owner.

Parcel #: 0046 4400000100

               [SIGNATURE PAGE FOLLOWS]

Ex27 P3

**COVERSHEET**

1337807

P183

No. 13-471674  10/18/2024 9:22 AM  10.00
Thank you for your payment.
EVA

This Space Provided for Recorder's Use

When recorded, return to:
Marlene Renee Sprague
1805 Rainier Ave
Everett, Washington 98201

Document Titles: Quit Claim Deed for the State of Washington

Grantor(s):
Alan Keith Sprague

Marlene Renee Sprague

Grantee(s):
Marlene Renee Sprague

Legal description(s) attached separately. us  Happy Hills DIV 2  BLK000D-00
                                           Lot 1 and N30 FT oF LoT Z
Assessor's Property Tax Parcel or Account Number at the time of recording: 00▓▓▓▓▓▓▓▓▓

Reference Number(s) of Documents assigned or released:

_____

_____

EX27 P4

## Signatures

Grantors signed, sealed, and delivered this quit claim deed to Grantee on _08/09/2024_
(date).


Grantor (or authorized agent)

x/ _arafw_

Print Name: _Alan Sprague_


Grantor (or authorized agent)

x/ _~~signature~~_

Print Name: _Marlene R Sprague_


Ex 27 p 5

**NOTARY ACKNOWLEDGMENT**

WASHINGTON
COUNTY OF SNOHOMISH

On 8│9│24 before me, Cheryl Phelps , personally appeared **Marlene Renee Sprague** , personally known to me or proved on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Commission Expires: 02│04│2028

_Notary Public, Washington_

CHERYL PHELPS
Notary Public
State of Washington
Commission # 141459
My Comm. Expires Feb 4, 2028

Did not witness the signatures
Noterized AFTER at a diffrent
location. See Alan Spragues
Declaration.

EX 27 P6

## NOTARY ACKNOWLEDGMENT

**WASHINGTON**
**COUNTY OF SNOHOMISH**

On **08|09|24** before me, **Cheryl Phelps** , personally appeared **Alan Keith Sprague** , personally known to me or proved on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Commission Expires: **02|04|2028**

_Notary Public, Washington_

CHERYL PHELPS
Notary Public
State of Washington
Commission # 141459
My Comm. Expires Feb 4, 2028

*Same notery same Situation*
*Did not See*

EX 27 p 7

☐ Check box if partial sale, indicate % _____ sold.      List percentage of ownership acquired next to each name.

**1 Seller/Grantor**
Name _Alan K. Sprague, a u i_

Mailing address _4232  142nd Ave NE_
City/state/zip _Lake  Stevens  WA  98258_
Phone (including area code) _425  535-8742_

**2 Buyer/Grantee**
Name _Marlene R Sprague, a u i_

Mailing address _1805  Rainier Ave  Apt A_
City/state/zip _Everett,  WA  98201_
Phone (including area code) _425  263-6462_

**3** Send all property tax correspondence to: ☐ [Same as Buyer/Grantee]
Name _Marlene R Sprague_
Mailing address _1805  Rainier Ave Apt A_
City/state/zip _Everett  WA  98201_

List all real and personal property tax
parcel account numbers
_0046 44 0000 0100_

| | Personal property? | Assessed value(s) |
|---|---|---|
| | ☒ | _308. 400_ |
| | ☐ | |

**4** Street address of property _4332  142nd Ave NE  Lake Stevens WA 98258_
This property is located in _Snohomish  County_     (for unincorporated locations please select your county)
☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels are being merged.
Legal description of property (if you need more space, attach a separate sheet to each page of the affidavit.)
_Happy Hill  DIV 2  BLK 000 D-00  Lot 1 and  N 30 FT OF LOT 2_
_Situated in the County of Snohomish, State of WA._

**5** Land use code _118  Manufactured Home_
Enter any additional codes _(Owened Site)_
(see back of last page for instructions)

Was the seller receiving a property tax exemption or deferral
under RCW 84.36, 84.37, or 84.38 (nonprofit org., senior
citizen or disabled person, homeowner with limited income)? ☒ Yes ☐ No

Is this property predominately used for timber (as classified
under RCW 84.34 and 84.33) or agriculture (as classified under
RCW 84.34.020) and will continue in it's current use? If yes and
the transfer involves multiple parcels with different classifications,
complete the predominate use calculator (see instructions) ☐ Yes ☒ No

**6** Is this property designated as forest land per RCW 84.33? ☐ Yes ☒ No
Is this property classified as current use (open space, farm
and agricultural, or timber) land per RCW 84.34? ☐ Yes ☒ No
Is this property receiving special valuation as historical
property per RCW 84.26? ☐ Yes ☒ No

If any answers are yes, complete as instructed below.
**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land
or classification as current use (open space, farm and agriculture, or
timber) land, you must sign on (3) below. The county assessor must then
determine if the land transferred continues to qualify and will indicate
by signing below. If the land no longer qualifies or you do not wish to
continue the designation or classification, it will be removed and the
compensating or additional taxes will be due and payable by the seller
or transferor at the time of sale (RCW 84.33.140 or 84.34.108). Prior to
signing (3) below, you may contact your local county assessor for more
information.

This land: ☐ does    ☐ does not qualify for
continuance.

Deputy assessor signature          Date

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign
(3) below. If the new owner(s) doesn't wish to continue, all additional tax
calculated pursuant to RCW 84.26, shall be due and payable by the seller
or transferor at the time of sale.

          **(3) NEW OWNER(S) SIGNATURE**

Signature          Signature

Print name          Print name

**7** List all personal property (tangible and intangible) included in selling price. _MHTE # 20000731 0738_

If claiming an exemption, enter exemption code and reason for
exemption. *See dor.wa.gov/REET for exemption codes*
Exemption No. (sec/sub) _458 - 61 A - 201  (B3) ( 1 )_
Reason for exemption _No Gain  just taking (Brother)_
_Alan Sprague off deed (gift)_
Type of document _QC Deed_
Date of document _10/17/24_          _08/09/24_

Gross selling price _0_
*Personal property (deduct) _0_
Exemption claimed (deduct) _0_
Taxable selling price _0_
Excise tax: state
Less than $525,000.01 at 1.1%
From $525,000.01 to $1,525,000 at 1.28%
From $1,525,000.01 to $3,025,000 at 2.75%
Above $3,025,000 at 3%
Agricultural and timberland at 1.28%
Total excise tax: state
                                    Local
*Delinquent interest: state
                                    Local
*Delinquent penalty
Subtotal
*State technology fee _5.00_
Affidavit processing fee _5.00_
Total due _10.00_
A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8** I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Signature of grantor or agent _See power of attorney_
Name (print) _Alan Sprague_
Date & city of signing _10-17-24  Lake Stevens_

Signature of grantee or agent [signature]
Name (print) _Marlene R Sprague_
Date & city of signing _10-17-24  Everett_

Perjury in the second degree is a class C felony which is punishable by confinement in a state correctional institution for a maximum term of five years, or
by a fine in an amount fixed by the court of not more than $10,000, or by both such confinement and fine (RCW 9A.72.030 and RCW 9A.20.021(1)(c)).

To ask about the availability of this publication in an alternate format for the visually impaired, please call 360-705-6705. Teletype
(TTY) users may use the WA Relay Service by calling 711.

REV 84 0001a (05/03/24)          _1337807_

THIS SPACE TREASURER'S USE ONLY

COUNTY TREASURER
No. 13471874   10/18/2024 9:22 AM  10 00
Thank you for your payment.
EVA

EX 27 p8

This form must be submitted with the Real Estate Excise Tax Affidavit (FORM REV 84 0001A for deeded transfers and Form REV 84 0001B for controlling interest transfers) for claims of tax exemption as provided below. Completion of this form is required for the types of real property transfers listed in numbers 1-3 below. Only the first page of this form needs original signatures.

AUDIT: Information you provide on this form is subject to audit by the Department of Revenue. In the event of an audit, it is the taxpayers' responsibility to provide documentation to support the selling price or any exemption claimed. This documentation must be maintained for a minimum of four years from date of sale. (RCW 82.45.100) Failure to provide supporting documentation when requested may result in the assessment of tax, penalties, and interest. Any filing that is determined to be fraudulent will carry a 50% evasion penalty in addition to any other accrued penalties or interest when the tax is assessed.

Perjury in the second degree is a class C felony which is punishable by confinement in a state correctional institution for a maximum term of five years, or by a fine in an amount fixed by the court of not more than $10,000, or by both such confinement and fine (RCW 9A.72.030 and RCW 9A.20.021(1)(c)).

The persons signing below do hereby declare under penalty of perjury that the following is true (check appropriate statement):

1. ☐ DATE OF SALE: (WAC 458-61A-306(2))

I, (print name) _____, certify that the _____
(type of instrument), dated _____, was delivered to me in escrow by _____
(seller's name). NOTE: Agent named here must sign below and indicate name of firm. The payment of the tax is considered current if it is not more than 90 days beyond the date shown on the instrument. If it is past 90 days, interest and penalties apply to the date of the instrument.
Reasons held in escrow _____

_____                    _____
Signature                                            Firm Name

2. GIFTS: (WAC 458-61A-201) The gift of equity is non-taxable; however, any consideration received is not a gift and is taxable. The value exchanged or paid for equity plus the amount of debt equals the taxable amount. One of the boxes below must be checked. Grantor (seller) gifts equity valued at $ _508,400_ to grantee (buyer).
NOTE: Examples of different transfer types are provided on the back. This is to assist you with correctly completing this form and paying your tax.

"Consideration" means money or anything of value, either tangible (boats, motor homes, etc) or intangible, paid or delivered, or contracted to be paid or delivered, including performance of services, in return for the transfer of real property. The term includes the amount of any lien, mortgage, contract indebtedness, or other encumbrance, given to secure the purchase price, or any part thereof, or remaining unpaid on the property at the time of sale. "Consideration" includes the assumption of an underlying debt on the property by the buyer at the time of transfer.

   A. Gifts with consideration
      1. ☐ Grantor (seller) has made and will continue to make all payments after this transfer on the total debt of
         $_____ and has received from the grantee (buyer) $_____
         (include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.
      2. ☐ Grantee (buyer) will make payments on ____% of total debt; of $_____ for which grantor (seller) is liable and pay grantor (seller) $_____ (include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.
   B. Gifts without consideration
      1. ☒ There is no debt on the property; Grantor (seller) has not received any consideration towards equity. No tax is due.
      2. ☐ Grantor (seller) has made and will continue to make 100% of the payments on the total debt of $_____ and has not received any consideration towards equity. No tax is due.
      3. ☐ Grantee (buyer) has made and will continue to make 100% of the payments on total debt of $_____ and has not paid grantor (seller) any consideration towards equity. No tax is due.
      4. ☐ Grantor (seller) and grantee (buyer) have made and will continue to make payments from joint account on total debt before and after the transfer. Grantee (buyer) has not paid grantor (seller) any consideration towards equity. No tax is due.

Has there been or will there be a refinance of the debt? ☐ YES ☒ NO (If yes, please call 360-704-5905 to see if this transfer is taxable). If grantor (seller) was on title as co-signor only, please see WAC 458-61A-215 for exemption requirements.
The undersigned acknowledge this transaction may be subject to audit and have read the above information regarding record-keeping requirements and evasion penalties.
All Grantors (sellers) and Grantees (buyers) must sign below. Copies of this statement may be countersigned to accommodate multiple signatures.

Durable Power of attorney

_____  10-17-24      _____  10-17-24
Grantors' Signatures              Date           Grantees' Signatures               Date
Marlene Sprague                                  Marlene Sprague
Grantors' Names (print)                          Grantees' Names (print)

3. ☐ IRS "TAX DEFERRED" EXCHANGE (WAC 458-61A-213)

I, (print name) _____, certify that I am acting as an Exchange Facilitator in transferring real property to _____ pursuant to IRC Section 1031, and in accordance with WAC 458-61A-213. NOTE: Exchange Facilitator must sign below.

_____        _____        _____
Exchange Facilitator's Signature         Date           Exchange Facilitator's Name (print)

For ask about the availability of this publication in an alternate format for the visually impaired, please call 360-705-6705. Teletype (TTY) users may use the Washington Relay Service by calling 711.

REV 84 0002a (7/20/23)

COUNTY TREASURER

EX27-P9

Snohomish County
### Brian Sullivan, Treasurer

Receipt No. 13471874                    10/18/2024 9:22 AM

Account No. Excise No. 1337807
    Excise Fee                                    5.00
    Excise State Technology Fee                   5.00

Receipt Total                                         10.00

Thank you for your payment
EVA

EX 27 P10

Licensing and Recording Manag.

| Transaction # | 2563378 | Agent Code: PUB | | Source: _Counter |
|---|---|---|---|---|
| Receipt # | 576620 | Attention: | | Returned: _Counter |
| Cashier Date: | 10/18/2024 | Name: | PUBLIC | |
| Cashier: | SAUJIN | Address: | | |

QUIT CLAIM DEED
Inst. #: 202410180044
From: SPRAGUE ALAN KEITH

To: SPRAGUE MARLENE RENEE

GENERAL RECORDING FEE V4 01012024                    $307.50

Pages:      5

| PAYMENT: CASH | | AMOUNT TENDERED: | $310.00 | CHANGE: | $2.50 |
|---|---|---|---|---|---|

| Total Payments: | Total Fees: |
|---|---|
| $ 310.00 | $ 307.50 |

EX 27 P11

Washington

# Property Account Summary

10/28/2024

| Parcel Number | 00464400000100 | Property Address | 4232 142ND AVE NE , LAKE STEVENS, WA 98258-9758 |
|---|---|---|---|

## General Information

| | |
|---|---|
| Property Description | HAPPY HILL DIV 2 BLK 000 D-00 - LOT 1 & N 30 FT OF LOT 2 |
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 03162 |

## Property Characteristics

| | |
|---|---|
| Use Code | 118 Manufactured Home (Owned Site) |
| Unit of Measure | Acre(s) |
| Size (gross) | 0.54 |

## Parties

| Role | | Percent | Name | Address |
|---|---|---|---|---|
| Taxpayer | | 100 | SPRAGUE MARLENE R | 1805 RAINIER AVE APT A, EVERETT, WA 98201 |
| Owner | | 100 | SPRAGUE MARLENE RENEE | 1805 RAINIER AVE APT A, EVERETT, WA 98201 |

## Related Properties

No Related Properties Found

## Property Values

| Value Type | Tax Year 2024 | Tax Year 2023 | Tax Year 2022 | Tax Year 2021 | Tax Year 2020 |
|---|---|---|---|---|---|
| Taxable Value Regular | $215,880 | $247,380 | $239,500 | $208,700 | $196,400 |
| Exemption Amount Regular | $92,520 | $106,020 | | | |
| Market Total | $308,400 | $353,400 | $239,500 | $208,700 | $196,400 |
| Assessed Value | $308,400 | $353,400 | $239,500 | $208,700 | $196,400 |
| Market Land | $260,000 | $305,000 | $203,000 | $166,000 | $161,000 |
| Market Improvement | $48,400 | $48,400 | $36,500 | $42,700 | $35,400 |
| Personal Property | | | | | |

## Active Exemptions

Senior/Disabled Level A

## Events

| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 08/09/2024 | 10/24/2024 14:01:00 | Recording No. Changed | Property Transfer Filing No.: 1337807, Quit Claim Deed, new Recording No.: 202410217001 08/09/2024 by sasaml |

EX 27 P12

# Exhibit 27 b

**Stephanie Farler v. Snohomish County et al.** United States District Court – Western District of Washington

## ☐ Date of Incident: August 9, 2024

### Title: Coercion and Document Manipulation Involving Alan Sprague

### 🔍 Summary of Contents

This exhibit documents a coercive incident involving Alan Sprague, in which Marlene Sprague isolated him and pressured him into signing multiple legal documents—including a new power of attorney and a quitclaim deed—under suspicious and manipulative circumstances.

Key irregularities include:

- Witness signatures on the power of attorney were dated on two separate days, not matching the document's stated execution date
- The notary stamp used was from the same notary who has consistently notarized Marlene's filings during the alleged harassment period
- Alan was made to sign a blank declaration, which Marlene later filled in using a computer and submitted as if it were his own words
- Alan expressed confusion about the documents but was pressured to sign them in a public location, away from any advocates or protective parties

### ⚖️ Legal Relevance

This exhibit supports claims of:

- **Fraudulent inducement and coercion**
- **Abuse of vulnerable adults under RCW 74.34**
- **Forgery and misrepresentation in court filings**
- **RICO predicate acts involving document fraud and manipulation**
- **Violation of Alan Sprague's autonomy and due process rights**

### Cross-Referenced Exhibits

- **Exhibit 15** – First Power of Attorney (Dec 29, 2023)
- **Exhibit 24** – Revocation of Power of Attorney by Alan Sprague
- **Exhibit 31** – Justice Clark's anti-harassment petition referencing threats and coercion

*Exhibit 13 CD pack -supplamental reply confirming marlenes actions
(her own words) 10/28/24
• Exhibit 40 -Family recording transcript 11/22/24
Exhibit 42 VAPO (Retaliation) 12/5/24

EX27b P1

*my copy*    *8/9/24*

## NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS ATTORNEY-IN-FACT

IMPORTANT INFORMATION FOR THE AGENT:

You may not transfer Principal's property to yourself without full and adequate consideration or accept a gift of Principal's property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of Principal's property. If you transfer Principal's property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If Principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may also be sued in civil court.

You must stop acting on behalf of Principal if you learn of any event that terminates this Power of Attorney or your authority under this Power of Attorney; for example, the death of Principal; Principal's revocation of this Power of Attorney or your authority; or, if you are married to Principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this Power of Attorney state that such an action will not terminate your authority.

**If there is anything about this document or your duties that you do not understand, you should seek legal advice.**

I have read the foregoing notice, and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as Agent (Attorney-in-Fact) under the terms of this Power of Attorney.

By acting or agreeing to act as Agent (also known as Attorney-in-Fact) under this Power of Attorney, you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include the following:

1. The legal duty to act solely in the interest of Principal and to avoid conflicts of interest.

2. The legal duty to keep Principal's property separate and distinct from any other property owned or controlled by you.

## ACCEPTANCE BY AGENT

*EX27b P2*

Name: Marlene Renee Sprague

# Instructions for Your Durable Power of Attorney

In our power of attorney, you, the "Principal," will specify what powers your "Agent" (a.k.a. your Attorney-in-Fact) has. You can give your Agent decision-making authority over almost any of your affairs, and our power of attorney form gives you complete flexibility in tailoring the document to your specific needs.

Note, however, that some powers cannot legally be delegated to your Agent, including the powers to make, amend, or revoke your will; to change insurance beneficiaries; and to vote in a public election.

A general power of attorney terminates when you die or become incapacitated. However, a durable power of attorney allows your Agent to act for you even when you become incapacitated. "Incapacitated" means that you are no longer able to understand and evaluate information to make competent decisions regarding your affairs, usually due to physical or mental impairment. A durable power of attorney continues until you die or revoke your Agent's powers.

An Agent can be a friend, family member, business partner, or anyone else you trust. Your Agent will also be entitled to receive reasonable compensation for the work they perform unless you specify otherwise.

## How to Execute Your Document

To make your power of attorney legally binding, you need to sign the document in the presence of the appropriate witnesses. Use the list below to locate your state's witnessing requirements. Because financial institutions and other entities often require it to be notarized, we recommend that you use a notary even if your state does not require it. Make sure any witnesses you use are not appointed as Agents in the instrument, related to the Principal by blood, or beneficiaries of the Principal's estate.

You do not have to record a power of attorney to make it legally binding. However, if you are giving your Agent the power to handle real estate transactions for you and it is likely your Agent will use this power on your behalf in the future, it is best to go ahead and record the document for a small fee (usually $20-$30).

Remember, you can revoke or amend your power of attorney at any time after it goes into effect.

EX 276 P3

## Witnessing Requirements

In Washington, at least two witnesses must sign. However, it is best (and we recommend) to have two disinterested witnesses AND a notary sign your power of attorney. This will help verify the authenticity of the document should there ever be a question.

EX27b P4

# DURABLE POWER OF ATTORNEY

### IMPORTANT INFORMATION

This Power of Attorney authorizes another person (your Agent) to make decisions concerning your property for you (the Principal). Your Agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the Uniform Power of Attorney Act.

This Power of Attorney does not authorize the Agent to make healthcare decisions for you.

You should select someone you trust to serve as your Agent. Unless you specify otherwise, generally the Agent's authority will continue until you die or revoke the Power of Attorney, or the Agent resigns or is unable to act for you.

Your Agent is entitled to reasonable compensation unless you state otherwise in the Special Instructions.

This form provides for designation of one Agent. If you wish to name more than one Agent, you may name a Coagent in the Special Instructions. Coagents are not required to act together unless you include that requirement in the Special Instructions.

If your Agent is unable or unwilling to act for you, your Power of Attorney will end unless you have named a Successor Agent. You may also name a second Successor Agent.

This Power of Attorney becomes effective immediately unless you state otherwise in the Special Instructions.

**If you have questions about the Power of Attorney or the authority you are granting to your Agent, you should seek legal advice before signing this form.**

1. **APPOINTMENT OF MY AGENT.** I, Alan Keith Sprague (hereinafter referred to as **"Principal"**), hereby execute this Durable Power of Attorney appointing the following named individual as my **"Agent"** (also known as Attorney-in-Fact):

   Name: Marlene Renee Sprague
   Address: 1805 Rainier Ave

EX27b P5

Everett, Washington 98201
Phone Number: 4252636463

2. **EFFECTIVENESS.** This shall be effective from when I sign it. The authority of my Agent, when effective, shall not terminate or be void or voidable if I am or become disabled or in the event of later uncertainty as to whether I am dead or alive.

3. **AGENT AS FIDUCIARY.** I give my Agent the powers specified in this Durable Power of Attorney with the understanding that they will be exercised for my benefit, on my behalf, and solely in a fiduciary capacity.

4. **GENERAL AUTHORITY TO ACT.** I hereby grant my Agent, including any Successors or Coagents, the general authority to act on my behalf in the following subjects: **(INITIAL ALL POWERS THAT APPLY)**

   a. ___ Real property

   b. ___ Tangible personal property

   c. ___ Stocks and bonds

   d. ___ Commodities and options

   e. ___ Banks and financial institutions

   f. ___ Operation of entity or business

   g. ___ Insurance and annuities

   h. ___ Estates, trusts, and other beneficial interests

   i. ___ Claims and litigation

   j. ___ Personal and family maintenance

   k. ___ Benefits from governmental programs and civil or military service

   l. ___ Retirement plans

   m. ___ Taxes

   n. ___ Gifts

   o. ___ **All Other Matters.** Except for those actions that conflict with or are limited by another provision of this Durable Power of Attorney and those powers listed in this instrument to which my initials are not affixed, I give my Agent the power to act as my alter ego with respect to all matters and affairs that are not included in the other provisions of this Durable Power of Attorney, to the extent that a principal can act

EX 27b P6

through an agent. This section does not authorize my Agent to make health care decisions.

5. **SPECIFIC ACTS AUTHORIZED.** In addition to the general powers authorized above, I specifically authorize my Agent to perform the following acts: **(INITIAL ALL POWERS THAT APPLY)**

a. ___ Create or amend designations of rights of survivorship

b. ___ Create or amend designations of Beneficiaries

c. ___ Delegate or otherwise authorize another person to exercise the powers delegated to the Agent under this instrument

d. ___ Waive Principal's right to be a Beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

e. ___ Exercise fiduciary powers validly delegated by Principal

f. ___ Disclaim, refuse, or release an interest in property or a power of appointment

g. ___ **Inter Vivos Trusts.** I give my Agent the power to take all actions that my Agent considers necessary or desirable with respect to trusts that exist when this power is executed or that are established thereafter, including the following powers: to establish trusts for the benefit of my spouse, partner, children, grandchildren, and parents; to contribute or transfer assets to any trust in which I have an interest; and to exercise any power I may have as an individual, other than as a trust beneficiary, such as borrowing trust assets, amending or revoking trust agreements, and voting shares of stock, but subject to the limitation that any trust I have created may be modified or revoked by my Agent only if expressly permitted by the trust instrument. This section must not be construed as limiting the authority of my Agent to exercise any power, with respect to trusts, that I may hold in a fiduciary capacity or as a trust beneficiary, to the extent that such authority is specifically given elsewhere in this instrument.

h. ___ **Pets.** I give my Agent the power to house, or arrange for the housing, support, and maintenance of any animals that I own or have custody of, and to pay reasonable boarding, kenneling, and veterinary fees for such animals.

i. ___ **Funeral and Burial Arrangements.** I give my Agent the power to arrange for my funeral or other memorial service and for burial or cremation of my remains in accordance with all of my known wishes.

j. ___ **After-Acquired Property.** The powers granted to my Agent in this instrument are exercisable equally with respect to interests in property I own when this instrument is executed and after-acquired property interests, wherever the property is located, and whether or not the powers are exercised or the Durable Power of Attorney is executed in

EX 27b P7

d.   **Ratification.** I ratify and confirm all that my Agent does or causes to be done under the authority granted in this instrument. All contracts, promissory notes, checks, or other bills of exchange, drafts, other obligations, stock powers, instruments, and other documents signed, endorsed, drawn, accepted, made, executed, or delivered by my Agent will bind me, my estate, my heirs, successors, and assigns.

e.   **Exculpation of Agent.** My Agent will not be liable to me or any of my successors in interest for any action taken or not taken in good faith, but will be liable for any willful misconduct or gross negligence.

f.   **Revocation and Amendment.** I revoke any and all Durable Powers of Attorney that I have executed before executing this Durable Power of Attorney. I retain the right to revoke or amend this Durable Power of Attorney and to substitute other agents in place of my Agent. Amendments to this Durable Power of Attorney must be made in writing by me personally. They must be attached to the original of this document and, if the original is recorded, must be recorded in the same county or counties as the original, although failure to record any amendment will not alter its affect.

9.   **GENERAL PROVISIONS**

a.   **Signature of Agent.** My Agent must use the following form when signing on my behalf pursuant to this Durable Power of Attorney: "[Principal] by [Agent], his or her Agent."

b.   **Severability.** If any of the provisions of this instrument are found to be invalid for any reason, that invalidity will not affect any of the other provisions of this power, and all invalid provisions will be wholly disregarded.

c.   **Governing Law.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

d.   **Reliance on This Durable Power of Attorney.** Any person, including my Agent, may act in reliance upon the validity of this Durable Power of Attorney or a copy of it unless that person knows it has terminated or is no longer valid.

10.   **SPECIAL INSTRUCTIONS (OPTIONAL)**

11.   You may give any special instructions on the following lines:

a.   _____

b.   _____

EX 27b  P8

a. My agent (Marlene R Sprague) will have the right to make all decisions on all my affairs including real property.

7. **NOMINATION OF A GUARDIAN OR CONSERVATOR (OPTIONAL).** If a Conservator or Guardian of my person or estate needs to be appointed for me by a court: (INITIAL)

a. _____ I nominate Marlene Renee Sprague.

First Choice: Marlene Renee Sprague
Address: 1805 Rainier Ave
Everett, Washington 98201

8. **AMPLIFYING POWERS**

a. **Compensation**

i. My Agent will be entitled to reasonable compensation for services rendered as Agent under this Durable Power of Attorney. Factors that should be considered in determining the amount of compensation are as follows:

A. The time expended by my Agent

B. The value of the property over which my Agent exercises control and management

C. The complexity of the transactions entered into by my Agent

ii. My Agent may pay the compensation from my assets once each week, and must keep records of the services performed, the time spent in performing them, and the date and amount of each payment.

b. **Reimbursement for Costs and Expenses.** My Agent will be entitled to reimbursement from my property for expenditures properly made in performing the services conferred by me in this instrument. My Agent must keep records of any such expenditures and reimbursements.

c. **Reliance by Third Parties.** To induce third parties to rely on the provisions of this instrument, I, for myself and on behalf of my heirs, successors, and assigns, hereby waive any privilege that may attach to information requested by my Agent in the exercise of any of the powers described in this instrument. Moreover, on behalf of my heirs, successors, and assigns, I hereby agree to hold harmless any third party who acts in reliance on this power for damages or liability incurred as a result of that reliance.

EX27b p9

State of Washington

County of Snohomish

I, Cheryl Phelps hereby certify that Alan Keith Sprague, whose name is signed to the foregoing, and who is known to me, or satisfactorily proven to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

Print Name: Cheryl Phelps    Commission Expires: 02/04/28

Signature: Cue Phelps    [Affix seal]

Date: 08/09/2024

```
CHERYL PHELPS
Notary Public
State of Washington
Commission # 141459
My Comm. Expires Feb 4, 2028
```

NOTARY PUBLIC

Did not witness signitures

EX 276 P10

I declare under penalty of perjury: 1) that the individual who signed or acknowledged this Durable Power of Attorney is personally known to me, or that the individual's identity was proven to me by convincing evidence; 2) that the individual signed or acknowledged this Durable Power of Attorney in my presence; 3) that the individual appears to be of sound mind and under no duress, fraud, or undue influence; and 4) that I am not a person appointed as Agent by this Durable Power of Attorney.

**FIRST WITNESS**

Name: *IRENE  H.  SPRAGUE*

Signature: *Irene H Sprague*    Dated: *8/10/24*

**SECOND WITNESS**

Name: *Linda M Carlson*

Signature: *Linda M Carlson*    Dated: *8/12/24*

EX.27b PU

Signature: _____    Dated: 08/09/2024

EX.27b P12

d. _____

This Durable Power of Attorney is executed by me on 08/9/2024 , in Washington.

Name: Alan Keith Sprague

Signature: _____

SSN or TIN: 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

Address: 4232  142ND AVE NE
LAKE STEVENS, Washington 98258

Phone Number: 4255358742

EX 27 p13

*MW*

ELECTRONICALLY FILED
9/16/2024 10:57 AM
Heidi Percy
County Clerk
Snohomish County, WASH
Case Number: 24-2-05771-31

## SUPERIOR COURT OF WASHINGTON
## IN AND FOR SNOHOMISH COUNTY

No. 24-2-05771-31

*Marlene Sprague*
Petitioner/Plaintiff,

vs.

*Stephanie Farler and all other occupants (in shed only)*,
Respondent/Defendant

**DECLARATION**

I declare: ___I, Alan Sprague,_____

—want Stephanie Farler and all other occupants living in my tool shed off my property.
All my tools put back in and never return to the property. One and 1/2 years has been long enough to get back on your feet.



EX27 P14

FILE COPY

Used in court Exhibit

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in ___Lake Stevens___, ___WA___ on ___08/15/2024___.
       (City)         (State)      (Date)

_____
Signature


Printed name



Alans Declaration about issues and
being tricked by marlene

10/6/24

**SUPERIOR COURT OF WASHINGTON**
**IN AND FOR SNOHOMISH COUNTY**

24-2-05702-3

_____ Steffanie
Parker

No. _

Petitioner/Plaintiff,
Marlene sprague, Darlene Rosenquist,
Justice vs.
Mark

**DECLARATION**

Respondent/Defendant

I declare: My Name is Alan Sprague, Marlene Sprague showed up to take me to lunch, before to go eat, she had me to sign a blank document she said she would fill; tout when she got home I don't even understand any of this stuff at all. I told her it did not understand this, she told me to sign it anyway. She stoped at the bank on the way home to have it notarized and there was no wittnesess at the bank. Steph came into my room to explain what they were. I don't want a power of Attnornty. I just went to have her leave Steph. alone. And I want the Nieban to Jackie Clark to leave us alone.

Exhibit 2-7b P16

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in _Lake Stevens_ , _WA._ on _____ _10-6-24_
      (City)           (State)          (Date)

_____
Signature

_____
Printed name

EX27 P17

FILED

5/19/2025

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

24-2-05702-31
DCLR                122
Declaration Affidavit
18883525

**SUPERIOR COURT OF WASHINGTON
IN AND FOR SNOHOMISH COUNTY**

Stephanie Parker
Petitioner/Plaintiff,

vs.

Marlene Sprague
Respondent/Defendant

No. 24-2-05702-31

**DECLARATION**

I declare: I Alam Sprague was in the hospital April 4 and my sister Marlene Sprague stole my wallet and my hearing aids and one of my ID's. Was taken out of my wallet when I found out I called Stephanie and told her what I stole. So we did a online police report and then she notified me of signing documents when I'll to know what I + was without me knowing so it a quick need to state why her so out of my name. And she threatened me at the hospital and I did have to leave she still in case going to steal my property because she got served papers from Steffhie.

S:\FORMS\Criminal_Civil Packets\Master Forms\Declaration.Docx    4/23/2019    Page 1 of 2

EX 27  p18

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in _Everett_ , _WA_ on _5-18-25_ .
　　　　　(City)　　　　　　　　　(State)　　(Date)

_____
Signature

_____
Printed name

EX27 P 19

**Stephanie Farler v. Snohomish County et al.** United States District Court – Western District of Washington

*Ex 28 Justice Clark protection order fived on plaintiff*

☐ **Date Filed: September 26, 2024**

### Title: Justice Clark Petition for Anti-Harassment Order – Case No. 24-2-07603-31

### 🔍 Summary of Contents

This exhibit contains a petition filed by Justice Clark seeking an anti-harassment protection order against Plaintiff Stephanie Farler. The petition makes inflammatory, unsubstantiated, and defamatory allegations, including claims of threats, conspiracy, vandalism, and criminal history based on a background check. In reality, the only criminal matter involving Plaintiff Stephanie Farler referenced in the petition relates to an arrest by Snohomish County on September 16, 2022, pursuant to a search warrant that was professionally invalid. Subsequently, Skagit County filed criminal charges based on the mistaken belief, influenced by the Snohomish County warrant, that Plaintiff was a repeat offender. This was not the case—Plaintiff was under severe duress and pressure from government officials and private actors who were targeting her in retaliation for asserting her rights, liberty, and property. The petition also references prior dismissed petitions and attempts to portray Plaintiff as a career criminal and squatter.

Key elements include:

- Accusations that Plaintiff and ~~Robert Lane~~ conspired to kill Justice Clark
- Alleged threats involving a pellet gun and property damage
- Claims of harassment spanning ' 2 and a half years"
- References to dismissed petitions and failed legal actions
- Requests for weapons surrender and broad restrictions on Plaintiff's conduct
- Allegations of extortion, identity theft, and vandalism without supporting evidence

### ⚖️ Legal Relevance

This exhibit supports Plaintiff's claims under:

- **42 U.S.C. § 1983** – Retaliation for protected court filings and speech
- **42 U.S.C. § 1985(3)** – Conspiracy to interfere with civil rights
- **RICO – 18 U.S.C. § 1962(c)** – Pattern of coordinated harassment and fraudulent legal filings
- **Fourteenth Amendment** – Procedural hostility and denial of equal protection
- **State Law** – Defamation, abuse of process, and intentional infliction of emotional distress

### 📌 Notes

This petition is part of a documented pattern of retaliatory filings and coordinated harassment involving Justice Clark and Marlene Sprague. It will be cross-referenced with Exhibits                    , and mapped to the timeline entry for September 26, 2024. The petition's inflammatory tone and lack of evidentiary support underscore the misuse of judicial process to intimidate and retaliate against Plaintiff.

*also important to Note that once this matter was over the court record on the courts website shows that they had to do a weapon surrender. this was not addressed in court that a weapon surrender was granted. however in the petition filed by plaintiff weapon surrender was denied and refere to transcripts it was clearly addressed in many hearings and denied even with justice having used it to shot EX28 my car! PI*

COPY I made

FILED

2024 SEP 26 PM 2: 12

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

24-2-07603-31
PTORAH    2
Petition for Order of Protection Unlawful Harass
17506984

## Superior Court of Washington, County of Snohomish

Justice Clark

Petitioner *(Person starting this case)*    DOB:

vs.

Stephanie Furler

Respondent    – DOB:

No. **24-2-07603-31**

**Petition for Protection Order**

**Clerk's Action: 1**

## Petition for Protection Order

**What kind protection order do you want?** There are different orders based on the type of harm and how the parties know each other. **See definitions in *Attachments A* and *B*.**

1.    **Choose the type of protection order that best fits your situation. *Check only one.***

☐ Domestic Violence –    Protection from an intimate partner or family or household member who has committed domestic violence, nonconsensual sexual conduct or penetration, unlawful harassment, or stalking. (PTORPRT)

☐ Sexual Assault –    Protection from someone who has committed sexual assault. (PTORSXP)
*8-26-24*

☒ Stalking –    *9c*    Protection from someone who has committed stalking. (PTORSTK)

☐ Vulnerable Adult –    Protection from someone who has abandoned, abused, financially exploited, or neglected a vulnerable adult (or threatened to do so). (PTORVA)

    *Important!* If you are asking for a Vulnerable Adult Protection Order, you must complete **Attachment B: Vulnerable Adult** as part of this Petition.

☒ Anti-Harassment –    Protection from someone who has committed unlawful harassment. (PTORAH) *(fee may be required)*

    Conduct also includes *(check all that apply)*: ☒ stalking ☐ hate crime ☒ single act of violence ☒ threat of violence including malicious and intentional threat or presence of firearm/weapon causing substantial emotional distress *9c* ☒ family or household member engaged in domestic violence ☐ nonconsensual sexual conduct or penetration or a sex offense.

Exhibit 28 p.1

2.    **If more than one of the protection order types listed above fits your situation, list any additional order types here:** _____

3.    **Who should the order restrain? ("Restrained Person")**

Name: _Stephanie Furler_

Restrained Person's age: ☐ Under 13  ☐ 13 to 17  ☐ 18 or over  ☐ unknown  33 yrs old

---

**Who should be protected?** Check all that apply. Depending on the type of order, you can protect yourself and/or children, or you can file on behalf of a vulnerable adult, or another adult who cannot file for themselves.

---

4.    **Who should the order protect? ("Protected Person")** (*Check all that apply.*)

☒ **Me.** My name is _Justice Clark_
*(You must be age 15 or older.)*

☒ **Minor Children.**

☒ I am the minor's ☒ parent ☐ legal guardian ☐ custodian.

☐ I am age 18 or older and the minor is a member of my family or household.
*(For domestic violence petitions only.)*

☐ I am age 15 to 17. The minor is a member of my family or household. I have been chosen by the minor and am capable of pursuing their stated interest in this case.

| Child's Name | Age | Gender | Race | Lives With | How related to you | How related to Restrained Person |
|---|---|---|---|---|---|---|
| LillyAnne | 8 | F | W | 50/50 + = nights | | |
| | | | | | Daughter | NONE! |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Important! If the restrained person is a parent of any of the children, complete **Attachment C: Child Custody**. If you are **not** a parent of any of the children, complete **Attachment D: Non-parents protecting children (ICWA)**. You must include these Attachment/s with your Petition if they apply.*

☐ **Someone else.** (*List your name as Petitioner at the beginning of this form. Describe who you are filing for here.*) I am filing to protect:

☐ a vulnerable adult (*name*) _____
*(See definition and complete Attachment B.)*

☐ an adult (*name*) _____
who does not meet the definition of a vulnerable adult, but who cannot file the petition themselves because of age, disability, health, or inaccessibility.
*(Do not check this for vulnerable adult or domestic violence petitions.)*

Exhibit 28  P2

What is the age, disability, health or inaccessibility concern that makes the adult unable to file themselves? *(Examples: the adult is hospitalized, temporarily incapacitated, or in jail/prison.)*

_____

_____

5.  **Service address.** What is your address for receiving legal documents? You have the right to keep your residential address private. You may use a different mailing address for receiving legal documents.

Mail: _NO! for the respondent   Yes to the courts_   4220 142nd AVE NE Lake Stevens WA 98258

Email *(if you agree to receive legal documents by email):* _NO! to the respondent_
_Yes to the courts, justice, clerk 6357@gmail.com_

6.  **Interpreter.**

Do you need an interpreter? ☒No ☐ Yes, Language: _____

*Important! You may need to request an interpreter separately. You will get instructions with an order setting your hearing.*

---

## How do the parties know each other?

7.  Check all the ways the protected person is connected or related to the restrained person:

**Intimate Partners** – Protected person and restrained person are intimate partners because they are:

☐ current or former spouses or domestic partners

☐ parents of a child-in-common (unless child was conceived through sexual assault)

☐ current or former dating relationship (age 13 or older) who:
    ☐ never lived together   ☐ live or have lived together

**Family or household members** - Protected person and restrained person are family or household members because they are:

☐ parent and child                    ☐ stepparent and stepchild

☐ grandparent and grandchild          ☐ parent's intimate partner and child

☐ current or former cohabitants as roommates

☐ person who is or has been a legal guardian

☐ related by blood or marriage *(specify how)* _____

**Other** - (examples: coworker, neighbor, acquaintance, stranger)

_Tamara rents from Marlene Sprague property owner of 4232, its Tamaras daughter Stephanie Farler (respondent)_

_____

_____

_____

_____

_____

Exhibit 28 P3

**Connection to Washington State.** This helps decide if the court has authority (jurisdiction).

8. **Why are you filing in this county and state?** *Check **all** that apply.*

☐ The protected person lives in this county now, **or** used to live in this county but left because of abuse, **or** this is the nearest court to where I live or used to live.

☒ An incident that made me want this protection order happened in this county or state.

9. **Restrained Person's residence.** Where does the restrained person live?

☒ In Washington State in *(city or county)*: Snohomish County

☐ Outside of Washington State

☐ Unknown

**Are there other court cases involving the parties or any children?**

10. **Other court cases.** Have there been any other court cases between any of the people involved in this case, or about any children? Include court cases happening now and in the past and requests for protection that were denied or have expired. *(Examples: criminal no contact order, civil protection order, family law restraining order, protection order from another state, tribal order, military orders, parenting plans, divorce, landlord-tenant, employment, property, assault, police investigations. File copies in this court case of everything you want the court to review.)*

☐ No ☐ ☒ Yes. If yes, fill out below.

| **Type of Case** (see examples) | **Court Location** (*City or County and State*) | **Court Type** (*Superior/ District/Municipal/ Tribal/Military*) | **Case Number** (*if known*) | **Status** (*active/ dismissed/pending/ expired, unknown*) |
|---|---|---|---|---|
| harassment summer 2023 | Everett | Superior | | dismissed |
| harassment Spring 2024 | Everett | Superior | | dismissed |
| Intentional Distress | Everett | Superior | 24-2-05702-31 | struck down |
| | | | | |

Other details: Stephanie Farler has no right or legal permission to mail me legal documents, nor eserver me, nor place any paper work on my gate or in mail box

**Do you need immediate protection?** If needed, you can ask for a *Temporary Protection Order* that starts now, before the restrained person gets notice. This protection can last up to 14 days or until the court hearing (whichever comes first).

11. **Immediate Protection:** Do you need a Temporary Protection Order to start immediately, without prior notice to the restrained person? ☒ **Yes** ☐ **No**

12. **Immediate Weapons Surrender:** Do you want a temporary order that requires the restrained person to give up all firearms, other dangerous weapons, and concealed pistol licenses, and prohibits the restrained person from getting more?

☒ **Yes** ☐ **No**

Exhibit 28 P4

**If Yes to 11 or 12, explain why:** What serious immediate harm or irreparable injury could occur if an order is not issued immediately without prior notice to the restrained person? *(Briefly explain how you or anyone else might be harmed if you do not get protection now.)*

Stephanie is dangerous, volatile, I am in fear of the health and safety of Lilly Anne and I, Stephanie and Robert Loe have both threatened to kill me, one nite before the sheriffs showed up Stephanie was conspiring with Allen Sprague to shoot me with a pellet gun, Allen almost got shot, gun was confiscated, I almost got shot by either Stephanie or Allen Stephanie has defaulted on her ejectment, Marlene (property owner, friend at 4232) has been trying to get her off her property for 2.5 years, and its Stephanie whos been severly harassing me the whole time!

---

**What protections do you need?** Check **everything** you want the court to order.

---

**13.    I ask for a protection order with these restraints against the Restrained Person:**

**General Restraints**

**A.** ☒ **No Harm:** Do not cause any physical harm, bodily injury, assault, nonconsensual sexual conduct or nonconsensual sexual penetration, and do not harass, threaten, or stalk:

☒ protected person        ☒ the minors named in section **4** above

☐ these minors only: _____

**B.** ☒ **No Contact:** Do not make any attempts or have any contact, including nonphysical contact, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for service of court documents with:

☒ protected person        ☒ the minors named in section **4** above

☐ these minors only: _____

☐ these members of the protected person's household: _____

☐ **Exception** (if any). Only this type of contact is allowed: _____

_____

Exceptions about minors, if any, provided in **P** below.

**C.** ☒ **Stalking Behavior:** Do not harass, follow, monitor, keep under physical or electronic surveillance, cyber harass (as defined in RCW 9A.90.120), or use phone, video, audio or other electronic means to record, photograph, or track locations or communication, including digital, wire, or electronic communication of:

☒ the protected person        ☒ the minors named in section **4** above

☐ these minors only: _____

☐ these members of the protected person's household: _____

**D.** ☒ **Exclude and Stay Away:** Do not enter, return to, knowingly come within, or knowingly remain within 1,000 feet or other distance *(specify)* _____ of:

☒ the protected person        ☒ protected person's vehicle

EXhibit 2r p5

☒ protected person's school          ☒ protected person's workplace

☒ protected person's residence       ☐ protected person's adult day program

☐ the shared residence

☒ the residence, daycare, or school of ☒ the minors named in section **4** above

☐ these minors only: _____

☐ other: _____

**Address:** The protected person chooses to (*check one*):

☐ keep their address confidential   ☒ list their address here:

4220 142nd AVE NE Lake Stevens WA 98258

**E.** ☐ **Vacate shared residence:** The protected person has exclusive right to the residence that the protected person and restrained person share. The restrained person must immediately vacate the residence. The restrained person may take the restrained person's clothing, personal items needed during the duration of the order, and these items (*specify*): _____
from the residence while a law enforcement officer is present.

**F.** ☐ **Intimate Images:** Do not possess or distribute intimate images of a protected person, as defined in RCW 9A.86.010. The restrained person must take down and delete all intimate images and recordings of a protected person in the restrained person's possession or control and cease any and all disclosure of those intimate images.

**G.** ☐ **Electronic Monitoring:** The restrained person must submit to electronic monitoring. Example: location tracking via ankle bracelet. (*Restrained person must be age 18 or older.*)

**H.** ☐ **Evaluation:** The restrained person shall get an evaluation for:

☐ mental health          ☐ chemical dependency (drugs and alcohol)

**I.** ☐ **Treatment:** The restrained person shall participate in state-certified treatment for:

☐ sex offender          ☐ domestic violence perpetrator

**J.** ☐ **Personal Belongings:** The protected person shall have possession of essential personal belongings, including the following:

_____
_____
_____

**K.** ☐ **Assets:** Do not transfer jointly owned assets.

☐ **Finances:** Provide the following financial relief: _____

**L.** ☐ **Vehicle:** The protected person shall have use of the following vehicle:

Year, Make & Model _____ License No. _____

**M.** ☒ **Restrict Abusive Litigation:** Do not engage in abusive litigation as set forth in chapter 26.51 RCW or in frivolous filings against the protected person, making harassing or libelous communications about the protected person to third parties, or making false reports to investigative agencies.

Exhibit 28 P6

**N.** ☒ **Pay Fees and Costs:** The restrained person must pay fees and costs of this action. This may include administrative court costs, service fees, and the protected person's costs including lawyer fees.

## Firearms and Other Dangerous Weapons

**O.** ☒ **Surrender Weapons:** The restrained person must immediately surrender any firearms, other dangerous weapons or concealed pistol licenses to law enforcement and not access, possess, have in their custody or control, purchase, receive, or attempt to purchase or receive any of those items.

> *Important! The court may be required to order the restrained person to surrender firearms, other dangerous weapons, or concealed pistol licenses even if you do not request it.*

Does the restrained person ☐ own or ☐ have access to firearms?

☐ Yes ☐ No ☒ I don't know *(probably)*

Complete **Attachment E: Firearms Identification** if Yes.

Would the restrained person's use of firearms or other dangerous weapons be a serious and immediate threat to anyone's health or safety?

☒ Yes ☐ No ☐ I don't know

Even if the restrained person does not have firearms now, has the restrained person ever used firearms, other weapons, or objects to threaten or harm you?

☒ Yes ☐ No

If Yes, describe what happened.

Stephanie and Robert Lee both conspired to kill me, have heard them talk about burning my shop, and business, Stephanie and both Allen Sprague both wanted to shoot me with a pellet gun, have this all on video, is severly harrassing

Is the restrained person already not allowed to have firearms?

☐ Yes ☐ No ☒ I don't know *(probably)*

If Yes, why? Stephanie has a lengthy criminal record, lots of D.V. incidents

## Minors

**P.** ☐ **Custody:** The protected person is granted temporary care, custody, and control of

☐ the minors named in section **4** above.

☐ these minors only: _____

Exceptions for Visitation and Transportation (including exchanges, meeting location, and pickup and dropoff) of Minors (if any): _____

Visitation listed here is an exception to any No Contact and Stay Away provisions about the children, in **B** and **D** above.

*(Only for children the protected and restrained person have together.)*

Exhibit 28 P7

**Q.** ☑ **Interference:** Do not interfere with the protected person's physical or legal custody of:

    ☒ the minors named in section **4** above.

    ☐ these minors only: _____

**R.** ☒ **Removal from State:** Do not remove from the state:

    ☒ the minors named in section **4** above.

    ☐ these minors only: _____

**S.** ☒ **School Enrollment:** Do not enroll or continue attending as a student in the elementary, middle, or high school that a protected person attends: *(name of school)*

    Pilchuck Elementary

(Only if both the restrained person and a protected person are students at the same school. Can apply to students 18 or older. Includes public and private schools.) Describe any continuing physical danger, emotional distress, or educational disruption to a protected person that would happen if the restrained person attends the same school.

_____

_____

_____

_____

## Pets

**T.** ☐ **Custody:** The protected person shall have exclusive custody and control of the following pet/s owned, possessed, leased, kept, or held by the protected person, restrained person, or a minor child who lives with either the protected or restrained person. *(Specify name of pet and type of animal.)*:

_____

**U.** ☐ **Interference:** Do not interfere with the protected person's efforts to get the pet/s named above.

**V.** ☐ **Stay Away:** Do not knowingly come within, or knowingly remain within *(distance)* _____ of the following locations where the pet/s are regularly found:

    ☐ Protected person's residence *(home address may be kept confidential.)*

    ☐ Other *(specify)*:_____

_____

## Vulnerable Adult

**W.** ☐ **Safety:** Do not commit or threaten to commit acts of abandonment, neglect, financial exploitation, or abuse, including sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraints, against the vulnerable adult.

**X.** ☐ **Accounting:** Provide an accounting of the disposition of the vulnerable adult's income or other resources.

**Y.** ☐ **Property Transfer:** Do not transfer the property of [ ] the vulnerable adult [ ] the restrained person. This restraint can last for up to 90 days.

Exhibit Z - P8

**Other**

Z. _____

_____

_____

---

**Do you need help from law enforcement?** They may help you get the things you asked for.

14. **Law Enforcement Help:** Do you want the court to order the appropriate law enforcement agency to help you with any of the things listed below? *(Check all that apply).*

☐ Possession of my residence.

☐ Possession of the vehicle I asked for in section **L** above.

☐ Possession of my essential personal belongings that are located at:

    ☐ the shared residence

    ☐ the restrained person's residence

    ☐ other location: _____

☐ Custody of: ☐ the minors named in section **4** above

☐ these minors only: _____

☐ Other: _____

---

**How long do you need this order to last?**

15. **Length of Order**
(*The order will last for **at least 1 year** unless you ask for something different. Orders restraining a parent from contacting their own children may not exceed 1 year.*)

I need this order to last for: ☐ 1 year ☒ more than 1 year ☐ less than 1 year (*specify how long*): _____

If you checked more or less than one year, briefly explain why.

Stephanie has severly harrassed me for 2.5 years, and in one year has filed 4 petitions on me, 2 dismissed, 1 struck down, and now another, has this exhaustingly vindictive, harassing vendetta against me and Marlene Sprague

---

**Do you want to be notified if the restrained person petitions for the restoration of firearms in the future?**

16. **Firearms Restoration Notice**
(*This only applies if there is an existing or future criminal case that prohibits firearm ownership or possession.*)

☐ **Notify.** I want the prosecutor to notify me if the restrained person petitions for restoration of firearms and of the court's decision.

☐ **Do not notify.** I do not want the prosecutor to notify me if the restrained person petitions for restoration of firearms or of the court's decision.

---

Over the course of a year Stephanie Fowler has tried to get me for harassment in the summer of 2023 which was dismissed, also in the spring of this year, also dismissed, she has been trying to e serve me over and over, also coming to my place and putting paper work on my gate, crammed into the top of my gate, and in my mail box, no proof of service, nor signed or stamped by any judge or commissioner, I have never allowed Stephanie to e serve me or mail me. The 3rd petition got struck down, trying to sue my good neighbor

Exhibit 28 P10

1

Marlene, and also her sister plus me

for 1.6 million for intentional distress,
Trying to extort money out of me marlene and her sister!
I, we, Marlene, and her sister

are the ones getting harassed, especially

me, I have to live next to this

harassing, drug addict squatter, whos

been illegally staying on Marlenes property,
for 3 years.
The cops have been called to 4232

probably 3 dozen times for domestic

violence, noise disturbances, its now labeled

a nuisance property, this is Stephanies

4 illegal detainer, a career squatter

that is strictly criminal., that I

2

Exhibit 28 P11

Know of shes been charged with, Identity theft, possession of stolen property, tried using her own grandmothers name and credit to fraudulantly purchase a used newer vw jetta, dealership and grandmother prosecuted her, she got 4 months house arrest from each; dealership + grandmother, 8 months total., has accused me of vandalizing her car, says she saw me do it, emailed this declaration that she was going to use and never did, shes bringing it up again, now saying I broke her car window also, this lady has tried

ExhibitZor P12

sicking her dog on me on 3 ocassions, has thrown garbage at my house, telling me its a gift, her (Stephanie) and all her boyfriends have threatened to assult me, shove my teeth down my throat, kick my ass, Robert Loe has threatened to kill me, her 4th boyfriend who was staying in the shed illegally with stephanie, both harassing me about my property, Robert was telling me how my "Mom was sucking his dick", while stephanie video taping me doing yard work at Marlene and I's property line,

4

Exhibit 28 p 13

For over 3 years now I've had to
deal with this squatter harrassing me,
her drug aquaintances, boyfriends, other
squatters, traffic through out the night.
the car mechanicing from 11pm - 4am, all
the noise disturbances, threats, stephanies.
screwed up my planned summer vacation
with my daughter last year with her
petition, and into some of my daughters
morning school hours, also ruined my spring
vacation with my daughter with another
petition that got dismissed as well,
I've missed work because of this

5

Exhibit 28 P14

squatter, close to $1500°°, Im

trying to raise my daughter over here

with this harassing squatter next door,

accusing me of all kinds of things,

Im just sick of it, theres no end,

I need the courts help on this, Ive

known my surrounding neighbors for over

20 years we have all talked about

this, I'll be getting declarations from

them, they're sick of the cops, noise,

traffic, the yelling you name it,

Stephanie is a career theif, drug

addict, and volatile, have heard

6

EXhibit 28 P15

verbully threaten Marlene Sprague

property owner, has launched many

verbal assults on me along with her

friends, Stephanie Farler has

defaulted on her ejectment, she

needs to go, WE need PEACE, I'm

asking the courts to grant me an

antiharrasment order on Stephanie

Farler, so my daughter me and

Marlene can move on with our lives.

Deputy Thorn gave me a case, file # 2024-130650,
theres alot more than what I told Deputy Thorn, not
sure if this helps, but anything at this point, I'll get
declarations from Marlene property owner of 4232,
her sister, some neighbors, if the petition goes
through.

EXHIBIT 28 P16

**Why do you need a protection order? What happened?** This is your statement where you tell your experience.

Be as specific and descriptive as possible. Put the date, names, what happened, and where. Use names rather than pronouns (he/she/they) as much as possible. If you cannot remember the date, put the time of year it happened (around a holiday, winter, summer, how old your child was), or about how long ago.

For all of the questions below, include details:
- Who did what?
- When did this happen?
- How were any statements made? (in person, mail, text, phone, email, social media)
- How did this make you, the minor, or the vulnerable adult feel?

If you need more space to answer any of the questions below, use form PO 010 *Statement* or attach additional pages.

***Privacy Warning!*** The restrained person will see this Petition and any other evidence you file with the court. This information is also available in a public court file. You should file health care records, financial documents, and confidential reports under seal. Use form All Civil 040 *Sealed Cover*. If you want to seal explicit or intimate images, you must file a separate motion asking the court to seal these images. Use form PO 005, *Motion to Redact or Seal.*

17.    **Most Recent Incident.** What happened most recently that made you want a protection order? This could include violent acts, fear or threats of violence, coercive control, nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect, and/or financial exploitation. Include specific date/s and details of the incident.

In my 7 pages I included qc

**18.** **Past Incidents.** What happened in the past that makes you want a protection order? This could include violent acts, fear or threats of violence, coercive control, nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, or hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect, and/or financial exploitation. Include specific date/s and details of the incidents.

In my 7 pages that I included ge.

**19.** **Medical Treatment.** Describe any medical treatment you received for issues related to your request for protection.

**20.** **Suicidal Behavior.** Describe any threats of self-harm or suicide attempts by the restrained person.

**21.** **Restrained Person's Substance Abuse**

Is substance abuse involved?  ☒ Yes ☐ No ☐ Unknown

If yes, what type of substance abuse? ☐ Alcohol ☐ Drugs ☐ Other: _____

methamphetamines

**22.    Minors Needing Protection, if any** *(If the information is not already included above.)*

Has there been any violence or threats towards children? How have the children been affected by the restrained person's behavior? Were the children present during any of the incidents described above? Describe and give details.

_____
_____
_____
_____

**23.    Supporting Evidence** *(Include anything else you want the court to see that helps prove what you are saying is true. You are responsible for filing your supporting evidence, including police reports, if any. Before you file any attachments, you can black out (redact) any sensitive information. Examples: your home address and account numbers (leave last 4 digits). If you have audio or video evidence, contact the court for how to submit.)*

☐ I am submitting the following evidence with this Petition *(check all that apply)*:

☐ Pictures

☐ Text/email/social media messages

☐ Voice messages (written transcript)

☐ Written notes/letters/mail

☐ Police report

☐ Declaration or statement from witness *(name/s)*: _____

_____

☐ Other *(describe)*: _____

_____

---

***Privacy Warning!*** The restrained person will see this Petition and any other evidence you file with the court. This information is also available in a public court file. You should file health care records, financial documents, and confidential reports under seal. Use All Civil 040 *Sealed Cover.* If you want to seal explicit or intimate images, you must file a separate motion asking the court to seal these images. Use form PO 005, *Motion to Redact or Seal.*

Before you file any attachments, you can **black out** (redact) any sensitive information. Examples: your home address, account numbers (leave last 4 digits), minor's names (leave minor's initials). Do **not** list your address in this petition or any supporting evidence if you want it to remain confidential.

---

I certify, under penalty of perjury under the laws of the state of Washington, that all the information provided in this petition and any attachments is true and correct.

☐ I have attached *(number)*: **7** pages.

Signed at *(city and state)*: **Lake Stevens WA**    Date: **9-24-24**

Sign here    Print name: **Justice Clark**

## Attachment E: Firearms Identification

**Only complete** this attachment if the restrained person owns or has access to firearms or other dangerous weapons. **If not,** skip or remove this attachment.

1. Does the restrained person ☐ own or ☒ have access to any firearms? ☒ Yes ☐ No ☐ Unknown

2. Does the restrained person purchase, own, or have access to parts that could be assembled into a working firearm (example: ghost guns)? ☒ Yes ☐ No ☐ Unknown

3. Does the restrained person have a concealed pistol license (CPL)? ☐ Yes ☐ No ☒ Unknown

4. When was the last time you saw the firearm/s? *Beginning of summer 2024*

5. Do you know where the restrained person keeps the firearm/s? ☐ Yes ☒ No If yes, check all that apply:

   ☐ On their person ☐ In their car ☐ In their home ☐ Storage unit ☐ In a safe

6. To the best of your knowledge, are the guns typically loaded? ☒ Yes ☐ No ☐ Unknown

7. How important are the firearms to the restrained person?

   ☐ 1 (not very important) ☐ 2 ☐ 3 ☐ 4 ☒ 5 (very important) ☐ Unknown

8. What does the restrained person generally use the firearms for, if known? (*check all that apply*):

   ☐ Hunting ☐ Collecting ☐ Target Shooting ☐ Protection ☐ Other: _____

9. Does the respondent possess explosives? [ ] Yes [ ] No ☒ Unknown

10. Does the restrained person own or possess any other dangerous weapons you believe should be surrendered? ☒ Yes ☐ No ☐ Unknown. If yes, list them here: _____

    *large Knife, bat, machete*

The pictures below are examples of the most common guns. If you recognize any of the pictures below as similar to the one/s the restrained person has, please check it and write in how many they have of each.

☐ **Handgun** (how many)_____    ☐ **Unassembled Firearm** (how many)_____

RCW 7.105.105
(1/2024)
PO 001

Petition for Protection Order
Attachment E: Firearms Identification
p. 1 of 2

Exhibit 28    P20



☐ **Semi-automatic Rifle** (how many)_____

☐ **Rifle/Shotgun** (how many)_____

☒ **Other firearm/s** (describe): Stephanie Fowler, and Alan Sprague both threatened me with an air rifle, howe it on video

RCW 7.105.105
(1/2024)
PO 001

Petition for Protection Order
Attachment E: Firearms Identification
p. 2 of 2

Exhibit 28    P21

## Attachment A: Definitions (*Always include with petition.*)

**"Domestic violence"** means:

(a) Physical harm, bodily injury, assault, or the infliction of fear of physical harm, bodily injury, or assault; nonconsensual sexual conduct or nonconsensual sexual penetration; coercive control; unlawful harassment; or stalking of one intimate partner by another intimate partner; or

(b) Physical harm, bodily injury, assault, or the infliction of fear of physical harm, bodily injury, or assault; nonconsensual sexual conduct or nonconsensual sexual penetration; coercive control; unlawful harassment; or stalking of one family or household member by another family or household member.

**"Sexual conduct"** means any of the following:

(a) Any intentional or knowing touching or fondling of the genitals, anus, or breasts, directly or indirectly, including through clothing;

(b) Any intentional or knowing display of the genitals, anus, or breasts for the purposes of arousal or sexual gratification of the respondent;

(c) Any intentional or knowing touching or fondling of the genitals, anus, or breasts, directly or indirectly, including through clothing, that the petitioner is forced to perform by another person or the respondent;

(d) Any forced display of the petitioner's genitals, anus, or breasts for the purposes of arousal or sexual gratification of the respondent or others;

(e) Any intentional or knowing touching of the clothed or unclothed body of a child under the age of 16, if done for the purpose of sexual gratification of the respondent or others; or any coerced or forced touching or fondling by a child under the age of 16, directly or indirectly, including through clothing, of the genitals, anus, or breasts of the respondent or others.

**"Sexual penetration"** means any contact, however slight, between the sex organ or anus of one person by an object, the sex organ, mouth, or anus of another person, or any intrusion, however slight, of any part of the body of one person or of any animal or object into the sex organ or anus of another person including, but not limited to, cunnilingus,

fellatio, or anal penetration. Evidence of emission of semen is not required to prove sexual penetration.

**"Stalking"** means any of the following:

(a) Any act of stalking as defined under RCW 9A.46.110;

(b) Any act of cyber harassment as defined under RCW 9A.90.120; or

(c) Any course of conduct involving repeated or continuing contacts, attempts to contact, monitoring, tracking, surveillance, keeping under observation, disrupting activities in a harassing manner, or following of another person that:

   (i) Would cause a reasonable person to feel intimidated, frightened, under duress, significantly disrupted, or threatened and that actually causes such a feeling;

   (ii) Serves no lawful purpose; and

   (iii) The respondent knows, or reasonably should know, threatens, frightens, or intimidates the person, even if the respondent did not intend to intimidate, frighten, or threaten the person.

**"Unlawful harassment"** means:

(a) A knowing and willful course of conduct directed at a specific person that seriously alarms, annoys, harasses, or is detrimental to such person, and that serves no legitimate or lawful purpose. The course of conduct must be such as would cause a reasonable person to suffer substantial emotional distress, and must actually cause substantial emotional distress to the petitioner; or

(b) A single act of violence or threat of violence directed at a specific person that seriously alarms, annoys, harasses, or is detrimental to such person, and that serves no legitimate or lawful purpose, which would cause a reasonable person to suffer substantial emotional distress, and must actually cause substantial emotional distress to the petitioner. A single threat of violence must include:

   (i) A malicious and intentional threat as described in RCW 9A.36.080(1)(c); or

   (ii) the presence of a firearm or other weapon. .

(b) The breach of a fiduciary duty, including, but not limited to, the misuse of a power of attorney, trust, or a guardianship or

vulnerable adult for the benefit of a person or entity other than the vulnerable adult;

RCW 7.105
(1/2024)
PO 001

Petition for Protection Order
Attachment A: Definitions
p. 1 of 1

Exhibit 28   P22

P128

| → | To find your assigned courtroom/time go to: https://snohomishcountywa.gov/5659 |
| | Select the day of the week, scroll to the Protection Order calendar(s) to find your case and courtroom. |
| | IMPORTANT: If your courtroom is DJJC3 your hearing will be at Denney Juvenile Justice Center. |
| | Please be prepared for your hearing:<br>⇒ Make sure you have a good internet connection.<br>⇒ Remember that you are still appearing in court and should act appropriately.<br>⇒ Charge your connection device. If you are calling by phone, ensure you have enough minutes.<br>⇒ Find a quiet place where no one will interrupt you.<br>⇒ Have all your papers ready, including a list of what you want to say to the judge or commissioner.<br>⇒ Connect 10 minutes prior to your hearing time. |
| ! | If you have trouble connecting by phone call Court Administration at 425-388-3421 or email SuperiorCourtAdmin@snoco.org. |
| 🧏 | Ask for an interpreter, if needed. Ask for an interpreter as soon as you can. Do not wait! Requests must be made 5 days in advance by calling 425-388-3459 or by emailing sscinterpretersupport@snoco.org |
| ♿ | Ask for disability accommodation, if needed. Ask for an accommodation as soon as you can. Do not wait until the hearing! Requests should be made at least 5 days in advance of the hearing by e-mailing SuperiorCourtADA@snoco.org, fax 425-388-3498 or by mail.  Request for Accommodation forms are available for pickup in room 5620 at the Snohomish County Courthouse or online at https://www.snohomishcountywa.gov/509 |

Ask for an interpreter or accommodation as soon as you can. Do not wait until the hearing!

Ordered.

Dated: **MAR 2 1 2024**  at 10:20 a.m./p.m.  _____
Judge/Court Commissioner

_____
Print Judge/Court Commissioner Name

I received a copy of this Order or attended the hearing remotely and have actual notice of this order. It was explained to me on the record:

| Signature of Respondent | Print Name | Date |
| Signature of Respondent's Lawyer WSBA No. | Print Name | Date |
| Signature of Petitioner | Print Name | Date |
| Signature of Petitioner/Lawyer    WSBA No. | Print Name | Date |

RCW 7.105.225 Mandatory (01/2024)
PO 070

Denial Order
p. 8 of 8

Exn 29P9

P129

## EX 21

**Date: April 8 2024**
**Source:** Stamped Court Documents
**Anti Harassment petitions:** Stephanie Farler (petitioner), Justice Clark (respondant)
No.24-2-02110-31

---

## Summary

Evidence of coordinated conspiracy, Obstruction of justice, and abuse of process in
support of claims under 42 U.S.C. 1983, 1985, and RICO predicate acts. *& First Amendment*
*retaliation*

Summary
**Marlene States:**
- "I am the neighbor Marlene Sprague (Owner). I have an unlawful detainier, show
  cause court case against Stephanie Farler."
- "She has lived illegally on my property for almost 2 years. She lives in my 8x8
  wooden shed. It has no utilities except electric."
- "She has caused several verbal assaults on neighbor Justice Clark"
- "Sheriffs have been called numerous times we are now known as a nuisance
  house. She does not have any legal right to file anything with the court. She does
  not legally live there."
- "finally I would like the court to drop this case she has no business at my home. I
  want a peaceful place for my disabled brother to live justice never caused any
  problems with me or my family. Only stephanie farler ."

This Exhibit contains a statement by Marlene Sprague. Submitted in support of
Justice Clark, which demonstrates a pattern of coordinated actions aimed at unlawful
removing the Plaintiff, Stephanie Farler, from her residence. The Statement and
surrounding circumstances support allegations of:
- First Amendment - retaliation for Petitioning the courts
- **Conspiracy to interfere with Civil rights under 43 U.S.C. 1985**
- **Violation of Constitutional rights under 42 U.S.C. 1983**
- **Obstruction of justice -** interference with court proceedings
- **Abuse of legal process -** through the misuse of anti harassment petitions
- **RICO predicate acts involving -** coordinated efforts and intimidation tactics
  including libel and threats involving firearms

**Monell Liability:**
This exhibit also supports a Monell claim against Snohomish County and Skagit
County for deliberate indifference and tolerance of unconstitutional conduct by
private individuals acting under color of law

Plaintiff Stephanie Farler Pro se
Dated 8/24/2025
Farler3030@gmail.com

EX 21 P2

4/8/24

P130

24-2-02110-31
DCLR          15
Declaration Affidavit
16468116

FILED
AMANDA BRITTON
4-8-2024
HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

**Superior Court of Washington, County of Snohomish**                AB

Stephannie Farler
Petitioner ☑ obo ☐ Minor ☐ Vulnerable Adult

v.

Justice Clark
Respondent

No.   24-2-02110-31

Declaration of
Marlene Sprague    (Name)
(DCLR)

This declaration is made by:
Name: Marlene Sprague
Age:   73

☐ Petitioner

☐ Respondent

☑ Other: Relationship to the parties in this action:   Friend, home owners

I declare,

RCW 7.105.200, .235, .500
(07/2022)
PO 018

Declaration (DCLR)
p. 1 of 2

Exh 2592

P131

No 242021186 (31 above the crossed-out ending)

I declare under penalty of perjury that the following is true and correct.

1. I am the neighbor. Marlene Sprague (owner)

2. I have an unlawful detainer, show cause court case against Stephanie Farler.

3. She has lived illegally on my property for almost 2 years.

4. She lives in my 8'x8' wooden shed. It has no utilities except electric.

5. She has unwanted and unknown people on the property day and night.

6. She has caused several verbal assults on my neighbor Justice Clark.

7. Sheriff has been called numerous times.

8. We are now known as a nuisance house.

9. She does not have any legal right to file anything with the court. She does not legally live there.

EXh 21a P3

1:

P132

#10. Finally I would like the Court to
drop this case, she has no brisness
at my home. I want a peaceful
place for my disabled brother to live
Justice has never caused any problems with
me or my family. Only Stephanie Farler thinks
Signed at Everett, WA                          thinks so.

Date 04/01/24

Marlene Sprague

Exn 21a P4

P133

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional single-sided pages if necessary and number them. Use form PO 010, Statement.)

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. [✓] I have attached (*number of pages*) _____ 2 _____ pages.

Signed at (*City*) _Everett_ _____ (*State*) _WA_ on (*Date*) _4-1-24_ _____

_____        _____
*Signature of Declarant*                      *Print or Type Name*

_____        
RCW 7.105.200, .235, .500                               Declaration (DCLR)
*(07/2022)*                                                        p. 2 of 2
PO 018

Exh 2Iq.P5

P134

FILED

2024 APR -4 AM 11: 17

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| **STEPHANIE FARLER** | No.: **24-2-02110-31** |
| Petitioner          DOB: ~~8-1-28/00~~ | |
| vs. | ORDER SETTING HEARING |
| **JUSTICE CLARK** | (NTHG) |
| Respondent/Restrained   DOB ~~8-1-28/11~~ | |
| | Clerks Action Required: 2, 4 |

### Order Setting Hearing

1. Petitioner filed for a Civil Protection Order. The order was denied pending the hearing below.

2. The Court sets a hearing.
   The parties shall appear on (date) 4/18/24 . in:

   ☑ **Snohomish County Superior Court** - 3000 Rockefeller Avenue, Everett, WA at:
   ☑ **9:00 am** ☐ 1:00 pm ☐ Other: _____ in Courtroom: **1C, 1D/1E, 2F as assigned**

   > To find the assigned courtroom go to: Snohomishcountywa.gov/5659 - Select the day of the week, scroll to the Protection Order calendar(s) to find your case and courtroom.

   ☐ **Denney Juvenile Justice Center** – 2801 10ᵗʰ St, Everett, WA at:
   ☐ 9:00 am ☐ Other: _____ in Courtroom: **DJJC3**

3. Other: _____ *** See *How to Attend* at the end of this order. ***

   The Resp. requested opportunity to file his written response
   Decl. & docs by 12 pm on 4/12/24 & the Reply by the
   Petitioner shall be due by 12 pm on 4/16/24. Both
   parties shall use email to serve copies of their Decls.
   Working copies must also be provided & original
   docs file with the Court Clerk.

EX 21 a  P6

P135

4. **Service on the Respondent**   & Petitioner via Zoom

☑ **Not required**. The respondent appeared at the hearing where this order was issued, a copy of order can be provided.

☐ **Required**. The Respondent did not appear and must be served with a copy of this order.

☐ The **law enforcement agency** where the respondent lives or can be served shall serve the respondent with a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: *(county or city)* _____
*(check only one)*: [ ] Sheriff's Office or [ ] Police Department

☐ The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court allows alternative service.*)

**Clerk's Action**. The court clerk shall forward a copy of this order and any order to surrender and prohibit weapons on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of these orders to the protected person.

☐ **Alternative Service Allowed**. The court authorizes alternative service by separate order (*specify*):_____

☐ **Service on Others**

Service on the ☐ vulnerable adult ☐ adult restrained person's guardian/ conservator ☐ minor restrained person's parent/s or legal guardian/s

*(name/s)* _____ is:

☐ **Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: *(county or city)* _____
*(check only one)*: ☐ Sheriff's Office or ☐ Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action**. The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

7.    **How to attend the next court hearing** (date and time on page 1)

EX21a P7



Unless you are ordered to appear in person you can appear remotely via Zoom either on-line or by phone.

☒ **Appear In Person – Please arrive at least 15 minutes prior to your hearing.**Please review hearing date, time and location on page one of this order.

☐ **On-Line via Zoom: For links to appear via Zoom go to:** snohomishcountywa.gov/5660/TelephonicRemote-Appearances)

☐ Remote by Phone (audio only) Phone 253-215-8782

| ⇒ Courtroom 1C | Zoom ID: 307 878 5917 | Password: 821291 |
|---|---|---|
| ⇒ Courtroom 1D | Zoom ID: 753 915 9763 | Password: 308792 |
| ⇒ Courtroom 1E | Zoom ID: 221 411 0318 | Password: 559533 |
| ⇒ Courtroom 2F - Presiding | Zoom ID: 6913 2627 2574 | Password: 372669 |
| ⇒ Courtroom DJJC3 | Zoom ID: 643 690 6771 | Password: 995624 |

**Please be prepared for your hearing:**

⇒ Make sure you have a good Internet connection.
⇒ Remember that you are still appearing in court and should act appropriately.
⇒ Charge your connection device. If you are calling in by phone, ensure you have enough minutes.
⇒ Find a quiet place where no one will interrupt you.
⇒ Have all your papers ready, including a list of what you want to say to the judge or commissioner.
⇒ Connect 10 minutes prior to your hearing time.

**To find your assigned courtroom** go to: Snohomishcountywa.gov/5659 - Select the day of the week, scroll to the Protection Order calendar(s) to find your case and courtroom.

ⓘ **If you have trouble connecting by phone call Court Administration at 425-388-3421** or email SuperiorCourtAdmin@snoco.org.

**Ask for an interpreter, if needed.** Ask for an interpreter as soon as you can.  Do not wait! Requests must be made 5 days in advance by calling 425-388-3421 or by emailing sscinterpretersupport@snoco.org

Do not wait until the hearing! Requests should be made at least 5 days in advance of the hearing by e-mailing SuperiorCourtADA@snoco.org, fax 425-388-3439 or by mail.  Request for Accommodation forms are available for pickup in room 5620 at the Snohomish County Courthouse or online at https://www.snohomishcountywa.gov/509

**Ask for an interpreter or accommodation as soon as you can. Do not wait until the hearing!**

Ordered.

Dated APR 0 4 2024 at 10:40 a.m./p.m.      _____
                                            **Judge/Court Commissioner**

                                            S Oloman K M

I received a copy of this Order:            Print Judge/Court Commissioner Name

▸ Appeared Remotely                         Appeared Remotely

_____  WSBA No.          _____  _____
Signature of Respondent/Lawyer             Print Name          Date
▸ Appeared Remotely
                                            Appeared Remotely
_____  WSBA No.          _____  _____
Signature of Petitioner/Lawyer             Print Name          Date

EX2 1a   p 8

P 136

## Superior Court of Washington, For County of Snohomish

_Stephanie Farler_
Petitioner ☑ obo ☐ Minor ☐ Vulnerable Adult

_Justice Clark_
Respondent (restrained person)

No. _24-2-02110-31_

**Return of Service**

(RTS)

### Identification of server:

1.  My name is _____. I am ☐ a peace officer ☑ 18 years of age or older and not the petitioner or the respondent.

### Able to serve:

2.  ☑ I served _Stephanie Farler_

    on _9-8-24_ _____ (date) at _____ (time) at this

    address: _4232 142nd AVE NE Lake Stevens WA 98258._

    with the documents checked in paragraph 3.

### List of documents:

3.  I served the:

| ☑ Declaration / Response: | ☐ Other: |
|---|---|
| | |
| | |

NEXT HRG:

_Return of Service (RTS) – Page 1 of 2_
_WPF DV 4.020 (08/2017)_

Ex 21 b  P1

P137

**Not able to serve:**

4. ☐ I was unable to make personal service on the respondent. ☐ I notified the petitioner that respondent was not served.

☐ I was unable to make personal service on the petitioner. ☐ I notified the respondent that petitioner was not served.

☐ Personal service was attempted on the following date(s)_____

_____.

☐ No service was attempted because _____

_____

5. Other: _The courts have allowed me to E serve Stephanie Farler_
   _email: stephareef@gmail.com_

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _4-8-24_ at _Lake Stevens_____, Washington.

Fees: Service _____      _____

  Mileage _____      Signature of Server

      _____

      Print or Type Name

  Total _____      _____

      Law Enforcement Agency

**PLEASE RETURN COMPLTED FORMS TO:**

**MAIL**
Snohomish County Clerk's Office
Court Services Division M/S 605
3000 Rockefeller Ave
Everett, WA 98201

**IN-PERSON**
3000 Rockefeller Ave
1st Floor, Room 1-530

**FAX** - 425-388-3127

**EMAIL** - protection.orders@snoco.org

**PHONE** - 425-388-3638

*Return of Service (RTS) – Page 2 of 2*
*WPF DV 4.020 (08/2017)*

EX21 b P2

P138

## Superior Court of Washington, County of Snohomish

No. 24-2-02110-31

Stephanie Farler
Petitioner ☑ obo ☐ Minor ☐ Vulnerable Adult

Declaration of
Justice Clark_____ (Name)
(DCLR)

v.

Justice Clark
Respondent

This declaration is made by:
Name: Justice Clark
Age: 47

☐ Petitioner

☑ Respondent

☐ Other: Relationship to the parties in this action:_____

I declare,

Ex 21b P3

P139

This is the 2nd time Stephanie's exploited
the courts services to harass and legally
harass me. She has Knowingly and willing
lied to the courts to evict me off my
property. For over 2 yrs Ive been harassed,
Im the one not her! All Ive ever wanted
was a decent nite rest like everyone else thats
it! For over 2yrs I have been woken up all hours
of the nite, parties, car mechanicing, drug use,
traffic coming and going, peeling out in the
gravel driveway, cars with no mufflers, her
dog barking all hours of the nite, all the
banging, rummaging, doing construction, her
delinquent acquaintances coming and going, letting her
car idle 15 mins at a time not freezing out, reving
her car up, peeling out up on street, my camera
caught someones legs coming down my ditch, then
going back towards 4232, lost sight in the dark
and trees, I'm 100% certain Stephanie had
something to do with the dead opossum by my
mailbox, she also brazenly threw a junk box
of ear plugs at my place hitting it, confronted
her later a couple days, she just casnally
sercastically says "It was a gift", has told me
to move to a different part of my place.,
told me to wear ear plugs, says my dog will
bark when ever he wants, hes a dog, its my
yard hes protecting it." When she first migrated
to the driveway in this minivan Jun 2022 I
had to deal with her up all hours of the
nite in and out of that van, drivers door, then
the passenger door, then the slider, then the
hatch, then to do it all over again, it was

EX21 b p4

P140

issue. Had to introduce myself quite a few
times from the hours of 11pm - 4am, then
now, and still when she decides to call it quits
it's about 4am, just when I have to get up.
At first it was like what the hell is going on?
Up all nite, then dont get up till 2 or so,
then for her to do it all aqwin, and still.
I have talked to her over and over, have even
went over to talk to Alan about it plenty of
times, And since I've confronted her about
disturbing the peace and keeping me up all
hours of the nite, and her disrespectful
acquaintances, and all the bull crap, she has this
exhaustingly vindictive vendetta towards me,
have never stalked, or harassed this individual,
nor have threatened her with weapons, she
has photo copied transcripts from her 1st
filing, told the judge I objected to them,
and again, again, these are not certified
stamped or signed, and do not require a
continuance or constitute one for her, I
object to anything Stephanie can electronically
manipulate or manufacture on her own
        Stephanie greatly interupted my non
interupted time for summer scheduled time,
then her continuances she caused made my
daughter miss all her morning school, I had
someone to watch her but they couldnt get her
to school, so I was pretty pissed about that,
And now, Stephanie ruined my daughters spring
break, we were supposed to drive to E. Washington
to Tonasket to visit family

Ex 21b  P5

P14l

Upon serving me this, she also had a 22 page petition for harassment on Marlene Sprague, Alans sister who bought the place for Alan because hes disabled, the live in care taker is a friend named Tamara, Stephanies mom so thats the dynamics with that situation.

Last Summer when Alan served me with Stephanies 2nd filing me and him talked for a few mins, he told me hes asked her to leave 2 times, she flat out told him no, he also said she basically moved into Marlene and Alans 8x8 tool shed without consent, also removed Alans tools which he told me hes no idea where most went, also Stephanie has not paid a dime in rent.

Begining of April or end of March I witnessed Stephanie Kicking the 8x8 tool shed door down, told Marlene. Marlene told me shes afraid of Stephanie and only carries a pistol when going to her property 4232. Once Stephanie changed all the house locks, Marlene threatened her with legal prosecution if she refused to change the locks back. Stephanie put the original locks back. When Stephanie changed locks, she did not tell Marlene. Marlene asked Stephanie to put original lock on 8x8 but Stephanie has refused.

Marlenes had to put a restraining order on Jolene one of Stephanies aquaintances, but Jolene was just over turn-t heard. There was a time Stephanie wanted to show Marlene a video of me harassing, and instead Marlene was appauled at what Stephanie was yelling at me, and Marlene said there were children present as well

3

EX21 b P6

P142

Anyhow Stephanies petition for Marlene got denied, but mine didn't, Stephanie had 22 pages on Marlene, and about what? Marlenes sweet, Stephanies desperate, trying to put petitions on both of us at the same time so to avoid eviction and get me out of her hair. I've started all my complaints with her stern, firm, straight to the point, then she gets down nasty with me, then I retaliate, then she starts recording, then shuts up. Stephanie has no problem mean mugging me and then do follow it up with "What's up Dade!" all sarcastically loud, has done this quite a few times.
Because of Stephanie Marlenes property is labeled a nuisance property, for how many times the officers have been over there and all the calls for her domestic violences, Marlenes place got raided for Stephanics Identity theft charge, I've called the shriffs multiple times on 4232 hecuse of Stephanie.

I want Scot Bacons statement dismissed again, her Moms statement is from well her MOM and is not true, I wont say Tamaras a liar, but what she said about me is not true. Robert Bates and Stephanie are more than just friends, both of them didn't come out of that 8x8 for like 3 days, so he will say anything. Scot Bacon said something about my 7yr old Sept 7 2023, the fact he even said anything about my daughter, what a thug! Bates statement is from 9-25-23, Kinda old? Im sure fabricated 100%.                                4/

EX 216 P7

P143

I have spoken accordingly, from a person who
has been taunted, provoked, making me very
agitated to the point of torture, I've been
the one harassed, I would like an alignment,
I need the harassment order for my daughter
and I for once and for all peace. This is
Stephanie's 4th illegal detainer, she's a sociopath,
vexatious, provicational, gaslighting, dangerous,
has not a lot to lose, if Stephanie was so
fearful of me shooting my gun or threatened her
with weapons, how come no call, or police reports??
Stephanie's a complete fraud. Stephanie is seriously
jeopardizing my daughters livelihood and mine,
asking the courts to greatly consider that my
7 yr old angel lives here, takes the bus to school
then home, I have court orders, I'm 50/50
custody, home owner, I do NOT DRINK, Stephanie
keeps saying I'm a drunk. If you gave Stephanie a
hair follicle test you would find methamphetamines,
100% certain. Stephanie's not even supposed to be at
#232!! 5, 6 months ago Stephanie tried strangling
her mom, but her mom didn't press charges, neighbor Sue
witnessed it. Have had to go to work countless times
like a zombie and try to work on serious projects, barely
staying awake to falling asleep doing inspecting etc.
Stephanie's tried sicking "her dog on me 3 occasions,
in the dark, after addressing and confronting
disturbances of the peace, her dog bear's
vicious too, he's smaller, but will 100% bite you!
    Stephanie and her acquaintance Jolene
(who has the restraining order) summer of 2023 were
bad mouthing my Mother (who's dead.) Stephanie's
                                                    5

Ex 21b p8

P144

called me every nasty word under the sun same
with her friends, "have ever heard them talking
about Kicking my butt", and when I leave
come home, Stephanie is not afraid to talk
or harass me, confronted me up on the street
along with Scot Bocen, Stephanie blinding me
with a super brite LED work light, Scot
right along side her, was waiting for Scot
to assult me, and probably followed by
Stephanie.

Stephanie has nothing new, just
more of the same, different style, and is
even more NOT CREDIBLE, Has caused all the
acrimony, has made me loose work, scheduled
time off with my daughter, made my daughter
miss school, has caused me a great deal of
stress, has affected my work, stephanie goes
to court April 12 for final eviction at
4232. Im asking for an alignment please
for my daughter and I. Besides Alan whos
handicapped, and Marlene whos retired Metro
driver, dont need a nuisance parasite
affecting there lives especially Marlene, well
she bought it for her brother, Marlene wants
peace for her brother, I want peace for my
daughter, for me. The last judge agreed I
was and have been provoked, and taunted
from Stephanie and her acquaintances, if not
an alignment, at least have this dismissed,
like the last one, she wasted the courts
and everyones time in my opinion, this one
and last one!

6

EX 21b P9

P145

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional single-sided pages if necessary and number them. Use form PO 010, Statement.)

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. [✓] I have attached (*number of pages*)_____, _6_____ pages.

Signed at (*City*) _Lake Stevens_____ (*State*) _WA_ on (*Date*) _4-8-24_____

_____    _Justice Clark_____
Signature of Declarant        Print or Type Name

Ex 21 b p 10

P146

**EX 21 C**
**Date: April 18, 2024**
**Source:** Transcription from Court hearing
**Judicial Officer:** Commissioner Kim, Soloman
**Anti Harassment petitions:** Stephanie Farler (petitioner), Justice Clark (respondant)
No.24-2-02110-31

On April 18, 2024. The court hearing was held by commissioner Kim Solomon. He heard both sides and dismissed the Petition. For lack of "credibility". "More so on the plaintiff than the defendant". However he did state afterwards that this should "not constitute a victory" in Justice Clark's eyes. He stated that "this has been very well documented" on the record now this being the second protection order filed with the same parties and that both of us need to just "disengage" or not talk to each other because it's not wanted. He then stated that "credibility was a factor in this ruling" and that "no restraints will be put on by the court today" and "the court has made his ruling".

- **Conspiracy to interfere with Civil rights under 43 U.S.C. 1985**
- **Obstruction of justice -** interference with court proceedings
- **RICO predicate act involving - 42 U.S.C. 1985** Conspiracy to violate civil rights.

**Monell Liability:**
This exhibit also supports a Monell claim against Snohomish County and Skagit County for deliberate indifference and tolerance of unconstitutional conduct by private individuals acting under color of law

_____ Plaintiff Stephanie Farler Pro se
Dated 8/24/2025
Farler3030@gmail.com

I Stephanie farler Declare under penalty of
perjury under the state of washington that
the attached document is a true and accurate
transcription of the court hearing held on
April 18 2024 in Snohomish county washington

EX21C  p1

P147

My name is Cassandra Morris, I swear under penalty of perjury that this transcription from **Thursday April 18th, 2024 case number 24-2-02110-31** is true and accurate. The transcription was created from a purchased audio recording from the Record Xchange website. **Order number 18-001307**

This hearing was held by commissioner Kim, Soloman S.

COMMISSIONER: Before we begin in this matter, we'll have both sides identify themselves for the record please.

STEPHANIE FARLER: I'm Stephanie Farler, appearing on Zoom.

COMMISSIONER: Mr. Clark.

JUSTICE CLARK: Justice Clark.

COMMISSIONER: Thank you. The court in reviewing this case and matter sees that a petition for unlawful harassment was filed by Ms. Farler on March 21st, 2024.

COMMISSIONER: That petition and the request for a temporary order for protection was denied on the same date, March 21st. So, this matter is now moving forward by this court setting a hearing that was set on April 4th of 2024, and Mr. Clark, you were served with the petition for the protection order as well as the denial order and the order setting the hearing. Is that correct, Mr. Clark? Did you receive these documents?

JUSTICE CLARK: Yes. That was back on March 26th, I believe. I was served by an officer, Your Honor.

COMMISSIONER: Yes, you were served by law enforcement.

COMMISSIONER: On April 4th, there was a hearing that was conducted on this matter. I'm going to read the order setting a hearing, and that hearing date was set for today. This was an opportunity; the respondent requested an opportunity to file his written response declaration and documents.

COMMISSIONER: Those were due by noon on 4-12-24 and any reply by the petitioner shall be due by noon on April 16th. Both parties should use email to serve copies of their declaration. Working copies must also be provided with original documents must be filed with the court clerk.

COMMISSIONER: At that hearing, both parties did appear remotely as well. Is that correct?

STEPHANIE FARLER: Sounds right to me.

JUSTICE CLARK: Yes, Your Honor.

The court sees that Mr. Clark, you did file a declaration on April 8th, also a declaration by Marlene Sprague.

JUSTICE CLARK: Yes, Your Honor.

EXZIC P2

P147

COMMISSIONER: And I do not see in the court file, Ms. Farler, any filings by you in terms of a reply to declaration that was made available to you for the court's last order.

STEPHANIE FARLER: I had, I never received anything from justice in between these court dates right now through email. I had actually sent him my, the things that I needed to add to the case in email because the last time that I tried to get a protection order, we had done this to the email serving thing. And I, but I, and I submitted them to the courts, but they were rejected for some reason when I submitted them. I'm not sure why.

COMMISSIONER: Ms. Farler, is your email stephareef at gmail.com?

STEPHANIE FARLER: It is.

COMMISSIONER: Mr. Clark did submit a return of service that you were served with his declarations on April 8th, 2024.

COMMISSIONER: I will point out that Mr. Clark, whoever did submit this did not sign that return of service.

JUSTICE CLARK: Your Honor, being told that I was under, I was told that I could email her. I went to, I went to Staples to where I could get my documents scanned and then sent them to her from Staples there in Marysville.

JUSTICE CLARK: I have a, I have a receipt from it that said everything sent, you know, I didn't know how to review anything. I just know that it, I had a guy over there helping me and it scanned everything good and it sent it to her email.

COMMISSIONER: Ms. Farler, did you receive on April 8th, the two declarations that I mentioned, one by Mr. Justice Clark and the other from Marlene Sprague?

STEPHANIE FARLER: I didn't, I'm going to check, I'm going to go to my emails to that date right now just to see if I missed it, but let's see, it was on the 8th you said?

COMMISSIONER: Yes, April 8th.

JUSTICE CLARK: Your Honor? Yes? Um, um, uh, she wrote this, uh, she sent me a declaration, um, saying that, um, she witnessed me go over and vandalize her car and then I came back to my house.

COMMISSIONER: Mr. Clark, I don't see any such, I don't see any such declaration or any filings in this matter after April 9th, 2024.

STEPHANIE FARLER: That was the new stuff that I was adding onto it after the last hearing.

EX 21C  P3

P148

COMMISSIONER: Ms. Farler, this court will be clear, both you and Mr. Clark were given clear deadlines and that service can be made by email to both sides and the opportunity for you to file any reply declarations has not occurred, it is not in the court file, and so I will at this time inquire, are you prepared to proceed?

STEPHANIE FARLER: Yeah.

COMMISSIONER: Mr. Clark, are you prepared to proceed? Oh yes, Your Honor, I want this to be over with.

COMMISSIONER: And the court will place both parties under oath at this time, I'd like for Ms. Farler you to raise your right hand, Mr. Clark, I cannot see you do it, but I'm going to instruct you to raise your right hand on your end as well.

COMMISSIONER: Have you raised your hand?

STEPHANIE FARLER: Yes, Your Honor.

JUSTICE CLARK: Yes, Your Honor.

COMMISSIONER: Do you both swear or affirm from the testimony you're about to give in this matter that what you will state will be the truth, the whole truth, and nothing but the truth?

STEPHANIE FARLER: Yes.

JUSTICE CLARK: Yes, Your Honor.

COMMISSIONER: Thank you. You may put your hands down.

COMMISSIONER: Ms. Farler, you will have five minutes to present arguments on why your protection order for anti-harassment should be granted. Mr. Clark, you will then have five minutes to present arguments on why that protection order should not be granted, and Ms. Farler, you will have one minute for the reply. You may begin.

STEPHANIE FARLER: I think that it's definitely necessary for the protection order. I am not comfortable at my house. **There's been third-party harassment that's been—the lady—one of the homeowners that owns the property, Justice has gotten in contact with and has completely—the lady just freaking hates me now, and she's working with Justice.**

STEPHANIE FARLER: **Everything that happens over here, Justice calls her,** and she calls my mom, or she calls somebody here on the property, and every single thing that happens, it really makes me uncomfortable. It's not a normal situation to be able to have to live like that in the home that you live in. And then, not to mention the severe harassment that I go through.

STEPHANIE FARLER: He's not nice. He's mean. He's cruel.

EX21C  P4

P148

STEPHANIE FARLER: **He tells me to go commit suicide. I mean, I have the transcriptions that were professionally transcribed that I have submitted, the majority of them.** And since I did the last court protection order, and that one was rejected for whatever reason—I need to be more clear, I guess—**I've been mocked repeatedly.**

STEPHANIE FARLER: I sit in my driveway, and I'm working on my car, and he puts **his smoke—he puts as much smoke as he can in the fire, and he has a little fan, and he fans it right so I just get smoke all around me when I'm in my driveway.** And then he comes up to me and says, **You have to have, like, evidence, you know, like, proof, so you already tried that one. Ha ha ha.**

STEPHANIE FARLER: And, like, **just mocks me**, like, from the property line while I'm trying to work on my car. And he's like, Oh, **I know what's wrong with your car, but I'm not going to tell you. Ha ha ha.**

STEPHANIE FARLER: And it's just, like, little childish things that it just—**and then my vehicle was vandalized, and my brother had to loan me $200 to get a new radiator,** which I have photos of that I wasn't able to issue—I didn't submit them properly. And so I've had to replace my car now. It was out for a week, you know what I mean? And that was in the middle of the night that happened, and I watched the cameras at my house, and **I was able to see tiptoe and tiptoe in just the very corner.**

STEPHANIE FARLER: And then it's just ridiculous. It's just—it's just insane. I've never experienced something like this.

STEPHANIE FARLER: And then my job, **I had a job that I was working at UPS, and I just had—it was too much stress,** because I had to leave to load the trucks at UPS at, like, in between 2.30 to, like, 4.30 in the morning, it depends on the load that day. And **every morning when I went out to go start my car, I tried everything, you know what I mean? I tried just scraping it. I tried not scraping the windows and just letting it run so I don't have to open and close my door so many times.**

STEHANIE FARLER: I tried every approach possible with him, and he just—it didn't—**he just comes out aggressively, just attacking me and saying things that—intentionally telling me he's going to get me out. He's going to get me. He's going to get me kicked off this property, and he's going to get me out of here.**

STEPHANIE FARLER: You watch. And lately, then he says, oh, I'm going to miss you. I'm going to miss you, he says.

STEPHANIE FARLER: Ha ha ha. And he laughs. It's just really creepy.

STEPHANIE FARLER: And it's just—it's a really, really uncomfortable situation. **I don't know if he's going to hurt my dog or what he's going to do, because he already did my car,** you know? I don't know. I just want it to be over.

COMMISSIONER: Anything else that was far away that you'd like to talk about?

EX21C   P5

P150

STEPHANIE FARLER: Nope.

COMMISSIONER: Mr. Clark, now's your opportunity for your response.

JUSTICE CLARK: Your Honor, this has been going on for over two and a half years.

JUSTICE CLARK: I've been having to—I have literally been kept up pretty much all throughout the night with this lady's shenanigans and people coming and going, and, you know, she didn't appeal on the first filing. I have no idea about her car. She says in the—now, the court didn't get it, but in my—the declaration that I got, she says that she witnessed me vandalize her car, and then I came home.

JUSTICE CLARK: Well, I'm going to tell you what, if I saw somebody in the dark in my driveway, I would be certainly scared, and I would probably call 911, let alone if I saw somebody vandalize my vehicle. You know, how come she didn't call 911? There's no police report. It's an absurd claim.

JUSTICE CLARK: There's damage to her car, and I have no idea. And they do. They got porch light salt.

JUSTICE CLARK: They got—she has a floodlight on my back—actually, it's my north—I don't have a front or back porch. I use either door. And they have a camera pointed on my porch, on my door over here.

JUSTICE CLARK: They got a couple pictures of me standing in my yard, like, looking over. I did say hi to the server. He was—I've actually ran into him before.

JUSTICE CLARK: He was—he actually goes through quite a bit of trouble, and he's actually a nice guy. Although, yeah, the court wouldn't know that, but, yeah, she was saying something about how me and the—I was hiding behind the bushes. I have no bushes over here.

JUSTICE CLARK: They're trees. The court does have a picture. That's the camera view that they have on my place.

JUSTICE CLARK: They have a—she has a floodlight from her 8x8 shed that she stays in pointed at my place. I've been meaning to get a fence up, but I would—let's see here. You know, today, like right now, I—in August, she had interrupted—I had two weeks of scheduled time with my daughter.

JUSTICE CLARK: Stephanie had interrupted that, and then it bled over into school. My daughter missed morning school. Right now, she's missing morning school.

JUSTICE CLARK: I'm missing part-time work. The—I just—it's—you know, I want this to stop. I would want—I'm asking the court for an alignment.

JUSTICE CLARK: I'm the one who's being harassed. I do not go out of my way to harass this woman. I have addressed noise complaints over and over.

EX21C P6

P151

JUSTICE CLARK: I have addressed garbage issues. I have been catching rats. I've had an insurgent amount of rats.

JUSTICE CLARK: They had a—she had a—**I've talked to Marlene now that, anyhow,** she's going to be getting a bigger garbage can for them, but they're—Stephanie was dumping her garbage into an open-end trailer door here. I can't talk to her about anything. I mean, she's sat here, and she— I'm going to ask you to try and get to your final point, sir.

JUSTICE CLARK: Okay. All right. I would just—I want this—I want this dismissed.

JUSTICE CLARK: She's exploiting the court services to legally harass me, and I just want a—I just want a quiet and safe place for my daughter and I, you know? And you know, and as far as the homeowner goes, **Marlene** bought that place for her disabled brother, and she's just—she—Stephanie Farler is nasty, Your Honor, and I just—I'm the one who's being harassed, and I would like an alignment or at least the courts to dismiss this, please. Thank you.

COMMISSIONER: Ms. Farler, you have your one minute for your reply.

STEPHANIE FARLER: I also have two children that are over here in the midst of all of these things that justice does to harass me, and I'm going to tell you that 90 percent of the transcriptions of the videos, because every Encounter Eye video that I've had transcribed are from the middle of the day, not being woken up in the middle of the night. That's only happened one time ever was one of those videos ever recorded in the middle of the night. The rest of them, I'll be washing my car in my driveway, and he just starts in, and he just starts going at me.

STEPHANIE FARLER: My kids will be in the room with me here, and they just, like, laugh because they don't know what to do with a grown adult acting like that. My kids are 11 and 4, and they just start laughing. They're just sitting there.

STEPHANIE FARLER: I'm like, you guys, just relax, just whatever. They think it's just freaking hilarious because that's the kind of behavior. It's just, it's crazy.

STEPHANIE FARLER: Yeah. Yeah. I don't know.

STEPHANIE FARLER: **And the third party harassment with the homeowner is a serious issue. She's now serving me with eviction papers because of justice's influence in all of this whole situation. He just admitted that he does.**

STEPHANIE FARLER: He's obviously been in contact with her, and he knows all kinds of stuff about the property. Why would he even know that? He didn't, you know what I mean? That's crazy. That's third-party harassment.

EX21C P7

P152

STEPHANIE FARLER: He's just using her now to get to me because it didn't work for him, and it's, **and I actually literally have an eviction now that I'm dealing with due to it, and the damage is done. She already has the opinion she has of me now,** you know what I mean?

COMMISSIONER: Thank you for having the opportunity to hear testimony from both the petitioner and the respondent, as well as reviewing the court file under the new petition that Stephanie Farler has filed in this matter against the respondent, Justice Clark. The court will note that there was a previous filing last year, which was approximately August of 2023, where the same parties as Farler as petitioner and Justice Clark as respondent did proceed under a anti-harassment, excuse me, it was a, it was a domestic violence protection order petition that Ms. Farler had filed, and that matter in 2023 did proceed to a full hearing on September 18th, 2023, where the court did at that time find that there was insufficient evidence to grant a protection order for domestic violence between the two parties.

COMMISSIONER: The court in this case, which is not a domestic violence protection order, but a anti-harassment protection order, has now reviewed both the declarations as well as the original petition filed by Ms. Farler, and now having heard the arguments as well as reviewing the transcripts that have been attached to the petition, along with additional declarations filed, the court, in weighing all the evidence, the court will remind the parties that the burden of proof is upon the petitioner, and that burden of proof is a preponderance of the evidence standard. That means it is on a more likely than not standard, and the weight of the evidence in this matter does fall in favor of the respondent. The court will find that there is a history of dispute that this court does note has occurred or has been occurring, and is potentially occurring today, but this dispute, this court finds is not sufficient to be within the statutory definition of harassment.

COMMISSIONER: **The court will enter at this time a denial order of Ms. Farler's petition, and will not be granting a protection order for unlawful harassment.** Again, the court's decision is based on its consideration of the evidence, declarations, and testimony that it has heard, **and the court will make clear in this order that the credibility is another aspect of this court's weighing of the credibility of the parties in rendering its decision at this time.** The court will need a moment to fill out this order.

COMMISSIONER: The court has in this order, which is a denial order, has heard the testimony and has noted that there is insufficient evidence under the findings. In the other section for findings, **the court has written that the court finds that credibility of the parties to be lacking, but more so upon the petitioner and her claims and allegations.** The court finds insufficient evidence to grant the protection order against respondent at this time.

COMMISSIONER: I will point out to both parties, Mr. Clark, that although this matter is now being entered as a denial of the protection order by Ms. Farler, **this by no means should be considered you prevailing.** I would remind you, Mr. Clark, **that this ongoing dispute that occurred in 2023**

EX21C P8

P153

**and now into 2024 between you and Ms. Farler, there is now a record of
two hearings and allegations and accusations made.** I will warn both you,
Mr. Clark, and Ms. Farler, the two of you will either need to make
arrangements that you do not engage, do not talk to, and do not have any
interactions.

COMMISSIONER: Clearly, Ms. Farler does not appreciate any statements or
comments from you, Mr. Clark. And the same is true that Ms. Farler, you
also should not be talking to or engaging with Mr. Clark so long as you
are both near one another under the current circumstances. At this time,
there are no protection orders that were issued previously under the
petition that was filed.

COMMISSIONER: The court has now adjudicated in this matter and denied any
further restraints. That is now the court's order. It has been signed and
entered.

COMMISSIONER: I have noted both parties to be present via the Zoom
platform. You will not be receiving copies. If you wish to have a copy of
this order, you can contact the protection order office or download this
order from the Zoom, or excuse me, the Odyssey portal.

COMMISSIONER: The court has adjudicated on this matter for both parties.
Thank you.

---

This document was transcribed in Everett WA, on 3/19/2025. Containing
3,395 words.

EX 21C P9

**Stephanie Farler v. Snohomish County et al.** United States District Court – Western District of Washington

Ex 22

P154

🗌 **Date of Incident: May 16, 2024**

🗌 **Title: Coordinated Retaliation – Justice Clark & Law Enforcement Targeting at Plaintiff's Residence**

🔍 **Summary of Contents**

This exhibit documents an incident in which Defendant Justice Clark falsely reported that all individuals at Plaintiff's residence had active warrants. Although Robert Lane did have a California warrant, the key issue is the **coordinated and retaliatory conduct** by law enforcement officers who entered private property without a warrant or exigent circumstances, bypassed Plaintiff's correction about Clark's residence, and physically tackled Mr. Lane in front of Plaintiff's vehicle.

Plaintiff was outside working on her car when officers approached, asked for Justice Clark, and ignored Plaintiff's correction that Clark lived next door. Upon seeing Robert Lane, officers immediately escalated to physical force and arrested him. Plaintiff was forced to post bail later that evening.

🔒 **Key Allegations**

- Justice Clark instigated police action through false and retaliatory reporting.
- Officers entered private property without legal justification and ignored Plaintiff's correction.
- Robert Lane was tackled and arrested in a manner consistent with targeted retaliation.
- The incident occurred in full view of Plaintiff and other witnesses, reinforcing the pattern of intimidation.

⚖️ **Legal Relevance**

This exhibit supports Plaintiff's claims under:

- **42 U.S.C. § 1983** – Unlawful seizure and retaliation for protected conduct
- **Monell v. Dept. of Social Services** – Municipal liability for failure to train/supervise officers who act on retaliatory reports
- **42 U.S.C. § 1985(3)** – Conspiracy to interfere with civil rights
- **RICO – 18 U.S.C. § 1962(d)** – Coordinated enterprise involving overt acts of harassment and intimidation
- **Fourth Amendment** – Warrantless entry and excessive force
- **Fourteenth Amendment** – Procedural abuse and denial of equal protection

Ex 22 Cover

Still Shot: Unlawful Arrest on Private Property – Retaliatory Conduct by P155
County Officials - EX 22

Date of Incident: May 16, 2024

Location: 4232 142nd Ave NE Lake Stevens WA 98258 – Private
Residential Driveway, Snohomish County, WA

Exhibit Title: Still Frame – Arrest of Robert Lane Following False Report by
Justice Clark

Description of Image
This still shot captures:Plaintiff (Stephanie Farler), Robert Lane (boyfriend),
and Scot Bacon (friend) actively working on Plaintiff' s vehicle in her
private driveway.Two Snohomish County Sheriff's deputies approaching
the property.Deputies asking Plaintiff for "Justice" (referring to neighbor
Justice Clark). Plaintiff informing deputies they are at the wrong house.
Deputies identifying Robert Lane and immediately tackling and arresting
him without further inquiry. Arrest initiated based on Justice Clark' s
repeated false reports and disclosure of a California warrant.

Legal Relevance
This image supports Plaintiff' s claims of:

42 U.S.C. § 1983: Violation of Fourth and Fourteenth Amendment rights
through unlawful seizure and lack of due process.

42 U.S.C. § 1985(3): Conspiracy to deprive Plaintiff and associates of
equal protection and access to justice, coordinated by private actor
Justice Clark and county officials.

Civil RICO (18 U.S.C. § 1962): Pattern of retaliatory conduct, false
reporting, and misuse of law enforcement resources as predicate acts.

Abuse of Process: Deputies acted on a known false report to execute an
arrest unrelated to Plaintiff' s property or conduct.

IIED: Plaintiff suffered emotional trauma witnessing the violent arrest of
her partner on her own property, stemming from repeated harassment.

First Amendment Retaliation: Incident occurred in the context of
Plaintiff' s ongoing legal petitions and protected speech against Justice
Clark and county misconduct.

Supporting Context
Plaintiff had previously filed petitions for protection and redress against
Justice Clark.Justice Clark has a documented history of false reports and
retaliatory conduct.Deputies failed to verify the location or legitimacy of
the report before executing a physical arrest.Plaintiff was forced to post
bail for Robert Lane, incurring financial and emotional harm.

I Stephanie Farler declare under penalty of purjury in the state of
washington that the still shot is a true and accurate still shot taken from
home cameras on 5-16-2025 of Robert Lanes Arrest.

Stephanie Farler (Pro se)
425-268-0129
Farler3030@gmail.com

EX 22 P1



**EX 23**

P157

## Still Shot: Marlene Sprague Engaged in Armed Surveillance – Retaliatory Conduct on Private Property

**Date of Incident**: 7/1/2024 **Time**: 12:00 AM – 12:30 AM

**Location**: 4232 142ND Ave Ne Lake Stevens WA 98258 – Private Residential Driveway, Snohomish County, WA

**Exhibit Title**: *Still Frame – Marlene Sprague Photographing Plaintiff's Vehicles While Armed*

### Description of Image

This still shot captures:

> **Marlene Sprague**, seated in Plaintiff's driveway during early morning hours.

> Sprague **snapping photos of Plaintiff's vehicles** without consent.

> Sprague **carrying a visible firearm**, consistent with her known practice of arriving armed.

> The incident occurred on **private property**, clearly marked with "No Trespassing" signage.

### Legal Relevance

This image supports Plaintiff's claims of:

> **42 U.S.C. § 1983**: Violation of Fourth and Fourteenth Amendment rights through unlawful surveillance and intimidation on private property.

> **42 U.S.C. § 1985(3)**: Conspiracy to deprive Plaintiff of equal protection and access to justice, involving coordinated harassment and retaliatory filings.

> **Civil RICO (18 U.S.C. § 1962)**: Pattern of racketeering activity including stalking, intimidation, and misuse of legal process as predicate acts.

> **Abuse of Process**: Sprague's conduct directly preceded retaliatory court filings, demonstrating misuse of judicial procedures for harassment.

> **IIED**: Plaintiff suffered emotional trauma from repeated armed surveillance and invasion of privacy.

EX 23 P1

P158

**First Amendment Retaliation**: Incident occurred in the context of Plaintiff's protected legal advocacy and petitions for redress, constituting retaliation.

I declare under penalty of perjury under the state of Washington that this is a true and accurate still shot taken from our home cameras on 7/1/2024 as she took photos of my vehicles. She sat for a half an hour never got out of her truck and then left.

Stephanie Farler (Pro se)

425-268-0129 Farler3030@gmail.com

EX23 P2

P159

marine parked in my driveway at 12:30 am taking photos of my cameras

P3

Exhibit 23

P160

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**Stephanie Far,**

Plaintiff,

v.

**Shomish County, et al.**

Case No: _____

Ex 24 - Revoked POA

## Purpose and Content Summary

This document affirms that **Alan Sprague formally revoked the Power of Attorney previously granted to Marlene Sprague** on or about July 5, 2024. The revocation:

- **Terminates Marlene Sprague's legal authority** to act on Alan's behalf for financial, legal, or property matters.
- Was executed after Alan became aware of improper use of the prior POA—including filings and declarations used against Plaintiff contrary to his wishes.
- Was filed in connection with concerns regarding unauthorized property transfers, misrepresentations in court filings, and coercive use of signed documents.
- Includes Alan's signature and verification language confirming his intent to rescind any and all previous POA designations made in favor of Marlene Sprague.

## ⚖ Legal Relevance

This revocation supports Plaintiff's claims regarding:

- **Fraudulent misuse of legal authority** by Defendant Marlene Sprague
- **Coerced and deceptive conduct** in submitting unauthorized filings attributed to Alan Sprague
- **Conspiracy to dispossess and isolate Plaintiff** using legal documents falsely claimed to reflect Alan's intent
- Claims under *42 U.S.C. § 1983, § 1985*, and Washington state law regarding abuse of process, emotional distress, and deprivation of rights

This document rebuts declarations and filings previously submitted under false pretense and validates Plaintiff's allegations of coordinated misconduct and improper use of civil process.

Exh 24  P1

DATE: 7/29/24
FROM: SNOHOMISH CO. CLERK
DOCUMENT RETURNED BECAUSE:
____ INCORRECT CAUSE # OR NO CAUSE #
____ INCORRECT CAPTION CR 10(a) (1)
____ DISCOVERY MATERIAL CR 5 (I)
____ UNSIGNED ORDER SCLCR 58 (b) (2)
____ PER GR 14 OR GR 32
_X_ Incorrect caption
See attached

FILED
P161
2024 JUL 26 PM 1:39
HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

7524

**SUPERIOR COURT OF WASHINGTON**
**FOR SNOHOMISH COUNTY**

Stephanie farler
_____
Petitioner/Plaintiff(s),

NO. 24-2-05771-31

vs.

Marlene Sprague
_____
Respondent/Defendant(s).

**COVER SHEET**

Attach a separate cover sheet to each document you would like to file in your case. Provide a description of what is attached to the cover sheet on the lines below.

Revocation of Power of Attorney
_____

Presented by:   Stephanie farler        Date: 7/26/24
                Printed name

Address:   4232 142nd ave NE
           lake Stevens wa 98258

Phone Number: 425 268 0129
Email Address: stephareef@gmail.com

Exhibit 24  P2

\\snoco\sdrives\SCL_Data\FORMS\Cover Sheet.docx

P162

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR SNOHOMISH

REVOCATION OF
POWER OF ATTORNEY

Alan Sprague
4232 142nd Ave NE
Lake Stevens WA, 98258

## REVOCATION OF POWER OF ATTORNEY

I, Alan Sprague of 4232 142nd Ave ne lake stevens WA 98258, hereby revoke the power of attorney,
which was granted by me on the 29th day of December, 2023 and which appointed Marlene Sprague of
1805 Rainier Ave apt A Everett WA 98201 as my attorney-in-fact. Marlene Sprague no longer has the
authority to act on my behalf and any authority previously conferred on Marlene Sprague by said
power of attorney is revoked, cancelled and terminated as of this 5th day of July, 2024

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal at the City of lake stevens in the
State of Washington this 5th day of July, 2024.

**SIGNED, SEALED, AND DELIVERED** in
the presence of:

Exhibit 24 P2 P3

P163

Stephanie Parker

WITNESS:
Address: 4232 142nd ave NE
lake stevens wa 98258

Alan Sprague _____

Jamera Jauhr

WITNESS: 4232 142nd Ano NE
lake stevens wa 98258

Address: _____

## WITNESS ACKNOWLEDGEMENT

I HEREBY ACKNOWLEDGE that:

1.  I witnessed the signing of the Revocation of Power of Attorney of Alan Sprague dated this 5th day of July 2024.

2.  I am an adult with the capacity to witness the signing of the Revocation of Power of Attorney.

3.  In my opinion, Alan Sprague had the capacity to understand the nature and effect of the Revocation of Power of Attorney at the time the Revocation of Power of Attorney was signed and he signed it freely and voluntarily without any compulsion or influence from any person.

Signature: _____
Name: Stephanie Parker
Address: 4232 142nd ave NE
lake stevens wa 98258

## WITNESS ACKNOWLEDGEMENT

I HEREBY ACKNOWLEDGE that:

1.  I witnessed the signing of the Revocation of Power of Attorney of Alan Sprague dated this 5th day of July 2024.

Exhibit 24 p4

P164

2.    I am an adult with the capacity to witness the signing of the Revocation of Power of Attorney.

3.    In my opinion, Alan Sprague had the capacity to understand the nature and effect of the Revocation of Power of Attorney at the time the Revocation of Power of Attorney was signed and he signed it freely and voluntarily without any compulsion or influence from any person.

Signature: _Tamara Farler_

Name: Tamara Farler

Address: 4232 142nd Ave N.E.
Lake Stevens WA 98258

EXhibit 24 PDF P5

P165

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

**Stephanie Far,**

Plaintiff,

v.

**Shomish County, et al.**

Case No: _____

---

# Exh 25 Vehicle Vandalism & Evidence Suppression: Coordinated Retaliation Under Color of Law

**Date Range**: July 2024 – November 2024 **Submitted By:** Plaintiff Stephanie Farler **Exhibit Type**: Photographic Evidence, Incident Statements, Damage Documentation

## Incident Summaries

1. **Radiator Sabotage**
   - Wooden stick jammed into Plaintiff's car radiator overnight.
   - Vehicle was parked in a known, surveilled location recently referenced by Defendant Marlene Sprague.
   - Indicative of deliberate interference with Plaintiff's transportation.

2. **BB Gun Attack — July 24, 2024**
   - Rear passenger window and partial windshield shot out with BB pellets overnight.
   - Plaintiff slept with all windows down, and cardboard taped to openings, sacrificing safety and privacy.
   - Law enforcement did not investigate despite report and photographic documentation.

3. **Firearm Attack — November 11, 2024**
   - Seven live rounds fired into Plaintiff's vehicle while she was incarcerated following a retaliatory 911 call by Defendant Justice Clark.
   - Deputies recovered shell casings but **never recorded them**, and ultimately **withheld or disposed of this critical evidence**, preventing any pursuit of accountability.
   - No forensic or follow-up investigation was conducted.

## Legal Relevance: RICO Elements

Exh 25 p1

P166

These events constitute predicate acts under the Racketeer Influenced and Corrupt Organizations Act (**18 U.S.C. § 1962**), meeting multiple criteria:

- **Pattern of Racketeering Activity**:
  - Vandalism (property interference)
  - Obstruction of justice (evidence suppression)
  - Retaliation against protected activity (filing complaints, pursuing litigation)
- **Enterprise Structure**:
  - Coordinated conduct by public-sector actors (Sheriff's office, Defendant Clark) and private affiliates (Sprague)
  - Ongoing retaliation and concealment tied to Plaintiff's legal action and civil rights claims
- **Injury to Plaintiff**:
  - Physical loss of property
  - Emotional distress and personal risk due to unsafe sleeping conditions
  - Deprivation of evidence needed to pursue justice

### Impact Statement

These acts were not isolated—they form part of a systemic campaign involving:

- **Retaliatory targeting** following federal filings and court appearances
- **Law enforcement complicity** in suppressing material evidence (shell casings)
- **Ongoing psychological harm**, deprivation of liberty, and risk to life and property

*Vehicle Vandalism, Evidence Theft & Enterprise Activity, July–*
**Nov 2024**

I Stephanie farier declare under penalty of perjury
Under the law of the State of Washington that the
attached photos and true and correct images of the
damage that has been done to my car at the
hands of the association-in-fact Enterprises
Predicate acts to retaliate and in attempt to
quiet me from protected speach.

Stephanie farier (prose)
9/18/2025

EX.25 P2

P167



EX25' P3



EX125 P4



on or about    July 24 2024

P169

my car window that was shot out
with BB Gun. 2nd time my car was
damaged by Justice Clark

Exhibit 25



P171

## SUPERIOR COURT OF WASHINGTON, COUNTY OF SNOHOMISH

Stephanie Farler
Petitioner/Plaintiff(s),

NO. 24-2-05702-31

vs. Marlene Sprague,
Darlene Rosenquist
~~Justice Clark~~
Respondent/Defendant(s).

**COVER SHEET**

SUBMITTED BY: Marlene Sprague

### ATTACHED HERETO ARE THE FOLLOWING EXHIBITS:
(Exhibits can be, but are not limited to: photos/text messages)

- Mark your exhibits clearly (i.e. A,B C or 1, 2, 3) and list below with a description/ explanation for each exhibit.
- Declarations from witnesses should not be attached to this coversheet. Witness statements must be provided in declaration form signed under penalty of perjury. (Declarations available at po.snoco.org)

EX 26 P1

P172

24-2-05702-31
Marlene R Sprague
responces

EX 26 P2

P173

Superior Court of Washington, County of Snohomish

Stephanie Farler
Petitioner                                    DOB

No. 24-2-05702-31

v. Marlene R Sprague  08/11/1953
   Darlene Rosenquist
   Justice Clark

Respondent                                    DOB

Declaration of
Marlene R Sprague (Name)
(DCLR)

This declaration is made by:
Name: Marlene R Sprague

Age: 70

Relationship to the parties in this action: _____

I declare,

I will only address my issues from Stephanie Farler

Fact 1 — Joleen May (JoJo) and Billy were not allowed
on the property. I called Sheriff. To get
a no trespass order. JoJo was hiding
in the green house. Billy took off in the
car. (See Fact 1 attachment)

Fact 2. I do not need to announce to anyone
as my brother lives there and I own
the property. (see Fact 2 attachment)

Fact 3 I carry my gun alot. I have a Concealed
weapons permit (See Fact3 attachment)

Fact 4 This is untrue and not relevent. All
hear say.

Fact 5 Untruthful, I gave him my phone number.

RCW 7.105.200, .235, .500
(07/2022)
PO 018

Declaration (DCLR)
p. 1 of 2

EX 26 p.3

maybe so but you came prepared with them two Day ~~day~~  P174

Fact-6    The sheriff told me to put up no tresspasing signs

Fact-7    My gun was locked in my truck. I always let the police know I carry and offer my permit.

Fact-8    I saw Joleen and Billy before I even got into the driveway.

Fact-9    I told her (Stephanie) that she could not live at the trailer. (see attachment of 1st eviction)

*admits to her brothers house*

Fact - 10    I did put up no tresspassing signs. She took them down.

Fact - 11    Contract between my 91 yr old mother and brother. She purchased the land and trailer for my brother to live in (see attachement Fact 11)

*admits contact Fact-4.19    (See attached service notice)*

*w/ justice Fact-4 23    I did tell my brother to leave her alone.*

*leaving unsafe Fact 4.24    The judge decided to dismiss them. Not me (see attachment 4.24)*

*at home Fact- 4.25    She (Stephanie) put a new door on the shed and new lock. No one has a key except her. (see attached 4.25)*

Fact 4.28    Service from my attorney for Ejectment (See attached 4.28)

*no signature at all Fact 4.31.    Stephanie had an at will service. I just wanted to see if she had left on her own.*

(Attach additional single-sided pages if necessary and number them. Use form PO 010. Statement.)

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. [X] I have attached (number of pages) ___3___ pages.

Signed at (City) Everett _____ (State) WA  on (Date) 8/1/2024

_Signature of Declarant_

Marlene R Sprague
Print or Type Name

RCW 7.105.200, .235, .500
(07/2022)
PO 018

Declaration (DCLR)
p. 2 of 2

EX 26 P4

P175

Case # 24-2-05702-31

Fact - 4.32    My attorney served Ejectment Summons and
only recived Summons    complaint  (see attached 4.32)

Fact  4.33    There is no teaming up. No conspiring.

Fact  4.39    My brother is disabled, deaf and being used
Sheriff told me Alan is mentally unstable and
we are a nusience house.

Marlene R Sprague   Facts

Fact 1    The following protection order was denied
by a judge at Snohomish County Courts.
(see attachment) Fact 4.24 (in responce)

Fact 2    Terminate at will for Ejectment
see (see attachment) 4.28 (in responce)

Fact 3    She (Stephanie) is on house arrest. (See
attachment from Court Skagit County) Fact C

Fact 4.    I would appreciate that you (judge)
Would see that this is another
attempt to let her stay. She can leave
if she is so emotionally stressed.
Thank you.

Deminstrates there
lack of regaurd for
the seveur emotional
Distress I deal with
resulting from there
disregaurd of it.

Page 3 of 3

EX 26 P5

P176

**Superior Court of Washington, County of Snohomish**

Stephanie Farler
Petitioner

Marlene Sprague
Darlene Rosenquist
Respondent
Justice Clark

No. 24-2-05702-31

Declaration of
Darlene Rosenquist (Name)
(DCLR)

This declaration is made by:
Name: Darlene Rosenquist
Age: 69

☐ Petitioner

☒ Respondent

☐ Other: Relationship to the parties in this action: _____

I declare.

See attached 3 pgs

EX 26 P6

P177

(Attach additional single-sided pages if necessary and number them. Use form PO 010, Statement.)

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. [ ] I have attached (*number of pages*) 3 . *three* pages.

Signed at (*City*) *Everett* _____ (*State*) *Wa* on (*Date*) 7/31/24

*Darlene Rosenquist* _____     *Darlene Rosenquist*
Signature of Declarant                Print or Type Name

RCW 7.105.200, .235, .500 *(07/2022)*                Declaration (DCLR)   p. 2 of 2
PO 018

EX 26 P7

P178

SUMMONS #24-2-05702-31

7/30/2024

Response to SUMMONS #24-2-05702-31

Stephanie Farler Petitioner / Darlene Rosenquist, Justice Clark, Marlene Sprague, Respondents

I Darlene Rosenquist will address only the items I have been mentioned in or know of As labeled by Stephanie Farler.

3. Factual allegations

3.1 There was a no trespass filed on Jolene aka Jojo. This matter does not involve Stephanie.

Fact #6 As instructed by Snohomish County Sheriffs.

Fact #11 Our "family contract" is not Stephanie's to question. it's a FAMILY contract drawn up to prevent the same occurrence at this address

Regarding the so-called "agreement" I have never seen nor spoken to Justice.

Regarding the "gun and holster" Marlene has a permit to do so. the The sheriff is aware due to of all the calls they get for the "Nuisance house".

4.13 My side now. When I arrived to my surprise was someone. I knew nothing about. I asked her who she was. and instead of just telling me. she said she lives there. voices were raised. I did call the Sheriff

AS FAR AS MY GRANDSON. I APOLOGIZE FOR HIS BEHAVIOR HE IS AUTISTIC

EX26 p8

*last protection order filed for Justiceclark*

**FILED**

2024 OCT 16  PM 12: 56

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

24-2-07603-31
11
AT
Attachment
17620697

## SUPERIOR COURT OF WASHINGTON, FOR COUNTY OF SNOHOMISH

Justice Clark
Petitioner/Plaintiff(s),

vs.

Stephanie Farber
Respondent/Defendant(s).

NO. 24-2-07603-31

**COVER SHEET**

**ATTACHED HERETO IS:**

re: protection order Declaration of stephanie farber, supporting evidence
Declaration of bless p. Declaration branden Deal
evidence from 1st protection order I filed on
Justice Clark

Exhibit 29 P1

## Superior Court of Washington, County of Snohomish

Justice Clark
Petitioner

vs.

Stephanie farler
Respondent

No. 24-2-07603-31

**Declaration of**
Stephanie farler **(Name)**
(DCLR)
(Optional Use)
(Clerk's Action Required)

This declaration is made by:

Name: Stephanie farler

Age: 34

Relationship to the parties in this action: defendent

I declare,

Justice clark and marlene sprague have both began to go through with court proceedings against me at the same time. tells me they were still in contact and are still trying to minipulate the situation and try to use the courts in a way that is considered to be immoral and un just. I think considering that justice clark took it as far as to even put his daughters school and his daughter and act like he is scared is him going over board and shows his despratenwess. I hope that the courts will follow all the diffrent court cases that I will provide the case numbers

Ex 29 P2

for in a min and will realize that not one of these three individuals that I have filed IIED (intentional infliction of emotional distress) on will ever be able to provide factual evidence to the courts that I caused any of them any issues. I am %100 on that because even to the extent of the harassment that I have faced at the hands of the three individuals I have never even fired back with rude and hurtful comments. I have never allowed myself to yell at or even argue back and forth with them. I just pull out my camera and I maybe sometimes state that I would appriciate it if I could be left alone. I mean I have alot of videos and voice recordings and home camra's footage of all three people harassing me and calling the police on me or on our property. I am currently waiting for the next wave of police reports that I have coming from the records department but the first wave I got there were times that Justice called the police on our property that we didnt even know about. Police never even contacted us because they already know its Justice making false reports. One fauls report even

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Lake Stevens (city) wa (state) on 10/10/24 (date).

Signature of Declarant

Print or Type Name: Stephanie Farver

EX 29 P3

resulted in my ex boyfriend going to jail and I had
to bail him out that night.

it is important to state that some ones past record has
nothing to do with the facts of this case and in no
way excuses this type of malicious behavior. bringing
up past crimes in the context of ongoing harassment
and threats is unjust and fails to concider the
current situation and the need for legal protection
against unlawful conduct, as recognized under wa
state Laws.

I have been subjected to constant mocking, taunting,
and being treated as if I do not have the same rights
as every other american. this behavior, which disregards
the obvious damage it causes, has been extreme and
outrageous. Such conduct is offensive and would not
be socially acceptable by any standard. malic and
concerted efforts to cause harm are not acceptable
in society and must have consequences.

The fact that Justice added his daughter to the protection
order indicates that he is using it to create more
damage to my life. showing his desperation, I have not
left my home as he wants me to. every time I
stand up for myself and seek protection or relief
from this unjust behavior, the individuals I have
named as defendents in my IIED case retaiate
with increasingly desprate and harmful tactics.
I have never yelled back or called any of them
names. instead, I record the incident and state
that I do not want to be spoken to, asking
them to take it up with alan or to leave me
alone. Despite this, I am mocked, and taunted.
about my past attempts to seek protection

Justice clark now calls me "misscredible", mocking my efforts and stating that I have no evidence against him. Justice has also informed me about situations I was about to face before I even received the paper work, mocking me each time. For example, he laughed and said "oh yeah, your not being evicted, your being ejected!" This constant stress and anxiety have made it impossible for me to enjoy peaceful living in my home for years now. Justice claims that my mother rents from marlene. That is not correct at all. Alan owns the home. Alan pays my mother and houses her for the care that he gets. that is the agreement and always has been. Justice also states that I am dangerous. I have in the past had domestic violence situations where I was the victim. never the aggressor. the day alan came out with his BB gun was after marlene had showed up trying to bully alan into doing what she wanted him to do, regaurding kicking me out. marlene and justice were both outside in the drive way and yelling at me and alan, I dont recall the exact day this was and it was a situation that happened shortly after the 2nd protection order was denied. I already have requested call reports involving our address from the records department. they do not work fast at releasing records, I have one wave of them with a hand full of situations so far but will be receiving another wave of them I think on the 16th of this month.

EX 29 P 5

already talked to all the neighbors in our neighborhood about me and thats messed up. that damage is done now. cant fix that. he does it on purpose.

my dog is the size of a foot ball. not the dog your going to sick on someone. no one is scared of an ankle bitter. why would I sick him? The trash I tossed was not trash at all. it was a gift of new unopened ear plugs I was giving him at the very beginning of all of this. he started screaming at me at 10 pm for comin home and I tossed him them and said its a gift. not trash at all I would not do that. its disrespectful. I do not have video of Robert saying anything rude to Justice at all or of him doing yard work. I only have video of Justice freaking out on me for everything I do. day time normaly is when the worst happens. I have not said any out of line names or acted in such childish ways in responding. not in this matter or any matter I hold a standard of decency and respect for fellow humans, the same level as most everyone is society is expected to hold for people. I also have 2 children suffering from this. my 4 year old has

Pg 4

To freeze in the back seat in his booster now that I dont have a back window after Justice shot it out with his BB gun. I have recording of Justice telling me he is going to shoot stuff down or shoot it out if I left it there. My boys know they have lived all of this nightmare along with me. its not fair or not ok to do these things to someone for any reason at all. I just want peace and to be left alone to enjoy my life and my home.

EX29 P7

**Superior Court of Washington, County of Snohomish**

Justice Clark
Petitioner

vs.

Stephanie farrier
Respondent

No. 24-2-07603-31

**Declaration of**

_____ **(Name)**

(DCLR)
(Optional Use)
(Clerk's Action Required)

This declaration is made by:

Name: Bless Paquette

Age: 36

Relationship to the parties in this action: my daughter is Stephanie's niece

I declare,

It is my understanding that Allen Sprague is a co-owner of the property at ~~6220~~ 4232 142ᴺᴰ St NE. He has commented several times that he wants Stephanie here because they are friends and she does work on the property. I am here +5 days a week to see my daughter, Jasmira. Her dad works nights at the casino as a chef, and Allen is hard of hearing. So yes, sometimes Brandon comes home late from work but he is as quiet as he can possibly be when he comes home. Sometimes we have to yell when talking to Allen so he can hear us. Even so, I would not say this is a noisy property. My 3 year old daughter and Stephanie's 4 year old son can be loud, which is to be expected with small children. Allen's Once Justice was convinced a loud frog in ~~one~~ yard was

Ex29 P8

a recording, so he started playing a super loud recording of crickets. It was strange and alarming.

Stephanie tries to do the right thing. If someone is in need of aid, she's not afraid to call the police. I believe Justice is majorly exaggerating how often they are called, though.

Stephanie has never sicked her dog, who is very little and timid, on anyone. Little Beagher dog, is harmless and a lover.

This family almost never has guests, except for me, Jasmira's mother. I am here as often as my work schedule allows. Sometimes Anthony, Stephanie's son, is picked up or dropped off by his Aunt Tonya, Tamera's sister. They have a big family. This "traffic" Justice speaks of is nothing more than family and friends who visit.

Stephanie strives to follow the rules here and help out. Are we actually going to judge a woman for the actions of an ex-boyfriend? I did not witness any man doing the things Justice speaks of in his petition. I did see on camera Justice crossing the property line and standing in Allen's driveway as he was doing it. I have heard Justice trying to start a fight by aggressively calling Stephanie and Robert Loc profane names while they were working on her vehicle. Stephanie and Robert did an excellent job ignoring him. Justice is obsessed with Stephanie.

In conclusion, I say that Justice is the problem here, not Stephanie.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Lake Stevens (city) WA (state) on 9-12-24 (date).

Signature of Declarant

Bless M. Paquette
Print or Type Name:

EX 29 P9

**SUPERIOR COURT OF WASHINGTON
IN AND FOR SNOHOMISH COUNTY**

Stephanie Farler
Petitioner/Plaintiff,

vs.

Marlene Sprague, Darlene Rosenquist, Justice
Clark    Respondent/Defendant

No. _____24-2-05702-31_____

**DECLARATION**

I declare: That on 8/23/24 I served documents to
Justice Clark. he was either not home or
avoiding service by closing his gate to his
property. it was raining so the papers were
in a ziplock bag and left hanging on
his gate. at around 6 pm same day I
suddenly could hear yelling and screaming
outside. I was trying to get my phone out
and recording as fast as I could but missed
the majority of what was said by Justice
Clark. I did hear "stay the fuck away from
my gate. and heres your fucking papers back!"
I was able to get the last thing that he said
on video. he screamed "stay the fuck away from
my gate". as he tossed the papers down in our
driveway. this is multiple times now that Alan
Sprague has Attempted service on Justice.

EX29 P10

Justice has commented to me. as I was getting out of my car last week that he never said I could email him and I am not directly emailing him I have used the efile serve option for all submitted documents in this matter for IIED there is nothing stopping Justice from retaliation at this point and his actions this evening are very concerning to me. my emotional and mental state of mind is already significantly effected from all of this and I Dont feel it is safe or a good idea for personal service with Justice. I can not pay someone due to the two different jobs I lost directly related to this matter. I dont know what options I have here but need some kind of a safe option to properly serve Justice Clark. I did get approved to serve the Amended complaint and summons through mail and so that is completed.

Thank you for your time and understanding.

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in __Lake Stevens__ __wa__ on __8/23/24__
    (City)         (State)       (Date)

Signature

__Stephanie Farler__
Printed name

EX29 P11

**Superior Court of Washington, County of Snohomish**

In re:

Petitioner/s *(person/s who started this case)*:

Stephanie farler

And Respondent/s *(other party/parties)*:

marlene sprague Darlene rosenecrst
Justice clark

No. 24-2-05702-31

Declaration of *(name)*: Brandon Deal

(DCLR)

**Declaration of *(name)*:** Brandon Deal

1. I am *(age)*: 39 years old and I am the *(check one)*: ☐ Petitioner ☐ Respondent
☒ Other *(relationship to the people in this case)*: Room Mate / Brother

2. I declare: I heard some yelling coming from the direction it always comes from, and immediately ahest knew it was Justice (the neighbor). Shortly after that, I went out to check the mail, and noticed there was a plastic bag with some rolled up documents inside. I went to tell Stephanie, and I believe she already knew.

One night I was coming home from work, I sometimes work until around 1:00AM (once a week) it was approx 1:30AM and I noticed there was an extremely loud nature sounds loop recording. I can only guess, but thats what it sounded like to

Ex 29 P12

Me, I captured a video of it, and stephanie had a copy of that as well. It doesn't sound like that ever out here at night. Its normally dead silent late at night, like very very quiet. I'm not sure what he was doing, but its pretty unbelievable, he did that on accident, and for anything else other than to be obnoxious, I also believe he works night shifts as well. So it must have been going for a long time.

None of us are asking/doing anything unreasonable or un neighborlike from him, we try to maintain good practice to not leave during the night time to not "anger the neighbor". At times its better to wait and go until its an "approved" time. This is further than most would go for a guy who likes to stand right on the property line and just be an angry obnoxious, and a little creepy.

*(Number any pages you attach to this Declaration. Page limits may apply.)*

I declare under penalty of perjury under the laws of the state of Washington that the facts I have provided on this form (and any attachments) are true. ■ I have attached *(number):* **2** pages.

Signed at *(city and state):* Lake Stevens, Washington    Date: 8-29-2024

Sign here ▶ _____    Brandon Deal
*Sign here*                         *Print name*

*Warning!* Documents filed with the court are available for anyone to see unless they are sealed. Financial, medical, and confidential reports, as described in General Rule 22, **must** be sealed so they can only be seen by the court, the other party, and the lawyers in your case. Seal those documents by filing them separately, using a *Sealed* cover sheet (form FL All Family 011, 012, or 013). You may ask for an order to seal other documents

Ex 29 p13

This is snap shots from one short clip from our home cameras showing Justine had lit fireworks at night so loud and so bright aimed directly above our property. (A) shows my mom folding up the blow up slide for our children in the back yard. (B) shows the first bit of light from the fire work above us (C) shows a bit more and then D is so bright that



The camera's went completely white for a second and then (E) is back to night with my mom looking up at the sky wondering what just happened. justice clark is the one disturbing everyones peace or enjoyment of there home.

EX29 P15

4.40

This is my car window that was shot
out by Justice Clarks BBgun one night
while everyone was asleep the incident following
this one. in the Manscriptions justice states
he will shot it down or it will dissapear.



So admitting
To having a
BBgun or gun
of some sort
and that he
will shoot
stuff down
from his
property

EX29 P16

Exh 7A

Feb 13th 7:48 pm on the property line  Speaker 1: Stephanie Farler  Speaker 2: Justice Clark

Speaker 1:    Bear. stop.                                                    **4.16**

Speaker 2:    ******

Speaker 1:  You`re still talking to me.

Speaker 2:  I`m waiting for a phone call

speaker 1:  Okay. I told you I`m. I dont`t want to talk to you. and I`d like it if you don`t speak to me.

Speaker 2:  ***** Shut up. I`ll tell you what I want.

Speaker 1:  This isn`t the first time that you. I`ve told you please don`t speak to me.

Speaker 2:  I can tell you what I want ****. You can write that information down.

Ppeaker 1:  There`s no need for you to ever speak to me.

Speaker 2:  -if you want. I`m sure you`re going to. You just can`t keep your mouth shut.

Speaker 1:  There`s no need for it.

Speaker 2:  I. I can tell you what I want.

Speaker 1:  If you have a problem. take it up with Allen. please.

Speaker 2:  Oh. it`s coming.

Speaker 2  I`m gonna be taking him and his sister to small claims court because of you.

Speaker 1:  Okay. Well. just

Speaker 2:  You dont`t gotta worry about me getting ahold of him. He`ll be getten ahold of.

Speaker 1:  I`m not worried about anything. I just want you to st. I just want

Speaker 2:  I know you`re not ****.

Speaker 1:  you to quit harassing me. is what I`d like.

Speaker 2:  I`m not harassing you. You`ve already tried that.

Speaker 1:  Should I try again?

Speaker 2:  Go ahead. Do you have to have, like, evidence, there, credible, sufficient ecidence?

Speaker 1:  I do.

Speaker 2  Do you have to have evidence?

Ex29 · P17

Exh 7B

Speaker 1: Stop it.

Speaker 2: No. no. No. you stop. You're a liar.

Speaker 1: Okay.

Speaker 2: And if anybody's harassing anybody, it's you.

speaker 1: Well, who's doing it right now?

Speaker 2: Oh. no. I can. I can tell you what's up. lady.

Speaker 1: No. 'Cause I told you that it's not welcome.

Speaker 2: Oh, you **** get nothing on me. There's nothing. So you can just shut your mouth.

Speaker 1: I told you that it's not welcome to talk. you're not welcome to speak to me. I don't want you to speak to me. I don't want anything to do with you.

Speaker 2: Hey, I'm just telling you what's up. You're gonna. you're gonna wake me up at odd hours.

Speaker 1: I came home -

Speaker 2: -****-

Speaker 1: - at 6:00 in the morning.

Speaker 2: -**** the 300th time. and you don't expect -

Speaker 1: 6:00 in the morning.

Speaker 2: Oh, I. I'll be, I'll be seeing you in court. so.

Speaker 1: Okay. perfect.

Speaker 2: - You'll have, you'll have you'r time.

Speaker 1: Okay. Do that instead of talking to me now.

Speaker 2: And you'll look like a fool again.

Speaker 1: Do that instead of talking to me now.

Speaker 2: Oh. I'll be back. I'll. if I feel like I need to say something to you while you're out here I'll say something to you.

Speaker 1: it. but

EX29 P18

Exh.7C

Speaker 2 You don't need to tell me what to do. You can tell you'r mom and Alan what to do. You don't tell me. you don't tell me what to do lady.

Speaker 1 Okay well you don't tell me what to do.

Speaker 2: ).I'm not gonna have to. The court's will

Speaker 1: Okay. perfect.

Speaker 2: And then

Speaker 1: Good

Speaker 2 - and then about all this garbage shit too. There'll be about that too.

Speaker 1: Oh, cause that's me. right? That's just me. That's my thing. Only me.

Speaker 2 Oh. just all the shit over there.

Speaker 1: Right so but it's only me though right?

Speaker 2 All the crap but mostly you.

Speaker 1: Okay.

Speaker 2: That's right . Mostly you.

Speaker 1: Okay. 'cause I come home at 6:00 in the morning

Speaker 2 Anything you say and do will be used against you 4 you.

Speaker 1: 6:00 in the morning.

Speaker 2 And it's going to. I mean. holy shit. So you can go ahead and try to get another. try to get an anti-harassment order on me if you want. and anti-stalking order. if you want get all you'r friends you know, write up some bullshit statement for you.

SpeakWrite www.speakwrite.com
Job Number: 20240719_120101_wbg
Custom Filename: 20240305_012512
Date: 07/19/2024

EX29 P19





EX29. P20

Exh.9

| Speaker 1: Friend | Speaker 2: Stephanie Farler | Other speaker: Justice Clark |    4.18.12

Speaker 1:      Yeah, he turned that off.

Speaker 2:      ****. He's just a douche bag. This is what I deal with.

Speaker 1:      I'm gonna come up to his house as a fuckin' Jehovah Witness.

Speaker 2:      Yep. I can't safely leave yet 'cause my windows are iced.

Speaker 1:      ****

Speaker 2:      C'mon windshield wipers. Why aren't they workin'? He is screamin'.
Other Speaker:          Move your car.

Speaker 2:      ****

Speaker 1:      **** get out and fuck with him?

Speaker 2:      No.

Other Speaker:          **** fuckin' **** **** with your piece of shit.

Speaker 1:      Oh, I won't say nothin' to him.

Speaker 2:      No, **** you're good. I don't really need it. I mean –

Other Speaker: Go ahead and keep your **** down. I don't care. It's not going to do you any fucking good. Go ahead, it ain't gonna do you no good. Keep recording that. You ain't gonna be living here for much longer anyhow. Darlene is trying to get you evicted. You can get the fuck out of here anyhow, you fucking loser. There you go, keep recording that. Keep recording that **** **** ya.

Speaker 1:      Fuckin' ****.

SpeakWrite www.speakwrite.com Job Number: 20240719_120101_wbg Custom Filename:
20240305_012512 Date: 07/19/2024
Billed Words: 195

EX 29 P21

4.31

Justice claim standing there, talking, taunting, intimidating, and watching me



Ex29 P22