4.41

Exh. 21A

after my car window was shot out I was worried because I have no money due to loss of 2 jobs from harassment so I placed a latter and a soft glowing drop light to light my car just enough to be able to tell if anything more was done to my car

I recorded the whole time I placed it did not say a word to justice and when I finished I called police but wont get police reports back for a bit still justice threatned to shoot out and shoot down my light in this recording.

EX29_P23

Exh. 21B
4.41

Speaker: Justice Clark On property line speaking to Stephanie Farler as she set up extra light for protection of her vehicle.

Speaker: Drag ya out of here. Default. Then fuckin throw a big ass party! Noisy fuck.
Hey, how do you like them frogs, huh? Where's your frog at? My froggy wants to play with you're electronic froggy. Oh. You don't like that? Oh. Yeah, I got something else for ya too. Whatever the fuck you are, Robert **** fuckin' ****. Don't have a job, no place to live. **** ****.

Speaker: Walmart's hiring. Oh I forgot ****.

Speaker: Oh, you're gonna harass me with the light now? I'll fuckin' go down and take it off, or I'll shoot it out. So, yeah, go ahead, put it up there, fuckin' whacko. **** comin' off. No, just leave it out there. It'll disappear, fuckin' weirdo. Yeah, try to figure that one out, cooper.

Speaker: Uh, where do I hang this drop light at? Where do I hang this to harass ****

What else can I do to harass the neighbor? **** to harass the neighbor on my last 11 days here. Blind ya? Put up frog noise makers, paint on some shit ****?

Speaker: FUCK YOU STEPHANIE FARLER! FUCK YOU STEPHANIE FARLER! GET YOUR FUCKING BRIGHT LIGHT OUT OF HERE, AND SHUT THE FUCK UP! Get the fuck off of Marlene's property you weirdo fuck! Out here all fuckin' makin noise and shit. Fuckin' harassing fuck. How you like that ankle bracelet, house arrest bull shit? for fuckin' being a thief. Yeah good one. I'm gonna get my flash light out here and blind your fuckin' little eyes out right now, hold on a sec. You wanna blind me i'm gonna come out here and blind your fuckin' ass, I got a nice spotlight for ya too.

SpeakWrite
www.Speakwrite.com
Job number:20240906_101008_uny
Custom file name: 4.41 1st record
Date: 09/07/2024

EX29-P24

harassment or neighbor
calling law enforcement on you repeatedly or for small things.
repeatedly playing loud music during early "quiet hours" or after you have asked them to stop.
Coming onto your yard or bothering your pet after you asked them to stay away. Stalking, watching you or invading your legal rights to privacy

[illegible] ave [illegible]
[illegible] WA 98[illegible]

P23-221

FILED
AUG 15 2023
DISTRICT COURT
CASCADE DIVISION

June 17th 2023 I was walking my dog and the neighbor was outside, [illegible] not so bad you knew [illegible] by him.

Saturday
June 24th 2023 10:45 pm
Neighbor [illegible] aggressively yelling [illegible] "shut [illegible] up?" I had walked [illegible] my car [illegible] something and [illegible] it up [illegible] neighbor began screaming [illegible] feet hit the gravel of the driveway as if he is just sitting [illegible] and watching or [illegible] everything I do.

pg 1

EX 29 P25

Sunday [illegible] end of conversation
June 9th 2023 10:39 pm
• Neighbor yelled at me pulling in
to my driveway, stated that he
thought that [illegible] boyfriend"
That I have [illegible] DV case [illegible]
[illegible] harder [illegible]
[illegible] and I started
recording the rest of the conversation
between him and the people who
live on our property

Friday [illegible] 12:30 pm
Neighbor [illegible] of screaming
[illegible] because my brother had
[illegible] he gets
back around [illegible] pm, began
[illegible] and everyone
[illegible] on our property, he [illegible]
in his bedroom window and [illegible]
our driveway.

[illegible] the fireworks on video
[illegible] our neighbor
[illegible] fire crackers
[illegible] yard, continued until

[illegible] neighbor listening
[illegible] and made
[illegible] pitch screaming
[illegible] when I was
[illegible] my car in
[illegible]
[illegible] again to me
[illegible] way.

[illegible] I woke up to our
[illegible] going off fireworks
[illegible] a gun at what
[illegible] onto our property
[illegible] starting to feel
[illegible] with this guy
[illegible] strange behavior.
[illegible] be doing things
[illegible] personal towards me

P23-221/pg 2

EX29 P26

EX29 P27

[illegible] be [illegible] as far
[illegible] the [illegible] ax
[illegible] the [illegible]
[illegible] Sister [illegible]
[illegible] kid [illegible]
[illegible] was [illegible]
[illegible] his [illegible]
[illegible] called [illegible] sister
[illegible] her [illegible]
[illegible] that [illegible]
[illegible] visit [illegible]
[illegible] result
[illegible] my opi[illegible] is
[illegible] to [illegible]
[illegible] we a[illegible]
[illegible] ness
[illegible] don't fe[illegible] need
[illegible] this.

[illegible] neighbors began
[illegible] again at
[illegible] frightened my
[illegible] me and my
[illegible] dog only feel
[illegible] in the bedroom
[illegible] and I make sure
[illegible] parked as far
[illegible] as possible
[illegible] on camera.

[illegible] other neighbor
[illegible] arguing with each other
[illegible] yelling and
[illegible] my dog barked
[illegible] noise. the neighbor
[illegible] at us came out
screamed at me
[illegible] later we
[illegible] a few times. I
going on.

P23-221/pg 3

[illegible] any more. I have
[illegible] [illegible]. I's
[illegible] [illegible] me [illegible]
[illegible] officials are
[illegible] all the time. It
[illegible]

DC23-221/pg 4

Ex 29 P28

8/15/23

my copy

FILED
AUG 15 2023
DISTRICT COURT
CASCADE DIVISION

**State of Washington**
**Snohomish County District Court**
☒ **Cascade** ☐ **Everett** ☐ **Evergreen** ☐ **South**

Stephanie farler
Petitioner (Protected Person),

vs.

Justice Clark
Respondent (Restrained Person).

**No.** P023-221

**Cover Sheet**

I am attaching the following for the Court's consideration in the above-entitled case ***(print all documents on 8.5" x11" paper, single-sided)***:

☒ Photos of: each incident I logged for the past 6 months.
☐ Declaration(s) of:
☒ Other: *(describe each item)*

1. flash drive with videos I took durring the harrasmer
2. there are 5 videos
3. Neighbor was aware I was recording and said he didn't ca
4.
5.
6.
7.
8.

Stephanie farler
*Print Name*

[signature]
*Signature*

Exhibit 29 P29

STATE OF WASHINGTON
COUNTY OF SNOHOMISH } ss.

The undersigned Clerk of the Court does hereby certify that the foregoing instrument is a true and correct copy of the original now on file in this court.

In witness whereof, I have hereunto set my hand this ______ day of ______________, 20______.

By: ______________________
Clerk, Snohomish County District Court

FILED
AUG 15 2023
DISTRICT COURT
CASCADE DIVISION

**State of Washington**
**Snohomish County**
[X] **Cascade** [ ] **Everett** [ ] **Evergreen** [ ] **South**

Stephanie Carter
Petitioner (Protected Person) DOB

vs.

Justice Clark
Respondent (Restrained Person DOB

**No.** P23-221

**Petition for Protection Order**

Clerk's Action: **1**

## Petition for Protection Order

**What kind protection order do you want?** There are different orders based on the type of harm and how the parties know each other. **See definitions in Attachments A and B.**

**1. Choose the type of protection order that best fits your situation.** ***Check only one.***

[ ] Domestic Violence – Protection from an intimate partner or family or household member who has committed domestic violence, nonconsensual sexual conduct or penetration, unlawful harassment, or stalking. (PTORPRT)

[ ] Sexual Assault – Protection from someone who has committed sexual assault. (PTORSXP)

[X] Stalking – Protection from someone who has committed stalking. (PTORSTK)

[X] Anti-Harassment – Protection from someone who has committed unlawful harassment. (PTORAH) (*fee may be required*)
Conduct also includes (*check all that apply*): [ ] stalking [ ] hate crime
[ ] single act/threat of violence including malicious and intentional threat or presence of firearm/weapon causing substantial emotional distress
[ ] family or household member engaged in domestic violence
[ ] nonconsensual sexual conduct or penetration or a sex offense

**Are there other court cases involving the parties or any children?**

10. **Other court cases.** Have there been any other court cases between any of the people involved in this case or about any children? Include court cases happening now and in the past and requests for protection that were denied or have expired. *(Examples: criminal no contact order, civil protection order, family law restraining order, protection order from another state, tribal order, military orders, parenting plans, divorce, landlord-tenant, employment, property, assault, police investigations. File copies in this court case of everything you want the court to review.)*

[X] No [ ] Yes. If yes, fill out below.

| Type of Case (*see examples*) | Court Location (*City or County and State*) | Court Type (*Superior / District / Municipal / Tribal / Military*) | Case Number (*if known*) | Status (active / *dismissed / pending / expired, unknown*) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Other details: __________

**Do you need immediate protection?** If needed, you can ask for a Temporary Protection Order that starts now, before the restrained person gets notice. This protection can last up to 14 days or until the court hearing (whichever comes first).

11. **Immediate Protection:** Do you need a Temporary Protection Order to start immediately, without prior notice to the restrained person? [X] **Yes** [ ] **No**

12. **Immediate Weapons Surrender**: Do you want a temporary order that requires the restrained person give up all firearms, other dangerous weapons, and concealed pistol licenses right away, and prohibits the restrained person from getting more?
[X] **Yes** [ ] **No**

**If Yes to 11 or 12, explain why**: What serious immediate harm or irreparable injury could occur if an order is not issued immediately without prior notice to the restrained person?
*(Briefly explain how you or anyone else might be harmed if you do not get protection now.)*

I fear what he might be capable of when he gets angry with me he has threatned me with weapons and has woke me up shooting his gun repedely

## Attachment E: Firearms Identification

**Only complete** this attachment if the restrained person may own or have access to firearms or other dangerous weapons. **If not**, skip or remove this attachment.

1. Does the restrained person own or have access to any firearms? [X] Yes [ ] No [X] Unknown
2. Does the restrained person purchase, own or have access to parts that could be assembled into a working firearm (example: ghost guns)? [ ] Yes [ ] No [X] Unknown
3. Does the restrained person have a concealed pistol license (CPL)? [ ] Yes [ ] No [X] Unknown
4. When was the last time you saw the firearm/s? heard him shooting last night
5. Do you know where the restrained person keeps the firearm/s? [ ] Yes [X] No
   If yes, check all that apply:
   [ ] On their Person [ ] In their Car [ ] In their Home [ ] Storage Unit [ ] In a Safe
6. To the best of your knowledge, are the guns typically loaded? [ ] Yes [ ] No [X] Unknown
7. How important are the firearms to the restrained person?
   [ ] 1 (not very important) [ ] 2 [ ] 3 [ ] 4 [ ] 5 (very important) [X] Unknown
8. What does the restrained person generally use the firearms for, if known? (*check all that apply*)
   [ ] Hunting [ ] Collecting [ ] Target Shooting [ ] Protection [X] Other: Unknown
9. Does the respondent possess explosives? [X] Yes [ ] No [ ] Unknown
10. Does the restrained person own or possess any other dangerous weapons you believe should be surrendered? [ ] Yes [ ] No [X] Unknown. If yes, list them here:__________

The pictures below are examples of the most common guns. If you recognize any of the pictures below as similar to the one/s the restrained person has, please check it and write in how many they have of each.

[ ] **Handgun** (how many)________
[ ] **Unassembled Firearm** (how many)______
[ ] **Semi-automatic Rifle** (how many)________

Ex29 P32

74

attempted to minipulate her in to believing so many terrible things he says about me. when we had visitors the neighbor called alans sister and told her the visitors were at our house. The situation escalated and the sister called Police to remove the visitors from our property. in return for doing that alans sister was supposed to get me off the property but decided not to follow through because she didnt know how the guy reall was. he says I wake him up but when ever he starts fliping out on me he is always already sitting outsid some where in his back yard. I can not even relax in my home let alone run to the store or even walk out to my car in my driveway without him attacki me and calling me names. I am scared he is going to actually poison my dog or do something to my car so that I cant leave and so my dog cant bark at him in th bushes at night. thats why he hates my dog so much. he has told me my daily routine in detail. Its an obsess to him at this point and I truly feel like I am not saf at my home anymore. I am the only one he does this to he has gossip about me and told our surrounding neighbors al the terrible lies he has made up about me. I dont want him to hurt me or my dog. he has woken me up at 3:00Am lighting

☒ I have attached (*number of additional pages*) ______ pages backside of this page and

fire crackers off and shoo his gun refedly. I have video of that happening aswell. he cranks o music about hating People and wanting to hurt People whel I am outside washing my ca

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at (*City*) lake stevens (*State*) WA on (*Date*) 8/14/23

[signature]

*Signature of Declarant*

*Print Name*

I mean it just keep going and gets worse and worse eachtime.

stephanie fowler

harassment by neighbor
Calling law enforcement on you repeatedly or for small things.
Repeatedly playing loud music during "city quiet hours" or after you have asked them to stop.
Coming onto your yard or bothering your pet after you asked them to stay away. Stalking, watching you or invading your legal rights to privacy

4220 142nd ave NE
lake stevens wa 98258

FILED
AUG 15 2023
DISTRICT COURT
CASCADE DIVISION

P23-221

June 12th 2023 I was walking my dog and the neighbor was outside, neighbor said "I'm not so bad you know" as I walked by him.

Saturday
June 24th 2023 10:45 pm
Neighbor began agressively yelling To "shut the fuck up". I had walked to my car to grab something and lock it up. neighbor began screaming the moment my feet hit the gravel of the driveway as if he is just sitting and watching or listening to everything I do.

EX29 P34

Sunday recorded end of conversation
June 29th 2023 10:39 pm
Neighbor yelled at me pulling in
o my drive way. Stated that he
hought that my "black boyfriend"
hat I had a recent DV case with
should have strangled me harder. I
and my cell phone and I started
recording the rest of the conversation
between him and the people who
ive on our property.

Friday
June 31st 2023 10:30pm
Neighbor came out screaming
agressively because my brother had
pulled in the driveway. he gets off
work around 10 or 11 pm, began to
shout insults at any and everyone
he sees on our property. he stands
in his bedroom window and watches
our driveway.

recorded the fireworks on video
July 15th 11:00 pm our neighbor
started lighting fire crackers
in his back yard. continued until
3:00 AM.

July 27th 3:00 pm neighbor listning
to loud music and made
strange high pitch screaming
sound randomly when I was
out side cleaning my car in
the drive way.
6:30 pm did it again to me
in the drive way.

Tuesday Aug 1st I woke up to our
neighbor lighting off fireworks
and shooting a gun at what
sounds like on to our property.
I am seriously starting to feel
uncomfterable with this guy
and his strange behavior.
he seems to be doing things
that feel personal towards me

P23-221/pg 2

EX29 P35

78



ug 12th 2023 my neighbor
ame out to our property line
nd began yelling at me and
alling me foul names. he
old me he will get me off
f this property and that
m a piece of shit and my
og to. he threatned me
ith his "Dog". he doesnt
own a dog he has a cat.
so I am confused at what
hat was supposed to mean
e has been getting to agressive
nd always brings up my
black boyfriend so I'm begining
o think he is racest and
hat might also be a part
of why he has made me
a target for his crazy.
he neighbor across the street
and him were talking about
me a few days ago I could
hear him but I just ignored
it. I am not comfterable in

my home any more. I have
to make this stop. It is
seriously causing me stress
and to feel anxious and
on edge all the time. Its
not fair at all.

D23-221/pg 4

EX29 P36

86

FILED
AUG 15 2023
DISTRICT COURT
CASCADE DIVISION

**State of Washington**
**Snohomish County District Court**
☐ Cascade ☐ Everett ☐ Evergreen ☐ South

Stephanie Farler
Petitioner (Protected Person),

vs.

Justice Clark
Respondent (Restrained Person).

No. P23-221

**Declaration of:**

_(name of person writing statement)_

(DCLR)

This declaration is made by:

Name: Stephanie Farler Age: 33

Relationship to the parties in this action: petitioner

I declare,

I have to protect myself due to the actions of my neighbor. he has caused me severe stress and anxiety he watches everything I do and constantly pops out of his bushes at our property line and will scream at the top of his lungs to "Shut the fuck up you stu[illegible] cunt" or he says things to threaten me and my dogs well being. he flipped out that I came hom[e] on a Sunday night at 10:35pm. I have the recordi[ng] of that incident where you can hear he sounds belligerent and drunk saying terrible things and putting me down and telling me he is going to get me out of this property. he even went as far as to look up the deed to our property and find

EX 29 P37

attempted to minipulate her in to believing so many terrible things he says about me. when we had visitors the neighbor called alans sister and told her the visitors were at our house. The situation escalated and the sister called police to remove the visitors from our property. in return for doing that alans sister was supposed to get me off the property but decided not to follow through because she didnt know how the guy rea was. he says I wake him up but when ever he starts flipping out on me he is always already sitting outsi somewhere in his back yard. I can not even relax in my home let alone run to the store or even wal out to my car in my driveway without him attack me and calling me names. I am scared he is going t actually poison my dog or do something to my car s that I cant leave and so my dog cant bark at him in t bushes at night. thats why he hates my dog so much. he has told me my daily routine in detail. Its an obses to him at this point and I truly feel like I am not s at my home anymore. I am the only one he does this t he has gossip about me and told our surrounding neighbors a the terrible lies he has made up about me. I dont want him hurt me or my dog. he has woken me up at 3:00Am lightin

☒ I have attached (number of additional pages) ______ pages backside of this page and fire crackers off and sho his gun repeatedly. I have vide of that

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

happening aswell. he cranks music about hating people and

Signed at (City) lake stevens (State) WA on (Date) 8/14/23

wanting to hurt people wh I am outside washing my c

[signature]
Signature of Declarant

Print Name

I mean it just keep going and ge worse and worse each time.

Stephanie fowler

EX29 P38



# Incident Report

Print Date/Time: 08/22/2024 09:17
Login ID: so4503

Snohomish County Sheriff's Office
ORI Number: WA0310000

Incident: 2024-00076049

| | | | |
|---|---|---|---|
| Incident Date/Time: | 6/6/2024 5:02:22 PM | Incident Type: | Suspicious |
| Location: | 4232 142ND AVE NE<br>LAKE STEVENS WA 98258 | Venue: | Lake Stevens |
| Phone Number: | (425) 530-0250 | Source: | 911 |
| Report Required: | No | Priority: | 4 |
| Prior Hazards: | No | Status: | 4 |
| LE Case Number: | | Nature of Call: | NO CONTACT |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 3E1 | SO1627-Edwards |
| 3E12 | SO1806-Apilado |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Involved Party | JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Involved Vehicle | Passenger Car | 2003 | | | | BKV4815 | WA |
| Involved Vehicle | Passenger Car | 2009 | | | | CCB4305 | WA |
| Involved Vehicle | Passenger Car | 2006 | | | | CGG0199 | WA |
| Involved Vehicle | Passenger Car | 2001 | Acura | | | BWX0186 | WA |

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|
| P | 1 | 3E1 | 6/6/2024 5:07:53 PM |
| S | 1 | | 6/6/2024 5:34:26 PM |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX29-P39

## :AD Narrative

6/06/2024 : 17:33:57 SO1806 Narrative: called RP 2 times no answer
6/06/2024 : 17:33:39 SO1806 Narrative: No parking violations observed. BWC
.tt( ed to contact subjects at residence but no contact made
5/06/.024 : 17:30:54 SO1806 Narrative: RP not from residence. RP is neighbor concerned about possible drug activity. Suspicious
eh is on private property.
5/06/2024 : 17:05:37 sn0412 Narrative: LR 412
5/06/2024 : 17:04:21 sn0412 Narrative: VEH CURRENTLY AT LOC IS A BLK LATE 90S ACURA PC, NO PLATES, TINTED
'INDOWS, DRIVER IS WFA, 50S, PINK HAT
5/06/2024 : 17:03:18 sn0412 Narrative: RP WANTS TO REPORT SUSP ACTIVITY AROUND THIS HOUSE, ONGOING ISSUES
'ITH A PERSON REMOVED FROM PROPERTY, OTHERS LOOKING FOR THAT PERSON, PARKING ISSUES

EX29 P46

Incident Number: 2024-00076074 ORI: WA0310000

## CAD Narrative

06/0_/2024 : 18:17:55 sn1182 Narrative: LR 1182
06/06/2024 : 18:17:37 sn1182 Narrative: BLK MID 90'S HONDA ACURA, ALL BLK TINTED WINDOWS, NO PLATES
06/06/2024 : 18:17:08 sn1182 Narrative: VEH WAS OCCX2, ONE BM IN PASS SEAT WITH A WF AS THE DRIVER
06/06/2024 : 18:16:50 sn1182 Narrative: RE 24-76049, STATES THE VEH IS HEADING WB ON 44TH ST NE, SPEEDING, AND VEH WITH NO PLATES

EX29 P41



# Incident Report

Print Date/Time: 08/22/2024 09:19
Login ID: so4503

Snohomish County Sheriff's Office
ORI Number: WA0310000

Incident: 2024-00076782

Incident Date/Time: 6/7/2024 10:43:41 PM
Location: 4232 142ND AVE NE
LAKE STEVENS WA 98258
Phone Number: (425) 530-0250
Report Required: No
Prior Hazards: No
LE Case Number:

Incident Type: Disturbance
Venue: Lake Stevens
Source: 911
Priority: 3
Status: 3
Nature of Call: NO CONTACT

Unit/Personnel

| Unit | Personnel |
|---|---|
| 1E1 | SO1774-Peters |
| 1E2 | SO1663-Mozeak |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Involved Party | FARLER, STEPHANIE CATHERINE | | | | | 04/28/1990 |
| 2 | Involved Party | LANE, ROBERT WARREN | | | | | 09/08/1982 |
| 3 | Involved Party | CLARK, JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Involved Vehicle | | | | | | BKV4815 | |
| Involved Vehicle | | | | | | CBW8424 | |
| Involved Vehicle | | | | | | CCB4305 | |

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|
| S | 1 | 1E1 | 6/7/2024 11:09:33 PM |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX29 P42

## CAD Narrative

06/07/2024 : 23:09:28 SO1774 Narrative: Disturbance between residence at this address and neighbor, Justice. Justice clearly irate about noise late at night and having to be up early. On arrival, Justice was yelling at neighbors and no noise was heard from this residence. Everyone advised to keep the noise down. Nothing further..
06/07/2024 : 22:53:26 sn1131 Narrative: RP WILL BE FILING FOR RESTRAINING ORDER AGAINST ALLEN AS HE MAKES THREATS AGAINST HIM IN THE OUTSIDE WORLD AND FROM PRISON
06/07/2024 : 22:52:10 sn1131 Narrative: RP VERY AGGITATED BUT ONLY AT THIS SITUATION, NEEDS TO BE UP AT 0400, [illegible]NG TO TRY TO SLEEP LR1131
06/07/2024 : 22:51:24 sn1156 Narrative: F/STEPHANIE ADDED FROM HX - HAS M-MARY X3
06/07/2024 : 22:50:31 sn1131 Narrative: RP WANTS TO NOTE THAT HE IS PLAYING SPIRIT 105.3 CHRISTIAN RADIO TO TRY TO DROWN OUT THEIR NOISE
06/07/2024 : 22:50:04 sn1131 Narrative: ROBERT IS SUPPOSED TO BE STAYING AT HIS GRANDMOTHERS HOUSE
06/07/2024 : 22:49:04 sn1131 Narrative: RP HAS VERY COLORFUL LANGUAGE AND HAS ZERO CONCERN FOR ANYONE BUT MARLEEN SPRAGUE
06/07/2024 : 22:48:39 sn1156 Narrative: 11N4 - F/ALLEN PULLED PELLOT GUN ON ME A MONTH AGO
06/07/2024 : 22:48:35 sn1131 Narrative: RP ADV F/ ALLEN CAME OUT WITH BB GUN WHEN SCSO CAME OUT RECENTLY
06/07/2024 : 22:46:25 sn1131 Narrative: NOW THEY ARE FIGHTING WITH F/ ALLEN L/ SPRAGUE?
06/07/2024 : 22:45:37 sn1131 Narrative: RP GIVING LOTS OF INFO RIGHT AWAY. / ROBERT L/ LOCKS? AND F/ STEPHANIE ? VERY LOUD CLUNKING AROUND AND HAS PRESSURE WASHER GOING.

EX29 · P43





# Incident Report

Print Date/Time: 08/22/2024 09:26
ogin ID: so4503

Granite Falls Police Department
ORI Number: WA0311100

Incident: 2024-00002874

Incident Date/Time: 5/16/2024 12:00:44 PM
Location: 4232 142ND AVE NE LAKE STEVENS WA 98258
Phone Number: (425) 530-0250
Report Required: No
Prior Hazards: No
LE Case Number:

Incident Type: Warrant
Venue: Lake Stevens
Source: 911
Priority: 4
Status: 4
Nature of Call: CONTACT

Unit/Personnel

| Unit | Personnel |
|---|---|
| 11D4 | SO1716-Sicilia |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 4 | Involved Party | CLARK, JUSTICE NATHA | | | | | 01/23/1977 |
| 5 | Involved Party | LANE, ROBERT WARREN | | | | | 09/08/1982 |
| 6 | Involved Party | CLARK, JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|
| S | 1 | | 5/16/2024 4:27:08 PM |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX 29 P 44

AD Narrative

/16/2024 : 16:26:31 so1685 Narrative: LODI PD COULD NOT GETT AHOLD OF THEIR DA'S OFFICE TO CONFIRM (TRADITION ON THE WARRANT AFTER MULTIPLE ATTEMPTS. REQUESTED WE KEEP ROBERT FOR AS LONG AS )SSIBLE. ROBERT OBSTRUCTED WHILE WE WERE DETAINING HIM. TRIED TO BOOK FOR OBSTRUCTION AND :GITIVE FROM JUSTICE BUT THE JAIL REFUSED TO LET ME ADD THE FUGITIVE CHARGE... WARR IS STILL CTIVE AND SCSO JAIL WILL CALL TO CONFIRM UPON HIS RELEASE

/16/2024 : 14:40:09 sn1170 Narrative: EM 68.9
/16/2024 : 14:21:36 sn1170 Narrative: SM 58.0
/16/2024 : 14:15:25 so1459 Narrative: Per Lodi PD - its a Felony warrant - fail to comply - DOC....
/1 24 : 13:12:31 sn0407 Narrative: NFC
/16/2024 : 13:03:07 sn0407 Narrative: MALE DETAINED/AIR OPEN
/16/2024 : 13:03:03 sn0407 Narrative: AIR CLOSED
5/16/2024 : 12:40:31 so1685 Narrative: NA X3
5/16/2024 : 12:39:34 so1685 Narrative: 21
5/16/2024 : 12:08:28 sn1170 Narrative: MALE F/ROBERT HAS F-FRANK OUT OF CALI
5/16/2024 : 12:06:14 sn1147 Narrative: LR1147
5/16/2024 : 12:05:19 sn1170 Narrative: AA
5/16/2024 : 12:04:32 sn1147 Narrative: PARTIES SEPERATED
5/16/2024 : 12:03:56 sn1147 Narrative: RP SAYING HE WOULD LOVE TO GET INTO THE OCTOGON WITH SUBJ
5/16/2024 : 12:03:43 sn1147 Narrative: RP SAYS SUBJ HAS WARR
5/16/2024 : 12:03:38 sn1147 Narrative: SUBJ L/ LOCKS F/ ROBERT M/ UNK DOB UNK
5/16/2024 : 12:03:19 sn1147 Narrative: ONGOING ISSUE WITH SUBJ
5/16/2024 : 12:03:07 sn1170 Narrative: SUSP/HARASS/DIST HX WITH PH AND LOC
5/16/2024 : 12:02:03 sn1147 Narrative: MALE VERBAL WITH RP, 5 AGO

Ex 29 P45



# Incident Report

Print Date/Time: 08/22/2024 09:24
Login ID: so4503

Granite Falls Police Department
ORI Number: WA0311100

Incident: 2024-00003321

Incident Date/Time: 6/7/2024 10:43:41 PM
Location: 4232 142ND AVE NE
LAKE STEVENS WA 98258
Phone Number: (425) 530-0250
Report Required: No
Prior Hazards: No
LE Case Number:

Incident Type: Disturbance
Venue: Lake Stevens
Source: 911
Priority: 3
Status: 3
Nature of Call: NO CONTACT

Unit/Personnel

| Unit | Personnel |
|---|---|
| 11N4 | SO1650-Thorne |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 4 | Involved Party | FARLER, STEPHANIE CATHERINE | | | | | 04/28/1990 |
| 5 | Involved Party | LANE, ROBERT WARREN | | | | | 09/08/1982 |
| 6 | Involved Party | CLARK, JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Involved Vehicle | | | | | | BKV4815 | |
| Involved Vehicle | | | | | | CBW8424 | |
| Involved Vehicle | | | | | | CCB4305 | |

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX29_P46

## CAD Narrative

06/07/2024 : 23:09:28 SO1774 Narrative: Disturbance between residence at this address and neighbor, Justice. Justice clearly irate about noise late at night and having to be up early. On arrival, Justice was yelling at neighbors and no noise was heard from this residence. Everyone advised to keep the noise down. Nothing further..
06/07/2024 : 22:53:26 sn1131 Narrative: RP WILL BE FILING FOR RESTRAINING ORDER AGAINST ALLEN AS HE MAKES THREATS AGAINST HIM IN THE OUTSIDE WORLD AND FROM PRISON
06/[illegible]2024 : 22:52:10 sn1131 Narrative: RP VERY AGGITATED BUT ONLY AT THIS SITUATION, NEEDS TO BE UP AT 0400, G[illegible] G TO TRY TO SLEEP LR1131
06/07/2024 : 22:51:24 sn1156 Narrative: F/STEPHANIE ADDED FROM HX - HAS M-MARY X3
06/07/2024 : 22:50:31 sn1131 Narrative: RP WANTS TO NOTE THAT HE IS PLAYING SPIRIT 105.3 CHRISTIAN RADIO TO TRY TO DROWN OUT THEIR NOISE
06/07/2024 : 22:50:04 sn1131 Narrative: ROBERT IS SUPPOSED TO BE STAYING AT HIS GRANDMOTHERS HOUSE
06/07/2024 : 22:49:04 sn1131 Narrative: RP HAS VERY COLORFUL LANGUAGE AND HAS ZERO CONCERN FOR ANYONE BUT MARLEEN SPRAGUE
06/07/2024 : 22:48:39 sn1156 Narrative: 11N4 - F/ALLEN PULLED PELLOT GUN ON ME A MONTH AGO
06/07/2024 : 22:48:35 sn1131 Narrative: RP ADV F/ ALLEN CAME OUT WITH BB GUN WHEN SCSO CAME OUT RECENTLY
06/07/2024 : 22:46:25 sn1131 Narrative: NOW THEY ARE FIGHTING WITH F/ ALLEN L/ SPRAGUE?
06/07/2024 : 22:45:37 sn1131 Narrative: RP GIVING LOTS OF INFO RIGHT AWAY. / ROBERT L/ LOCKS? AND F/ STEPHANIE ? VERY LOUD CLUNKING AROUND AND HAS PRESSURE WASHER GOING.

EX29.p47



# Incident Report

Print Date/Time: 08/22/2024 09:26
Login ID: so4503

Granite Falls Police Department
ORI Number: WA0311100

Incident: 2024-00002874

Incident Date/Time: 5/16/2024 12:00:44 PM
Location: 4232 142ND AVE NE
LAKE STEVENS WA 98258
Phone Number: (425) 530-0250
Report Required: No
Prior Hazards: No
LE Case Number:

Incident Type: Warrant
Venue: Lake Stevens
Source: 911
Priority: 4
Status: 4
Nature of Call: CONTACT

Unit/Personnel

| Unit | Personnel |
|---|---|
| 11D4 | SO1716-Sicilia |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 4 | Involved Party | CLARK, JUSTICE NATHA | | | | | 01/23/1977 |
| 5 | Involved Party | LANE, ROBERT WARREN | | | | | 09/08/1982 |
| 6 | Involved Party | CLARK, JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|
| S | 1 | | 5/16/2024 4:27:08 PM |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX29 P48

Incident Number: 2024-00002874 ORI: WA0311100

## CAD Narrative

05/16/2024 : 16:26:31 so1685 Narrative: LODI PD COULD NOT GETT AHOLD OF THEIR DA'S OFFICE TO CONFIRM EXTRADITION ON THE WARRANT AFTER MULTIPLE ATTEMPTS. REQUESTED WE KEEP ROBERT FOR AS LONG AS POSSIBLE. ROBERT OBSTRUCTED WHILE WE WERE DETAINING HIM. TRIED TO BOOK FOR OBSTRUCTION AND FUGITIVE FROM JUSTICE BUT THE JAIL REFUSED TO LET ME ADD THE FUGITIVE CHARGE... WARR IS STILL ACTIVE AND SCSO JAIL WILL CALL TO CONFIRM UPON HIS RELEASE
05/16/2024 : 14:40:09 sn1170 Narrative: EM 68.9
05/16/2024 : 14:21:36 sn1170 Narrative: SM 58.0
05/16/2024 : 14:15:25 so1459 Narrative: Per Lodi PD - its a Felony warrant - fail to comply - DOC....
0[illegible]/2024 : 13:12:31 sn0407 Narrative: NFC
0[illegible]/2024 : 13:03:07 sn0407 Narrative: MALE DETAINED/AIR OPEN
05/16/2024 : 13:03:03 sn0407 Narrative: AIR CLOSED
05/16/2024 : 12:40:31 so1685 Narrative: NA X3
05/16/2024 : 12:39:34 so1685 Narrative: 21
05/16/2024 : 12:08:28 sn1170 Narrative: MALE F/ROBERT HAS F-FRANK OUT OF CALI
05/16/2024 : 12:06:14 sn1147 Narrative: LR1147
05/16/2024 : 12:05:19 sn1170 Narrative: AA
05/16/2024 : 12:04:32 sn1147 Narrative: PARTIES SEPERATED
05/16/2024 : 12:03:56 sn1147 Narrative: RP SAYING HE WOULD LOVE TO GET INTO THE OCTOGON WITH SUBJ
05/16/2024 : 12:03:43 sn1147 Narrative: RP SAYS SUBJ HAS WARR
05/16/2024 : 12:03:38 sn1147 Narrative: SUBJ L/ LOCKS F/ ROBERT M/ UNK DOB UNK
05/16/2024 : 12:03:19 sn1147 Narrative: ONGOING ISSUE WITH SUBJ
05/16/2024 : 12:03:07 sn1170 Narrative: SUSP/HARASS/DIST HX WITH PH AND LOC
05/16/2024 : 12:02:03 sn1147 Narrative: MALE VERBAL WITH RP, 5 AGO

EX29.P49



# Incident Report

Print Date/Time: 08/22/2024 09:24
Login ID: so4503

Granite Falls Police Department
ORI Number: WA0311100

Incident: 2024-00003321

Incident Date/Time: 6/7/2024 10:43:41 PM
Location: 4232 142ND AVE NE
LAKE STEVENS WA 98258
Phone Number: (425) 530-0250
Report Required: No
Prior Hazards: No
LE Case Number:

Incident Type: Disturbance
Venue: Lake Stevens
Source: 911
Priority: 3
Status: 3
Nature of Call: NO CONTACT

Unit/Personnel

| Unit | Personnel |
|---|---|
| 11N4 | SO1650-Thorne |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 4 | Involved Party | FARLER, STEPHANIE CATHERINE | | | | | 04/28/1990 |
| 5 | Involved Party | LANE, ROBERT WARREN | | | | | 09/08/1982 |
| 6 | Involved Party | CLARK, JUSTICE | | (425) 530-0250 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Involved Vehicle | | | | | | BKV4815 | |
| Involved Vehicle | | | | | | CBW8424 | |
| Involved Vehicle | | | | | | CCB4305 | |

Disposition(s)

| Disposition | Count | Unit | Date/Time |
|---|---|---|---|

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

EX29 P50

Incident Number: 2024-00003321, ORI: WA0311100

## CAD Narrative

06/07/2024 : 23:09:28 SO1774 Narrative: Disturbance between residence at this address and neighbor, Justice. Justice clearly irate about noise late at night and having to be up early. On arrival, Justice was yelling at neighbors and no noise was heard from this residence. Everyone advised to keep the noise down. Nothing further..
06/07/2024 : 22:53:26 sm1131 Narrative: RP WILL BE FILING FOR RESTRAINING ORDER AGAINST ALLEN AS HE MAKES THREATS AGAINST HIM IN THE OUTSIDE WORLD AND FROM PRISON
06/07/2024 : 22:52:10 sm1131 Narrative: RP VERY AGGITATED BUT ONLY AT THIS SITUATION, NEEDS TO BE UP AT 0400, G[illegible] G TO TRY TO SLEEP LR1131
06/0[illegible]/2024 : 22:51:24 sm1156 Narrative: F/STEPHANIE ADDED FROM HX - HAS M-MARY X3
06/07/2024 : 22:50:31 sm1131 Narrative: RP WANTS TO NOTE THAT HE IS PLAYING SPIRIT 105.3 CHRISTIAN RADIO TO TRY TO DROWN OUT THEIR NOISE
06/07/2024 : 22:50:04 sm1131 Narrative: ROBERT IS SUPPOSED TO BE STAYING AT HIS GRANDMOTHERS HOUSE
06/07/2024 : 22:49:04 sm1131 Narrative: RP HAS VERY COLORFUL LANGUAGE AND HAS ZERO CONCERN FOR ANYONE BUT MARLEEN SPRAGUE
06/07/2024 : 22:48:39 sm1156 Narrative: 11N4 - F/ALLEN PULLED PELLOT GUN ON ME A MONTH AGO
06/07/2024 : 22:48:35 sm1131 Narrative: RP ADV F/ ALLEN CAME OUT WITH BB GUN WHEN SCSO CAME OUT RECENTLY
06/07/2024 : 22:46:25 sm1131 Narrative: NOW THEY ARE FIGHTING WITH F/ ALLEN L/ SPRAGUE?
06/07/2024 : 22:45:37 sm1131 Narrative: RP GIVING LOTS OF INFO RIGHT AWAY. / ROBERT L/ LOCKS? AND F/ STEPHANIE VERY LOUD CLUNKING AROUND AND HAS PRESSURE WASHER GOING.

EX29_P51

## EX 32

## Snohomish County Superior Court – Procedural Agreement and Timeline Discrepancy

**Case Title**: *Justice Clark v. Stephanie Farler*

**Case Number**: *24-2-07603-31*

**Date of Hearing**: *October 29, 2024*

**Presiding Judicial Officer**: *Commissioner Kirkley*

**Location**: Snohomish County Superior Court, Washington

### Summary of Exhibit

This exhibit documents the **October 29, 2024 hearing**, during which **Commissioner Kirkley continued the matter for service** and attached a **written agreement** signed by both parties—**Justice Clark and Stephanie Farler**—to complete **service and reply filings by November 6, 2024**.

Both parties were **present in person** and **signed the agreement**.

The court acknowledged and attached this agreement to the record.

Despite this, the case was **repeatedly continued for service every two weeks** until **February 2025**, without judicial consideration of the **agreed-upon deadline**.

### Legal Relevance

This exhibit supports claims of:

**Abuse of Process**: The court's failure to honor the signed procedural agreement resulted in unnecessary continuances and procedural harm.

**42 U.S.C. § 1983**: Violation of due process rights through disregard of a binding in-court agreement.

**42 U.S.C. § 1985(3)**: Obstruct of Plaintiff's access to justice coordinated conspiracy to interfere

**Civil RICO (18 U.S.C. § 1962)**: Repeated procedural manipulation constitute predicate acts when part of a broader pattern of retaliation or obstruction is present.

**First Amendment Retaliation**: The delay may have interfered with Plaintiff's right to petition the court for redress in a timely and fair manner.

## Supporting Materials

Signed procedural agreement dated October 29, 2024

All other attached Transcripted hearings for this case included showing repeated continuances through February 2025 and refusal to remove the weapon after it was used in a shooting targeting the plaintiff Stephanie Farler.

**I Stephanie Farler declare under penalty of perjury under the state of washington that this is a true and accurate court document from october 29, 2024.**

**Date: 9/17/2025**

**Stephanie Farler**
**425-268-0129**
**Farler3030@gmail.com**

EX32 P2

Oct 29th

**Superior Court of Washington, County of Snohomish**

| | |
|---|---|
| **JUSTICE CLARK**<br>Petitioner dob: [redacted]<br><br>**STEPHANIE FARLER**<br>Respondent dob: [redacted] | **Case # : 24-2-07603-31**<br>**Order Setting Hearing** (NTHG)<br>Clerk's Action Required: 2, 4<br>**Next Hearing :** 11/13/24 **@ 9 AM or:**<br>**Interpreter:**<br>☒ **Main Campus:** 3000 Rockefeller Ave, Everett Wa 98201<br>☒ ***Courtroom 1C or 1D - as assigned***<br>☐ ***Courtroom 2F*** ☐ ***Other:***<br>☐ **Denney Justice Center:** 2801 10th St, Everett, Wa 98201<br>☐ ***Courtroom DJJC3*** |

## Order Setting Hearing

**1. Petitioner filed for a Civil Protection Order.** The order was denied pending the hearing below.

**2. The Court sets a hearing.** The parties shall appear at a hearing, the hearing date is listed above. See **How to Attend** at the end of this order (section 6). At the hearing, the court will decide whether or not to issue a protection order.

**3. Other:** Continued to allow for service of Response and a Reply.

EX 32 P3

**4. Service on the Respondent**

☐ **Required**. The restrained person must be served with a copy of the service packet.

☐ The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with a copy of this order and shall promptly complete and return proof of service to this court: Law enforcement agency:

__________________________ ☐ Sheriff's Office ☐ Police Department

☐ The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court* allows *alternative service.)*

**Clerk's Action**. The court clerk shall forward a copy of this order, and any order to surrender and prohibit weapons on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of these orders to the protected person.

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*):

☒ **Not required.** The restrained person appeared at the hearing, in person or remotely, and received notice of the order. No further service is required.

**5. Service on Others.**

Service on the ☐ vulnerable adult ☐ adult restrained person's guardian/ conservator ☐ minor person's parent/s or legal guardian/s (name/s):

____________________________________________

☐ **is Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court. Law enforcement agency:

__________________________ ☐ Sheriff's Office ☐ Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action**. The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

**6. How to attend the next court hearing** (date and time on page 1)

| How to Attend the next court hearing (date and time on page 1) | |
|---|---|
| You can choose to attend Protection Order hearings in person or remotely, unless ordered to attend a specific way. (See below) | |
| | ☒ **Attend in Person:** The hearing date, time and location are on the 1st page of this order. Please arrive 15 minutes early. **Courthouse addresses:**<br>Courtrooms 1C, 1D, 1E and 2F are at the main Snohomish County Courthouse: **3000 Rockefeller Ave Everett, WA 98201**<br>Courtroom DJJC3 is at the Denney Juvenile Justice Center: **2801 10th St, Everett, WA 98201** |

☒ **Attend remotely via Zoom:** There are 2 ways to join the virtual courtroom:

**1:** Visit snohomishcountywa.gov/5660/TelephonicRemote-Appearances) and click on the link for your courtroom.

**2:** Go to http://zoom.us/join and enter the Zoom ID and Password for your courtroom:

| Courtroom | Zoom ID | Password |
|---|---|---|
| Courtroom 1C | Zoom ID: 307 878 5917 | Password: 821291 |
| Courtroom 1D | Zoom ID: 753 915 9763 | Password: 308792 |
| Courtroom 1E | Zoom ID: 221 411 0318 | Password: 559533 |
| Courtroom 2F | Zoom ID: 913 2627 2574 | Password: 372669 |
| Courtroom DJJC3 | Zoom ID: 643 690 6771 | Password: 995624 |

☐ **Attend remotely by phone (audio only):** Dial 253-215-8782.
Please call in to the courtroom 10 minutes before the hearing starts.

**How to lookup which courtroom your hearing is in:** The hearing will be assigned to a courtroom 2 days before (Not counting weekends or holidays).

To find your courtroom online, go to https://snohomishcountywa.gov/5659, then select the day you want to view. Scroll to the Protection Order calendar(s) to find your name, case number and courtroom. Courtroom calendars are posted at 5pm, 2 days before hearing.

**If you are unable to locate the information online, call Court Administration at 425-388-3421.**

**If you have trouble connecting by phone or Zoom** contact Court Administration at 425-388-3421 (Select Option 2) or email SuperiorCourtAdmin@snoco.org.

**Ask for an interpreter, if needed.** Requests must be made at least 5 days before the hearing. To make a request Call 425-388-3459 or send an email to sscinterpretersupport@snoco.org.

**Ask for disability accommodation, if needed.** Requests should be made at least 5 days before the hearing. Request forms are available at https://www.snohomishcountywa.gov/509 or at Snohomish County Courthouse, Room 5-620.
Email SuperiorCourtADA@snoco.org or Fax 425-388-3498

**Ask for an interpreter or accomodation as soon as you can. Do not wait until the hearing!**

**Ordered.**

Dated OCT 29 2024 at 12:01 a.m./(p.m.)

[signature]
**Judge/Court Commissioner**

Melissa Kirkley
Print Judge/Court Commissioner Name

I received a copy of this Order or I attended the hearing remotely and have actual notice of this order. It was explained to me on the record:

[signature]
Signature of Petitioner/Lawyer WSBA No.

[handwritten name] 10-29-24
Print Name Date

[signature]
Signature of ~~Petitioner~~/Lawyer WSBA No.
Respondent

Stephanie Keller 10/29/24
Print Name Date

EX32 P5

**A. IMPORTANT information regarding submitting documents for the next hearing:**

- The Respondent's/responding party's documents shall be delivered to the moving party not later than **12:00 noon on** 10/30/24.
- Reply documents, if any are provided by the moving party, shall be delivered not later than **12:00 noon on** 11/6/24.

If documents are mailed rather than delivered, they must be mailed at least three (3) additional days prior to the deadlines listed above.

[X] The documents may be ~~delivered, or~~ mailed, by a third party to:
[ ] The parties agree to E-Service at email addresses below:

Moving party's address/~~email~~: 4220 142nd Ave NE, Lake Stevens, WA 98258

Responding party's address/~~email~~: 4232 142nd Ave NE, Lake Stevens, WA 98258

**[X] IN ADDITION:** Each party shall file the originals of their documents with the Clerk of the Court (either in person or via e-filing). Each party shall use a third party (cannot be yourself or a party to the case) over the age of 18 years old to serve the other party. A declaration of service (proof of service) shall be filed with the Clerk of the Court, see next page for instructions

***AND***

Notice: Failure to follow this order regarding submission of any additional documents may result in your documents not being considered at the next hearing.

**B. OTHER:** Response already filed. Reply to be filed the same day it is mailed.

Ordered this

COMMISSIONER

Petitioner/Petitioner's Attorney, WSBA#

Respondent/Respondent's Attorney, WSBA #

3. **To Serve by Mail:**

- The *server* must be someone age 18 or older who is **not** a party to this case.
- The *server* must mail **2 copies** of the court papers to each address listed above.
  - Mail 1 copy of the court papers by regular, prepaid first class mail.
  - Mail the other copy by a form of mail requiring tracking or certified information showing when and where it was delivered.
- Each envelope must show the return address where petitioner can receive legal mail.

The server must fill out a *Proof of Service* (form PO 004). The original must be filed with the court.

**Ordered.**

OCT 29 2024
*Date*

[signature]
*Judge or Commissioner*

Melissa Kirkley
*Print Judge or Commissioner Name*

Presented by Petitioner or their lawyer

[signature]
*Sign here*

Jessica Clark
*Print name (if lawyer, also provide WSBA #)*

[signature]
Respondent

## EX 33

## Email to Snohomish County Recording Office – Alleged Fraudulent Property Transfer of Alan Sprague

**Date of Email**: November 1, 2024

**Recipient**: recording@snoco.org

**Subject**: Please flag quick deed for fraud and identity theft

**Exhibit Title:** *Email Reporting Coercive Property Transfer from Alan Sprague to Marlene Sprague*

## Summary of Exhibit

This exhibit contains an email sent by Plaintiff to the **Snohomish County Recording Office**, formally reporting the **unauthorized and coercive transfer of property** belonging to **Alan Sprague**, a vulnerable adult.

The transfer was executed via **Quitclaim Deed and Power of Attorney (POA)**

The documents were signed in an **isolated and hostile setting,** without informed consent.

Alan Sprague was **not aware of the legal implications** and has since submitted a **sworn declaration to the court** stating:

He did **not understand** the documents.

He was **coerced and manipulated** by his sister, **Marlene Sprague**.

He **never agreed** to be removed from the property deed.

## Legal Relevance

This email supports Plaintiff's claims under:

**42 U.S.C. § 1983:** Deprivation of property without due process, facilitated by county inaction.

**42 U.S.C. § 1985(3):** Conspiracy to interfere with civil rights through coordinated coercion and concealment.

**Civil RICO (18 U.S.C. § 1962):** Fraudulent property transfer as a predicate act within a broader pattern of racketeering.

EX33 p1

**Abuse of Process**: Use of legal instruments (POA and deed) to dispossess a cognitively impaired adult.

**Intentional Infliction of Emotional Distress (IIED)**: Emotional harm caused to both Alan Sprague and Plaintiff through manipulation and displacement.

**First Amendment Retaliation**: The property transfer occurred in the context of Plaintiff's protected legal advocacy and court petitions.

## Supporting Materials

Copy of the email sent to **recording@snoco.org**

Ex 27 - Alan Sprague's **court-filed declaration** detailing the coercion

Ex 27 - Recorded **Quitclaim Deed and POA documents**

Entire EX list - Timeline of events showing **Marlene Sprague's involvement and intent & all** Related court filings and protection order requests

**I Stephanie Farler declare under penalty of perjury under the state of washington that this is a true and accurate E-Mailed document from Nov 1, 2024 sent to Snoco recording by Alan Sprague and Plaintiff Stephanie Farler.**

**Date: 9/17/2025**

**Stephanie Farler**
**425-268-0129**
**Farler3030@gmail.com**

EX33 P2

please flag quick deed for fraud and identity theft

From: Stephanie Farler (stephareef@att.net)

To:     recording@snoco.org

Date:  Friday, November 1, 2024 at 02:40 AM PDT


hello my name is Alan Sprague I own the property of 4232 142nd Ave ne lake stevens wa 98258. I desperately need someone's help here. I am an elderly man that has had my property deed stolen by my sister using a quick deed and a fraudulent power of attorney document. I was not aware of her doing this until it was already done. My sister tricked the office in to believing that she had the right to take me off of my property. She forged my signature and I have an extensive paper trail of proof that she has acted in a malicious was and knowingly used the invalid document to obtain my property and harass an individual that I have allowed to live in my home. I have spoken to the assessors office and they noted it. I have called 911 to report this the moment I found out. I have been to every office I could think of to fix this issue and no one seems to be able to help me at all. I just need my sister to be prosecuted to the fullest extent of the law for her absolutely insane and criminal behavior. her name is Marlene Sprague and on October 28th I found out that I was bullied and taken advantage of with the intent of stealing my home and lied to and miniplate. I just need to know that she will not get away with doing this to me and that she has to answer just as any other person does when committing such terrible crimes. thank you for your time and concern

I am hoping you can go in and flag this quick deed as fraud for me and then maybe even reverse it or something like that.

Exhibit 33 p3

# Exhibit 34

## Voicemail from Snohomish County Treasurer's Office – April 8, 2025

**Date of Voicemail**: April 8, 2025

**Time**: 9:49 AM **Transcribed**: September 17, 2026

**Declarant**: Stephanie Farler

**Exhibit Title**: *Voicemail Response Regarding Fraudulent Property Transfer – Alan Sprague Parcel*

## Summary of Exhibit

This exhibit contains a transcribed voicemail left by **Nicole from the Snohomish County Treasurer's Office**, responding to inquiries made by **Stephanie Farler and Alan Sprague** regarding the **fraudulent transfer of Alan Sprague's property**.

> The voicemail confirms that the Treasurer's Office was aware of the inquiry and had requested **documentation related to the court case.**
>
> The message references the parcel in question and indicates that the office was **awaiting follow-up materials** to investigate the **owner/taxpayer records.**
>
> The voicemail was received on **April 8, 2025**, and transcribed under penalty of perjury by **Stephanie Farler** on **September 17, 2026**.

## Legal Relevance

This voicemail supports Plaintiff's claims under:

> **42 U.S.C. § 1983**: Demonstrates government awareness of a potential deprivation of property rights without due process.
>
> **42 U.S.C. § 1985(3)**: Indicates possible coordination or neglect in addressing fraudulent activity involving vulnerable individuals.
>
> **Civil RICO (18 U.S.C. § 1962)**: The fraudulent property transfer may constitute a predicate act within a broader racketeering scheme.
>
> **Abuse of Process**: The voicemail reflects administrative acknowledgment of irregularities in the property records, suggesting misuse of legal instruments.
>
> **IIED**: The ongoing struggle to correct the fraudulent transfer has caused emotional distress to both Plaintiff and Alan Sprague.

**First Amendment Retaliation**: The inquiry and advocacy efforts by Plaintiff may have triggered retaliatory actions or procedural obstruction.

**Supporting Materials**

Certified transcription of voicemail dated April 8, 2025

EX 27 - Related court filings and declarations by Alan Sprague

EX 27 - Recorded Quitclaim Deed and Power of Attorney documents

All EX - Timeline of events surrounding the property transfer and subsequent legal filing.

**Transcription**

Good morning.
This is Nicole with the Snomish County Treasurer's Office.
I was told that you came in to ask some questions about the parcel that you are owner on, and I just wanted to follow up.
I was waiting.
I'd given you my business card last time you were in, and I was waiting for you to email me the documentation on the court case.
So if you can get that sent over to me so that we can take a look, we can look into the owner taxpayer information on this parcel.
Thank you.

I Stephanie Farler declare under penalty of perjury under the state of washington. received on april 8th 2025. this is a true and accurate transcription of the received voicemail. transcribed on 9/17/2026

**Stephanie Farler**
**425-268-0129**
**Farler3030@gmail.com**

EX 35A 35b

## Coordinated Harassment and Retaliatory Arrest – November 6 & 10, 2024

**Incident Dates**: November 6, 2024 & November 10, 2024

**Location:** Snohomish County, Washington

**Exhibit Title**: *911 Weaponization, Retaliatory Arrests, and Vehicle Shooting by Justice Clark*

## Summary of Exhibit

This exhibit documents a coordinated pattern of harassment and retaliation involving:

**Justice Clark**, who made two separate 911 calls reporting Plaintiff's vehicle movements and falsely claiming Plaintiff had a suspended license.

**Snohomish County Sheriff's deputies**, who acted on these calls despite prior documentation that **Justice Clark was weaponizing 911** for harassment purposes.

Plaintiff, **Stephanie Farler,** was:

**Arrested and jailed overnight** following the first call.

**Arrested again four days later**, spending the **entire holiday weekend in jail** before seeing a judge.

On the night of the second arrest, **Justice Clark shot Plaintiff's vehicle seven times with a rifle**, an act **captured on video.**

## Legal Relevance

This exhibit supports Plaintiff's claims under:

**42 U.S.C. § 1983**: Deputies acted under color of law to deprive Plaintiff of liberty and property without due process, despite knowing the reports were retaliatory.

**42 U.S.C. § 1985(3)**: Evidence of coordinated efforts between a private actor and law enforcement to intimidate and silence Plaintiff.

**Civil RICO (18 U.S.C. § 1962)**: Repeated retaliatory arrests and property destruction constitute predicate acts within a racketeering pattern.

**Abuse of Process**: Law enforcement knowingly used false reports to initiate criminal proceedings and detain Plaintiff.

EX35 P1

**Intentional Infliction of Emotional Distress (IIED):** Plaintiff endured trauma from unlawful incarceration and violent property damage.

**First Amendment Retaliation:** Arrests and intimidation occurred in direct response to Plaintiff's protected legal advocacy and speech.

## Supporting Materials

INCIDENT REPORT PACK - all 911 reports. Including the one where disbatch states RP is weaponizing 911.

Jail booking and release records

Surveillance video still shots showing Justice Clark firing at Plaintiff's vehicle

EX 25 - Photographs of vehicle damage. (spent shell casings were collected by detective and have never been investigated or used for any means at all in this case.

EX 37 - Text messages between detective and plaintiff Stephanie Farler.

Stephanie Farler
425-268-0129
Farler3030@gmail.com

Ex 35 P2

IN THE SNOHOMISH COUNTY DISTRICT COURT, STATE OF WASHINGTON
EVERETT DIVISION

STATE OF WASHINGTON, Plaintiff,

v.

FARLER, STEPHANIE CATHERINE, Defendant

No. STW 24008795 PC24D3016

PROVISIONAL ORDER SETTING BAIL OR CONDITIONS OF RELEASE

You are advised that you are under arrest for the crime(s):

| Count | Charge | DOV |
|---|---|---|
| 1 | SECOND DEGREE DRIVING WHILE LICENSE SUSPENDED/REVOKED | 11/06/24 |

I. THE COURT FINDS that the prisoner is unavailable for preliminary appearance because of ( ) physical disability; ( )mental disability, ( )prisoner's refusal to attend hearing, ( )unavailability of interpreter, ( )other:__________, and as such there is good cause to continue the preliminary appearance. Therefore, THE COURT ORDERS that the preliminary appearance shall be continued to the ____ day of ________, 20__ at _____.

II. (X) THE COURT FINDS that probable cause exists to believe that the accused committed the crime(s) described above based on the facts contained in the booking documents, the facts contained in the affidavit of probable cause, the reports submitted by law enforcement, and/or __________.

III. IT IS HEREBY ORDERED

(X) 1. That the prisoner shall be released from jail now. Such release shall be unconditional unless conditions of personal recognizance are imposed under paragraph 3.

( ) 2. That the prisoner shall be released from jail when good and sufficient bond and/or bail is posted with the Court. Bail is set at $________.

(X) 3. That the prisoner shall comply with the following applicable conditions:

- (X) Advise the Snohomish County Prosecuting Attorney's Office (425-388-3333) of any change of address
- ( ) Have no contact with minor children
- ( ) Have no contact with ________
- ( ) Do not discuss the case with ( ) witnesses ( ) ________
- ( ) Comply with any existing no contact and/or protection orders in effect
- ( ) Shall not possess firearms
- DV ( ) Shall not access, obtain, or possess any dangerous weapon or firearm
- DV ( ) Shall not obtain or possess a concealed pistol license
- (X) No new criminal law violations
- ( ) Shall register as required by law; shall register within 72 hours of release;
- (X) Shall not drive a motor vehicle without a valid license and adequate insurance
- ( ) No driving within 24 hours of consuming alcohol and/or drugs
- ( ) Do not possess/consume alcohol, non-prescribed drugs or marijuana
- ( ) Do not refuse to take BAC test, drive with .08 or higher or THC level of 5.0 or higher
- ( ) No operating a vehicle without an ignition interlock; ( ) proof to probation prior to driving; ( ) proof of installation of functioning ignition interlock(s for all motor vehicle(s) operated by defendant shall be filed with the court above within five (5) business days of the date of release from custody.
- ( ) Other: ________

IT IS FURTHER ORDERED that if a Complaint is filed with Snohomish County District Court by 5:00 PM on NOVEMBER 8, 2024, the conditions of release including bail shall remain. If a Complaint is not filed by the required date and time then the defendant shall be released from jail, and all conditions of release shall be exonerated and be of no further effect, and any bond and/or bail posted shall be exonerated.

DATED: November 6, 2024

[signature]
JUDGE of DISTRICT COURT

Provisional Order
PA#: 24-19040

EX 354 P3



IN THE SNOHOMISH COUNTY DISTRICT COURT, STATE OF WASHINGTON
EVERETT DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, Plaintiff, v. FARLER, STEPHANIE CATHERINE, Defendant | No. SSO 24158485 PC24D3052<br>PROVISIONAL ORDER SETTING BAIL OR CONDITIONS OF RELEASE |

You are advised that you are under arrest for the crime(s):

| Count | Charge | DOV |
|---|---|---|
| 1 | SECOND DEGREE DRIVING WHILE LICENSE SUSPENDED/REVOKED | 11/10/24 |

I. THE COURT FINDS that the prisoner is unavailable for preliminary appearance because of ( ) physical disability; ( )mental disability, ( )prisoner's refusal to attend hearing, ( )unavailability of interpreter, ( )other:__________, and as such there is good cause to continue the preliminary appearance. Therefore, THE COURT ORDERS that the preliminary appearance shall be continued to the _____ day of __________, 20___ at _______.

II. (X) THE COURT FINDS that probable cause exists to believe that the accused committed the crime(s) described above based on the facts contained in the booking documents, the facts contained in the affidavit of probable cause, the reports submitted by law enforcement, and/or __________.

III. IT IS HEREBY ORDERED

(X) 1. That the prisoner shall be released from jail now. Such release shall be unconditional unless conditions of personal recognizance are imposed under paragraph 3.

( ) 2. That the prisoner shall be released from jail when good and sufficient bond and/or bail is posted with the Court. Bail is set at $__________.

(X) 3. That the prisoner shall comply with the following applicable conditions:

- (X) Advise the Snohomish County Prosecuting Attorney's Office (425-388-3333) of any change of address
- ~~( ) Have no contact with minor children~~
- ( ) Have no contact with __________
- ( ) Do not discuss the case with ( ) witnesses ( ) __________
- ( ) Comply with any existing no contact and/or protection orders in effect
- ( ) Shall not possess firearms
- *DV* ( ) Shall not access, obtain, or possess any dangerous weapon or firearm
- *DV* ( ) Shall not obtain or possess a concealed pistol license
- (X) No new criminal law violations
- ( ) Shall register as required by law; shall register within 72 hours of release;
- (X) Shall not drive a motor vehicle without a valid license and adequate insurance
- ( ) No driving within 24 hours of consuming alcohol and/or drugs
- ( ) Do not possess/consume alcohol, non-prescribed drugs or marijuana
- ( ) Do not refuse to take BAC test, drive with.08 or higher or THC level of 5.0 or higher
- ( ) No operating a vehicle without an ignition interlock; ( ) proof to probation prior to driving; ( ) proof of installation of functioning ignition interlock(s for all motor vehicle(s) operated by defendant shall be filed with the court above within five (5) business days of the date of release from custody.
- ( ) Other: __________

IT IS FURTHER ORDERED that if a Complaint is filed with Snohomish County District Court by 5:00 PM on NOVEMBER 14, 2024, the conditions of release including bail shall remain. If a Complaint is not filed by the required date and time then the defendant shall be released from jail, and all conditions of release shall be exonerated and be of no further effect, and any bond and/or bail posted shall be exonerated.

DATED: November 12, 2024

[signature]
JUDGE of DISTRICT COURT

Provisional Order
PA#: 24-19235

EX 355 P4

## EX 37a

**Date:** November 11, 2024

**Location:** 4232 142nd Ave NE Lake Stevens WA 98258

**Exhibit Title:**

## Summary of Exhibit

Still Shots of Justice Clark shooting my car 7 times with a rifle and running off after having me arrested earlier this evening. (shells were recovered by sheriffs)

This exhibit supports Plaintiff's claims under:

For the First Amendment Retaliation claim:

1. Protected Activity: The plaintiff's prior legal actions, complaints, and petitions (like the protection orders) were constitutionally protected.
2. Adverse Action: The shooting of the plaintiff's vehicle by Justice Clark and accompanying threats and armed intimidation.
3. Causal Connection: Evidence shows a pattern of targeted harassment following the plaintiff's legal actions, making the shooting a retaliatory act.

For the RICO claim:

1. Conduct: Justice Clark's actions—shooting the vehicle, filing retaliatory reports, and engaging in intimidation—constitute participation in the affairs of an enterprise (the coordinated harassment effort).
2. Enterprise: An association-in-fact enterprise involving Justice Clark, Marlene Sprague, Darlene Rosenquist, and county officials, aimed at depriving the plaintiff of rights and property.
3. Predicate Acts: The shooting, along with previous threats, armed intimidation, and coordinated false reports to officials intended to provoke arrests, forms a pattern of racketeering activity.
4. Injury: The plaintiff's property (the vehicle) was damaged, and the plaintiff suffered economic and emotional harm.

For the Intentional Infliction of Emotional Distress (IIED) claim:

1. Extreme and Outrageous Conduct: Shooting the plaintiff's vehicle with a rifle, especially while the plaintiff was unable to protect her property.
2. Intent or Reckless Disregard: Justice Clark's deliberate actions and threats show reckless disregard for the plaintiff's emotional well-being.
3. Severe Emotional Distress: The incident contributed to the plaintiff's chronic hyper vigilance, inability to sleep, and emotional harm documented afterward.

For Monell Liability:

1. Policy or Custom: The county's systemic failure to intervene, protect, or investigate despite repeated reports and evidence provided (e.g. ignoring the shooting report).
2. Deliberate Indifference: The refusal to act on credible complaints of harassment and violence, indicating a broader practice or tolerance of constitutional violations.
3. Moving Force: This deliberate indifference allowed the ongoing harassment and escalation to occur, leading to the incident in question.

State-Created Danger (42 U.S.C. § 1983)

1. Affirmative Act: Law enforcement's failure to intervene, misclassification of the plaintiff as a defendant, and refusal to act despite credible reports.
2. Foreseeability: The shooting and escalating harassment were foreseeable consequences.
3. Danger Creation: The failure to investigate emboldened Justice Clark and increased the plaintiff's vulnerability.
4. State of Mind: Deliberate indifference to the plaintiff's safety.

42 U.S.C. § 1983 Claim

1. Violation of Constitutional Rights: First Amendment (retaliation), Fourteenth Amendment (due process, equal protection).
2. Under Color of Law: Defendants acted under color of state law.
3. Causation: The defendants' conduct led to the plaintiff's injuries (shooting, arrest, emotional distress).
4. Intent: Intentional conduct or deliberate indifference to rights.

42 U.S.C. § 1985(3) Claim

1. Conspiracy: Agreement between private actors (Justice Clark, Marlene Sprague, Darlene Rosenquist) to deprive plaintiff of rights.
2. Invidious Discrimination: Motivated by animus (against protected activity or status).
3. Overt Act: Specific acts in furtherence are the harassment behind the false report to have plaintif arrested and the act of taking advantage of that to terrorize and silence.
4. Injury: Plaintiff was injured or deprived of rights by the actions taken by officers to allow weaponize he law for immoral reasons

I Declare under Penalty of perjury under the State of washington that the stillshots are true and correct shots of the recording of justice committing this crime.

[signature] 9/18/25

Stephanie Farver (prose)

E37a P2



frond yard
04:24:47
Motion
Human
Face
Vehicle
Doorbell
Continue
Export Event

EX 37a P 3



01:31 / 01:59
Vehicle

Ex37a P4



Ex37a P 5



front yard
01:42 / 01:59

ex37aPD

# COVER PAGE

# EX37b- MESSAGES DETECTIVE AND PLAINTIFF

This exhibit contains screen shots of text message communications between Plaintiff and Detective Ricksecker documenting Plaintiff's repeated pleas for assistance regarding:

- The shooting of Plaintiff's car by neighbor **Justice Clark**;
- The forged quitclaim deed used by **Marlene Sprague** to fraudulently transfer property ownership and support an ejectment action; and
- Ongoing harassment and threats from Clark and associates.

## Key Facts Shown in EX37:b

### 911 Evidence Collection Ignored:

Deputies responding to Plaintiff's 911 call collected **spent shell casings** from the car shooting as evidence.

Despite this, no follow-up investigation or forensic analysis (e.g., fingerprint testing) was ever conducted.

### Plaintiff's Pleas for Help:

- On **Nov. 13, 2024**, Plaintiff wrote:
  *"Please help me. I am seriously scared to death of what these people will do to me next... I fear that he will snap and hurt me or my dog or a family member next."*

The detective acknowledged the messages but repeatedly deflected responsibility, advising Plaintiff to "call 911" instead of scheduling review of evidence already in County possession.

### Admission of No Action on Evidence:

In a separate conversation transcribed in **[EX 39 – Transcription, Justice Clark 2025]**, Clark mocked Plaintiff and **remarked that detectives never even came to take his fingerprints from the shell casings**.

This directly corroborates the County's failure to investigate despite having physical ballistic evidence.

### Abandoned Investigation:

- On **Dec. 10, 2024**, the detective's final message was:
  *"I've submitted the report which gets forwarded to detectives. Not sure what the status is."*

- Plaintiff later confirmed with the **Snohomish County Prosecutor's Office** that **no such report was ever received**, and instead Plaintiff was listed as a **defendant** in a shooting matter, not the victim.

**Relevance:**
These communications, combined with the recovered shell casings and Clark's admission in [EX 59], demonstrate Snohomish County's **deliberate indifference** to Plaintiff's safety, refusal to investigate a violent felony, and discriminatory treatment. Plaintiff was misclassified as a defendant while the admitted shooter faced no investigation.

I stephanie farver declare under penalty of perjury of the State of washington that the attached screen shots of the convo of me and the detective is a true and accurate photo of the messages Between 11/2024 - 12/2024.

stephanie farver (prose)
425 268 0129
farver3030@gmail.com

Ex37b p2

12:51 46%

Detective

Wednesday, November 13, 2024

Hello this is Stephanie farler I was the person who's vehicle was shot by there neighbor Justice Clark at 4232 142nd Ave ne lake stevens wa 98258. I have taken photos of my car and of Justice Clark as he walked up and fired his gun directly at the hood of my car in the middle of the night. I will se

View all

11:35 AM

Exh 376 P3



Detective
11:38 AM
Please help me. I am seriously scared to death of what these people will do to me next. It has been 2 years now I have delt with this harassment and it just keeps getting worse. I fear that he will snap and hurt me or my dog or a family member next. I need help from this guy. I don't know what else
View all
11:43 AM
Sunday, November 17, 2024
I feel my safety is i
Exh 3.7b
Pg 4



Detective
11:43 AM
Sunday, November 17, 2024
I feel my safety is in jeopardy and being alone at night in my room gives me major anxiety. I pray that this cry for help will be heard. Everything that I have said I was in fear of has happened already with this harassment that I have been dealing with for over 2 years now. I would like to make a r
View all
11:24 AM
I've received your messages and will
Exh 37b
P5



Detective
like to make a r
View all
11:24 AM
I've received your messages and will reach out to you today to discuss.
Sorry for the delay. Today is my first day back.
11:26 AM
11:27 AM
It's OK I understand
Wednesday, November 20, 2024
Did you get the police report I sent? I gave some documents to a police officer that said he would give them to you and I
P6
Exh 37b



Detective
I've received your messages and will reach out to you today to discuss.
Sorry for the delay. Today is my first day back.
11:26 AM
It's OK I understand
11:27 AM
Wednesday, November 20, 2024
Did you get the police report I sent? I gave some documents to a police officer that said he would give them to you and I emailed the report and documents through email.
2:50 PM

F7

Exh 37b



Detective

2:50 PM through email.

Yes. Everything has been uploaded. Next week I'll be contacting Justice for an interview. 2:51 PM

I seriously need help. The 3 people that are behind Justice Clark shooting my car and harassing and bullying me have committed multiple felony charges in order to ruin my life. I just got served with papers saying I have to be out of my home in 6 days and I have 2 broken down cars

P8

Exh 37b



Me

2:53 PM, Nov 20

I seriously need help. The 3 people that are behind Justice Clark shooting my car and harassing and bullying me have committed multiple felony charges in order to ruin my life. I just got served with papers saying I have to be out of my home in 6 days and I have 2 broken down cars because of the very people that caused the ejectment. Marlene and Justice have together worked this out to hurt me. The stolen property and the forged signature are the only means that they could use to make me leave.

Pg

Exh. 37b

Copy text

Share

More



Detective
2:53 PM
View all
Is it a valid order?
2:55 PM
Yes it is but only because of the forged document that Marlene used to steal the property. We did not know about it until it was finalized and the documents were used in the ejectment and taped to my door.
2:56 PM
That's is how Alan found out his sister had done this to him.
I went in to his roo
and showed him the

P 10

Exh 37b

Detective
2:56 PM
That's is how Alan found out his sister had done this to him.
I went in to his room and showed him the documents
2:57 PM

I'm sorry but there's nothing I can do about that. You need to contact the court that the order is out of.

2:57 PM

We went and tried to fight it everywhere we though we could and nobody could do anything at all. And the judge ruled this

P11

Exh 37b

Detective

Deputy out there today. 3:05 PM

I have been fighting this harassment for 2 and a half years now and they have never actually had legal grounds to make me leave until they committed felony and stole the property.

3:05 PM I have tried

We called 911 2 times and they have not showed up.

3:06 PM The neighbor has called and reported so many false things that they don't even come to our house for anything any more.

Today? 3:06 PM

3:07 PM No not today we called 2 days after we found out what had happened.

OK. Not sure why they wouldn't have shown up but call now and request a Deputy contact you in person. There's a lot going on right now with the storm and such but a Deputy should be out there. 3:08 PM

Thursday, November 21, 2024

Justice clark has aggressively harassed me on our property line again. I ran to the gas station and came back and when I got out of the car he instantly began to mock and tell me I'm a worthless bumb who's trespassing on marlenes property and then he began to tell me that I am taki[ng] advantage of an

**Detective**

We went and tried to fight it everywhere we though we could and nobody could do anything at all. And the judge ruled this on Marlene being the sole owner.

2:58 PM

But she stole the property and she told the neighbor that our internet was off and that's why he was ok with walking up to my car and shooting it right in front of the many cameras we have.

He thought they were off line.

2:59 PM

Can we not pursue criminal charges on Marlene for the theft and forgery?

3:00 PM

Not sure. I would have to sit down with you and go over everything.

3:01 PM

Can we do that soon. I have all the documents and there is a paper trail of it as it all happened through courts

3:02 PM

I can come to you and lay out all the documents that have been presented to the courts by Marlene and justice and they clearly show what has happened

3:03 PM

I'm testifying in court today and have to stick around here until I'm done, not sure when that will be. Today is my last day this week. Your best bet is to call 911, to get a Deputy out there today.

3:05 PM

I have been fighting this harassment for 2 and a half years now and they have neve actually had legal grounds to make me until they committed felony and stole the

P12

Exh 376



Detective
me I'm a worthless bumb who's trespassing on marlenes property and then he began to tell me that I am taking advantage of an
View all
12:15 AM
It scares me more so now then it did before because I know for a fact that he has guns or atleast access to them and I don't know what he is capable of doing.
12:32 AM
Call 911
4:13 PM
I'm off for the rest of the week.
4:14 PM
Sunday, November 24, 2024
Can we make a time to sit down and go over the papers and evidence on the stolen property this week sometime?
I have it all ready.
2:58 PM
Monday, December 9, 2024
Hello I'm wondering about the status of the criminal investigation with my neighbor Justice Clark that shot up my car.
9:33 PM
Tuesday, December 10, 2024
I've submitted the report which gets forwarded to detectives. Not sure what the status is.
1:28 PM

P 13.

Exh 376

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Stephanie Farler, Plainti .

v.

Snohomish County, et al., Defendants.

---

EXHIBIT 38

Police Report Statement and Narrative – Incident #24158876

Dated: November 18, 2024

(Prepared by Stephanie Farler, reporting ongoing targeted harassment, vandalism, and civil conspiracy)

Description:

Statement submitted to law enforcement responding to repeated criminal and harassing acts by Defendant Justice Clark—including firearm vandalism, false police calls, and coordination with co-defendants to intimidate, threaten, and dispossess Plaintiff. The statement details:

- Patterns of baseless 911 calls and harassment leading to wrongful arrest,
- Violent acts (shooting, stabbing radiator, BB gun vandalism),
- Retaliation and bullying in conjunction with Marlene Sprague and Darlene Rosenquist,
- Documented harm suffered (loss of jobs/Boeing & UPS, housing instability, repeated police contact, and extreme fear/anxiety).

This exhibit demonstrates the scope and seriousness of Defendants coordinated campaign, the impact on Plaintiff's safety and livelihood, and the repeated acts contributing to Plaintiff's constitutional claims.

EX 38 Police Report/Statement 24158876 – 11/18/2024

Wilne

# Snohomish County Sheriff's ...ice Statement Form

Incident # 24-[illegible]

Deputy Trick Secker #1651

First Name: Stphanie M: Last: farler DOB: 04/28/1990

Race: Sex: Hgt: Wgt: Eyes: Hair: Driver's License #: State

Home Address: 4232 142nd ave ne City: Lake Stevens State: WA

Zip 98258

Place Statement Taken: Lake Stevens home City: State: Zip:

Employer: City: Best Number to Call: ☐ Home ☐ Cell ☐ Work

Home Phone: (253)237-3388 Cell Phone: (425) 358-0129 Work Phone: ( )

E-Mail Address: Stephareef@gmail.com

STATEMENT *On November 11th my neighbor Justice Clark called the police on me again as I pulled out of my driveway. Resulting in me going to jail for suspended license. I have an active civil lawsuit against him for intentional infliction of emotional distress. Because of that law suit I have requested all of the police reports from the records department that include my home address 4232 142nd Ave ne lake stevens wa. I have gotten 2 waves of police reports so far and in those reports there have been multiple different reports without contact made with anyone on at our address. Justice Clark literally called the police and told them the direction and type of car that I was in and if they wanted to get me on a possession charge or dui to go get me. There is no reason to lie and go out of the way to try and cause me grief and stress and make me out to be someone I am not. I recently completed doc supervision successfully and couldn't have done that if I was using drugs. That is just one example of the type of calls that my neighbor makes on a regular basis about me. I will add the police report I am talking about with this statement.*

*I was booked into Snohomish county's jail that night. and I was there almost 3 days with no court because of a holiday. Once I was released, I called for a ride and when I got home, I was told that my car was once again vandalized by my neighbor Justice Clark. There was the first incident that he jabbed a branch through my radiator because the vw emblem was missing and you could see through the space right to my radiator. He walked on our property and did that in the middle of the night that time as well. Than there was the 2nd incident that Justice had stood on our property line in the middle of the night and used a bb gun to shoot the back passenger window out of my car. I'll attach the photos of both of those as well. Now this time on the 11th of November Justice used a 22 gun and walked on our property and right up to my car and fired directly down to my motor causing the bullets to bounce back and forth and causing significant damage to the hood and every hose and part that was not solid metal. My mother and niece, who is 3 years old, were sleeping in the bedroom about 8*

Exhibit 38 p2

*it from the fired shots and easily could have been injured by bouncing bullets. The video is clear and you can see the weapon in his hand as he's walking, and as he goes to point it at my car you get another clear shot of it in his hands. He was wearing a face mask and a full jumpsuit and wearing a hat with fake hair.*

*He was comfortable walking on to our property despite the many cameras because Marlene Sprague had disconnected our internet and without internet, they thought that the cameras would not record. They were wrong and the whole thing was recorded. Marlene is another defendant in my intentional infliction of emotional distress suit. There are 3 people it includes, and all 3 of them have broken the law on multiple occasions, attempting to make me leave my home. They all team up and work together to harass me and bully the people that reside at my home. There were many lawsuits filed against me, one for eviction and it was dismissed with prejudice. Then, the ejectment that was also unsuccessful. Justice attempted to get a protection order on me for my attempt to serve him with legal documents. All of the attempts of these individuals have failed because they have no legal grounds to tell me that I have to leave my home. It's intimidation and bullying on an extreme level. I have lost 2 jobs due to the harassment, one at Boeing, and one at ups, creating significant financial hardship. Each time they don't get what they want I am faced with more and more retaliation. I'm seriously in fear of what they will do next after this last bold move using a firearm like he did and the fact that I have went to jail as a direct result of this extreme harassment worry's me. I don't feel safe at all. I'm always on edge and hyper vigilant. The sound of gravel when a car pulls in our driveway makes me anxious and scared. I never know if I'm safe in my room at night or what they are planning to do next.*

*Marlene Sprague's retaliation has gone as far as to bully her brother Alan Sprague the property owner in to signing papers he had no idea what they were and told her he didn't know what they were, but Marlene disregarded and told him just to sign them and don't worry about it. Then she took the POA to her notary at her bank, and the notary signed them as if they had witnessed the signing, but that was not true at all. Then Marlene had 2 witnesses sign stating they witnessed the signing, but they did not and they had dated it for two different days and not the day it was originally signed. Marlene then took that knowingly invalid POA to the treasurers and auditors, tricking them into believing that she had the right to completely remove Alan Sprague from his property deed and making her the sole owner. I had addressed the invalid documents in the ejectment case and pointed out the reasons it was invalid. The page with the witness's signatures was left out of the document when she used it for the quick deed. Marlene made sure no one found out until it was completed, and we found out by finding a packet of papers taped to my door for the ejectment suit she had filed on me. The new deed papers were in that paperwork, and I went in to tell Alan what his sister had done. He cried and couldn't believe his sister would do this to him. We reported it to everyone we could think to and we called 911 to report this, and no one*

EX38 P3

showed up to take the report. We went to the sheriff's office and tried to report it they couldn't take reports. There is a paper trail of all of this playing out through the court cases that have taken place between these individuals and myself. Marlene forged her brother's signature on one of the documents used to steal the property. I have added the document with the forged document and video snap shots of justice clark while he trespassed and shot my car with his gun.

x☐ *I have read each page of this statement consisting of ___ page(s). I certify (or declare) under penalty of perjury, under the laws of the State of Washington, that the entire statement is true and correct. (Initial)_sef________*

Deputy Signature: [signature] Victim/Witness Signature: _Stephanie farler______________

Date: __11/18/2024_Time: 5:30pm__ Place Signed: ______Lake Stevens WA______________ Page 1 of _____

Form SH-217

Ex 38 P4

# EX 39 Audio Transcript: Justice Clark mocks the lack of sheriffs investigation after shooting in november 2024.

**Title:** Transcript of Verbal Exchange Between Plaintiff and Defendant Justice Clark

**Date:** July 11, 2025

**Location:** Property boundary of 4232 142nd Ave NE, Lake Stevens, WA

**Participants:**

Justice Clark, Stephanie Farler, and in the background is Tamera Farler Plaintiffs mother.

**Purpose:** The interaction was a heated and hostile confrontation. Justice Clark directed repeated profanity and insults at Stephanie Farler, referring to her and her mother as disrespectful and inconsiderate. Clark aggressively told them to "shut the fuck up" multiple times, complaining about the noise. Clark also made what was perceived as threats by inviting Farler to go "cut wood" with him alone, suggesting an isolated location, which Farler interpreted as a threat to her life. Throughout the exchange, Clark denied any wrongdoing but mocked the lack of criminal investigation into incidents involving Farler's vehicle, such as the shooting of her car and the window and grill. He repeatedly dismissed Farler's claims, denied any threats, and at one point called the police on her, accusing her of harassment and being a nuisance. Farler, in turn, accused Clark of threatening her life and slandering her, and she verbally stood her ground.

Relevant RCWs:

- RCW 9A.36.080: Harassment and threats
- RCW 9A.46.110: Stalking
- RCW 9A.56.040.1: Theft (related to property damage or deprivation)

Federal Claims:

- 42 U.S.C. § 1983: Deprivation of constitutional rights (due process, equal protection, and First Amendment retaliation)
- 42 U.S.C. § 1985(3): Civil conspiracy to interfere with civil rights
- 18 U.S.C. § 1962(c): RICO violations (racketeering and coordinated harassment)

State Law Claims:

- Intentional Infliction of Emotional Distress (IIED)
- Abuse of process
- Malicious prosecution
- Defamation
- Civil conspiracy (under state law)

## Declaration of Authenticity

I, **Stephanie Farler**, declare under penalty of perjury that the following transcript accurately reflects an audio recording captured on July 11, 2025 **at approximately 10:01 PM** on the boundary line of my residence at **4232 142nd Avenue NE, Lake Stevens, Washington**.

I was physically present and am identified as Stephanie, throughout the exchange. **Speaker 2** is Defendant **Justice Clark**, whose voice and demeanor I recognize from repeated encounters documented in this civil complaint. The conversation was unprovoked and verbally aggressive. I transcribed this exchange directly from an audio recording maintained in my possession. A true and correct copy of this audio is available upon request.

Signed: in Marysville, WA.

[signature]

Dated 7-30-2025

**Start of Transcription**

**Justice Clark**: Shut the fuck up!

**Justice Clark**: Fuckin hot out people got there windows open don't need to fucking hear your fucking dumb ass, its past 10 o'clock fucking noisy bitch. You and your fucking mom. Shut the fuck up, both of ya!

**Stephanie**: Will you just let me unload the car, and then I'll be done?

**Justice Clark**: **Fuckin white trash. You two are the farlers. You guys are the most disrespectful, fucking inconsiderate fucking cunts!**

**Stephanie**: ok, well, you just keep sealing your own fate there, bud.

**Justice Clark**: Shut the fuck up, bud. **How about you and me go cut wood, Stephanie, just you and me, how about that?**

**Stephanie**: What did you just say?

**Justice Clark**: **Do you want to go up and cut wood, where I go cut wood, just me and you?**

**Stephanie**: Are you threatening me?

**Justice Clark**: **How about we go up and cut wood where I go cut wood? Just you and me, come on?**

**Stephanie**: Where do you go to cut wood?

EX39P2

**Justice Clark**: **Up on the mountain loop somewhere.**

**Stephanie**: Oh you so you are threatening me?

**Justice Clark**: You can go with me.

**Stephanie**: So you are threatening me? Why would I go anywhere with you? Ever?

**Justice Clark**: **You can help me cut wood. Get to know each other.**

**Stephanie**: Why would I do that? So you can murder me? Is that what you're saying right now?

**Justice Clark**: **We can go be neighbors, get to know each other.** Shut the fuck up!

**Stephanie**: So you're basically threatening my life right now? Is that what you're doing?

**Justice Clark**: Shit the fuck up! **HES STALKING ME, YOUR THREATENING ME! AM I THREATENING YOU WITH WEAPONS NOW TO YOU FUCKING IDIOT? YOU GONNA THREATEN ME THAT I SHOUT YOUR CAR YOU FUCKING IDIOT! -**

**Stephanie**: Because you did.

**Justice Clark**: **HUH? YOU GONNA THREATEN ME THAT I SHOT THE WINDOW OUT OR THE FUCKING FRONT GRILL OUT YOU FUCKING STUPID FUCK!**

**Stephanie**: You know you did.

**Justice Clark**: Shut the fuck up!

**Stephanie**: We all know you did.

**Justice Clark:** Oh, you all know I did? Ya!

**Stephanie**: Its –

**Justice Clark**: Yeah, where's that fucking officer that's supposed to come over, huh? **TO GET THOSE FINGERPRINTS OFF THOSE CASINGS MOTHER FUCKER! YEAH I DON'T THINK SO!** Shut the fuck up!

**Stephanie**: Are you saying that they never did that?

**Justice Clark**: Shut the fuck up?

**Stephanie**: Are you saying that they never did that?

**Justice Clark**: Shut the fuck up, Stephanie!

EX39 P3

**Stephanie**: It's a question?

**Justice Clark**: I'm calling the fuckin cops.

**Stephanie**: Please do.

**Justice Clark**: I'm tired of your fucking harassment right now!

**Stephanie**: Please do actually.

**Justice Clark**: Fucking dumb Mother fucker!

**Stephanie**: Go right ahead if you don't, then I will.

**Justice Clark**: Tired of this shit.

**Stephanie**: How about that? Because you just threatened my life.

**Justice Clark**: Shut the fuck up! You and your fucking stupid bullshit again already.

**Stephanie**: You just said it yourself.

**Justice Clark**: Shut up!

**Stephanie**: I didn't say it. That's a pretty serious offense there. Pretty serious offense.

**Justice Clark**: 4232 142nd Ave NE, Lake Stevens, WA 98258

**Stephanie**: How much you want to bet they won't even show up?

**Justice Clark**: 425-530-0250 **this fucking lady out here named Stephanie Farler is back over here at my neighbors. And she's out here fucking harassing me**, we're all trying to sleep, she's out here being a fucking bitch! **Now she's accusing me that I'm going to fucking kill her and this other stupid bullshit right now, and I'm fucking I'm fucking tired of it.**

**Justice Clark:** I'm out here on my back pouch. I'm out here fucking it's hot out, we got our windows open, and here this noisy bitch that lives next door to us, I've had it. I've had so many problems with this fucker, ok. I'm fucking sick of her.

**Justice Clark**: Are there any weapons? NO. She's accusing me, and she is a fucking nut! No No.

**Justice Clark**: Farler. No, she doesn't live here.

**Stephanie**: I own the home

EX3.9 p4

**Justice Clark: She's telling me she owns the home now because……….And I haven't heard from my neighbor Marlene in a while, so I don't know what happened or whatever. um. no, she's no, she's got identity theft she's got all kinds of shit**

**Stephanie**: Slander.

**Justice Clark: She's got all kinds of stuff on her record.**

**Stephanie**: Slander.

**Justice Clark**: She's over here fuckin yeah, she's out here right now fucking noisy ass bitch

**Stephanie**: Slander.

**Justice Clark**: Man I'm just fucking this fucker I tell ya

**Stephanie**: Slander that's crazy.

**Justice Clark:** Nobody's getting hurt except shes out here shes gonna be out here fucking shes a tweaker shes a meth head she gonna be out here for fucking tell two three in the morning. Her and her fucking mom out here. Doing all this moving bullshit out here. There the most disrespectful the most fucking there just fuckers man ok? My name Justice Clark im a home owner here I have lived here for fucking like 20 years. This lady……Over here. ….For like 4 years or three years

**Justice Clark**: Yeah well it aint because…..She wont stop her shit now.

**Stephanie:** Im almost done if you just be patient.

**Justice Clark**: Fucking noisy ……. Alright. Bye.

**Justice Clark**: Fuck tard fucking disrespectful mother fucker

**Stephanie**: Mom hes calling he called the cops. He called the cops. But that's ok. The neighbor.

**Tamera Farler**: Whats he doing?

**Stephanie**: Huh? What mom?

**Tamera Farler**: Then let me do it.

**Stephanie**: Im almost done now if you want to help. I don't im not going to keep hiding from him. And not living my life because of it. I can unload it for you your old.

**Justice Clark**: you're a disrespectful bitch yeah that's right. There you go



**Tamera Farler**: Stephanie Get in the fence.

**Justice Clark**: Fucking daylight ass hole. Fucking noisy fucker. **Jobless fuck**.

**Tamera Farler**: STEPHANIE!

**Stephanie**: What Im coming.

**Justice Clark**: yeah get your recorder out now.

**Tamera Farler**: STEPHANIE!

**Stephanie**: Im coming all the stuffs out. Well I have to. Well he called the cops already.

**Tamera Farler**: that's why you cant stay out there.

**Stephanie:** Im gotta grab my phone! Its almost unloaded. Why cant I just unload a fucking car? Seriously.

**End of transcription.**

**Stephanie Farler** (pro se)

425-268-0129, Farler3030@gmail.com

FAMILY RECORDING TRANSCRIPT NOVEMBER 22, 2024
Time: 6:19 PM
Ex 40 a

- Alan asserts ownership of the property and accuses Marlene of theft, supporting property deprivation and POA misuse claims.
- Marlene refusal to leave and admission of control over property supports claims of elder abuse and fraudulent transfer.
- Emotional distress expressed by Alan and Plaintiff supports IIED and familial retaliation.
- Alan' s suicidal statements and Marlene' dismissive response highlight neglect and psychological harm.

TRANSCRIPT EXCERPTS:
Alan Sprague: You are going to get off my property because it is my property, and it is my house.
(Note: Assertion of ownership supports property rights and fraudulent deed claims.)

Stephanie Farler: You can't take someone's property without them knowing about it.
(Note: Supports claim of unlawful property transfer.)

Alan Sprague: I'm losing one of the best friends I've ever had... because of you know she has to leave.
(Note: Emotional impact and forced separation support IIED.)

Stephanie Farler: The only reason I have to leave is because you committed a felony!
(Note: Direct accusation of property theft.)

Alan Sprague: To the point to where I want to kill myself, that's what I want to do.
Marlene Sprague: You're welcome to do it.
(Note: Evidence of elder abuse and emotional neglect.)

Alan Sprague: I want this house put back in my name. The property taxes put back in my name!
(Note: Supports claim for restoration of property rights.)

Stephanie Farler: What did Alan do wrong to deserve this?
(Note: Highlights unjust treatment and familial retaliation.)

DECLARATION OF STEPHANIE FARLER

I, Stephanie Farler, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. On November 22, 2024, I was present during a family confrontation involving Marlene Sprague and Alan Sprague, which was recorded at approximately 6:19 PM.
2. During the conversation, Alan repeatedly asserted his ownership of the property and expressed distress over Marlene?s actions, including her refusal to leave and her control over property matters.
3. Alan made statements indicating emotional trauma and suicidal ideation, which were met with dismissive and hostile responses from Marlene.
4. I believe this transcript supports my claims of property deprivation, misuse of Power of Attorney, emotional distress, and elder abuse.
5. The conversation also reflects the retaliatory nature of Marlene?s conduct and the impact on my housing stability and family relationships.

Executed this 27th day of August, 2025, in Lake Stevens, Washington.

[signature]

Stephanie Farler

- 18 U.S.C §1962(c) Rico

- Threats of local action and law enforcement involved used to control property and suppress opposition.
- Verbal coercion and manipulation of vulnerable adult
- Repeated emotionally charged demands and personal degradation to perpetuate systemic harm and loss of housing

Pattern of Racketeering behavior is bolstered by the being one of several recordings showing:
- obstruction of family support
- emotional extortion tied to legal outcomes
- Collaboration to misrepresent property entities.

- 42 U.S.C. 1985(2) §(3) : falsified intentions, and invoke court and police involvment to isolate and supress plaintiffs rights.
- Coordinated acts to deter legal defense and advocacy.

Ex 40a P2

I Stephanie farler declare under Penalty of Perjury under washington State I was physically present during the exchange, and I am identified as Speaker 3. I recognize the voices of Speaker 1 (Marlene Sprague), Speaker 2 (Alan Sprague), and Speaker 4 (Tamera Farler) through direct interaction and long-standing familial relationship. The conversation involves property-related disputes, personal threats, and inflammatory statements relevant to civil proceedings. and this is a true and accurate transcription created from recording.

**This transcription was prepared directly from the audio recording, which remains in my possession. A true and correct copy of the original recording is available upon request.**

[signature] (Pro se) Date 9/17/25

# Transcription

Marlene: Until I get some answers from you.

Alan: Mom said that she was going to take care of it, so you are going to get off my property because it is my property, and it is my house.

Stephanie: You can't take Someone's property and without them knowing about it.

Alan: So please just fuckin leave.

Stephanie: Both people on the deed have to be aware of it.

Alan: I'm losing one of the best friends I've ever had, and Stephanie helping me out around here, doing all the stuff, working on my car stuff like that, doing the yard work, babysitting when we need her to and because of you know she has to leave and she's packing her stuff to leave.

Marlene: Well, I told you that from the very beginning

Alan: And she's taking Bear with her, so I'm not going to have Bear around anymore either.

Stephanie: The only reason I have to leave is because you committed a felony!

Marlene: So, you know.

Stephanie: and stole the property from your brother.

Stephanie: You just admitted that.

Alan: You you are a poor excuse for a daughter anybody could ever have!

Marlene: Yeah, let's get Dad involved in this.

Alan: Dad said that on his deathbed!

Marlene: Yeah, you were not even there when Dad died!

EX40aP3

Alan: Dad said that on his, Dad said that on his deathbed, and told you to make sure that you take care of me!

Marlene: And who told you that?

Alan: That's exactly what Dad said on his deathbed!

Marlene: And who told you that?

Alan: That's exactly what Dad said on his deathbed.

Marlene: You weren't even there when Dad died!

Alan: That's exactly what Dad said.

Marlene: You dip shit, you lying piece of shit.

Alan: That's exactly what Dad said!

Stephanie: That one touched a nerve.

Tamera: You guys, I'm sure your guy's dad wouldn't, hey!

Alan: You truly are the worst daughter anybody could ever have!

Marlene: My Dad, your Dad is.

Tamera: I'm sure your guy's dad wouldn't want you guys to be arguing right now.

Marlene: Oh no, he...

Stephanie: Right, I'm sure his dad they his dad probably he probably wouldn't have wanted Marlene to steal the property either.

Marlene: My mother...

Alan: You're the one who told me that ta ta Tamera.

Tamera: That's right, yep, I, Marlene, told me that he said that about her, and that's not very nice, that's what I was saying.

Alan: It's still the truth.

Marlene: I was holding Dad's hand when he died, you weren't even there!

Alan: It's still the truth! Look at what she's doing to me.

Tamera: I know, I know.

Ex4 ap4

Alan: She's supposed to be taking care of me, and this is how she takes care of me?

Marlene: Wait.

Marlene: I'm supposed to take care of you, you're a grown man, I'm not taking care of you!

Stephanie: Why did you want a power of attorney then?

Alan: Not are Marlene.

Stephanie: Why did you want a power of attorney then?

Stephanie: Why did you want power of attorney if you're not taking care of him?

Marlene: Stephanie, leave the trailer. You don't have anything to do with this.

Stephanie: But I wonder why, if you are not taking care of your brother, why would you want power of attorney, Marlene?

Tamera: Alan, she told your mom, too.

Stephanie: Why? I do not understand that!

Alan: I am calling the cops, and they're going to take you to jail.

Marlene: Go ahead, go ahead.

Alan: For trespassing.

Marlene: Go ahead.

Tamera: Oh god, here we go again, neighbors.

Stephanie: Who cares?

Tamera: They just love us.

Stephanie: The neighbors fuckin.

Tamera: No, not all the neighbors.

Tamera: Oh, gosh, and CPS has been called.

Stephanie: Yeah, well.

Tamera: And baby girl.

Stephanie: I do not understand why you're being like this.

Ex 4aaP5

Tamera: And.

Marlene: I did not call CPS.

Stephanie: You were pretty pissed the other day about it mom, you sure are being pretty calm now.

Alan: Yes, because one of your boyfriends shot.

Tamera: Because you just told me to stay out of it!

Tamera: Don't start picking at me!

Alan: Tamera, or little girl, what would have happened?

Marlene: Hey.

Marlene: Call the cops.

Alan: What would have happened, huh?

Marlene: Call the cops.

Alan: About what happened.

Marlene: Call the cops.

Alan: Justice is not right in the head.

Marlene: You know what I'm not, Justices.

Alan: You guys say I'm not right in the head.

Marlene: Mother and I'm not her girlfriend, his girlfriend.

Alan: He is not right in the head, he is a fuckin piece of shit!

Marlene: Well, that's just stuff between.

Alan: And after Stephanie leaves.

Marlene: I am not I do not tell him what to do.

Alan: I guarantee it is going to get even worse around here after Stephanie leaves.

Tamera: Um hum.

Alan: Because I am not going to tolerate it.

EX4aP6

Alan: He's bullied me, you bullied me!

Marlene: Well, then you will go to jail.

Alan: You have all bullied me!

Marlene: I don't care.

Alan: To the point to where I want to kill myself, that's what I want to do.

Marlene: You're welcome to do it.

Tamera: The cops are coming.

Alan: Oh, I'm sure you're all for it.

Stephanir: You're welcome to do it?

Alan: That's why I called the cops that night.

Alan: Tell her to leave, then I'll be quiet.

Tamera: I do not have the right to tell her to leave. Marlene, are you going to leave soon?

Marlene: Well, no, I am waiting for the cops.

Alan: You hired her to take care of me, so leave, please.

Marlene: No.

Alan: I said, please.

Marlene: Have I done anything wrong here?

Alan: Yes, you have!

Stephanie: Yes, you stole his property!

Marlene: Stephanie, stay out of it!

Alan: You don't have no right to show up! I don't ever want to see you again.

Stephanie: Don't tell me what to do.

Alan: I want this house put back in my name, the property taxes put back in my name!

Marlene: That's not going to happen because you have screwed the Sprague family one too many times!

EX40aP7

Alan: You hear me?

Stephanie: Because you have what?

Alan: I never want to see you or talk to you again.

Stephanie: What did Alan do wrong to deserve this now?

Tamera: What? I didn't say anything.

Stephanie: I didn't. I said What did Alan do wrong to deserve this? I don't understand?

Alan: I'll do anything for her.

Alan: But you and Darlene.

Marlene: You haven't done shit for mom.

Marlene: Who takes Mom to all her doctor appointments, grocery shopping, and everything?

Alan: Mom is on my side, Marlene.

Marlene: No, she's not.

Alan: Mom is on my side.

Marlene: Look what she lost because of you!

Alan: I just talked to her again, she said. Well, go in there and try to talk to her and see what she has to say, but be nice, do not yell and scream.

Alan: I do not want to be nice. I want to yell and scream because I want you off my fucking property, that is not much to ask.

Marlene: I'm not going to do it.

Alan: It's my house, my property, you need to leave!

Marlene: Not going to do it.

Alan: Ok, I will call the cops and let them take you off the property.

Marlene: Go ahead.

Alan: Ok.

Marlene: Yeah, I'd really like that, Alan, because you're such a nice brother.

Alan: Shit, I can't call in here.

Stephanie: What has he ever done to you?

Stephanie: Can you tell me what Alan's ever done to you? Besides being a brother?

Just one thing? Nothing? Did not think so.

Alan: She is being a total bitch. Wont fuckin leave my ass.

Alan: I've got to go out here in the cold and call the cops.

Tamera: Can you help me put the baby girl in my bed?

Tamera: And I'll sit in there with her, ok.

Stephanie: Bear, where did you go? Lil bear, where did he go?

End transcription

**Signed at Marysville, Washington**

**Date: July 30, 2025**

**Signature:** ______________________

**Name: Stephanie Farler Pro se**

**Contact: Farler3030@gmail.com | 425-268-0129**

Ex4CaP9

EX 40b

**Date**: November 22, 2024

**Location**: 4232 142nd Ave NE Lake Stevens WA 98258

**Exhibit Title**: Marlene and Sheriff Conversation

## Summary of Exhibit

Transcription between Marlene Sprague and a Snohomish county sheriff inside of our home after Alan Sprague called police on his sister Marlene for harassing us and refusing to leave the home.

The exhibit transcription shows a conversation on November 22, 2024, between Marlene Sprague and a Snohomish County Sheriff inside the home after Alan Sprague called the police on Marlene for harassment. Marlene claimed ownership of the home due to a quitclaim deed and described the situation surrounding the eviction process. The Sheriff acknowledged familiarity with Stephanie and referenced serving a warrant in the past connected to identity theft allegations.

Key points from the conversation include Marlene explaining that she came to check if Stephanie had left the residence, her interactions with the caretaker Tamera, and her mention of Stephanie's presence in the property's shed. The Sheriff discussed the eviction timeline and suggested contacting Adult Protective Services (APS). Marlene mentioned that Alan filed a protection order against her but did not attend the hearing, which led to its denial. Toward the end of the conversation, Marlene informed the Sheriff that she was carrying a concealed weapon and agreed to leave the property.

There's evidence that law enforcement provided information to the parties involved that may have further escalated tensions. For example, the officer's familiarity with Stephanie and the acknowledgment of prior incidents involving her (including a warrant related to identity theft) signaled to Marlene that law enforcement already had a negative perspective on Stephanie. This could have emboldened Marlene's actions and added fuel to the ongoing disputes.

The plaintiff's repeated attempts to present evidence of harassment, forgery, and threats were often met with deflection or inaction from law enforcement. In multiple communications, officers advised the plaintiff to "call 911" or deferred responsibility, rather than addressing the underlying evidence. This lack of meaningful follow-up from law enforcement not only failed to de-escalate the situation but allowed the harassment to continue unchecked.

This interaction supports several claims in the case, including First Amendment retaliation, RICO claims, intentional infliction of emotional distress (IIED), Monell liability, state-created danger, and conspiracy claims under 42 U.S.C. § 1983 and § 1985(3).

**Transcription**

**MARLENE:** you guys served an Ejectment on her.
**SHERIFF:**Stephanie?
**MARLENE:** yep.
**SHERIFF:** yeah.
**MARLENE:** and uhh I own the home.
**SHERIFF**: Oh you own it?
**MARLENE:** Alan no longer owns it we did a quick claim deed, we had it notarized, we had everything done.
**MARLENE:** He called my mom today shes 91.
**SHERIFF:** uh huh.
**MARLENE:** Shes very frail and hes making her cry and said that Stephanie moved out today, so I came to find out myself if she moved out because I needed to get a hold of the people saying you don't need to come She's gone. And tell my sister. so I came up here he comes out of the room and just starts slamming me....
**MARLENE:** and I said I wasn't leaving, that I don't have to leave.
**SHERIFF:** Ok.
**SHERIFF:** Do you live here?
**MARLENE:** No.
**SHERIFF:** But you just you just own the house?
**MARLENE:** But I will be.
**SHERIFF:** Ok where do you living at now?
**MARLENE:** I live in Everett.
**SHERIFF:** Alright OK um.
**MARLENE:** The troublemaker she was in here just Rankin me....
**SHERIFF:** Uh-huh. So there is an eviction process with her that's going to be served?
**MARLENE:** Its already been served.
**SHERIFF:** Oh.
**MARLENE:** Have you heard of an Ejectment?
**SHERIFF:** Uhh, usually our civil unit deals with that kind of stuff, so umm. If its an Ejectments like an eviction, then yes, but umm.
**MARLENE:** Yes it is.
**SHERIFF:** Ok.
**MARLENE:** Uh um do you believe me or do you want to look at that piece of paper that's it right there but?
**SHERIFF:** OK I'm not gonna ill let our civil unit deal with that.
**MARLENE:** So yeah, she's supposed to be out by the 26th so because my brother called my mom and said she was gone.
**SHERIFF:** Um huh.
**MARLENE:** me being the owner but um....so I came here to see for myself.
**MARLENE:** so i came up here and was sitting talking with his caretaker, my brother.

**SHERIFF:** Who's his caretaker?
**MARLENE:** Tamera.
**SHERIFF**: She's here?
**MARLENE:** yeah, shes in her bedroom in there with the baby.
**SHERIFF:** OK.
**MARLENE:** and we don't like her to be out here when you guys are here.
**SHERIFF:** OK.
**MARLENE:** You understand.
**SHERIFF:** yeah, yeah, so Tamera is his caretaker and Stephanie is just kinda living here right now?
**MARLENE:** Stephanie is her daughter.
**SHERIFF:** Oh, it's her daughter?
**MARLENE:** Yeah.
**SHERIFF:** Ohh, I see.
**MARLENE:** And her son also lives here, but I have a month-to-month lease with both Tamera and Brandon. lives in the house here.
**SHERIFF:** OK.
**MARLENE:** But I don't um, he's off at some practice or something I dont know hes not here at the moment, but um she was told from the very beginning that she couldn't live here. Its an 8x8 shed in the back and she comes in here like she owns the joint.
**SHERIFF:** Oh she stays... shes back there?
**MARLENE:** yeah.
**SHERIFF:** OK OK.
**MARLENE:** And so I just came up merely to see if she was gone.
**SHERIFF:** And she's still here?
**MARLENE:** but she doesn't have to leave until the 26th, but it doesn't....... careful, we got the baby monitor and she can hear everything.
**SHERIFF:** OK.
**MARLENE:** But she um,…….She's just……. My brother's is...….
**SHERIFF:** OK.
**MARLENE:** Well, whats the plan how can we fix this tonight? How can we fix this confrontation tonight?
**MARLENE:** Well, I'm going to leave. I'm going home.
**SHERIFF:** OK
**MARLENE:** But I wasn't going to have him push me out.
**SHERIFF:** Oh, I agree 100%
**MARLENE:** ya know.
**SHERIFF:** OK.
**MARLENE:** It's my place. I knocked on the door, I didn't just walk in. Normally, I just walk in.
**SHERIFF:** Yeah.
**MARLENE:** They all know me.

**SHERIFF:** Yeah.

**MARLENE:** You know, but tonight I knocked on the door, give them that courtesy.

**SHERIFF:** Uh-huh.

**MARLENE:** And then the first thing I heard was the dog barking, so I knew that Stephanie was still here.

**SHERIFF:** OK.

**MARLENE:** So anyway, it's you know its just a bunch of ....

**SHERIFF:** I know I'm familiar with Stephanie. I have dealt with her in the past, so.

**MARLENE:** Oh good.

**SHERIFF:** Umm yeah.

**MARLENE:** So you know then.

**SHERIFF:** I know I've been here. I dont want to ...... but I served a warrant on the house **here** because of Stephanie, so with some ID theft, so...

**MARLENE:** Yeah, and she pulled a gun, it was just a pellet gun, but you guys didn't know it was.

**SHERIFF:** Right.

**MARLENE:** Because it was dark out.

**SHERIFF:** Oh.

**MARLENE:** kept telling them to put it down, put it down, put it down. They wouldn't.

**SHERIFF:** Oh I wasn't here for that.

**MARLENE:** Well, I told the sheriff because they pulled me over out here because I was in the driveway......

**MARLENE:** And you guys were saying, well, I own the place, and I also,...... because of her my brother has a gray little car in the driveway, the blue one is the caregiver that doesn't run, and she has three broken down cars out there.

**SHERIFF:** Ok alright.

**MARLENE:** I have already hired someone to get her stuff out, so.

**SHERIFF:** Have you thought about getting APS involved at all?

**MARLENE:** What's APS?

**SHERIFF:** Adult protective services.

**MARLENE:** Yes, I have.

**SHERIFF:** OK.

**SHERIFF:** I mean, have you talked to them at all?

**MARLENE: You know, and I said everything's OK, Tamera. I mean she takes good care of him, makes sure he gets his medication and stuff like that, but he's really def and so I don't know if he heard, but he just filed a protection order on me but It got denied because he didn't show up and that was when all the computer were down he hasn't even mentioned it yet so hes the biggest lair you ever did see and.**

**SHERIFF:** Alright well.

**MARLENE:** And he just.

**MARLENE:** So I am going to leave.

**SHERIFF:** Do you want to walk out with us or?

**MARLENE: No, I'm going to tell you that I am carrying, and every time I come here, I have a concealed licence permit.**

**SHERIFF: Would you mind heading out with us?**

**MARLENE:** Sure.

**SHERIFF: I would just continue to it sounds like you have all your eggs in a basket, I would just...**

END TRANSCRIPT

**Declaration of authenticity**

I Stephanie Farler declare under penalty of perjury under the state of Washington that the above Transcription was a true and accurate transcript created from the audio recording taken from our home camera system. The front door is posted with no trespassing your being video and audio recorded and the property line is also posted no trespass and your being recorded making this a legal recording for consideration of the court. It was created following a heated family argument taken Nov 22, 2024 and that is the exhibit just before this one in this complaint.

**Stephanie Farler**
**425-268-0129**
**Farler3030@gmail.com**

## 2024-90006302 QUIT CLAIM DEED

202412020405
QUIT CLAIM DEED
Rec: $304.50
12/2/2024 3:27 PM 1 of 2
SNOHOMISH COUNTY, WA

Attachmen #4

1340285

**Prepared By**

Name: Alan Sprague
Address: 4232 142nd Ave NE
State: WA Zip Code: 98258

**After Recording Return To**

Name: Alan Sprague
Address: 4232 142nd Ave NE
State: WA Zip Code: 98258

No. 13691268 12/2/2024 3:22 PM 10.00
Thank you for your payment.
EVA

Space Above This Line for Recorder's Use

**QUIT CLAIM DEED**

STATE OF Washington

Snohmish COUNTY

KNOW ALL MEN BY THESE PRESENTS, That for and in consideration of the sum of ______ ($1.00 ______) in hand paid to Madene Sprague, a ______, residing at 1806 Rainier Ave, County of Snohomish, City of Everett, State of Wa (hereinafter known as the "Grantor(s)") hereby remise, release and forever quitclaim to Alan Sprague & Stephanie Parker, residing at 4232 142nd Ave NE, County of Snohomish, City of Lake Stevens, State of WA (hereinafter known as the "Grantee(s)") all the rights, title, interest, and claim in or to the following described real estate, situated in Snohomish County, ______, to-wit:

HAPPY HILL DIV 2 BLK 000 D-00 - LOT 1 & N 30 FT OF LOT 2

Parcel number 00464400000100

[INSERT LEGAL DESCRIPTION HERE OR ATTACH AND INSERT]

**To have and to hold,** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever for the said first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.

Ex41 18

202412020405 Document:QCD Rec: $304.50 Page-2 of 2
Record Date:12/2/2024 3:27 PM Snohomish County, WA

| | |
|---|---|
| [signature] | [signature] |
| Grantor's Signature | Grantor's Signature |
| Marlene Sprague | Alan Sprague |
| Grantor's Name | Grantor's Name |
| 1805 Rainier Ave | 4232 142nd Ave NE |
| Address | Address |
| Everett WA 98201 | Lake Stevens WA 98258 |
| City, State & Zip | City, State & Zip |

In Witness Whereof,

| | |
|---|---|
| [signature] | [signature] |
| Witness's Signature | Witness's Signature |
| Charles G. Gibbens | Scot Bazan |
| Witness's Name | Witness's Name |
| 6701 157th ST NW | 1515 W. CASINO RD. |
| Address | Address |
| Stanwood, WA 98292 | Everett WA 98201 |
| City, State & Zip | City, State & Zip |

STATE OF Washington )

COUNTY OF Snohomish )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Alan Sprague whose names are signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, they, executed the same voluntarily on the day the same bears date.

Given under my hand this 2 day of December, 2024.

[signature]
Notary Public

HAYLIE WILKINSON COMMISSION EXPIRES NOTARY License No. 22034665 PUBLIC 04-06-2026 STATE OF WASHINGTON

My Commission Expires: 04/06/26

Ex 41

19

STATE OF WASHINGTON } ss
COUNTY OF SNOHOMISH }
I, Garth Fell, Snohomish County Auditor, do hereby certify that the foregoing instrument is a true and correct copy of the document now on file or recorded in my office.
In witness whereof, I hereunto set my hand this 4 day of Dec. 20 24.
GARTH FELL, County Auditor
[signature] Deputy

AUDITOR SNOHOMISH COUNTY WASHINGTON SEAL

20

Ex 41

202412037050

Department of Revenue Washington State
Form 84 0001a

# Real Estate Excise Tax Affidavit (RCW 82.45 WAC 458-61A)

1340285

Only for sales in a single location code on or after December 1, 2024.
This affidavit will not be accepted unless all areas on all pages are fully and accurately completed.
This form is your receipt when stamped by cashier. *Please type or print.*

☐ Check box if partial sale, indicate % ______ sold.  List percentage of ownership acquired next to each name.

**1 Seller/Grantor**
Name Marlene sprague
Mailing address 1505 Rainier ave
City/state/zip Everett wa 98201
Phone (including area code) 4252636463

**2 Buyer/Grantee**
Name Alan sprague and stephanie farler
Mailing address 4232 142nd ave NE
City/state/zip Lake Stevens wa
Phone (including area code) 425 535 8742

**3** Send all property tax correspondence to: ☐ Same as Buyer/Grantee
Name Alan Sprague
Mailing address 4232 142nd ave NE
City/state/zip Lake Stevens wa 98258

| List all real and personal property tax parcel account numbers | Personal property? | Assessed value(s) |
|---|---|---|
| 00464400000100 | ☒ | 156,372.00 |
| 031162 | ☐ | |

**4** Street address of property 4232 142nd ave NE
This property is located in Lake Stevens wa 98258 *(for unincorporated locations please select your county)*
☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.
Legal description of property (if you need more space, attach a separate sheet to each page of the affidavit).
HAPPY HILL DIV 2 BLK 000 D-00 - LOT 1 & N 30 FT OF LOT 2
00464400000100

**5** Land use code 118
Enter any additional codes ______
(see back of last page for instructions)
Was the seller receiving a property tax exemption or deferral under RCW 84.36, 84.37, or 84.38 (nonprofit org., senior citizen or disabled person, homeowner with limited income)? ☐ Yes ☒ No
Is this property predominately used for timber (as classified under RCW 84.34 and 84.33) or agriculture (as classified under RCW 84.34.020) and will continue in it's current use? If yes and the transfer involves multiple parcels with different classifications, complete the predominate use calculator (see instructions) ☐ Yes ☒ No

**6** Is this property designated as forest land per RCW 84.33? ☐ Yes ☒ No
Is this property classified as current use (open space, farm and agricultural, or timber) land per RCW 84.34? ☐ Yes ☒ No
Is this property receiving special valuation as historical property per RCW 84.26? ☐ Yes ☒ No
If any answers are yes, complete as instructed below.
**(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)**
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, **you must sign on (3) below**. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale (RCW 84.33.140 or 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.
This land ☐ does ☐ does not qualify for continuance.

Deputy assessor signature ______ Date ______

**(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)**
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) doesn't wish to continue, all additional tax calculated pursuant to RCW 84.26, shall be due and payable by the seller or transferor at the time of sale.
**(3) NEW OWNER(S) SIGNATURE**
Signature ______ Signature ______
Print name ______ Print name ______

**7** List all personal property (tangible and intangible) included in selling price. MHTE # 200007310738
If claiming an exemption, enter exemption code and reason for exemption. *See dor.wa.gov/REET for exemption codes*
Exemption No. (sec/sub) 458-61A-201
Reason for exemption Gift
Type of document Quick Deed
Date of document 12-2-24

| | |
|---|---|
| Gross selling price | |
| *Personal property (deduct) | |
| Exemption claimed (deduct) | |
| Taxable selling price | |
| Excise tax: state | |
| Less than $525,000.01 at 1.1% | |
| From $525,000.01 to $1,525,000 at 1.28% | |
| From $1,525,000.01 to $3,025,000 at 2.75% | |
| Above $3,025,000 at 3% | |
| Agricultural and timberland at 1.28% | |
| Total excise tax: state | |
| Local | |
| *Delinquent interest: state | |
| Local | |
| *Delinquent penalty | |
| Subtotal | |
| *State technology fee | |
| Affidavit processing fee | |
| Total due | 10.00 |

**A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX**
*SEE INSTRUCTIONS

**8 I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**
Signature of grantor or agent [signature] POA
Name (print) Marlene sprague
Date & city of signing 12-2-24 Everett wA.

Signature of grantee or agent [signature]
Name (print) Alan Sprague & Stephanie farler
Date & city of signing 12-2-24 Everett wA.

**Perjury in the second degree** is a class C felony which is punishable by confinement in a state correctional institution for a maximum term of five years, or by a fine in an amount fixed by the court of not more than $10,000, or by both such confinement and fine (RCW 9A.72.030 and RCW 9A.20.021(1)(c)).

To ask about the availability of this publication in an alternate format for the visually impaired, please call 360-705-6705. Teletype (TTY) users may use the WA Relay Service by calling 711.

REV 84 0001a (11/13/24)  THIS SPACE TR

No. 13601268  12/2/2024 3:22 PM  10.00
Thank you for your payment.
EVA

1340285

*Print on legal size paper.*

TR

Ex 41.

RECEIVED
Dec 05 2024, 2:51 pm
SHERIFF'SOFFICE
SNOHOMISH COUNTY
EVERETT, WA

FILED

2024 DEC -5 PM 1:11

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

frivolous court matter dismissed

## Superior Court of Washington, County of Snohomish

Marlene R. Sprague
Petitioner dob: 08/11/1953
☐ a vulnerable adult ☒ filing obo vulnerable adult:

Alan Keith Sprague
Vulnerable Adult dob: 04/14/1958

Stephanie Catherine Farler
Respondent dob: 04/28/1990

Case No. **24-2-50232-31**

Temporary Protection Order and Hearing Notice (TMO-)
☐ Domestic Violence (RPRT) ☐ Harassment (RAH) ☐ Stalking (STKH)
☐ Sexual Assault (RSXP) ☒ Vulnerable Adult (RVA)
Clerk's action required: 5.B, 10, 11, 12

**Next Hearing Date:** 12/19/24 at 9:00 am
**Interpreter:**

☒ **Snohomish County Superior Court**
3000 Rockefeller Ave, Everett Wa 98201
**Courtroom 2F - Presiding Civil Trial Calendar**

☐ **Denny Juvenile Justice Center**
2801 10th St, Everett Wa 98201

See *How to Attend your Hearing* on page 9.

### Temporary Protection Order and Hearing Notice

1. **This order is effective until the end of the hearing listed above.**
This protection order complies with the Violence Against Women Act and shall be enforced throughout the United States. See last page.

2. **This order restrains *(name)*:** **Stephanie Catherine Farler**
also known as (*list any known aliases*)
The restrained person must obey the restraints ordered in section **8**.

| Gender | Race | Height | Weight | Eye Color | Hair Color | Skin Tone | Build |
|---|---|---|---|---|---|---|---|
| F | W | 5'8 | 150 | UKN | SANDY | FAIR | AVG |

Noticeable features *(Ex.: tattoos, scars, birthmarks)*:
Has ☐ access to or ☐ possession of ☐ firearms ☐ other weapons ☒ unknown
Surrender weapons ordered: ☐ Yes ☒ No

3. **This order protects *(name)*:** **Alan Keith Sprague**
and the following **children** who are under 18 (if any) ☒ no minors

| Child's name | Age | Child's name | Age |
|---|---|---|---|
| 1. | | 2. | |
| 3. | | 4. | |
| 5. | | 6. | |

ENTRY: SCSO

SKC

Ex42 P1

85

RECEIVED
Dec 05 2024, 2:51 pm
SHERIFF'SOFFICE
SNOHOMISH COUNTY
EVERETT, WA

FILED
2024 DEC -5 AM 11:31
COUNTY CLERK
SNOHOMISH CO. WASH

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| Marlene R Sprague<br>Petition DOB: [redacted]<br>*On behalf of* ☐ *Minor or* ☒ *Vulnerable Adult*<br><br>Alan Keith Sprague<br>DOB: [redacted]<br>vs.<br><br>Stephanie Catherine Farler<br>Respondent DOB: [redacted] | **No.** 24-2-50232-31<br>**Petition for Protection Order**<br>**Clerk's Action: 1** |

## Petition for Protection Order

**What kind protection order do you want?** There are different orders based on the type of harm and how the parties know each other. **See definitions in *Attachments A* and *B*.**

1. **Choose the type of protection order that best fits your situation.** ***Check only one.***

| | |
|---|---|
| ☐ Domestic Violence – | Protection from an intimate partner or family or household member who has committed domestic violence, nonconsensual sexual conduct or penetration, unlawful harassment, or stalking. (PTORPRT) |
| ☐ Sexual Assault – | Protection from someone who has committed sexual assault. (PTORSXP) |
| ☐ Stalking – | Protection from someone who has committed stalking. (PTORSTK) |
| ☒ Vulnerable Adult – | Protection from someone who has abandoned, abused, financially exploited, or neglected a vulnerable adult (or threatened to do so). (PTORVA)<br>***Important!*** *If you are asking for a Vulnerable Adult Protection Order, you must complete* ***Attachment B: Vulnerable Adult*** *as part of this Petition.* |
| ☐ Anti-Harassment – | Protection from someone who has committed unlawful harassment. (PTORAH) (*fee may be required*)<br>Conduct also includes (*check all that apply*): ☐ stalking ☐ hate crime ☐ single act of violence ☐ threat of violence including malicious and intentional threat or presence of firearm/weapon causing substantial |

24-3587

Ex 42 P2

H. [X] **Evaluation:** [X] To be decided at the full hearing. [ ] Ordered now.
The restrained person shall get an evaluation for: [ ] mental health [ ] chemical dependency (drugs or alcohol) at: ______________________
The evaluation shall answer the following question/s:
______________________
An evaluation is necessary and it is feasible and appropriate to order an evaluation in this temporary order because:
______________________
______________________

I. [X] **Treatment:** [X] To be decided at the hearing. [ ] Ordered now.
The restrained person shall participate in state-certified treatment as follows:
[ ] domestic violence perpetrator treatment program approved under RCW 43.20A.735 at: ______________________
[ ] sex offender treatment program approved under RCW 18.155.070 at:
______________________
It is feasible and appropriate to order treatment in this temporary order because:
______________________
______________________

(SP) J. [X] **Personal Belongings:** The protected person shall have possession of essential personal belongings, including the following:
Keys & paperwork
______________________

(SP) K. [X] **Transfer of Assets:** Do not transfer jointly owned assets.
[ ] **Finances:** The following financial relief is ordered: ______________________
______________________

L. [ ] **Vehicle:** The protected person shall have use of the following vehicle:
Year, Make & Model ______________________ License No. ______________________

M. **Restrict Abusive Litigation:** To be decided at the hearing, if requested.

N. **Pay Fees and Costs:** To be decided at the hearing, if requested.

**Firearms and Other Dangerous Weapons**

O. [ ] **Surrender Weapons:**

> ***Important!*** Also use form *Order to Surrender and Prohibit Weapons*, WS 001.

**The court finds** that (*check all that apply*):
[ ] Irreparable injury could result if the *Order to Surrender and Prohibit Weapons* is not issued.
[ ] The restrained person's possession of a firearm or other dangerous weapon presents a serious and imminent threat to public health or safety or the health or safety of any individual.

Ex 42 P3

SL

☒ the protected person ☐ the minors named in section **3** above
☐ these minors only: ______
☐ these members of the protected person's household: ______

☐ **Exception** (if any): Only this type of contact is allowed: ______

Exceptions about minors only, if any, provided in **P** below:

SL

C. ☒ **Stalking Behavior:** Do not harass, follow, monitor, keep under physical or electronic surveillance, cyber harass (as defined in RCW 9A.90.120), or use phone, video, audio or other electronic means to record, photograph, or track locations or communication, including digital, wire, or electronic communication, of:

☒ the protected ☐ the minors named in section **3** above
☐ these minors only: ______
☐ these members of the protected person's household: ______

SL

D. ☒ **Exclude and Stay Away**: Do not enter, return to, knowingly come within, or knowingly remain within 1,000 feet or other distance (*specify*) ______ of:

☒ the protected person
☐ protected person's school
☒ protected person's residence
☒ the shared residence
☐ the residence, daycare, or school of ☐ the minors named in section **3** above
☐ these minors only: ______
☐ other: ______

☒ protected person's vehicle
☐ protected person's workplace:
☐ protected person's adult day program

**Address:** The protected person chooses to (*check one*):
☐ keep their address confidential ☒ list their address here:
***4232 142nd Ave NE, Lake Stevens, WA 98258***

SL

E. ☒ **Vacate Shared Residence:** The protected person has exclusive right to the residence that the protected person and restrained person share. The restrained person must immediately vacate the residence.

SL

F. ☒ **Intimate Images:** Do not possess or distribute intimate images of a protected person, as defined in RCW 9A.86.010. The restrained person must take down and delete all intimate images and recordings of a protected person in the restrained person's possession or control and cease any and all disclosure of those intimate images.

G. ☐ **Electronic Monitoring:** You must submit to electronic monitoring. *(Restrained person must be age 18 or older.)*

Monitoring by (*specify*): ______

Term (*if different from expiration of temporary order*): ______

☐ Restrained Person must pay cost of electronic monitoring.

Ex 42 P4

5. **Basis**

A. **The court finds:** Based upon the petition, testimony, and case record, it appears that the restrained person engaged in conduct against the protected person/s that would be a basis for a protection order under chapter 7.105 RCW. This *Temporary Protection Order* should be issued without notice to the restrained person to avoid serious immediate harm or irreparable injury.

B. **Antiharassment Temporary Protection Order**

☐ No fee required (stalking, hate crime, single act of violence, or threat of violence including malicious and intentional threat, or presence of firearm/weapon causing substantial emotional distress, family or household member engaged in domestic violence, or nonconsensual sexual conduct or penetration or a sex offense. RCW 7.105.105(9)).

6. **Jurisdiction**

The court has jurisdiction over the parties and the subject matter.

☐ **Minors:** Washington state ☐ has exclusive continuing jurisdiction ☐ is the home state ☐ has temporary emergency jurisdiction over the children.

☐ **Temporary Emergency Jurisdiction**: The petitioner has until (*date*) ________ to return to (*state/court with jurisdiction over the minors*) ________________ to seek any court orders about these minors:

______________________________________________

______________________________________________

The Washington order will terminate on that date for the minors. RCW 26.27.231.

☐ **The person who filed is not a parent** of one or more children listed above. (***Important!*** *Complete Protection Order Attachment A: Non-Parent (ICWA),* PO 030A/PO 040A.)

7. **Other Findings (if any)**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Temporary Restraints** (*Check all that apply*):

8. **The Court Orders: To the restrained person:**

**General Restraints**

A. ☒ **No Harm:** Do not cause any physical harm, bodily injury, assault, nonconsensual sexual conduct or nonconsensual sexual penetration, and do not harass, threaten, or stalk:

☒ the protected person ☐ the minors named in section **3** above

☐ these minors only: ________________________

B. ☒ **No Contact:** Do not attempt or have any contact, including nonphysical contact, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for service of court documents with:

EX 42 P5

There is a rebuttable presumption to include the protected person's minor children.

☐ For good cause, the court is **not** including the protected person's minor children in this order because: ______________________________

## Warnings to the Restrained Person

**You can be arrested even if the protected person or persons invite or allow you to violate the order.** You alone are responsible for following the order. **Only the court may change the order.** Requests for changes must be made in writing.

**If you do not obey this order, you can be arrested and charged with a crime.**

- The crime may be a misdemeanor, gross misdemeanor, or felony depending on the circumstances. You may also be found in contempt of court.
- You can go to jail or prison, lose your right to possess a firearm or ammunition, and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so with the intention of disobeying this order, you can be charged with a federal crime.

**Firearms and Weapons.** If the court approves a full protection order, you may not be able to get or have a gun, firearm, other dangerous weapon, ammunition, or concealed pistol license for as long as the protection order is in place.

**Go to the court hearing scheduled on page 1.** If you do not, the court may:

- Make this temporary order effective for 1 year or longer
- Order weapons restrictions, even if that was not requested
- Order other relief requested in the petition
- Order electronic monitoring, payment of costs, and treatment
- Issue a final order that you are required to follow and you may not be served with the order if it is substantially the same as this temporary order

If you are under age 18, your parent/s or legal guardian/s will also be served with this order and should also go to the hearing. The court will decide if someone should be appointed to represent you.

## Findings

4. **Ex Parte Hearing**

☒ The court issues this temporary order without a hearing.

☐ The court held a hearing before issuing this temporary order. These people attended:

| | | | |
|---|---|---|---|
| ☐ Protected Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Restrained Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Other: ____________ | ☐ in person | ☐ by phone | ☐ by video |

EX 42 P6

- grant the order for protection;
- dismiss the petition or parts of it;
- get more information to decide if you are unable to protect yourself or your property due to incapacity, undue influence, or duress; or
- require a guardianship or conservatorship petition to be filed. If a guardianship or conservatorship petition is filed, you have the right to have a lawyer appointed for you and you will have other rights.

**If you have a disability** that makes it hard for you to understand court documents or to be part of the court hearing, you may ask for help (an accommodation). You may use the *Request for Reasonable Accommodation* form available in the court clerk's office to ask for an accommodation.

For help with a disability accommodation, contact *(Petitioner must check one and complete)*:

[ ] ADA Designated Contact Person for the Superior Court

Name: Lisa Galvin

Address: 3000 Rockefeller Ave., M/S 502, Everett, WA 98201

Telephone: 425-388-3498

E-mail: SuperiorCourt.ADA@snoco.org

Ex 42 P7

☐ To protect the vulnerable adult, I imposed an **emergency restriction** on the vulnerable adult's right to associate with the restrained person on (*date*) ____

☐ I am the vulnerable adult's legal fiduciary. I was appointed ☐ trustee ☐ power of attorney on or about (*date*) ______________________.
*(Attach a copy of your relevant documents, if available.)*

☒ I am interested in the welfare of the vulnerable adult. I have a good faith belief that the court's intervention is necessary and that the vulnerable adult is unable at this time to protect their own interests, due to incapacity, undue influence, or duress.

What is the nature of your relationship to the vulnerable adult? How long has this relationship lasted? *(Describe)*

He is my brother and I am his durable POA

What is the incapacity, undue influence, or duress that makes the vulnerable adult unable to protect their own interests? *(Describe)*

He does not do things on his own the respondent tells him what to do. Illegal or not. The Snohomish County Sheriff told me to do this. Drugs, forgery, using his vehicle, taking advantage of him. She also is a squatter and fills out all his paperwork. Is going to land him in prison

**Definitions For Vulnerable Adult Protection Orders:**

**"Vulnerable adult"** includes a person:

(a) Sixty years of age or older who has the functional, mental, or physical inability to care for himself or herself; or

(b) Subject to a guardianship under RCW 11.130.265 or adult subject to conservatorship under RCW 11.130.360; or

(c) Who has a developmental disability as defined under RCW 71A.10.020; or

(d) Admitted to any facility; or

(e) Receiving services from home health, hospice, or home care agencies licensed or required to be licensed under chapter 70.127 RCW; or

(f) Receiving services from a person under contract with the department of social and health services to provide services in the home under chapter 74.09 or 74.39A RCW; or

(g) Who self-directs his or her own care and receives services from a personal aide under chapter 74.39 RCW.

**"Abuse,"** for the purposes of a **vulnerable adult** protection order, means intentional, willful, or reckless action or inaction that inflicts injury, unreasonable confinement, intimidation, or punishment on a vulnerable adult. In instances of abuse of a vulnerable adult who is unable to express or demonstrate physical harm, pain, or mental anguish, the abuse is presumed to cause physical harm, pain, or mental anguish.

"Abuse" includes sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraint against a **vulnerable adult**, which have the following meanings:

(a) "Improper use of restraint" means the inappropriate use of chemical, physical, or mechanical restraints for convenience or discipline, or in a manner that:

(i) Is inconsistent with federal or state licensing or certification requirements for facilities, hospitals, or programs authorized under chapter 71A.12 RCW;

(ii) is not medically authorized; or

(iii) otherwise constitutes abuse under this section.

Ex 42 P8

## Attachment B: Vulnerable Adult

**Only complete** this attachment if your case involves a vulnerable adult. **If not**, skip or remove this attachment.

1. **What qualifies the adult as a vulnerable adult?** The adult *(check all that apply)*:

   ☒ Is over 60 years old and does not have the functional, mental, or physical ability to care for himself or herself.

   ☐ Is an individual subject to guardianship under RCW 11.130.265 or an individual subject to conservatorship under RCW 11.130.360.

   ☒ Has a developmental disability as defined in RCW 71A.10.020.

   ☒ Self-directs their own care and receives services from a personal aide under RCW 74.39.

   ☐ Is receiving services from a home health, hospice, or homecare agency licensed or required to be licensed under RCW 70.127.

   ☐ Is receiving in-home services from an individual provider under contract with DSHS.

   ☐ Has been admitted to an assisted living facility, nursing home, adult family home, soldiers' home, residential habilitation center, or any other facility licensed by DSHS.

2. **Does the vulnerable adult know you will be filing this petition?**

   ☐ Yes ☒ No If no, what efforts did you make to notify the vulnerable adult?

   I will certify the information to him

3. **Connection to Washington.** Does the vulnerable adult live in Washington State?

   ☒ Yes ☐ No If no, are you asking to protect any **family members** of the vulnerable adult who:

   - Live in Washington State, and
   - Have been affected by the restrained person's actions

   ☐ Yes ☐ No

4. **What is your relationship to the vulnerable adult?**

   ☐ I am the vulnerable adult. I am filing this petition for myself.

   ☐ DSHS is filing this petition for a vulnerable adult who ☐ has consented ☐ lacks capacity or ability to consent to this petition.

   ☐ I am the vulnerable adult's guardian/conservator, or limited guardian/conservator. I was appointed in (*county and state*) ________ in Case Number ________ on or about (*date*) ________ *(Attach a copy of your letters or order appointing guardian/conservator, if available.)*

Ex 42 pg

**Pets**

T. ☐ **Custody:** The protected person shall have exclusive custody and control of the following pet/s owned, possessed, leased, kept, or held by the protected person, restrained person, or a minor child who lives with either the protected or restrained person. *(Specify name of pet and type of animal.)*:

U. ☐ **Interference:** Do not interfere with the protected person's efforts to get the pet/s named above.

V. ☐ **Stay Away:** Do not knowingly come within, or knowingly remain within *(distance)* ________ of the following locations where the pet/s are regularly found:
☐ Protected person's residence *(home address may be kept confidential.)*
☐ Other (*specify*):

**Vulnerable Adult**

W. ☒ **Safety:** Do not commit or threaten to commit acts of abandonment, neglect, financial exploitation, or abuse, including sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraints, against the vulnerable adult.

X. ☒ **Accounting:** Provide an accounting of the disposition of the vulnerable adult's income or other resources.

Y. ☒ **Property Transfer:** Do not transfer the property of ☒ the vulnerable adult ☐ the restrained person. This restraint can last for up to 90 days.

**Other**

Z. Keys

**Do you need help from law enforcement?** They may help you get the things you asked for.

14. **Law Enforcement Help:** Do you want the court to order the appropriate law enforcement agency to help you with any of the things listed below? *(Check all that apply)*.

☐ Possession of my residence.
☐ Possession of the vehicle I asked for in section **L** above.
☐ Possession of my essential personal belongings that are located at:
  ☐ the shared residence
  ☐ the restrained person's residence
  ☐ other location:
☐ Custody of: ☐ the minors named in section **4** above
☐ these minors only:

EX 42 P10

person must immediately vacate the residence. The restrained person may take the restrained person's clothing, personal items needed during the duration of the order, and these items (*specify*): Just her belongings
from the residence while a law enforcement officer is present.

F. ☒ **Intimate Images:** Do not possess or distribute intimate images of a protected person, as defined in RCW 9A.86.010. The restrained person must take down and delete all intimate images and recordings of a protected person in the restrained person's possession or control and cease any and all disclosure of those intimate images.

G. ☐ **Electronic Monitoring:** The restrained person must submit to electronic monitoring. Example: location tracking via ankle bracelet. *(Restrained person must be age 18 or older.)*

H. ☒ **Evaluation:** The restrained person shall get an evaluation for:
☐ mental health ☒ chemical dependency (drugs and alcohol)

I. ☒ **Treatment:** The restrained person shall participate in state-certified treatment for:
☐ sex offender ☒ domestic violence perpetrator

J. ☒ **Personal Belongings:** The protected person shall have possession of essential personal belongings, including the following:
Paperwork

K. ☒ **Assets:** Do not transfer jointly owned assets.

☐ **Finances:** Provide the following financial relief: ______

L. ☐ **Vehicle:** The protected person shall have use of the following vehicle:
Year, Make & Model ______ License No. ______

M. ☒ **Restrict Abusive Litigation:** Do not engage in abusive litigation as set forth in chapter 26.51 RCW or in frivolous filings against the protected person, making harassing or libelous communications about the protected person to third parties, or making false reports to investigative agencies.

N. ☒ **Pay Fees and Costs:** The restrained person must pay fees and costs of this action. This may include administrative court costs, service fees, and the protected person's costs including lawyer fees.

## Firearms and Other Dangerous Weapons

O. ☐ **Surrender Weapons:** The restrained person must immediately surrender any firearms, other dangerous weapons or concealed pistol licenses to law enforcement and not access, possess, have in their custody or control, purchase, receive, or attempt to purchase or receive any of those items.

> ***Important!** The court may be required to order the restrained person to surrender firearms, other dangerous weapons, or concealed pistol licenses even if you do not request it.*

Does the restrained person ☐ own or ☐ have access to firearms?
☐ Yes ☐ No ☒ I don't know
Complete ***Attachment E**: **Firearms Identification*** if Yes.

Ex 42 P11

**What protections do you need?** Check **everything** you want the court to order.

**13. I ask for a protection order with these restraints against the Restrained Person:**

**General Restraints**

A. ☒ **No Harm:** Do not cause any physical harm, bodily injury, assault, nonconsensual sexual conduct or nonconsensual sexual penetration, and do not harass, threaten, or stalk:
☒ protected person ☐ the minors named in section **4** above
☐ these minors only: ______

B. ☒ **No Contact:** Do not make any attempts or have any contact, including nonphysical contact, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for service of court documents with:
☒ protected person ☐ the minors named in section **4** above
☐ these minors only: ______
☐ these members of the protected person's household: ______
☐ **Exception** (if any). Only this type of contact is allowed: ______

Exceptions about minors, if any, provided in **P** below.

C. ☒ **Stalking Behavior:** Do not harass, follow, monitor, keep under physical or electronic surveillance, cyber harass (as defined in RCW 9A.90.120), or use phone, video, audio or other electronic means to record, photograph, or track locations or communication, including digital, wire, or electronic communication of:
☒ the protected person ☐ the minors named in section **4** above
☐ these minors only: ______
☐ these members of the protected person's household: ______

D. ☒ **Exclude and Stay Away:** Do not enter, return to, knowingly come within, or knowingly remain within 1,000 feet or other distance *(specify)* ______ of:
☒ the protected person
☐ protected person's school
☒ protected person's residence
☒ the shared residence
☐ the residence, daycare, or school of
☒ protected person's vehicle
☐ protected person's workplace
☐ protected person's adult day program
☐ the minors named in section **4** above
☐ these minors only: ______
☐ other: ______

**Address:** The protected person chooses to (*check one*):
☐ keep their address confidential ☒ list their address here:
4232 142nd Avenue Northeast, Lake Stevens WA 98258

E. ☒ **Vacate shared residence:** The protected person has exclusive right to the residence that the protected person and restrained person share. The restrained

Ex42P12

☒ An incident that made me want this protection order happened in this county or state.

9. **Restrained Person's residence.** Where does the restrained person live?

☒ In Washington State in *(city or county)*: Lake Stevens WA

☐ Outside of Washington State

☐ Unknown

**Are there other court cases involving the parties or any children?**

10. **Other court cases.** Have there been any other court cases between any of the people involved in this case, or about any children? Include court cases happening now and in the past and requests for protection that were denied or have expired. *(Examples: criminal no contact order, civil protection order, family law restraining order, protection order from another state, tribal order, military orders, parenting plans, divorce, landlord-tenant, employment, property, assault, police investigations. File copies in this court case of everything you want the court to review.)*

☐ No ☒ Yes. If yes, fill out below.

| **Type of Case** (*see examples*) | **Court Location** (*City or County and State*) | **Court Type** (*Superior/ District/Municipal/ Tribal/Military*) | **Case Number** (*if known*) | **Status** (*active/ dismissed/pending/ expired, unknown*) |
|---|---|---|---|---|
| Restraining order. Several court actions | Snohomish County | Superior | | Dismissed |
| | | | | |
| | | | | |
| | | | | |

Other details: __________________________________

**Do you need immediate protection?** If needed, you can ask for a *Temporary Protection Order* that starts now, before the restrained person gets notice. This protection can last up to 14 days or until the court hearing (whichever comes first).

11. **Immediate Protection:** Do you need a Temporary Protection Order to start immediately, without prior notice to the restrained person? ☒ **Yes** ☐ **No**

12. **Immediate Weapons Surrender:** Do you want a temporary order that requires the restrained person to give up all firearms, other dangerous weapons, and concealed pistol licenses, and prohibits the restrained person from getting more?
☐ **Yes** ☒ **No**

**If Yes to 11 or 12, explain why:** What serious immediate harm or irreparable injury could occur if an order is not issued immediately without prior notice to the restrained person?
*(Briefly explain how you or anyone else might be harmed if you do not get protection now.)*

Violence and having Alan Sprague do illegal activities

EX42 P13

What is the age, disability, health or inaccessibility concern that makes the adult unable to file themselves? *(Examples: the adult is hospitalized, temporarily incapacitated, or in jail/prison.)*

___

___

5. **Service address.** What is your address for receiving legal documents? You have the right to keep your residential address private. You may use a different mailing address for receiving legal documents.

   Mail: 4232 142nd Avenue Northeast, Lake Stevens WA 98258

   Email (*if you agree to receive legal documents by email*): ___

6. **Interpreter.**

   Do you need an interpreter? ☒ No ☐ Yes, Language: ___

   ***Important!*** *You may need to request an interpreter separately. You will get instructions with an order setting your hearing.*

**How do the parties know each other?**

7. Check all the ways the protected person is connected or related to the restrained person:

   **Intimate Partners** – Protected person and restrained person are intimate partners because they are:

   ☐ current or former spouses or domestic partners
   ☐ parents of a child-in-common (unless child was conceived through sexual assault)
   ☐ current or former dating relationship (age 13 or older) who:
   ☐ never lived together ☐ live or have lived together

   **Family or household members** - Protected person and restrained person are family or household members because they are:

   ☐ parent and child ☐ stepparent and stepchild
   ☐ grandparent and grandchild ☐ parent's intimate partner and child
   ☒ current or former cohabitants as roommates
   ☐ person who is or has been a legal guardian
   ☐ related by blood or marriage (*specify how*) ___

   **Other** - (examples: coworker, neighbor, acquaintance, stranger)

   ___

**Connection to Washington State.** This helps decide if the court has authority (jurisdiction).

8. **Why are you filing in this county and state?** *Check **all** that apply.*

   ☒ The protected person lives in this county now, **or** used to live in this county but left because of abuse, **or** this is the nearest court to where I live or used to live.

EX 42 P14

emotional distress
☐ family or household member engaged in domestic violence
☐ nonconsensual sexual conduct or penetration or a sex offense.

2. **If more than one of the protection order types listed above fits your situation, list any additional order types here:** ______

3. **Who should the order restrain? ("Restrained Person")**

Name: Stephanie Catherine Farler

Restrained Person's age: ☐ Under 13 ☐ 13 to 17 ☒ 18 or over ☐ unknown

**Who should be protected?** Check all that apply. Depending on the type of order, you can protect yourself and/or children, or you can file on behalf of a vulnerable adult, or another adult who cannot file for themselves.

4. **Who should the order protect? ("Protected Person")** (*Check all that apply.*)

☐ **Me.** My name is ______
*(You must be age 15 or older.)*

☐ **Minor Children.**

☐ I am the minor's ☐ parent ☐ legal guardian ☐ custodian.

☐ I am age 18 or older and the minor is a member of my family or household. (*For domestic violence petitions only.*)

☐ I am age 15 to 17. The minor is a member of my family or household. I have been chosen by the minor and am capable of pursuing their stated interest in this case.

| Child's Name | Age | Gender | Race | Lives With | How related to you | How related to Restrained Person |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

***Important!** If the restrained person is a parent of any of the children, complete **Attachment C: Child Custody**. If you are **not** a parent of any of the children, complete **Attachment D: Non-parents protecting children (ICWA)**. You must include these Attachment/s with your Petition if they apply.*

☒ **Someone else.** (*List your name as Petitioner at the beginning of this form. Describe who you are filing for here.*) I am filing to protect:

☒ a vulnerable adult (*name*) Alan Keith Sprague
*(See definition and complete Attachment B.)*

☐ an adult (*name*) ______
who does not meet the definition of a vulnerable adult, but who cannot file the petition themselves because of age, disability, health, or inaccessibility.
***(Do not check this for vulnerable adult or domestic violence petitions.)***

Ex 42 P15

**Ordered.**

Dated: DEC 0 5 2024 at 12:05 a.m./(p.m.)

[signature]

~~Judge/~~Court Commissioner
SOLOMAN S.M. KIM
COURT COMMISSIONER

Print ~~Judge/~~Court Commissioner Name

I received a copy of this Order or attended the hearing remotely and have actual notice of this order. It was explained to me on the record:

| Signature of Respondent | | Print Name | Date |
|---|---|---|---|
| Signature of Respondent's Lawyer | WSBA No. | Print Name | Date |
| Signature of Petitioner | | Print Name | Date |
| Signature of Petitioner's Lawyer | WSBA No. | Print Name | Date |

***Important!*** **Protected Person:** Law enforcement must notify you before firearms are returned to the Restrained Person. Keep your contact information up to date with the law enforcement agency. The *Proof of Surrender* in the court file should say which agency has the firearms. RCW 9.41.340.

**Certificate of Compliance With VAWA.** This protection order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice to the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be given notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is enforceable in all 50 states, Indian tribal lands, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, American Samoa, the Northern Mariana Islands, and Guam, as if it were an order of that jurisdiction.

Ex 42 p16

10. **Washington Crime Information Center (WACIC) and Other Data Entry**
**Clerk's Action.** The court clerk shall forward a copy of this order immediately to the following law enforcement agency (*county or city*) Snohomish
(*check only one*): ☒ Sheriff's Office or ☐ Police Department
This agency shall enter this order into WACIC and National Crime Info. Center (NCIC).

11. **Service on the Restrained Person**
☒ Required. The restrained person must be served with a service packet, including a copy of this order, petition, and any supporting materials filed.

☒ The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with the service packet and shall promptly complete and return proof of service to this court.
Law enforcement agency: (*county or city*) Snohomish
(*check only one*): ☒ Sheriff's Office or ☐ Police Department

☐ The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve unless the court allows alternative service.)*

**Clerk's Action**. The court clerk shall forward a service packet on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of the service packet to the protected person.

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*): __________

☐ **Not required.** The restrained person appeared at the hearing, in person or remotely, and received notice of the order. No further service is required. See section **4** above for appearances. (*May apply even if the restrained person left before a final ruling is issued or signed.*)

12. **Service on Others (Vulnerable Adult or Restrained Person under age 18)**
Service on the ☒ vulnerable adult ☐ adult's guardian/conservator ☐ Restrained Person's parent/s or legal guardian/s (*name/s*) Alan Keith Sprague is:
**Required.**

☒ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) Snohomish
(*check only one*): ☒ Sheriff's Office or ☐ Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

Ex 42 P17

U. ☐ **Interference:** Do not interfere with the protected person's efforts to get the pet/s named above.

V. ☐ **Stay Away:** Do not knowingly come within, or knowingly remain within *(distance)* ____________ of the following locations where the pet/s are regularly found:

☐ Protected person's residence (*home address may be kept confidential*) Other ☐ (*specify*) ______________________

**Vulnerable Adult**

W. ☒ **Safety:** Do not commit or threaten to commit acts of abandonment, neglect, financial exploitation, or abuse, including sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraints against the vulnerable adult.

X. ☒ **Accounting:** You must provide an accounting of the disposition of the vulnerable adult's income or other resources by (*date*) by 9 am on 12/19/24.

Y. ☒ **Property Transfer:** Do not transfer the property of ☒ the vulnerable adult ☐ the restrained person. This restraint is valid for up to 90 days.

**Other**

Z. ______________________

**Other Orders** (*Check all that apply*):

9. **Law enforcement must help the protected person with** (RCW 7.105.320(1))

☒ Possession of the protected person's residence.

☐ Possession of the vehicle listed in section **L** above.

☒ Possession of the protected person's essential personal belongings located at:

☒ the shared residence

☐ the restrained person's residence

☐ other location ______________________

☐ Custody of ☐ the minors named in section **3** above

☐ these minors only ______________________

☐ Other: ______________________

☒ **Law enforcement must be present while the restrained person collects** personal clothing, personal items needed during the duration of this order, and these other items (*specify*) *Just her belongings* from the shared residence that restrained person has been ordered to vacate in **D** or **E** above (RCW 7.105.320(3)).

Ex 42 P18

☐ Irreparable injury could result if the restrained person is allowed to access, obtain, or possess any firearms or other dangerous weapons, or obtains or possesses a concealed pistol license.

The restrained person must:

- Immediately surrender to law enforcement and not access, possess, have in their custody or control, purchase, receive, or attempt to purchase or receive firearms, other dangerous weapons, or concealed pistol licenses; and
- Comply with the ***Order to Surrender and Prohibit Weapons***, filed separately.

## Minors

P. ☐ **Custody:** The protected person is granted temporary care, custody, and control of:

☐ the minors named in section **3** above.

☐ these minors only: ______________________________

Exceptions for Visitation and Transportation, if any (including exchanges, meeting location, pickup and dropoff): ______________________________

______________________________

Visitation listed here is an exception only to No Contact and Stay Away provisions about the children in **B** and **D** above.

(*Only for children the protected and restrained person have together.*)

To comply with the Child Relocation Act, anyone with majority or substantially equal residential time (at least 45 percent) who wants to move with the child must notify every other person who has court-ordered time with the child. Specific exemptions from notification may be available if the court finds unreasonable risk to health or safety. Persons entitled to time with the child under a court order may object to the proposed relocation. See RCW 26.09.405 - .560 for more information.

Q. ☐ **Interference:** Do not interfere with the protected person's physical or legal custody of:

☐ the minors named in section **3** above

☐ these minors only: ______________________________

R. ☐ **Removal from State:** Do not remove from the state:

☐ the minors named in section **3** above

☐ these minors only: ______________________________

S. ☐ **School Enrollment:** Do not enroll or continue attending the elementary, middle, or high school that a protected person attends (*name of school*) ______________. (*Only if both the restrained person and a protected person are students at the same school. Can apply to students 18 or older. Includes public and private schools.* ***Complete form Attachment B School Transfer - PO 040B***)

## Pets

T. ☐ **Custody:** The protected person shall have exclusive custody and control of the following pet/s owned, possessed, leased, kept, or held by the protected person, restrained person, or a minor child who lives with either the protected or restrained person. (*Specify name of pet and type of animal.*):

______________________________

Ex 42 P19

23. **Supporting Evidence** (*Include anything else you want the court to see that helps prove what you are saying is true. You are responsible for filing your supporting evidence, including police reports, if any. Before you file any attachments, you can black out (redact) any sensitive information. Examples: your home address and account numbers (leave last 4 digits). If you have audio or video evidence, contact the court for how to submit.*)

☐ I am submitting the following evidence with this Petition *(check all that apply)*:

- ☐ Pictures
- ☐ Text/email/social media messages
- ☐ Voice messages (written transcript)
- ☐ Written notes/letters/mail
- ☐ Police report
- ☐ Declaration or statement from witness (*name/s*): ____________________
- ☐ Other (*describe*): ____________________

***Privacy Warning!*** The restrained person will see this Petition and any other evidence you file with the court. This information is also available in a public court file. You should file health care records, financial documents, and confidential reports under seal. Use All Civil 040 *Sealed Cover*. If you want to seal explicit or intimate images, you must file a separate motion asking the court to seal these images. Use form PO 005, *Motion to Redact or Seal.*

Before you file any attachments, you can **black out** (redact) any sensitive information. Examples: your home address, account numbers (leave last 4 digits), minor's names (leave minor's initials). Do **not** list your address in this petition or any supporting evidence if you want it to remain confidential.

I certify, under penalty of perjury under the laws of the state of Washington, that all the information provided in this petition and any attachments is true and correct.

☐ I have attached *(number)*:_____ pages.

Signed at *(city and state)*: 4232 142nd Ave NE Lake Stevens WA 09258

Date: 12/04/2024

[signature]
Sign here

Marlene R Sprague
Print name

Ex 42 P20

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| **Marlene R. Sprague**<br>*Petitioner* [redacted]<br>☐ *a vulnerable adult* ☒ *filing obo vulnerable adult:*<br>**Alan Keith Sprague**<br>[redacted]<br><br>**Stephanie Catherine Farler &**<br>[redacted] | No. **24-2-50232-31**<br>**Denial Order**<br>☐ Domestic Violence<br>☐ Sexual Assault ☐ Harassment<br>☐ Stalking ☒ Vulnerable Adult<br>☐ ORDMTP (denied)<br>☐ ORDSM (dismissed)<br>Clerk's Action Required: 4, 5, 6<br>**Hearing Date:** ________ **Interpreter:** ________<br>☐ **Snohomish County Superior Court**<br>3000-Rockefeller Ave, Everett, WA<br>In Courtroom 2F @ 9:00 am or ______<br>________________<br>*See **How to Attend** at the end of this order.* |

## Denial Order

**1. Request.** The ☒ Petitioner ☐ Respondent has requested a:

☐ Temporary Order ☐ Full Order ☐ Renewal Order
☐ Modification Order ☐ Termination Order

**2. Hearing.**

☐ The court **held** a hearing before issuing this *Denial Order*. These people attended:

| | | | |
|---|---|---|---|
| ☐ Protected Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Protected Person's Lawyer | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Petitioner (*if not the protected person*) | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Restrained Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Restrained Person's Lawyer | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Other:____________ | ☐ in person | ☐ by phone | ☐ by video |

[ ] **Not Held.** The court denies the request without a hearing. (*Complete the Findings section 3.*)

Ex 42 P21

3. **Findings.**

A. ☐ **Non-Appearance.** ☐ Petitioner ☐ Respondent did **not** appear.

B. ☐ **No Basis. Do not schedule hearing.** The *Petition for Protection Order* does not list a specific incident and approximate date of behavior that would support a domestic violence, stalking, antiharassment, sexual assault, or vulnerable adult protection order as defined in RCW 7.105.100. The protected person should have **14 days to amend** their petition before dismissal.

**Temporary Order Findings**

C. ☐ **Notice Required. Schedule for full hearing.** The protected person has not shown that there is a sufficient basis to enter a temporary order without notice to the ☐ opposing party ☐ vulnerable adult.

The court will grant or deny the protection order after a hearing with notice.

**Final Order Findings**

D. ☐ **Request.** The Protected Person requested dismissal of petition.

E. ☐ **Service Unsuccessful or Impossible.** All available methods of service have been attempted unsuccessfully or are not possible.

F. ☐ **Insufficient Evidence.** A preponderance of the evidence does not support issuing any type of protection order that this court has authority to issue.

G. ☒ **Insufficient Evidence (Vulnerable Adult Contests).** Clear, cogent, and convincing evidence has not established that there is abandonment, abuse, financial exploitation, or neglect of a vulnerable adult. (*When a vulnerable adult protection order is contested by the vulnerable adult.*)

H. ☐ **Evidence.** ☐ Protected Person ☐ Restrained Person supports their account of events with the following evidence (*specify*): ______

I. ☐ **Realignment.** (*DV or Harassment only*) The original "Protected Person" is the abuser or harasser and the original "Restrained Person" is the victim of domestic violence or unlawful harassment. The parties should be switched.

**Renewal Findings**

J. ☐ The **Restrained Person proved** by a preponderance of the evidence that there has been a substantial change in circumstances (*describe*) ______

and the Restrained Person will **not**:

☐ (*for DV orders*) resume acts of domestic violence against the Protected Person or the Protected Person's children or household members who are minors or vulnerable adults when the protection order expires.

☐ (*for sexual assault orders*) engage in, or attempt to engage in, physical or nonphysical contact with the Protected Person when the order expires.

☐ (*for stalking orders*) resume acts of stalking against the Protected Person or the Protected Person's family or household members when the order expires.

☐ (*for anti-harassment orders*) resume harassment of the Protected Person when the order expires.

☐ (*for vulnerable adult orders*) resume acts of abandonment, abuse, financial exploitation, or neglect against the vulnerable adult when the order expires.

K. ☐ **Late Filing.** The Protected Person did not file for renewal before the order expired.

**Modify or Terminate Findings:**

L. ☐ **Protected Person's motion** to modify or terminate a protection order is denied because:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

M. ☐ **Restrained Person's motion** to modify or terminate a protection order is denied because:

☐ **Repeat Filing.** The court finds that the Restrained Person has previously filed a motion to modify or terminate during the current 12-month period following entry of the order, and is not eligible for the relief requested.

☐ **No Adequate Cause.** The restrained person did not establish adequate cause to modify or terminate. No hearing is necessary.

☐ **Insufficient Evidence.** A preponderance of the evidence failed to establish that there has been a substantial change in circumstances such that if the order is terminated or modified the Restrained Person will not resume, engage in or attempt to engage in acts of:

☐ domestic violence.

☐ physical or nonphysical contact (for sexual assault protection orders).

☐ stalking.

☐ unlawful harassment.

☐ **No Substantial Change.** Since the protection order was entered, there has not been a substantial change in circumstances (*describe*) ______________

______________________________________________

(*Check all that apply*)

- [ ] The Restrained Person has committed or threatened domestic violence, sexual assault, stalking, or other harmful acts against the Protected Person/s.
- [ ] The Restrained Person has violated the terms of the protection order.
- [ ] The Restrained Person has exhibited suicidal ideation or attempts.
- [ ] The Restrained Person has been convicted of criminal activity.
- [ ] The Restrained Person has:
  - Not acknowledged responsibility for the acts of sexual assault, domestic violence, stalking, or behavior that resulted in entry of the protection order, and
  - Not successfully completed perpetrator treatment or counseling.
- [ ] The Restrained Person has continued to abuse drugs or alcohol (if this was a factor in the protection order).
- [ ] The Protected Person has not voluntarily and knowingly consented to terminating the protection order.
- [ ] Other: ______________________________

______________________________

- [ ] **Severe Acts.** The Restrained Person proved that there has been a substantial change of circumstances; however, the court declines to terminate the protection order because the acts of domestic violence, sexual assault, stalking, unlawful harassment, and other harmful acts that resulted in the issuance of the protection order were of such severity that the order should not be terminated.

**General Findings**

**N.** [ ] **Other:** ______________________________

______________________________

______________________________

**4. Order**

- [ ] **Petition denied without a full hearing. 14 days to amend before dismissal.** The petition does not contain allegations that could support issuing any type of protection order. The person who filed the petition has 14 days to file an amended petition. If an amended petition is not filed within 14 days, the case may be dismissed.

**Temporary Order**

- [ ] **Temporary Order Denied. Full hearing to be held.** The request for a temporary order is denied. The court will approve or deny the protection order after a full hearing with notice. The hearing date and time is **shown on page 1**.

| ***Warning to Restrained Person!*** Failure to appear at the hearing may result in the court granting all of the relief requested in the petition. See **How to Attend** at the end of this order. |
|---|

**Final Order**

- [ ] **Dismissed** without prejudice because (*check one*):
  - [ ] Protected Person's asked to terminate the order or did not appear at the hearing.

☐ All available methods of service have been attempted unsuccessfully or are not possible. Dismissal is over Protected Person's objection.

Any previously entered temporary order and any order to surrender weapons under this case number expires today, upon the signing of this order or at (*time*) ________________.

(In caption above, *check ORDSM (dismissed)*)

☒ **Denied on the merits after a hearing.** The request for a full order is denied. Any previously entered temporary order under this case number expires today, upon the signing of this order or at (*time*) ________________.

*Check one (see RCW 7.105.362)*:

☒ No *Order to Surrender Weapons* was issued under this case number. The case is dismissed.

☐ The court issues an *Order Extending Order to Surrender and Prohibit Weapons* (WS 400) extending the *Order to Prohibit and Surrender Weapons* until after the deadline for filing a motion for reconsideration or revision has passed and any timely filed motion has been resolved.

☐ Any previously entered *Order to Surrender Weapons* under this case number expires **today**, upon the signing of this order or at (*time*) __________ and the case is dismissed. It would be **manifestly unjust** to allow the order to remain in effect for the reconsideration or revision period because (*check all that apply*):

☐ The *Temporary Protection Order* was entirely without merit.

☐ Petitioner was engaged in abusive use of litigation.

☐ Petitioner was exerting coercive control over the Restrained Person.

☐ Other reason (*explain why it would be manifestly unjust*): ____________
________________________________________
________________________________________
________________________________________

☐ **Denied.** The deadline for filing a motion for reconsideration or revision has passed. The Protected Person has either failed to file a motion or the motion has been denied. The *Order Extending the Order to Surrender and Prohibit Weapons* (WS 400) is terminated and the case is dismissed.

☐ Petition **denied and dismissed without a full hearing.**

☐ No amended petition was filed within 14 days after denial.

☐ Amended petition filed but still insufficient to set for full hearing.

☐ **Realignment** (*for domestic violence and harassment cases only*). The parties are switched so that the original Protected Person is now restrained and the original Restrained Person is now protected.

☐ The court will issue a **new *Temporary Protection Order*** so that:

The Protected Person is: ________________________________

The Restrained Person is: ________________________________

***Important!*** The new Protected Person must file a ***Petition for Protection Order***, form PO 001, if they want protection to last beyond the temporary order.

EX42 P25

**Modification, Termination, or Renewal**

☐ The request to **modify, terminate, or renew** the order dated __________ is denied.

**Weapons**

☐ The request for an ***Order to Surrender and Prohibit Weapons*** is denied.

☐ If any **firearms or dangerous weapons have been surrendered** under this cause number, they shall be released to the restrained person, absent some other legal reason that may exist prohibiting the restrained person from possessing them.

**Other**

☐ The request before the court is denied, provided that **it may be renewed after notice** has been provided to the [ ] vulnerable adult [ ] opposing party according to the Civil Rules.

☐ Other order: ______________________________________________

5. **Service on the Restrained Person** *(only required if a future hearing is scheduled):*

☐ **Not Required.**

☐ The petition was denied or dismissed and service is not required.

☐ The restrained person appeared at the hearing, in person or remotely, and received notice of the order. No further service is required. See section **2** above for appearances. (*May apply even if the restrained person left before a final ruling is issued or signed.*)

☐ **Required.** The restrained person must b

☐ The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) ______________________
(*check only one*): ☐ Sheriff's Office ☐ Police Department

☐ The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court allows alternative service.)*

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of the service packet to the protected person.

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*): ______________________

6. ☐ **Service on Others** *(only required if a future hearing is scheduled):*

Service on the [ ] vulnerable adult ☐ adult's guardian/conservator ☐ restrained person's parent/s or legal guardian/s (*name/s*) Alan Keith Sprague ______________ is:

EX42 P26

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

☐ **Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) ______________________ (*check only one*): [ ] Sheriff's Office or [ ] Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

**7. Next Court Hearing**

☐ No further court hearings are scheduled in this case.

☐ The next court hearing is or will be scheduled by a separate order.

☐ The next court hearing is scheduled for the date at time listed on page **1.**

## How To Attend Your Hearing

If you are not specifically ordered to appear in person (see below) or by other means as indicated below, you can choose to appear in-person, by phone (zoom) or video (zoom).

☐ **Appear In Person – Please arrive at least 15 minutes prior to your hearing.**
Please review hearing date, time and location on page one of this order.

☐ **On-Line via Zoom: Links for Extreme Risk, Sexual Assault and Vulnerable Adult hearings in Courtroom 2F can be found at:** https://snohomishcountywa.gov/5889/Civil-Trial-Calendar
At the trail calendar, you will receive information from the Presiding Judge regarding the judicial assignment for your hearing. You may need to e-mail a law clerk to get additional zoom information. Listen closely to the instructions you are given to ensure you can connect to your hearing.

☐ **Remote by Phone (audio only) Phone 253-215-8782**
Courtroom 2F -Presiding Judge Zoom ID: 913 2627 2574 Password: 372669

If your hearing is in **Department 2F** it will be at Snohomish County Superior Court located at **3000 Rockefeller Ave, Everett, WA 98201**

**Please be prepared for your hearing:**

- Review Admin Order 39-22 Remote Appearance Requirements: https://www.snohomishcountywa.gov/DocumentCenter/View/104472/
- Make sure you have a good internet connection.
- Remember that you are still appearing in court and should act appropriately.
- Charge your connection device. If you are calling by phone, ensure you have enough minutes.
- Find a quiet place where no one will interrupt you.
- Have all your papers ready, including a list of what you want to say to the judge or commissioner.
- Connect 10 minutes prior to your hearing time.

Ex42 P27

| | |
|---|---|
| (!) | **If you have trouble connecting by phone or zoom** - Contact the Presiding Judge's Law Clerk at 425-388-3014 and Court Administration @ 425-388-3421 and press option 2 or email SuperiorCourtAdmin@snoco.org. |
| | **Ask for an interpreter as soon as you can.** Do not wait until the hearing! Requests must be made at least 5 days before your hearing by calling 425-388-3459 or by e-mailing sscinterpretersupport@snoco.org. |
| | **Ask for disability accommodation, if needed.** Ask for an accommodation as soon as you can. Do not wait until the hearing! Requests should be made at least 5 days before the hearing by e-mailing SuperiorCourtADA@snoco.org, fax 425-388-3498 or by mail. Request forms are available at the Snohomish County Courthouse, room 5-620 or online at https://www.snohomishcountywa.gov/509. |

**Ask or an interpreter or accommodation as soon as you can. Do not wait until the hearing!**

**Ordered.**

Dated: 12/19/2024 at 10:20 (a.m.)/p.m. [signature]

**Judge/Court Commissioner**

Miguel Duran

Print Judge/Court Commissioner Name

I received a copy of this Order or attended the hearing remotely and have actual notice of this order. It was explained to me on the record:

Appeared via Zoom w/ Stephanie Fowler 12/18/2024

Signature of Respondent | Print Name | Date

Signature of Respondent's Lawyer WSBA No. | Print Name | Date

[signature] Marlene Sprague

Signature of Petitioner | Print Name | Date

Signature of Petitioner/Lawyer WSBA No. | Print Name | Date

## Case Information

24-2-50232-31 | MARLENE R SPRAGUE obo ALAN KEITH SPRAGUE vs STEPHANIE CATHERINE FARLER

Case Number
24-2-50232-31

Court
Snohomish

File Date
12/05/2024

Case Type
CPO Civil Protection Order

Case Status
Completed/Re-Completed

## Party

Respondent (WIP)
FARLER, STEPHANIE CATHERINE

DOB
XX/XX/XXXX

Petitioner (WIP)
SPRAGUE, MARLENE RENEE

DOB
XX/XX/XXXX

Active Attorneys
Pro Se

Petitioner (WIP)
SPRAGUE, ALAN KEITH

DOB
XX/XX/XXXX

Active Attorneys
Pro Se

Ex 42 p28

## Events and Hearings

12/05/2024 Protective Order Transmitted to LEA

Comment
E/S: SCSO (TPO)

12/05/2024 Petition for Vulnerable Adult Protection Order

12/05/2024 Law Enforcement and Confidential Information Form

12/05/2024 Case Information Cover Sheet

12/05/2024 JIS Check Confidential Document Cover Sheet

Comment
As to All Parties

12/05/2024 Temporary Vulnerable Adult Protection Order

Judicial Officer
Kim, Soloman S

12/05/2024 Ex Parte Action With Order

12/11/2024 Return of Service

12/16/2024 Notice of Appearance

12/16/2024 Attachment

Comment
Reasons for Awarding Full Protective Order and Proof of Service (Presented by Marlene Sprague)

12/17/2024 Sheriffs Return of Service of Protective Order

12/18/2024 Return of Service

12/18/2024 Affidavit of Defendant Respondent

Comment
-Stephanie Farler with Attachments

12/19/2024 Vulnerable Adult Protection Order

Judicial Officer
Thompson, Paul W

EX 42 P29

Hearing Time
9:02 AM

Comment
Confirmed/Court - Assigned to Judge Duran

12/19/2024 Assigned to

Judicial Officer
Duran, Miguel M

12/19/2024 Sheriffs Return of Service of Protective Order

12/19/2024 Motion Hearing

Judicial Officer
Duran, Miguel M

12/19/2024 Order Denying Full Protective Order

12/19/2024 Case Resolution Dismissal Without Trial

2024 DEC 10 AM 8:52

SNOHOMISH CO. WASH

## Superior Court of Washington, County of Snohomish

Stephanie Parker
Petitioner (Person starting this case) DOB

vs.

Justice Clark
Respondent (Person responding to this case) DOB

No. 24-2-50260-31

**Petition for Protection Order**

**Clerk's Action: 1**

[ ] I am the Petitioner filing on behalf of a Minor — Minor's name DOB

[ ] I am the Petitioner filing on behalf of a Vulnerable Adult — Vulnerable Adult's name DOB

[ ] The Respondent is a Minor — Parent's name obo Minor DOB

## Petition for Protection Order

**What kind protection order do you want?** There are different orders based on the type of harm and how the parties know each other. **See definitions in *Attachments A* and *B*.**

1. **Choose the type of protection order that best fits your situation.** ***Check only one.***

| | |
|---|---|
| [X] Domestic Violence – | Protection from an intimate partner or family or household member who has committed domestic violence, nonconsensual sexual conduct or penetration, unlawful harassment, or stalking. (PTORPRT) |
| [ ] Sexual Assault – | Protection from someone who has committed sexual assault. (PTORSXP) |
| [ ] Stalking – | Protection from someone who has committed stalking. (PTORSTK) |
| [ ] Vulnerable Adult – | Protection from someone who has abandoned, abused, financially exploited, or neglected a vulnerable adult (or threatened to do so). (PTORVA)<br>***Important!*** *If you are asking for a Vulnerable Adult Protection Order, you must complete **Attachment B**: **Vulnerable Adult** as part of this Petition.* |
| [X] Anti-Harassment | Protection from someone who has committed unlawful harassment. (PTORAH) (***fee may be required***)<br>Conduct also includes (*check all that apply*): [ ] stalking [ ] hate crime [X] single act of violence [X] threat of violence including malicious and intentional threat or presence of firearm/weapon causing substantial emotional distress<br>[ ] family or household member engaged in domestic violence [ ] nonconsensual sexual conduct or penetration or a sex offense. |

EX 43 P1

2. **If more than one of the protection order types listed above fits your situation, list any additional order types here:** Anti harassment

3. **Who should the order restrain? ("Restrained Person")**
   Name: Justice Clark
   Restrained Person's age: ☐ Under 13 ☐ 13 to 17 ☒ 18 or over ☐ unknown

**Who should be protected?** Check all that apply. Depending on the type of order, you can protect yourself and/or children, or you can file on behalf of a vulnerable adult, or another adult who cannot file for themselves.

4. **Who should the order protect? ("Protected Person")** (*Check all that apply.*)
   ☒ **Me.** My name is Stephanie Farrer
   (*You must be age 15 or older.*)
   ☐ **Minor Children.**
   ☐ I am the minor's ☐ parent ☐ legal guardian ☐ custodian.
   ☐ I am age 18 or older and the minor is a member of my family or household. (*For domestic violence petitions only.*)
   ☐ I am age 15 to 17. The minor is a member of my family or household. I have been chosen by the minor and am capable of pursuing their stated interest in this case.

| Child's Name | Age | Gender | Race | Lives With | How related to you | How related to Restrained Person |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

***Important!** If the restrained person is a parent of any of the children, complete **Attachment C: Child Custody**. If you are **not** a parent of any of the children, complete **Attachment D: Non-parents protecting children (ICWA)**. You must include these Attachment/s with your Petition if they apply.*

☒ **Someone else.** (*List your name as Petitioner at the beginning of this form. Describe who you are filing for here.*) I am filing to protect:
   ☐ a vulnerable adult (*name*) ______
   (*See definition and complete Attachment B.*)
   ☒ an adult (*name*) Alan Sprague
   who does not meet the definition of a vulnerable adult, but who cannot file the petition themselves because of age, disability, health, or inaccessibility.
   ***(Do not check this for vulnerable adult or domestic violence petitions.)***

What is the age, disability, health or inaccessibility concern that makes the adult unable to file themselves? *(Examples: the adult is hospitalized, temporarily incapacitated, or in jail/prison.)*

elderly with extreme hard of hearing

5. **Service address.** What is your address for receiving legal documents? You have the right to keep your residential address private. You may use a different mailing address for receiving legal documents.

Mail: 4232 142nd ave NE Lake Stevens wa 98258

Email (*if you agree to receive legal documents by email*): Stephanieef@gmail.com

6. **Interpreter.**

Do you need an interpreter? [x] No [ ] Yes, Language: ____________

***Important!*** *You may need to request an interpreter separately. You will get instructions with an order setting your hearing.*

**How do the parties know each other?**

7. Check all the ways the protected person is connected or related to the restrained person:

**Intimate Partners** – Protected person and restrained person are intimate partners because they are:

[ ] current or former spouses or domestic partners
[ ] parents of a child-in-common (unless child was conceived through sexual assault)
[ ] current or former dating relationship (age 13 or older) who:
  [ ] never lived together [ ] live or have lived together

**Family or household members** - Protected person and restrained person are family or household members because they are:

[ ] parent and child [ ] stepparent and stepchild
[ ] grandparent and grandchild [ ] parent's intimate partner and child
[ ] current or former cohabitants as roommates
[ ] person who is or has been a legal guardian
[ ] related by blood or marriage (*specify how*) ____________

**Other** - (examples: coworker, neighbor, acquaintance, stranger)

Neighbors

Ex43 P3

**Connection to Washington State.** This helps decide if the court has authority (jurisdiction).

8. **Why are you filing in this county and state?** *Check **all** that apply.*

[X] The protected person lives in this county now, **or** used to live in this county but left because of abuse, **or** this is the nearest court to where I live or used to live.

[X] An incident that made me want this protection order happened in this county or state.

9. **Restrained Person's residence.** Where does the restrained person live?

[X] In Washington State in *(city or county)*: lake Stevens wa

[ ] Outside of Washington State

[ ] Unknown

**Are there other court cases involving the parties or any children?**

10. **Other court cases.** Have there been any other court cases between any of the people involved in this case, or about any children? Include court cases happening now and in the past and requests for protection that were denied or have expired. *(Examples: criminal no contact order, civil protection order, family law restraining order, protection order from another state, tribal order, military orders, parenting plans, divorce, landlord-tenant, employment, property, assault, police investigations. File copies in this court case of everything you want the court to review.)*

[ ] No [ ] [ ] Yes. If yes, fill out below.

| **Type of Case** (*see examples*) | **Court Location** (*City or County and State*) | **Court Type** (*Superior/ District/Municipal/ Tribal/Military*) | **Case Number** (*if known*) | **Status** (*active/ dismissed/pending/ expired, unknown*) |
|---|---|---|---|---|
| IIED | Shohomish county | Superior | 24-2-05702-31 | active |
| Protection order | Shohomish county | Superior | 24-2-07603-31 | active |
| Protection order | Shohomish county | Superior | 23-2-05904-31 24-2-02110-31 | dismissed |
| | | | | |

Other details: Multiple court cases Attempting to get help from my neighbor. he fired a gun on camera point blank at my car 7 shots

**Do you need immediate protection?** If needed, you can ask for a *Temporary Protection Order* that starts now, before the restrained person gets notice. This protection can last up to 14 days or until the court hearing (whichever comes first).

11. **Immediate Protection:** Do you need a Temporary Protection Order to start immediately, without prior notice to the restrained person? [X] **Yes** [ ] **No**

12. **Immediate Weapons Surrender:** Do you want a temporary order that requires the restrained person to give up all firearms, other dangerous weapons, and concealed pistol licenses, and prohibits the restrained person from getting more?
[X] **Yes** [ ] **No**

**If Yes to 11 or 12, explain why:** What serious immediate harm or irreparable injury could occur if an order is not issued immediately without prior notice to the restrained person?
*(Briefly explain how you or anyone else might be harmed if you do not get protection now.)*

police case # 24-158876 Deputy J. Ricksecker # 1657 Justice Clark shot his 22 point blank at my car on camera in the middle of the night. police were called and charges will be filled. full investigation will be done by officer above

**What protections do you need?** Check **everything** you want the court to order.

13. **I ask for a protection order with these restraints against the Restrained Person:**

**General Restraints**

A. [X] **No Harm:** Do not cause any physical harm, bodily injury, assault, nonconsensual sexual conduct or nonconsensual sexual penetration, and do not harass, threaten, or stalk:

[X] protected person [ ] the minors named in section **4** above

[ ] these minors only: ______

B. [X] **No Contact:** Do not make any attempts or have any contact, including nonphysical contact, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except for service of court documents with:

[X] protected person [ ] the minors named in section **4** above

[ ] these minors only: ______

[ ] these members of the protected person's household: ______

[ ] **Exception** (if any). Only this type of contact is allowed: ______

Exceptions about minors, if any, provided in **P** below.

C. [X] **Stalking Behavior:** Do not harass, follow, monitor, keep under physical or electronic surveillance, cyber harass (as defined in RCW 9A.90.120), or use phone, video, audio or other electronic means to record, photograph, or track locations or communication, including digital, wire, or electronic communication of:

[X] the protected person [ ] the minors named in section **4** above

[ ] these minors only: ______

[ ] these members of the protected person's household: ______

D. [X] **Exclude and Stay Away:** Do not enter, return to, knowingly come within, or knowingly remain within 1,000 feet or other distance *(specify)* ______ of:

[X] the protected person [X] protected person's vehicle

☐ protected person's school ☐ protected person's workplace
☒ protected person's residence ☐ protected person's adult day program
☐ the shared residence
☐ the residence, daycare, or school of ☐ the minors named in section 4 above
☐ these minors only: ______________________
☒ other: my Vehicle

**Address:** The protected person chooses to (*check one*):
☐ keep their address confidential ☑ list their address here:
4232 142nd ave NE lake Stevens wa 98258

E. ☐ **Vacate shared residence:** The protected person has exclusive right to the residence that the protected person and restrained person share. The restrained person must immediately vacate the residence. The restrained person may take the restrained person's clothing, personal items needed during the duration of the order, and these items (*specify*): ______________________ from the residence while a law enforcement officer is present.

F. ☐ **Intimate Images:** Do not possess or distribute intimate images of a protected person, as defined in RCW 9A.86.010. The restrained person must take down and delete all intimate images and recordings of a protected person in the restrained person's possession or control and cease any and all disclosure of those intimate images.

G. ☒ **Electronic Monitoring:** The restrained person must submit to electronic monitoring. Example: location tracking via ankle bracelet. *(Restrained person must be age 18 or older.)*

H. ☐ **Evaluation:** The restrained person shall get an evaluation for:
☐ mental health ☐ chemical dependency (drugs and alcohol)

I. ☐ **Treatment:** The restrained person shall participate in state-certified treatment for:
☐ sex offender ☐ domestic violence perpetrator

J. ☐ **Personal Belongings:** The protected person shall have possession of essential personal belongings, including the following:
______________________
______________________
______________________

K. ☐ **Assets:** Do not transfer jointly owned assets.
☐ **Finances:** Provide the following financial relief: ______________________

L. ☐ **Vehicle:** The protected person shall have use of the following vehicle:
Year, Make & Model ______________________ License No. ______________________

M. ☒ **Restrict Abusive Litigation:** Do not engage in abusive litigation as set forth in chapter 26.51 RCW or in frivolous filings against the protected person, making harassing or libelous communications about the protected person to third parties, or making false reports to investigative agencies.

N. [X] **Pay Fees and Costs:** The restrained person must pay fees and costs of this action. This may include administrative court costs, service fees, and the protected person's costs including lawyer fees.

## Firearms and Other Dangerous Weapons

O. [X] **Surrender Weapons:** The restrained person must immediately surrender any firearms, other dangerous weapons or concealed pistol licenses to law enforcement and not access, possess, have in their custody or control, purchase, receive, or attempt to purchase or receive any of those items.

> ***Important!*** *The court may be required to order the restrained person to surrender firearms, other dangerous weapons, or concealed pistol licenses even if you do not request it.*

Does the restrained person [X] own or [ ] have access to firearms?
[X] Yes [ ] No [ ] I don't know

Complete ***Attachment E: Firearms Identification*** if Yes.

Would the restrained person's use of firearms or other dangerous weapons be a serious and immediate threat to anyone's health or safety?
[X] Yes [ ] No [ ] I don't know

Even if the restrained person does not have firearms now, has the restrained person ever used firearms, other weapons, or objects to threaten or harm you?
[X] Yes [ ] No

If Yes, describe what happened.
police report number already listed.
#24-158876 Deputy #1651

Is the restrained person already not allowed to have firearms?
[ ] Yes [ ] No [X] I don't know

If Yes, why? ______

## Minors

P. [ ] **Custody:** The protected person is granted temporary care, custody, and control of

[ ] the minors named in section **4** above.

[ ] these minors only: ______

Exceptions for Visitation and Transportation (including exchanges, meeting location, and pickup and dropoff) of Minors (if any): ______

Visitation listed here is an exception to any No Contact and Stay Away provisions about the children, in **B** and **D** above.

(*Only for children the protected and restrained person have together.*)

Q. ☐ **Interference:** Do not interfere with the protected person's physical or legal custody of:

☐ the minors named in section **4** above.

☐ these minors only: ______________________________

R. ☐ **Removal from State:** Do not remove from the state:

☐ the minors named in section **4** above.

☐ these minors only: ______________________________

S. ☐ **School Enrollment:** Do not enroll or continue attending as a student in the elementary, middle, or high school that a protected person attends: *(name of school)*

______________________________

(*Only if both the restrained person and a protected person are students at the same school. Can apply to students 18 or older. Includes public and private schools.*) Describe any continuing physical danger, emotional distress, or educational disruption to a protected person that would happen if the restrained person attends the same school.

______________________________

______________________________

______________________________

______________________________

**Pets**

T. ☐ **Custody:** The protected person shall have exclusive custody and control of the following pet/s owned, possessed, leased, kept, or held by the protected person, restrained person, or a minor child who lives with either the protected or restrained person. *(Specify name of pet and type of animal.)*:

______________________________

U. ☐ **Interference:** Do not interfere with the protected person's efforts to get the pet/s named above.

V. ☐ **Stay Away:** Do not knowingly come within, or knowingly remain within *(distance)* __________ of the following locations where the pet/s are regularly found:

☐ Protected person's residence *(home address may be kept confidential.)*

☐ Other (*specify*): ______________________________

______________________________

**Vulnerable Adult**

W. ☐ **Safety:** Do not commit or threaten to commit acts of abandonment, neglect, financial exploitation, or abuse, including sexual abuse, mental abuse, physical abuse, personal exploitation, and improper use of restraints, against the vulnerable adult.

X. ☐ **Accounting:** Provide an accounting of the disposition of the vulnerable adult's income or other resources.

Y. ☐ **Property Transfer:** Do not transfer the property of [ ] the vulnerable adult [ ] the restrained person. This restraint can last for up to 90 days.

**Other**

Z. ______________________________________________

______________________________________________

______________________________________________

**Do you need help from law enforcement?** They may help you get the things you asked for.

**14. Law Enforcement Help:** Do you want the court to order the appropriate law enforcement agency to help you with any of the things listed below? *(Check all that apply).*

☐ Possession of my residence.

☐ Possession of the vehicle I asked for in section **L** above.

☐ Possession of my essential personal belongings that are located at:

- ☐ the shared residence
- ☐ the restrained person's residence
- ☐ other location: ______________________

☐ Custody of: ☐ the minors named in section **4** above

☐ these minors only: ______________________

☐ Other: ______________________

**How long do you need this order to last?**

**15. Length of Order**

(*The order will last for* ***at least 1 year*** *unless you ask for something different. Orders restraining a parent from contacting their own children may not exceed 1 year.*)

I need this order to last for: ☐ 1 year ☒ more than 1 year ☐ less than 1 year (*specify how long*): 10 years

If you checked more or less than one year, briefly explain why.

bullets were fired putting my family and the children in my home in danger.

______________________________________________

**Do you want to be notified if the restrained person petitions for the restoration of firearms in the future?**

**16. Firearms Restoration Notice**

(*This only applies if there is an existing or future criminal case that prohibits firearm ownership or possession.*)

☒ **Notify.** I want the prosecutor to notify me if the restrained person petitions for restoration of firearms and of the court's decision.

☐ **Do not notify.** I do not want the prosecutor to notify me if the restrained person petitions for restoration of firearms or of the court's decision.

**Why do you need a protection order? What happened?** This is your statement where you tell your experience.

Be as specific and descriptive as possible. Put the date, names, what happened, and where. Use names rather than pronouns (he/she/they) as much as possible. If you cannot remember the date, put the time of year it happened (around a holiday, winter, summer, how old your child was), or about how long ago.

For all of the questions below, include details:

- Who did what?
- When did this happen?
- How were any statements made? (in person, mail, text, phone, email, social media)
- How did this make you, the minor, or the vulnerable adult feel?

If you need more space to answer any of the questions below, use form PO 010 *Statement* or attach additional pages.

***Privacy Warning!*** The restrained person will see this Petition and any other evidence you file with the court. This information is also available in a public court file. You should file health care records, financial documents, and confidential reports under seal. Use form All Civil 040 *Sealed Cover.* If you want to seal explicit or intimate images, you must file a separate motion asking the court to seal these images. Use form PO 005, *Motion to Redact or Seal.*

17. **Most Recent Incident.** What happened most recently that made you want a protection order? This could include violent acts, fear or threats of violence, coercive control, nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect, and/or financial exploitation. Include specific date/s and details of the incident.

on the 11th of november my neighbor justice clark was informed that our home cameras were not working due to internet being shut off. explaining why he believed he was going to get away with taking a 22 firearm and walking on to my property and firing at point blank through the hood of my car and bullets could have bounced and hit the child and my mother that were inside about 6 ft away sleeping in bed. my mother and niece being so close to these gun shots that are dangerously known for bouncing and hitting things around them. this is the exact thing I have been trying to get courts help from. I tried preventing him doing this. my self and my family are terrified.

18. **Past Incidents.** What happened in the past that makes you want a protection order? This could include violent acts, fear or threats of violence, coercive control, nonconsensual sexual conduct or penetration, sexual abuse, harassment, stalking, or hate crimes. For a vulnerable adult, include incidents or threats of abandonment, abuse, neglect, and/or financial exploitation. Include specific date/s and details of the incidents.

Multiple cases already filed between justice clark marlene sprague, Darlene Rosenquist and myself Stephanie Farler. my vehicle is completly dead now with gun shots having bounced back and forth through my hoses and my radiator. this being the 3rd time justice has targeted my vehicle in his harassment. this time with a fire arm each time his behavior gets worse and worse. first time he stabbed my radiator and the 2nd time he used BB Gun to shoot out my back passengers side window. I worry about what the next move he will make and if I will be the next thing he shoots his gun at. please dont allow that to happen

19. **Medical Treatment.** Describe any medical treatment you received for issues related to your request for protection.

only property has been shot at so far. but I believe that he will hurt me if this is allowed to go any farther.

20. **Suicidal Behavior.** Describe any threats of self-harm or suicide attempts by the restrained person.

21. **Restrained Person's Substance Abuse**

Is substance abuse involved? ☐ Yes ☐ No ☒ Unknown

If yes, what type of substance abuse? ☐ Alcohol ☐ Drugs ☐ Other: ________

22. **Minors Needing Protection, if any** *(If the information is not already included above.)*

Has there been any violence or threats towards children? How have the children been affected by the restrained person's behavior? Were the children present during any of the incidents described above? Describe and give details.

23. **Supporting Evidence** (*Include anything else you want the court to see that helps prove what you are saying is true. You are responsible for filing your supporting evidence, including police reports, if any. Before you file any attachments, you can black out (redact) any sensitive information. Examples: your home address and account numbers (leave last 4 digits). If you have audio or video evidence, contact the court for how to submit.*)

[X] I am submitting the following evidence with this Petition *(check all that apply)*:

- [X] Pictures
- [ ] Text/email/social media messages
- [ ] Voice messages (written transcript)
- [X] Written notes/letters/mail
- [X] Police report
- [ ] Declaration or statement from witness (*name/s*): ______
- [X] Other (*describe*): Deed to property that I now own.

***Privacy Warning!*** The restrained person will see this Petition and any other evidence you file with the court. This information is also available in a public court file. You should file health care records, financial documents, and confidential reports under seal. Use All Civil 040 *Sealed Cover*. If you want to seal explicit or intimate images, you must file a separate motion asking the court to seal these images. Use form PO 005, *Motion to Redact or Seal*.

Before you file any attachments, you can **black out** (redact) any sensitive information. Examples: your home address, account numbers (leave last 4 digits), minor's names (leave minor's initials). Do **not** list your address in this petition or any supporting evidence if you want it to remain confidential.

I certify, under penalty of perjury under the laws of the state of Washington, that all the information provided in this petition and any attachments is true and correct.

[X] I have attached *(number)*: 14 pages.

Signed at *(city and state)*: Everett WA Date: 11/14/24

[signature]
Sign here

Stephanie Farier
Print name

## Attachment E: Firearms Identification

**Only complete** this attachment if the restrained person owns or has access to firearms or other dangerous weapons. **If not**, skip or remove this attachment.

1. Does the restrained person [ ] own or [ ] have access to any firearms? [X] Yes [ ] No [ ] Unknown
2. Does the restrained person purchase, own, or have access to parts that could be assembled into a working firearm (example: ghost guns)? [ ] Yes [ ] No [X] Unknown
3. Does the restrained person have a concealed pistol license (CPL)? [ ] Yes [ ] No [X] Unknown
4. When was the last time you saw the firearm/s? 11/11/24
5. Do you know where the restrained person keeps the firearm/s? [ ] Yes [X] No
   If yes, check all that apply:
   [ ] On their person [ ] In their car [ ] In their home [ ] Storage unit [ ] In a safe
6. To the best of your knowledge, are the guns typically loaded? [ ] Yes [ ] No [X] Unknown
7. How important are the firearms to the restrained person?
   [ ] 1 (not very important) [ ] 2 [ ] 3 [ ] 4 [ ] 5 (very important) [X] Unknown
8. What does the restrained person generally use the firearms for, if known? (*check all that apply*):
   [ ] Hunting [ ] Collecting [ ] Target Shooting [ ] Protection [ ] Other: ____________
9. Does the respondent possess explosives? [ ] Yes [ ] No [X] Unknown
10. Does the restrained person own or possess any other dangerous weapons you believe should be surrendered? [X] Yes [ ] No [ ] Unknown. If yes, list them here: ____________

The pictures below are examples of the most common guns. If you recognize any of the pictures below as similar to the one/s the restrained person has, please check it and write in how many they have of each.

| [X] **Handgun** (how many) 2 | [ ] **Unassembled Firearm** (how many)_____ |
|---|---|

Ex 43 p 13



☐ **Semi-automatic Rifle** (how many)________

☒ **Rifle/Shotgun** (how many) 7

☐ **Other firearm/s** (describe):

RCW 7.105.105
*(1/2024)*
**PO 001**

Petition for Protection Order
Attachment E: Firearms Identification
p. **2** of **2**

Ex 43 P14



FILED
2024 DEC 10 PM 1:05
HEIDI PERCY

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| **STEPHANIE FARLER**<br>Petitioner DOB: **04/28/90**<br>vs.<br>**JUSTICE CLARK**<br>Respondent DOB: **01/23/77** | No. **24-2-50260-31**<br>**Denial Order**<br>☐ Domestic Violence<br>☐ Sexual Assault ☒ Harassment<br>☐ Stalking ☐ Vulnerable Adult<br>☐ ORDMTP (denied)<br>☐ ORDSM (dismissed)<br>Clerk's Action Required: 4, 5, 6<br>**Hearing Date:** 12-11-2024 **Interpreter:** ______<br>☒ **Snohomish County Superior Court**<br>3000-Rockefeller Ave, Everett @ 9:00 am in<br>**Courtroom: 1C / 1D / 1E / 2F as assigned** SH<br>☐ **Denney Juvenile Justice Center**<br>2801 10th St. Everett @ 9:00 am in<br>**Courtroom: DJJC3**<br>*See **How to Attend** at the end of this order.* |

## Denial Order

1. **Request.** The ☒ Petitioner ☐ Respondent has requested a:
   SA ☒ Temporary Order ☐ Full Order ☐ Renewal Order
   ☐ Modification Order ☐ Termination Order

2. **Hearing.**
   ☐ The court **held** a hearing before issuing this *Denial Order*. These people attended:

| | | | |
|---|---|---|---|
| ☐ Protected Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Protected Person's Lawyer | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Petitioner (*if not the protected person*) | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Restrained Person | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Restrained Person's Lawyer | ☐ in person | ☐ by phone | ☐ by video |
| ☐ Other: ______ | ☐ in person | ☐ by phone | ☐ by video |

   SA ☒ **Not Held.** The court denies the request without a hearing.
   (*Complete the Findings section 3.*)

Exhibit 43 . P15

3. **Findings.**

A. ☐ **Non-Appearance.** ☐ Petitioner ☐ Respondent did **not** appear.

B. ☐ **No Basis. Do not schedule hearing.** The *Petition for Protection Order* does not list a specific incident and approximate date of behavior that would support a domestic violence, stalking, antiharassment, sexual assault, or vulnerable adult protection order as defined in RCW 7.105.100. The protected person should have **14 days to amend** their petition before dismissal.

**Temporary Order Findings**

SH C. ☒ **Notice Required. Schedule for full hearing.** The protected person has not shown that there is a sufficient basis to enter a temporary order without notice to the ☒ opposing party ☐ vulnerable adult.

The court will grant or deny the protection order after a hearing with notice.

**Final Order Findings**

D. ☐ **Request.** The Protected Person requested dismissal of petition.

E. ☐ **Service Unsuccessful or Impossible.** All available methods of service have been attempted unsuccessfully or are not possible.

F. ☐ **Insufficient Evidence.** A preponderance of the evidence does not support issuing any type of protection order that this court has authority to issue.

G. ☐ **Insufficient Evidence (Vulnerable Adult Contests).** Clear, cogent, and convincing evidence has not established that there is abandonment, abuse, financial exploitation, or neglect of a vulnerable adult. (*When a vulnerable adult protection order is contested by the vulnerable adult.*)

H. ☐ **Evidence.** ☐ Protected Person ☐ Restrained Person supports their account of events with the following evidence (*specify*): ______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

I. ☐ **Realignment.** (*DV or Harassment only*) The original "Protected Person" is the abuser or harasser and the original "Restrained Person" is the victim of domestic violence or unlawful harassment. The parties should be switched.

**Renewal Findings**

J. ☐ The **Restrained Person proved** by a preponderance of the evidence that there has been a substantial change in circumstances (*describe*) ______________________________

______________________________

______________________________

and the Restrained Person will **not**:

- ☐ (*for DV orders*) resume acts of domestic violence against the Protected Person or the Protected Person's children or household members who are minors or vulnerable adults when the protection order expires.
- ☐ (*for sexual assault orders*) engage in, or attempt to engage in, physical or nonphysical contact with the Protected Person when the order expires.
- ☐ (*for stalking orders*) resume acts of stalking against the Protected Person or the Protected Person's family or household members when the order expires.
- ☐ (*for anti-harassment orders*) resume harassment of the Protected Person when the order expires.
- ☐ (*for vulnerable adult orders*) resume acts of abandonment, abuse, financial exploitation, or neglect against the vulnerable adult when the order expires.

K. ☐ **Late Filing.** The Protected Person did not file for renewal before the order expired.

**Modify or Terminate Findings:**

L. ☐ **Protected Person's motion** to modify or terminate a protection order is denied because:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

M. ☐ **Restrained Person's motion** to modify or terminate a protection order is denied because:

- ☐ **Repeat Filing.** The court finds that the Restrained Person has previously filed a motion to modify or terminate during the current 12-month period following entry of the order, and is not eligible for the relief requested.
- ☐ **No Adequate Cause.** The restrained person did not establish adequate cause to modify or terminate. No hearing is necessary.
- ☐ **Insufficient Evidence.** A preponderance of the evidence failed to establish that there has been a substantial change in circumstances such that if the order is terminated or modified the Restrained Person will not resume, engage in or attempt to engage in acts of:
  - ☐ domestic violence.
  - ☐ physical or nonphysical contact (for sexual assault protection orders).
  - ☐ stalking.
  - ☐ unlawful harassment.
- ☐ **No Substantial Change.** Since the protection order was entered, there has not been a substantial change in circumstances (*describe*) ____________

(*Check all that apply*)

☐ The Restrained Person has committed or threatened domestic violence, sexual assault, stalking, or other harmful acts against the Protected Person/s.

☐ The Restrained Person has violated the terms of the protection order.

☐ The Restrained Person has exhibited suicidal ideation or attempts.

☐ The Restrained Person has been convicted of criminal activity.

☐ The Restrained Person has:

- Not acknowledged responsibility for the acts of sexual assault, domestic violence, stalking, or behavior that resulted in entry of the protection order, and
- Not successfully completed perpetrator treatment or counseling.

☐ The Restrained Person has continued to abuse drugs or alcohol (if this was a factor in the protection order).

☐ The Protected Person has not voluntarily and knowingly consented to terminating the protection order.

☐ Other: ______________________________

☐ **Severe Acts.** The Restrained Person proved that there has been a substantial change of circumstances; however, the court declines to terminate the protection order because the acts of domestic violence, sexual assault, stalking, unlawful harassment, and other harmful acts that resulted in the issuance of the protection order were of such severity that the order should not be terminated.

**General Findings**

**N.** ☒ **Other:** THERE ARE MULTIPLE FILINGS BETWEEN THESE PARTIES THIS MATTER SHALL BE HEARD WITH 24-2-07603-31 SET TO BE HEARD ON 12-11-2024.

**4. Order**

☐ **Petition denied without a full hearing. 14 days to amend before dismissal.** The petition does not contain allegations that could support issuing any type of protection order. The person who filed the petition has 14 days to file an amended petition. If an amended petition is not filed within 14 days, the case may be dismissed.

**Temporary Order**

SK ☒ **Temporary Order Denied. Full hearing to be held.** The request for a temporary order is denied. The court will approve or deny the protection order after a full hearing with notice. The hearing date and time is **shown on page 1**.

***Warning to Restrained Person!*** Failure to appear at the hearing may result in the court granting all of the relief requested in the petition. See **How to Attend** at the end of this order.

**Final Order**

☐ **Dismissed** without prejudice because (*check one*):

☐ Protected Person's asked to terminate the order or did not appear at the hearing.

☐ All available methods of service have been attempted unsuccessfully or are not possible. Dismissal is over Protected Person's objection.

Any previously entered temporary order and any order to surrender weapons under this case number expires today, upon the signing of this order or at (*time*) ________________.

(In caption above, *check ORDSM (dismissed)*)

☐ **Denied on the merits after a hearing.** The request for a full order is denied. Any previously entered temporary order under this case number expires today, upon the signing of this order or at (*time*) ________________.

*Check one (see RCW 7.105.362)*:

☐ No *Order to Surrender Weapons* was issued under this case number. The case is dismissed.

☐ The court issues an *Order Extending Order to Surrender and Prohibit Weapons* (WS 400) extending the *Order to Prohibit and Surrender Weapons* until after the deadline for filing a motion for reconsideration or revision has passed and any timely filed motion has been resolved.

☐ Any previously entered *Order to Surrender Weapons* under this case number expires **today**, upon the signing of this order or at (*time*) __________ and the case is dismissed. It would be **manifestly unjust** to allow the order to remain in effect for the reconsideration or revision period because (*check all that apply*):

☐ The *Temporary Protection Order* was entirely without merit.

☐ Petitioner was engaged in abusive use of litigation.

☐ Petitioner was exerting coercive control over the Restrained Person.

☐ Other reason (*explain why it would be manifestly unjust*): ______________

________________________________________________________________

________________________________________________________________

________________________________________________________________

☐ **Denied.** The deadline for filing a motion for reconsideration or revision has passed. The Protected Person has either failed to file a motion or the motion has been denied. The *Order Extending the Order to Surrender and Prohibit Weapons* (WS 400) is terminated and the case is dismissed.

☐ Petition **denied and dismissed without a full hearing**.

☐ No amended petition was filed within 14 days after denial.

☐ Amended petition filed but still insufficient to set for full hearing.

☐ **Realignment** (*for domestic violence and harassment cases only*). The parties are switched so that the original Protected Person is now restrained and the original Restrained Person is now protected.

☐ The court will issue a **new *Temporary Protection Order*** so that:

The Protected Person is: ______________________________________

The Restrained Person is: ______________________________

*Important!* The new Protected Person must file a ***Petition for Protection Order***, form PO 001, if they want protection to last beyond the temporary order.

**Modification, Termination, or Renewal**

[ ] The request to **modify, terminate, or renew** the order dated ________ is denied.

**Weapons**

[ ] The request for an ***Order to Surrender and Prohibit Weapons*** is denied.

[ ] If any **firearms or dangerous weapons have been surrendered** under this cause number, they shall be released to the restrained person, absent some other legal reason that may exist prohibiting the restrained person from possessing them.

**Other**

[ ] The request before the court is denied, provided that **it may be renewed after notice** has been provided to the [ ] vulnerable adult [ ] opposing party according to the Civil Rules.

[ ] Other order: ______________________________

5. **Service on the Restrained Person** *(only required if a future hearing is scheduled)*:

[ ] **Not Required.**

[ ] The petition was denied or dismissed and service is not required.

[ ] The restrained person appeared at the hearing, in person or remotely, and received notice of the order. No further service is required. See section **2** above for appearances. (*May apply even if the restrained person left before a final ruling is issued or signed.*)

[X] **Required.** The restrained person must be served with a copy of this order.

[ ] The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) ______________________________
(*check only one*): [ ] Sheriff's Office [ ] Police Department

SA

[X] The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court allows alternative service.)*

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of the service packet to the protected person.

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*): ____________________

6. ☐ **Service on Others** *(only required if a future hearing is scheduled):*

Service on the [ ] vulnerable adult ☐ adult's guardian/conservator ☐ restrained person's parent/s or legal guardian/s (*name/s*) ____________________ is:

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

☐ **Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*) ____________________(*check only one*): [ ] Sheriff's Office or [ ] Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

7. **Next Court Hearing**

☐ No further court hearings are scheduled in this case.

☐ The next court hearing is or will be scheduled by a separate order.

SK ☒ The next court hearing is scheduled for the date at time listed on page **1**.

The hearing scheduled on page **1** will be held:

## How to Attend Your Hearing

If you are not specifically ordered to appear in person (see below) or by other means as indicated below, you can choose to appear in-person, by phone (zoom) or video (zoom).

☐ **Appear In Person – Please arrive at least 15 minutes prior to your hearing.**
Please review hearing date, time and location on page one of this order.

☐ **On-Line via Zoom: Links for Courtrooms 1C, 1D, 1E and DJJC3 can be found at:**
snohomishcountywa.gov/5660/TelephonicRemote-Appearances)
**On-Line via Zoom: Links for Courtrooms 2F can be found at:**
https://snohomishcountywa.gov/5889/Civil-Trial-Calendar

☐ **Remote by Phone (audio only) Phone 253-215-8782**

| | | |
|---|---|---|
| ⇒ Courtroom 1C | Zoom ID: 307 878 5917 | Password: 821291 |
| ⇒ Courtroom 1D | Zoom ID: 753 915 9763 | Password: 308792 |
| ⇒ Courtroom 1E | Zoom ID: 221 411 0318 | Password: 559533 |
| ⇒ Courtroom 2F | Zoom ID: 913 2627 2574 | Password: 372669 |
| ⇒ Courtroom DJJC3 | Zoom ID: 643 690 6771 | Password: 995624 |

| | |
|---|---|
| | **To find your** assigned courtroom/time **go to: https://snohomishcountywa.gov/5659**<br>Select the day of the week, scroll to the Protection Order calendar(s) to find your case and courtroom.<br>**IMPORTANT:** If your courtroom is **DJJC3** your hearing will be at **Denney Juvenile Justice Center** located at: **2810 10th St, Evertt, WA 98201.** |
| | **Please be prepared for your hearing:**<br>⇒ Make sure you have a good internet connection.<br>⇒ Remember that you are still appearing in court and should act appropriately.<br>⇒ Charge your connection device. If you are calling by phone, ensure you have enough minutes.<br>⇒ Find a quiet place where no one will interrupt you.<br>⇒ Have all your papers ready, including a list of what you want to say to the judge or commissioner.<br>⇒ Connect 10 minutes prior to your hearing time. |
| ! | **If you have trouble connecting by phone or Zoom** call Court Administration at 425-388-3421 (Select Option 2) or email SuperiorCourtAdmin@snoco.org. |
| | **Ask for an interpreter, if needed.** Ask for an interpreter as soon as you can. Do not wait! Requests must be made 5 days in advance by calling 425-388-3459 or by emailing sscinterpretersupport@snoco.org |
| | **Ask for disability accommodation, if needed.** Ask for an accommodation as soon as you can. Do not wait until the hearing! Requests should be made at least 5 days in advance of the hearing by e-mailing SuperiorCourtADA@snoco.org, fax 425-388-3498 or by mail. Request for Accommodation forms are available for pickup in room 5620 at the Snohomish County Courthouse or online at https://www.snohomishcountywa.gov/509 |

**Ask for an interpreter or accommodation as soon as you can. Do not wait until the hearing!**

**Ordered.**

Dated: DEC 10 2024 at 9:55 (a.m.)/p.m. [signature]
**Judge/Court Commissioner**

Print Judge/Court Commissioner Name

I received a copy of this Order or attended the hearing remotely and have actual notice of this order. It was explained to me on the record:

Signature of Respondent | Print Name | Date

Signature of Respondent's Lawyer WSBA No. | Print Name | Date

Signature of Petitioner | Print Name | Date

Signature of Petitioner/Lawyer WSBA No. | Print Name | Date



Superior Court of Washington, County of Snohomish

| STEPHANIE FARLER<br>Petitioner<br><br>vs.<br>JUSTICE CLARK<br>Respondent | No. **24-2-50260-31**<br>**Proof of Service**<br>**(RTS)**<br>Clerk's Action Required:2C |
|---|---|

## Proof of Service

***Important!*** *Promptly file this completed form with the court clerk – see page 4.*

*Server declares:*

1. My name is ________________________________________. I am 18 or older.
   I am ☐ a peace officer ☐ **not** a party to this case.

2. **Able to Serve:**

   A. **Personal Service:** I served the court documents checked in section 4 for this case to (*name of party*) ***JUSTICE CLARK***
   on (*date*) ____________________ at (*time*) ____________________
   by giving the documents directly to them at the ***following address***:
   ________________________________________________________

   B. **Electronic Service:**

   > ***Important!*** *Do* ***not*** *use electronic service if your case involves the surrender of firearms, transfer of child custody, removing Respondent from the parties' shared residence, an incarcerated Respondent, or a petition for a vulnerable adult protection order is filed by someone other than the vulnerable adult. In these cases, after 2 unsuccessful attempts at personal service, you can ask the court to authorize electronic service.*

   I served the court documents checked in section 4 for this case to (*name of party*) ***JUSTICE CLARK***
   on (*date*) ____________________ at (*time*) ____________________ via
   ☐ email ☐ text ☐ social media applications ☐ other technology
   At the following email address/s, phone number/s, social media application and user name, or other address: ________________________________
   I received a read receipt or communication from the receiving party (*describe or attach*): ________________________________

Next Hearing: 2-18-24

C. **Service by Mail:** I served the court documents checked in section 4 for this case to (*name of party*) JUSTICE CLARK on (*date*)________ at (*time*)________. I sent **2** copies of the documents, postage prepaid: one by ordinary, first-class mail and one by other mail with certified or tracking information (*attach receipts*). I sent the mail to this/these address/es:________.

**Clerk's Action:** The court clerk shall send a copy of this *Proof of Service* to the following law enforcement agency: SCSO [X] Sheriff's Office [ ] Police Dept. This agency shall enter this Proof of Service into WACIC and National Crime Info. Center

3. **Not Able to Serve:**

[ ] I was unable to make personal service on JUSTICE CLARK. I notified the serving party that service was not successful. Personal service was attempted on the following date/s________.

[ ] Electronic service was attempted at the following address/es but it bounced back, was undeliverable, or there was no follow-up communication
________

[ ] I did not mail court documents to________ because I do not know the party's last known address.

4. **List of Documents:**

***Important!*** *You must check the title of* ***every*** *document that you served. Use the "Other Documents" box to write in the title of documents not in the list.*

| ***New Petition:*** | ***After a Full Hearing:*** |
|---|---|
| [X] Petition for Protection Order | [ ] Protection Order |
| Temporary Protection Order and Hearing Notice | [ ] Order to Surrender and Prohibit Weapons |
| [ ] Order to Surrender and Prohibit Weapons (issued without notice) | [ ] Order Realigning Parties |
| [ ] Declaration of Non-Surrender, Proof of Surrender & Receipt for Surrendered Firearms | [ ] Order Extending Surrender of Weapons |
| [X] Respondent's Instructions | ***Renewals:*** |
| [ ] Blank Respondent LECIF | [ ] Motion for Renewal of Protection Order |
| [ ] Reissuance of Temporary Protection Order and Notice of Hearing | [ ] Order Setting Hearing on Renewal and Extending Order until Hearing |
| [X] Denial Order [X] Setting Hearing | [ ] Order on Renewal of Protection Order |
| [ ] Notice to Vulnerable Adult | [ ] Renewed Protection Order |
| [ ] Notice of Hearing | ***Weapons Compliance:*** |
| [ ] Order Transferring Case and Setting Hearing | [ ] Order Finding Non-Compliance |
| [ ] Declaration/s of: | [ ] Order Finding Compliance |
| | [ ] Declaration of Non-Surrender, Proof of Surrender & Receipt for Firearms |
| | [ ] Order on Hearing – Contempt |
| | [ ] Compliance Instructions |
| ***Motions:*** | ***After a Motion Hearing:*** |
| [ ] Motion to modify/terminate order | [ ] Order modifying or terminating protection order |
| [ ] Motion for Surrender of Weapons | [ ] Order to surrender weapons |
| [ ] Notice of Hearing | [ ] Order on contempt |
| [ ] Motion to realign parties | |
| [ ] Motion for contempt show cause hearing | |
| [ ] Order on Hearing - Contempt | |
| [ ] Order re Adequate Cause | |

*Other Documents:*

☐ Pro Se Notice of Appearance

☐ ____________________

☐ ____________________

☐ ____________________

5. **Fees Charged for Service:**

☐ Does not apply.

☐ Fees: $______ + Mileage $__________ = Total: $______________

6. **Firearms/Deadly Weapons:** If an Order to Surrender and Prohibit Weapons has been issued in this case.

The Restrained Person:

☐ surrendered the ☐ firearms ☐ deadly weapons ☐ CPL.
(File Law Enforcement Receipt separately).

☐ did not surrender the firearms/deadly weapons specified in the order (provide details related to what happened, including any denials of ownership/ possession): ____________________

☐ **asserted they have no** firearms, deadly weapons, or a CPL.

7. **Other** (*include details such as conduct at time of service, threats, avoidance of service, and statements regarding firearms possession*): ____________________

I declare under penalty of perjury under the laws of the State of Washington that the statements on this form are true.

Signed at *(city and state)*: ____________________ Date: ______________

▶ ____________________ ____________________

*Signature of server* *Print or type name of server*

SNOHOMISH COUNTY SHERIFF'S OFFICE

*Law Enforcement Agency (if any)*

***IMPORTANT: This form MUST be filed with the Snohomish County Superior Court Clerk. You can file this document in one of the following ways:***

*In-Person:* *3000 Rockefeller Avenue, Room 1-530, Everett, WA 98201*

*E-Mail:* *snoco.pos@snoco.org*

**Note: If filed electronically, you do not need to mail the original.**

EX 46

**Purpose of Submission:**
This Exhibit is submitted in support of Plaintiff's claims of **First Amendment retaliation, conspiracy under 42 U.S.C. §1985, abuse of process, and RICO enterprise activity**.

The APS correspondence dated **January 2, 2025** must be viewed within the **broader pattern of retaliatory conduct** by Defendants, which includes:

Retaliatory **911 calls, false police reports, and fabricated declarations**.

**Malicious prosecutions** and misuse of criminal charges to discredit Plaintiff.

**Harassment campaigns** including threats, surveillance, and intimidation.

Weaponization of civil and administrative processes, including APS referrals.

This APS report was not a good-faith concern but part of a **continuing pattern of coordinated retaliation** designed to:

**Punish Plaintiff for filing petitions and asserting constitutional rights**.

**Discredit Plaintiff's credibility in ongoing litigation**.

**Divert attention from Defendants' unlawful conduct** by misusing state agencies against her.

By examining this Exhibit alongside other filings and incidents, the Court will see a **clear, escalating retaliation pattern** carried out by both private actors and government officials acting under color of law.

• 42 U.S.C. §1983 – Civil Rights Violations

The right to a fair and impartial hearing, as well as the right to be free from retaliation when seeking redress through the courts, along with the deliberate indifference to the rights and safety of the plaintiff, was undeniably a significant issue in this case. The plaintiff was denied these fundamental rights, which would typically be afforded to any individual in a comparable situation, and continues to confront substantial challenges and threats to her freedom and safety to this day.

• 42 U.S.C. §1985 – Conspiracy

The conspiracy at hand is manifest in the collusion among the county officials and the private defendants, all of whom are complicit in this intricate scheme designed

to silence the plaintiff and coerce her into compliance. This orchestrated effort serves to safeguard their dominion over the system.

• RICO – Associate-in-Fact Enterprise

This Exhibit constitutes a component of the ongoing pattern of retaliation that the defendants in this matter have inflicted upon the plaintiff, Stephanie Farler. The evidence indicates that there have been numerous complaints, which the plaintiff was abruptly notified about, originating from various county agencies such as Adult Protective Services (APS), as evidenced by this letter, as well as Child Protective Services (CPS), as will be demonstrated in the subsequent Exhibit. The timeline associated with these reports, coupled with the facts that none have substantiated any legitimate grounds for intervention, underscore the false and retaliatory intent underlying this enterprise, aimed at inflicting harm upon the plaintiff through any legal or extralegal means available.

I Stephanie Farler declare under penalty of perjury under the state of Washington that this is a true and accurate copy of the APS letter and responding email that I sent January 7, 2025.

Stephanie Farler (Pro se) 425-269-0129 Farler3030@gmail.com



**STATE OF WASHINGTON**
DEPARTMENT OF SOCIAL AND HEALTH SERVICES
**Adult Protective Services * 840 N. Broadway, Bldg. A., Ste 330 * Everett, WA 98258**

**January 2, 2025**

**Stephanie Farler**
**4232 142nd Ave NE**
**Lake Stevens, WA 98258**

Dear Ms., Farler

Adult Protective Services (APS) is the state agency that investigates reports regarding the health, welfare, and safety of vulnerable adults. APS received a report with concerns about the health, safety, and welfare of someone you know. Please contact me by **02/16/24** to discuss the allegations. If I do not hear from you, I will continue the investigation without the benefit of your input; having that input is beneficial to make sure the investigation is handled with accuracy and care. It is very important that I hear from you.

Your cooperation is greatly appreciated.

If you have any questions or concerns, you may contact me at 425-903-1423 or keasa.hayes@dshs.wa.gov.

Sincerely,

Keasa Hayes, APS Investigator
Adult Protective Services
Washington State Department of Social and Health Services
840 N. Broadway, Bldg. A., Ste 330 Everett, WA 98201
425-903-1423/keasa.hayes@dshs.wa.gov

 stepharee farler <farler3030@gmail.com>

## responding to your letter

4 messages

**stepharee farler** <farler3030@gmail.com> Tue, Jan 7, 2025 at 5:35 PM
To: keasa.hayes@dshs.wa.gov

Hello, my name is Stephanie farler and I received your letter about the report you have about someone I know. I am most certain I am aware of who did this report as well as the motivation behind it all so here is a brief on the situation.

I have more than enough documented and recorded evidence to support that I am being victimized by three people and they have exhausted almost every avenue they have to influence my life in a negative way. It was just a matter of time before they thought about pulling this card. I have an active lawsuit against these 3 people for intentional infliction of emotional distress (IIED) and they have retaliated in many different ways. They are mad that I am not following their orders and I do not have to. I am a grown up and I should be able to live my life on my own agenda not the agenda of harassers that have overstepped their boundaries. Marlene Sprague and Darlene Rosenquist are Alan spragues sisters. Alan is not a vulnerable adult in the aspect of him being perfectly mentally sane and functioning and paying his bills just fine on his own. He only has bad balance now and sometimes falls over and that's the biggest issue as far as needing someone to take care of him. it's more for the company than anything. He is bullied by his sisters Marlene and Darlene and the neighbor justice Clark too. They have created hardship for every aspect of my life and they forced me to have to leave the home I was welcomed in by everyone residing there and the homeowner Alan was against making me leave. He cried when he found out what his sisters were doing to me. and to him. I have recorded videos of the types of conversations Alan and his sisters have and it clearly demonstrates the nature and intent of their encounters. They were upset because every attempt to make me leave failed because Alan was on the deed and would show up or state how he felt and did not agree with it and the court could not force me to leave with the circumstances. it was not legal and they did not have the authority to make that happen. That is harassment. even realizing they did not have the right to do what they were doing that has not stopped them. I have not done anything to these 3 people nor has Alan been treated this way. And the fact that the court and the law just keep refusing to help either of us is insane. look up all the case numbers that are involving me and the three people named ill list them for you here.24-2-05904-31, 24-2-01541-31, 24-2-02109-31, 24-2-02110-31, 24-2-05702-31, 24-2-07603-31,24-2-50260-31, 24-2-05771-31, 24-2-50232-31. look them up.

---

**Hayes, Keasa (DSHS/ALTSA/APS)** <keasa.hayes@dshs.wa.gov> Wed, Jan 8, 2025 at 9:15 AM
To: stepharee farler <farler3030@gmail.com>

Thank you for responding to my letter. I would also like to extend the invitation to speak in person or over the phone. I hope that you are able to get these matters resolved with all parties.

Keasa Hayes
Keasa Hayes /SSS 3/ Adult Protective Services
Aging and Long-Term Support Administration
*Washington State Department of Social and Health Services*
425-903-1423 / keasa.hayes@dshs.wa.gov
*Pronouns: She/Her/Hers*
*Transforming Lives*

---

**From:** stepharee farler <farler3030@gmail.com>
**Sent:** Tuesday, January 7, 2025 5:35 PM
**To:** Hayes, Keasa (DSHS/ALTSA/APS) <keasa.hayes@dshs.wa.gov>
**Subject:** responding to your letter

External Email

[Quoted text hidden]

**Hayes, Keasa (DSHS/ALTSA/APS)** <keasa.hayes@dshs.wa.gov> Wed, Jan 8, 2025 at 9:19 AM
To: stepharee farler <farler3030@gmail.com>

It is also required that I send you this document. Let me know if you have any questions.

Keasa Hayes
Keasa Hayes /SSS 3/ Adult Protective Services
Aging and Long-Term Support Administration
*Washington State Department of Social and Health Services*
425-903-1423 / keasa.hayes@dshs.wa.gov
*Pronouns: She/Her/Hers*
*Transforming Lives*

---

**From:** stepharee farler <farler3030@gmail.com>
**Sent:** Tuesday, January 7, 2025 5:35 PM
**To:** Hayes, Keasa (DSHS/ALTSA/APS) <keasa.hayes@dshs.wa.gov>
**Subject:** responding to your letter

External Email

Hello, my name is Stephanie farler and I received your letter about the report you have about someone I know. I am most certain I am aware of who did this report as well as the motivation behind it all so here is a brief on the situation.
[Quoted text hidden]

**Fact sheet.docx**
31K

---

**stepharee farler** <farler3030@gmail.com> Thu, Jan 9, 2025 at 12:50 AM
To: "Hayes, Keasa (DSHS/ALTSA/APS)" <keasa.hayes@dshs.wa.gov>

yes that is just fine we can speak over phone or in person. I guess over the phone would be easy for me. when will you be ready to do that? I have school tomorrow afternoon on zoom and I can not miss that. other then that I am free

[Quoted text hidden]

EX 46B

**Purpose of Submission:**
This Exhibit supports Plaintiff's claims of **retaliation, conspiracy, and abuse of process** by demonstrating the **continued pattern of malicious reporting** by Defendants.

The CPS letter, dated **January 14, 2025**, arrived less than two weeks after the retaliatory APS referral. This timing establishes a **clear escalation in the Defendants' pattern of harassment**, wherein they sought to weaponize multiple state agencies against Plaintiff.

Key Points:

The CPS referral was made in **direct retaliation** for Plaintiff's petitions and ongoing litigation.

CPS reviewed the referral and **determined no investigation was warranted**, confirming that the allegations were **baseless and malicious.**

This reflects a **continued strategy of coordinated retaliation**: Defendants repeatedly file false and harassing reports with government agencies in order to intimidate Plaintiff, interfere with her family stability, and undermine her litigation.

The false CPS referral fits into the **broader pattern of 911 calls, police involvement, fraudulent declarations, and APS reports**, all used as tools of harassment under color of law.

This Exhibit demonstrates how **state processes were manipulated as weapons of retaliation** against Plaintiff, further proving **First Amendment retaliation, 42 U.S.C. §1983 and §1985 conspiracy, and RICO predicate acts**.

I Stephanie Farler declare under penalty of perjury under the state of Washington that this is a true and accurate copy of the APS letter and responding email that I sent January 7, 2025**.**

Stephanie Farler (Pro se) 425-269-0129 Farler3030@gmail.com



STATE OF WASHINGTON
DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES
953 Village Way
Monroe, WA 98272

01/14/2025

Stephanie Farler
4232 142nd Ave NE
Lake Stevens, WA 98258

RE: Intake Number: 5538706

Dear Stephanie Farler:

I am writing to inform you of the results of the Child Protection Services (CPS) Investigation conducted by the Department of Children, Youth, and Families (DCYF) and your rights concerning the results of this investigation. On or about 11/15/2024, CPS received a report alleging that you abused or neglected your child or a child in your care. CPS investigated this report, which included a discussion of the allegations with you. CPS has completed the investigation and made a finding that abuse or neglect did not occur or that there was insufficient evidence to conclude that the abuse or neglect happened.

<u>What type of child abuse or neglect did you allegedly commit?</u>

The allegation(s) are:

- Negligent treatment or maltreatment

Child abuse and neglect are defined in state law. CPS is required to use these definitions when investigating allegations of abuse and neglect.

<u>What did CPS find?</u>

CPS investigated the allegations. The investigation determined that the allegations of abuse and neglect against you are Unfounded. When an allegation is 'Unfounded,' it means that CPS investigated the allegation and, based on the information available, has determined that it was more likely than not that the alleged abuse or neglect did not occur, or that there was insufficient evidence to determine whether the alleged child abuse did or did not occur.

<u>What happens to information about Unfounded CPS reports?</u>

1. The Department of Children, Youth, and Families (DCYF) keeps this information in its computer system. State law requires DCYF to destroy records about unfounded reports of child abuse or neglect

after six years unless CPS makes a Founded report about you, your child or a sibling or half-sibling of your child.

2. DCYF cannot provide information about unfounded reports to anyone outside the department without your written permission.

3. An Unfounded report cannot be the reason for denying you a license or for disqualifying you from employment to care for children or vulnerable adults.

4. Prior to destruction of your records the information from this investigation can be used in:

- Future CPS investigations; or
- Legal actions related to child protection or child custody.

What are your rights?

1. You have a right to know the results of the CPS investigation. This letter is provided for this purpose.

2. You have the right to send CPS a written response about the allegation and finding. If you send a written response, it will be put in your CPS file. Send written responses to the address printed on top of this letter.

3. You have the right to see your CPS file. You may ask for access to your file in writing or by calling the number listed below.

Where can you find more information about CPS findings and your rights?

Washington Administrative Code (WAC) Chapter 110-30 and RCW 26.44.020 cover these issues. You can access it on line at http://apps.leg.wa.gov/wac/default.aspx?cite=110 and http://apps.leg.wa.gov/rcw/default.aspx?cite=26.44.020.

Sincerely,

GRACE SORENSEN

CPS Supervisor

(360) 805-8444

TELEPHONE NUMBER

EX 47

**Date of Hearing:** January 8, 2025
**Presiding Judicial Officer:** Commissioner Susan Harness
**Description:** Transcript of joint hearing on protection petitions filed by Plaintiff (Stephanie Farler) and Defendant (Justice Clark).

**Purpose of Submission:**
This Exhibit demonstrates **judicial bias, ex parte communications, and denial of procedural fairness**, all of which further the **pattern of retaliation and abuse of process** alleged in Plaintiff's complaint.

Key Points from Transcript:

**Violation of Court Scheduling Order:** Judge Kirkley had issued a prior order setting firm deadlines for filing materials. Commissioner Harness refused to honor this directive, undermining Plaintiff's right to rely on court orders.

**Bias and Disparagement:** Commissioner Harness disparaged Plaintiff, stating:

"Both of the parties are congesting the court."

"You can argue what you want, but it's this court that makes determination on credibility and who is wasting court's time and not wasting court's time." These remarks reflect **prejudgment** and **disparate treatment** of Plaintiff compared to Defendant Clark.

**Improper Ex Parte Reliance:** The Commissioner told Plaintiff directly:

"I know that it hasn't been served, Miss Farler. I just had a phone call about being continued to allow the sheriff's department, if they serve him, to file proof of service in a court filing."
This shows reliance on an **outside phone call** rather than the record before the court, undermining neutrality and fairness.

**Contradictions from Defendant Clark:** During the same hearing, Justice Clark first **claimed he was not served**, but then later admitted he simply **had not reviewed the filings** and felt he "should not have to." Despite this contradiction, the Commissioner deferred to Clark's position while dismissing Plaintiff's compliance.

**Relevance to Retaliation Pattern:** This hearing is part of a **larger pattern of coordinated retaliation and systemic bias** against Plaintiff, wherein judicial officers, law enforcement, and private actors repeatedly discredited her petitions while empowering hostile defendants.

Ex 47 cover

I Stephanie Farler declare under penalty of perjury under the state of Washington that this is a true and accurate transcription of the Jan 8, 2025 court hearing recording.

Date: 9/19/2025

Stephanie Farler (Pro se)

425-269-0129

Farler3030@gmail.com

Ex 47 cover

Jan 13 A

2025 JAN -8 AM 10: 16

SNOHOMISH CO. WASH

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| **STEPHANIE FARLER**<br>Petitioner dob: [redacted] | **Case # : 24-2-50260-31**<br>**Order Setting Hearing** (NTHG)<br>Clerk's Action Required: 2, 4 |
| | **Next Hearing:** 1-28-2025 @ 9 AM or:<br>**Interpreter:** |
| **JUSTICE CLARK**<br>Respondent dob: [redacted] | [X] **Main Campus**: 3000 Rockefeller Ave, Everett Wa 98201 SA<br>[X] *Courtroom 1C or 1D as assigned*<br>[ ] *Courtroom 2F* [ ] *Other:*<br>[ ] **Denney Justice Center**: 2801 10th St, Everett, Wa 98201<br>[ ] *Courtroom DJJC3* |

## Order Setting Hearing

1. **Petitioner filed for a Civil Protection Order.** The order was denied pending the hearing below.

2. **The Court sets a hearing.** The parties shall appear at a hearing, the hearing date is listed above. See **How to Attend** at the end of this order (section 6). At the hearing, the court will decide whether or not to issue a protection order.

3. **Other:**

EX 47 P2

estate

2025 JAN -8 AM 10: 16

SNOHOMISH CO. WASH

## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| JUSTICE CLARK<br>Petitioner dob: [redacted] | **Case # : 24-2-07603-31**<br>**Order Setting Hearing** (NTHG)<br>Clerk's Action Required: 2, 4 |
| STEPHANIE FARLER<br>Respondent dob: [redacted] | **Next Hearing:** 1-28-2025 **@ 9 AM or:**<br>**Interpreter:**<br>[X] **Main Campus:** 3000 Rockefeller Ave, Everett Wa 98201<br>[ ] *Courtroom 1C or 1D as assigned*<br>[ ] *Courtroom 2F* [ ] *Other:*<br>[ ] **Denney Justice Center:** 2801 10th St, Everett, Wa 98201<br>[ ] *Courtroom DJJC3* |

## Order Setting Hearing

1. **Petitioner filed for a Civil Protection Order.** The order was denied pending the hearing below.

2. **The Court sets a hearing.** The parties shall appear at a hearing, the hearing date is listed above. See **How to Attend** at the end of this order (section 6). At the hearing, the court will decide whether or not to issue a protection order.

3. **Other:**

EX 47 P2

Jan 8th E

4. **Service on the Respondent**

☐ **Required.** The restrained person must be served with a copy of the service packet.

☐ The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with a copy of this order and shall promptly complete and return proof of service to this court: Law enforcement agency:

________________ ☐ Sheriff's Office ☐ Police Department

☐ The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court* allows *alternative service.)*

**Clerk's Action**. The court clerk shall forward a copy of this order, and any order to surrender and prohibit weapons on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of these orders to the protected person.

☐ **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*):

☒ **Not required.** The restrained person appeared at the hearing, in person or remotely, and received notice of the order. No further service is required.

5. **Service on Others.**

Service on the ☐ vulnerable adult ☐ adult restrained person's guardian/ conservator ☐ minor person's parent/s or legal guardian/s (name/s):

________________

☐ **is Required.**

☐ The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court. Law enforcement agency:

________________ ☐ Sheriff's Office ☐ Police Department

☐ The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action**. The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

☐ **Not required.** They appeared at the hearing where this order was issued and received a copy.

6. **How to attend the next court hearing** (date and time on page 1)

| How to Attend the next court hearing (date and time on page 1) | |
|---|---|
| You can choose to attend Protection Order hearings in person or remotely, unless ordered to attend a specific way. (See below) | |
| | ☐ **Attend in Person:** The hearing date, time and location are on the 1st page of this order. Please arrive 15 minutes early. **Courthouse addresses:**<br>Courtrooms 1C, 1D, 1E and 2F are at the main Snohomish County Courthouse: **3000 Rockefeller Ave Everett, WA 98201**<br>Courtroom DJJC3 is at the Denney Juvenile Justice Center: **2801 10th St, Everett, WA 98201** |

Ex 47 P3

My name is Cassandra Morris, I swear under penalty of perjury that this transcription from **Janabuary 8th, 2025, case number 24-2-07603-31** is true and accurate. The transcription was created from voice recording taken during the hearing.

This hearing was held by Commissioner Harness, Susan.

---

**SUSAN HARNSS:** Number 4 is case number 24-2-07603-31 mr clarks and number 6 is 24-2-50260-31 miss farler case against you. alright then court continued this matter, well first of all ah Mr. Clark do you have video capability?

**JUSTICE CLARK:** I I do, but I don't know how shady it is, but I didn't want to, I don't want to do be in and out. I just...

**SUSAN HARNESS:** Well, this is important today because if your swarn in today it requires…

**JUSTICE CLARK:** OK. And can I? Is there any way that I can switch the audio right now?

**SUSAN HARNESS:** …

**JUSTICE CLARK:** Yes, my cell. I don't know if I would have to hang back up and then recall the thing on the paper for video. Is that OK. Ok.

**SUSAN HARESS:** …

**SUSAN HARNESS:** Let us address the preliminary issues before we decide on this ok. Um So. I am for a couple of reasons but also there being held together. So, um. Miss Farler… have you had any luck with service?

**STEPHANIE FARLER:** I did your honor.
I serve him….

**JUSTICE CLARK:** Your Honor, she was supposed to have all her stuff ready to go last hearing, and she did it, and Commissioner Kirkley is going to un dismiss it if Mrs. Farler did not have her paperwork in order, which she never does, ever. Okay?

**SUSAN HARNESS:** Well, that is for the court to determine. I don't see that in the minute um entry...what I see is in the minute entry is these matters are to be held together and um ….

**STEPHANIE FARLER….**

**JUTICE CLARK:** I have a reason for all my stuff here, Your Honor. I I have yet to receive any paperwork from Mrs. Farler on her petition against me, and I would like that to be dismissed. Um And as far as my petition goes, this Lady is using the courts to illegally harass me. She has—

**SUSAN HARNESS:** Hold on, hold on, hold on, hold on. Miss Farler

Ex 47 P4

**STEPHANIE FARLER:** They even gave me the $25 fee for service. I do not Kirkley. She asked what police department that Justice preferred to get served. Justic preferred to get served by the sheriff.

**JUSTICE CLARK:** Your honor, she has never, ever able to um serve me correctly ever. So. um… she has accused me of all types of

**SUSAN HARNESS:** Sir, that again is the court's decision

**JUSTICE CLARK:** Okay.

**SUSAN HARNESS:** We are not moving forward yet. I'm trying to address the preliminary issues.

**JUSTICE CLARK:** Sorry your honor.

**SUSAN HARNESS:** So, miss farler in your petition I see that in order um...have you requested service but… her responsive documents? On um Mr. Clarks matter you have. I have your response hold on I have your response, but I don't have. So have you filed

**JUSTICE CLARK:** no.

**SUSAN HARNESS:** Have you refused her response documents?

**JUSTICE CLARK:** Uh no I did not, um… she has not provided proof of service. For me, for her, for her petition too.

**SUSAN HARNESS:** I'm not talking about her petition sir. I want to be clear. I'm not talking about her petition; I'm talking about the responsive document to your petition. Have you received those? those were filed October...

**JUSTICE CLARK:** I have not. I have not, your honor.

**SUSAN HARNESS:** Yeah, you have/I'm surprised that Kirkley didn't ask you whether you can serve through e-mail.

**JUSTICE CLARK:** Your, Your Honor, I do not want any. This lady has been harassing. I do not want any direct. Uh I do not want her to e-mail me because she emailed me over and over for like a month, like a month and a half ago. She has placed her petitions on my front door, on my gate, with no proof of service. I even called the court about a couple of them, and they weren't even filed yet. That's her scary tactic. I don't want to make it any easier for her to serve me. I've had all my friends

**SUSAN HARNESS:** Hold on a second. Hold on. take a breath take a breath So you filed a position. She was served with that. She has a right to respond to that petition that she has done. And it appears that there was at least an effort made to be served through certified mail. I don't know...But you're telling me that you have...that must happen there if you want to move forward. We must be able to serve you with the documents.

Ex 47 p5

**JUSTICE CLARK:** Your Honor, sorry, I did get her thing in the mail. Hold on. But I did not. I told Commissioner Kirkley that I did not look through it because over the last year and a half I have read through 100 pages of her, of baseless absurd of her…

**SUSAN HARNESS:** Well, OK, so. Well, are you interested in the court's issuing an order of protection on your petition?

**JUSTICE CLARK:** Yes, your honor.

**SUSAN HARNESS:** I'm a little confused as to how you want to proceed with your petition. This is how Mr. Clark. I'm talking. This is how the court is. You filed a petition. She has the right to respond to that petition. She has done. You are telling the court, and I have proof that you've received the petition that you're telling the court that you have not reviewed those. So, I'm curious about how you expect to be able to move forward today with any proof of argument when you provided absolutely no reply to her responsive documents. And I indicated to the court that you absolutely refuse to. But can you tell me how you think I can go forward today, because you don't know what she has said.

**JUSTICE CLARK:** OK, well, I don't absolutely refuse, but I just-- I don't have the time. Your Honor, I have read page and page of this lady. She's harassing me. I don't feel like I need to read them, because it's all-- It's intentional distress. This is stressing me out to no end, Your Honor. And whatever she has written in there is all lies, and it's fraudulent. And that's what I'm going to say with her reply. And whatever petitions she has on me are fraudulent and lies. I don't— I can't write all this stuff down, go to court. I'm I'm a working guy. I had to leave work today to do this.

**SUSAN HARNESS:** You're asking this court by a preponderance of the evidence that you provided. She has provided the court responsive documents, which you are saying no, which is the other way around. And you're choosing, and you're telling me that you're choosing not to reply to that. And I'm asking you as a judicial officer, I'm going to put both of you under oath. And I don't know how I will even entertain you if you have not reviewed the response.

**JUSTICE CLARK:** Well, then I guess if it sounds like you, then I get a better look at it then. You know, if it's going to all rely on me looking at all her paperwork with all that paperwork that has been, I mean, she's, her, her petitions have been denied. And this is my third one. One of them has been struck down. She's kind of-- man, I I guess if it's wise for me to look through all her absurd paperwork, then I guess I will.

**SUSAN HARNESS:** Well, I just want to remind you that I'm talking about you-- because you came before, and you were asked to move forward. If you want to move forward, and you have not reviewed any of her documents, I don't know what grounds I have. To say.

**JUSTICE CLARK:** You mean not even my not even my position, what I've written before, what I've written before. What's going on? You know.

Ex 47 P6

**SUSAN HARNESS:** You came to this court. I want to reemphasize this to you. You are asking for an order against her, and you are refusing. Saying you don't want to review her material. I had to renew her material Sir. I've been on several of those pages. I've had to review all of your material. I've seen it multiple times. So, if you want to take some time to review the material that this court has had to take the time to do, and you don't even want to be bothered, you are coming to this court asking for relief. I expect at a minimum that you will at least review what she had to say.

**JUSTICE CLARK:** All right, your honor, I will review, And I just want to say that she has congested the court.

**SUSAN HARNESS:** I think both parties have congested this court.

**STEPHANIE FARLER:** I've been doing it to protect myself.

**SUSAN HARNESS:** Sir, this is not your determination to make. This is the court's determination.

**SUSAN HARNESS:** I want to remind you that parties stop talking. If you want to move forward on this, sir, I will give you an opportunity to review her responsible material. If you don't, then you just need determination on what the court must do. And in the testimony, it will require you to get your video going. And I'm going to remind you again that you can argue what you want, but it's this court that makes determination on credibility and who is wasting courts time and not wasting the courts' time.

**JUSTICE CLARK:** Well, the records show that she wasted the.

**SUSAN HARNESS:** The record does not, yeah, that, Mr. Clark. The record shows that both of your initial petitions for protection have been denied by multiple court commissioners in this jurisdiction. You are coming to court asking. So, I can continue both these matters either to allow both of you by, regarding your matter and the service, as far as I know. These matters seem to be together because they are informed.

**SUSNA HARNESS:** all right, let me. Stop talking right now, right now. To say this court is frustrated is an understatement. I know that it hasn't been served miss Farler. I just had a phone call about being continued to allow the Sheriff's Department, if they serve him, to file proof of service in a court filing, I must go by. Mr. Clark, I will continue your matter. But because you both keep filing these petitions against each other, and …

**SUSNA HARNESS:** Stop. When I say stop talking, I mean stop talking. I have not asked you a question. I'm not asking about your argument. I'm telling you what is going to happen. Mr. Clark, you need to understand what I'm saying to you. These matters are both going to be issued, notices of hearings, to allow Mr. Clark a chance to review your materials, and for you to provide or for the sheriff's department to provide service. Mr. Clark, if you are sure of having the sheriff's department, and I don't know if that's happening And I don't, I'm not asking that, but you will

EX 47 P 7

then get an opportunity to respond. You get an opportunity to reply, you. So, my inclination is If we set this out, allow all those things to happen. Do you understand that? You know what? I've already told both of you. This of you need to stop, Mr. Clark, that was not helpful to me or this case, but the courts setting it out, perhaps you might want to speak to legal counsel.

**SUSAN HARNESS:** I have spent one minute continuing this now. And both of you have continuously argued about various issues that are not in front of me, both matters have been continued.

---

This document was transcriber on 3/19/25 in Everett WA and consists of 2,000 words.

EX47 P8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**Stephanie Far,**

Plaintiff,

v.

**Shomish County, et al.**

Case No: _________

---

Ex 53 **Letter from Snohomish County Sheriff's Office Regarding Trespass Enforcement Authorization**

**Date:** January 10, 2025

**Source:** Left on property by Marlene Sprague

**Summary:** This document, bearing the Snohomish County Sheriff's letterhead and signed by a property owner identified as Marlene Sprague, authorizes law enforcement to enforce criminal trespass (RCW 9A.52.080(1)) on a specified Lake Stevens parcel. The letter stipulates automatic expiration after two years and obliges the owner to appear in court against any cited individuals. The timing and delivery method of the letter, combined with its targeted language, suggest a pattern of intimidation and delegation of discretionary enforcement powers outside normal due process frameworks.

**Relevance to Claims:** This exhibit substantiates ongoing coordinated activity involving law enforcement and local residents. It exemplifies informal mechanisms used to isolate and surveil the Plaintiff, bypassing procedural safeguards and raising concerns about abuse of criminal trespass statutes for retaliatory or discriminatory purposes. It supports allegations of deprivation of liberty and property rights under color of law, central to Plaintiff's federal claims.

Ex 48 MS Scare tactic
p1



SNOHOMISH COUNTY SHERIFF'S OFFICE

INTEGRITY DIGNITY COMMITMENT PRIDE

Scanned

Susanna Johnson, Sheriff

Dear Property Owner:

Due to the increase in trespassing violations, we are obtaining information from property owners authorizing our officers to enforce criminal trespass in the second degree.

This information is designed to give our department permission to enter your property and cite violators trespassing on private property, whether the property owner is present or not. The property owner will be required to appear in court against any violators found trespassing on their property.

If you wish our officers to enforce the trespass laws on your property, please fill in the requested information completely.

This letter will automatically expire in two years. You must fill out another trespass letter for it to be current and enforceable. There will not be a letter sent out remind you of the expiration date. Thank you for your cooperation in this matter.

Property Owner's Name: Marlene Sprague Phone #: 425 ~~[redacted]~~ 263-0463

Home Address: ~~4232 142nd Ave NE~~ 1805 Rainier Ave Everett 98201

Address of Property Involved: 4232 142nd Ave NE Lake Stevens 98258

Legal Description: ______

I hereby authorize the Snohomish County Sheriff's Office to enforce criminal trespass in the second degree on the above-described property in accordance with RCW 9A.52.080(1). A person is guilty of criminal trespass in the second degree if he knowingly enters or remains unlawfully in or upon premises of another.

I further agree to appear in court against anyone cited for violation of the statute.

Date: 01/10/25 Signed: [signature]

Witnessed: [signature]

Stephanie-Catherine Farler

Ex 48 MS Scare tactic

P2

EX 50B

**Date of Hearing:** January 26, 2025

**Description**: Justice Clark's supplementary reply to his protection order 24-2-07603-31.

This exhibit is intricately connected to exhibits 8, 10, 12, 16, 17, 21, 22, 23, 25, 28, 29, 32, 35, 37, 39, 43, 45, 46, 47, 48, 49, and 50.

In this document, Justice Clark discusses the collaboration between the officers and Marlene Sprague, as well as himself. He consistently makes statements aimed at manipulation and concedes to engaging in nearly all of the retaliatory behaviors that plaintiff Stephanie Farler alleges he has perpetrated. Furthermore, he acknowledges that the sole rationale for Marlene assuming the role of Alan Sprague's Power of Attorney was to facilitate the subterfuge of the courts or any relevant parties into acquiescing to Marlene's desires concerning her brother, Alan Sprague.

Evidence of Rico predicate acts and First Amendment retaliation for safeguarded speech. The pervasive pattern of disregard and retribution towards both Alan and Stephanie's lives, along with the conspiracy that this document unequivocally substantiates, is beyond dispute at this juncture. I contend that the actions and individual statements of each defendant illuminate their motivations and intentions to inflict harm and emotional distress.

Date: 9/19/2025

Stephanie Farler (Pro se)

425-269-0129

Farler3030@gmail.com



## Superior Court of Washington, County of Snohomish

| | |
|---|---|
| Justice Clark<br>Petitioner obo ☐Minor ☐Vulnerable Adult<br><br>v.<br><br>Stephanie Fowler<br>Respondent | No. 24-2-07603-31<br><br>**Declaration of**<br>Justice Clark **(Name)**<br>**(DCLR)** |

This declaration is made by:

Name: Justice Clark

Age: 48

☒ Petitioner

☐ Respondent

☐ Other: Relationship to the parties in this action:__________

I declare,

EX 50 P2

Hello Snohomish County Supreme Court, Commissioners, and Judges, here we are again, want to thank the courts for allowing me to respond.

Had a hard time responding, have been dragged into the court system unjustified from Stephanie's vexatious litigations, Stephanie is exploiting the courts services to legally harass me, told a drug addict, squatter harassing terrorist to be quiet to shut the F up over the years and this is what Stephanie has evolved this into, fraudulent petition after another.

EX 50 P3

Serving ... just want to be clear Stephanie has tried personally serving me many times her petitions on my gate, mail box and even my front door!, with no proof of service, Ive only done this once with Stephanies 1st petition putting my response in 4232's mailbox, .. my petition and responses have been legal, she has avoided service, I watched her, twice, commissioner Kirkley asked Stephanie if she was served, she said no, Kirkley says "Ma'am you responded on the 16th (Oct)". Stephanie avoided service from Candice Martinez, she avoided

2

Ex 50 pg

the process server a couple times, has avoided the sheriffs knocking on the door. Stephanie has illegally e-served me for over a period of 2 months on one of her petitions.

Stephanie was ordered to serve me by mail 3rd party by Commissioner Kirkley, again her paperwork has no proof of service for me and was mailed from 4232 with her name on the from, the courts get proof of service, don't I? If Stephanies paper work isn't legit I don't consider it, my lifes full of congestion enough and so is the Snohomish

County Supreme Court. Certain work orders that go thru the shop get certain color work order packets pertaining to the nature of the work, if the courts see farler vs ____ red flag, see a ____ vs farler probably should look into it. I will gladly recieve paper work thats legal, its not hard, you need a friend or a job, so yes its hard for her, Im home a lot so Im easy to serve.

Responding to fraudulant allegations Stephanie has wrote about me.

d

Marlene and I are not ganging up on Stephanie, Marlene and I are not manipulating any situation or using the courts in an immoral unjust way. Farter writes, Stephanie has a long thy criminal record and its getting longer as she gets older.

And my daughter is my #1 priority in life, easy to say for someone who has no custody of her 2 boys, says im going over board to include my daughter, no way in hell am I, havent done enough, telling me Im desperate?. Stephanies been desperately trying to dig in and steal

5

Marlenes property along with her mother Tamara (ring leader) and with the help of her brother brandon, and trying to get me off my property and extort money by sueing Marlene, Darlene, and me for intentional distress, so yes Im very concerned about my daughter, jeopardizing her livelihood as well.

Stephanie writes, has suffered harassment from Darlene, Marlene, and me, all fraudulant.

On to Robert, he is excrement, he too was squatting in the tool shed with

EX 50 P8

Stephanie, Roberts a low level drug dealer, harassing druggy terrorist, threatened to kill me, told about how my Mom was sucking his you know what, I mean some real lewd remarks about my deceased Mother, telling me "You better not say shit mother F'er" all the while trying to do some yard work. Robert was urinating in my fire pit area thru the cedar trees on the property line, also killing the lower cedar bows and foilage, my fire pit area Fing wreaked of Roberts piss, I couldn't use my

7

fire pit for sitting around or being around it was GOD awful because of this punk, then I caught him defecting in the back of Marlenes property because he was not allowed in the mobile. Robert was facing my place about 75 yards away in a 1995-2000 F150, scoping my place out, went up to inquire about his business, I got close to him and within inches he almost hit my vehicle then parked at Marlenes and went into the shed. Called sheriff, he eluded on foot, apprehended, brought

EX 50 P10

to jail for a warrant, I believe like vehicular assult charge in S. California, Robert also had an overdose at 4232, heard narcan was used from responders were saying. Enough about Robert!

Stephanie says Ive made it impossible to enjoy peaceful living in her own home? Stephanie has no home, she squatted her way into Marlenes tool shed and has chosen a life to live this way even with 2 children, she chosen a life of habitual squatting, drugging, thieving, if she took the same time and energy

working and earning as opposed to thieving she'd probably have a little something.

Alan does not own the property anymore. For the ejectment to go thru Marlene had to be sole property owner, so Marlene and Alan went to get the transfer of the deed notorized for Marlene to be owner for the ejectment. Tamar signed and Brandon signed a renters agreement, just for Marlenes good, easier to evict with an agreement as opposed to someone

Ex 50 p 12

who doesn't. Tamara's the mom, Brandon son, Stephanie daughter.

The air rifle incident. I told a friend of mine, Marlene, she had some unwanted guest, Jolene, at her place, Marlene had a restraining order put on her, Marlene came by to inquire and then Stephanie caused all this chaos, and yes her and Alan just before the sheriffs came down, were conspiring to shoot me, Alan just so happen to be holding the rifle, Alan and Stephanie were both detained in cuffs,

I literally almost watched Alan get shot, wouldn't have hurt my feelings, could have shot me in the face or neck with that air rifle possibly killing me or injuring bad. I have this all on video. Marlene was not manipulating Alan as Stephanie states, Marlene and I were not in the driveway yelling at anyone, as Stephanie says.

Says I've damaged her reputation by talking with real neighbors who I known for 20 years. I'm pretty sure the cops being there all the time pretty much tarbared

her own credibility with surrounding neighbors.

Bear the dog... the dog is straight up vicious, and would bite in a heartbeat, Ive almost been bit by him before in the day. I know people who have been bit by small dogs and left stitches.

Stephanie straight up threw a box of old ear plugs at my place hitting the lower skirting during another rite of being harassed by her and her druggy acquaintances. Stephanie says

She would never do that, that disrespectful, guess what, you did do that, also talked to her about next day or so, she was a total bitch about it, have this on video.

Stephanie writes "I hold a standard of decency and respect for fellow human beings" Is this why this is Forlers 4 or 5th illegal detainer, or is it the identity theft charge, from fraudulantly trying to purchase a car in her grandmothers name? Or pocession of stolen property. Nice standard. Stephanie says she has 2 children suffering from this,

frankly the children suffer from Stephanie being a dead beat mom, thats what they suffer from, her Aunt has legal custody of Stephanies boys. In the years of Stephanie living illegally at 4232 she has done nothing to improve her quality of life for her-self or her children only to go further in despair.

During the rifle incident I called 911 not Marlene, I was worried about Marlene, and she did not speed off, she talked to the sheriffs for awhile on the street and then Jason who lives

EX 50 P17