WITNESS: Stephanie Parker

Address: 4232 142nd ave NE
lake stevens wa 98258

Alan Sprague _____

WITNESS: Jamera Tauhi
4232 142nd Ave NE
lake stevens wa 98258

Address: _____

WITNESS ACKNOWLEDGEMENT

I HEREBY ACKNOWLEDGE that:

1. I witnessed the signing of the Revocation of Power of Attorney of Alan Sprague dated this 5th day of July 2024.

2. I am an adult with the capacity to witness the signing of the Revocation of Power of Attorney.

3. In my opinion, Alan Sprague had the capacity to understand the nature and effect of the Revocation of Power of Attorney at the time the Revocation of Power of Attorney was signed and he signed it freely and voluntarily without any compulsion or influence from any person.

Signature: _____

Name: Stephanie Parker

Address: 4232 142nd ave NE
lake stevens wa 98258

WITNESS ACKNOWLEDGEMENT

I HEREBY ACKNOWLEDGE that:

1. I witnessed the signing of the Revocation of Power of Attorney of Alan Sprague dated this 5th day of July 2024.

UD pack p63

..     I am an adult with the capacity to witness the signing of the Revocation of Power of Attorney.

3.     In my opinion, Alan Sprague had the capacity to understand the nature and effect of the Revocation of Power of Attorney at the time the Revocation of Power of Attorney was signed and he signed it freely and voluntarily without any compulsion or influence from any person.

Signature: _Tamara Farler_

Name: _Tamara Farler_

Address: _4232 142nd Ave N.E._
                _Lake Stevens WA 98258_

UD pack p64

*Alan did not write this statement*
*fals document presented to court*

*8/15/24*

**SUPERIOR COURT OF WASHINGTON
IN AND FOR SNOHOMISH COUNTY**

*Marlene Sprague*
Petitioner/Plaintiff,

No. 24-2-05771-31

vs.
*Stephanie Farler and all other occupants (in
shed only)*,
Respondent/Defendant

**DECLARATION**

I declare: ___ I, Alan Sprague, _____

want Stephanie Farler and all other occupants living in my tool shed off my
property.
All my tools put back in and never return to the property. One and 1/2 years
has been long enough to get back on your feet.

*UD Pack P65*

FILE COPY

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in ___Lake Stevens___, ___WA___ on ___08/15/2024___.
      (City)          (State)    (Date)

_____
Signature

_____
Printed name

UD Pack P 66

FILE COPY

EXH. 9

4.18 B
RECEIVED

OCT 16 2024

The Law Office of
Rob W. Trickler PLLC

|Speaker 1: Friend | Speaker 2: Stephanie Farler | Other speaker: Justice Clark|

Speaker 1:     Yeah, he turned that off.

Speaker 2:     ****. He's just a douche bag. This is what I deal with.

Speaker 1:     I'm gonna come up to his house as a fuckin' Jehovah Witness.

Speaker 2:     Yep. I can't safely leave yet 'cause my windows are iced.

Speaker 1:     ****

Speaker 2:     C'mon windshield wipers. Why aren't they workin'? He is screamin'.
Other Speaker:      Move your car.

Speaker 2:     ****

Speaker 1:     **** get out and fuck with him?

Speaker 2:     No.

Other Speaker:     **** fuckin' **** **** with your piece of shit.

Speaker 1:     Oh, I won't say nothin' to him.

Speaker 2:     No, **** you're good. I don't really need it.  I mean -

Other Speaker: Go ahead and keep your **** down. I don't care. It's not going to do you any fucking good. Go ahead, it ain't gonna do you no good. Keep recording that. You ain't gonna be living here for much longer anyhow. Darlene is trying to get you evicted. You can get the fuck out of here anyhow, you fucking loser. There you go, keep recording that. Keep recording that **** **** ya.

Speaker 1:     Fuckin' ****.

SpeakWrite www.speakwrite.com Job Number: 20240719_120101_wbg Custom Filename: 20240305_012512 Date: 07/19/2024
Billed Words: 195

UD pack P 67

COPY RECEIVED

2024 OCT 28 PM 1: 02

SNOHOMISH COUNTY
SUPERIOR COURT

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH**

MARLENE SPRAGUE,
      Plaintiff,

NO.   24-2-05771-31

vs.

**PLAINTIFF'S REPLY**

STEPHANIE FARLER, JOHN DOE,
and all other occupants,
      Defendants

3290.00000

    Defendant's response discusses and relies on their Intentional Infliction of Emotional Distress Snohomish County Superior Court cause number 24-2-05702-31suit however this is entirely misplaced and there is absolutely no legal relevance to the issue before this Court, which is exclusively the right to possess the real property in question. Any reference to the Defendant's other matter 24-2-05702-31 should be excluded from consideration in the present matter and this is a motion for summary judgment on just the issue of possession of the situs.

    The exclusive issue in front of the Court is who among the parties in this matter has "superior" title see RCW 7.28.120. In the present matter, the Defendant has absolutely no interest in the real property at all. Initially, the Defendant was an at will tenant with permission to be at the situs given by one of the joint tenant in common owners, Alan Keith Sprague. That permission was revoked by both of the joint tenant in common owners leading to this action. Since that time, and since the initiation of this action, that prior joint tenant owner Mr. Alan

UDpack D68

SERVICE COPY

E-FILE

PLAINTIFFS REPLY
Page 1 of 3

The Law Office of Rob W. Trickler, PLLC
2302 Rucker Avenue #4, Everett, WA 98201
425-303-8000 Fax: 425-493-5348

1   Sprague executed a quit claim deed in favor of this Plaintiff, Ms Marlene Sprague, his sister.

2   This Court can take judicial notice of that fact as it is a public record (see exhibit A). This leaves

3   Mr. Alan Sprague without any legal standing to grant any interest in the real property regardless

4   of whether or not any of the Defendant's arguments in the Response had any merit. Exhibit A of

5   this Reply shows the quit claim deed executed on 9 August 2024 and the real estate excise tax

6   affidavit executed with the County on 17 October 2024 followed by the receipt for said transfer

7   followed by the receipt for the recording of the transfer of the situs, and finally a printout of the

8   accessor website showing that the deed has been recorded. The Plaintiff, Ms Marlene Sprague is

9   now the sole owner of the situs in fee simple absolute.

10      Whether Mr. Alan Sprague has revoked his permission or not and whether or not any

11   alleged revocation is valid or comes from manipulation from the Defendant(s) is legally

12   irrelevant. Even if everything the Defendant claims in the Response is true (*arguendo*), there is

13   no legal defense to the Plaintiff's action to recovering her real property proffered. Defendant's

14   Response relies on a purported declaration from Mr. Alan Sprague, which is legally irrelevant to

15   this action for multiple reasons, and a proffered revocation of power of attorney, also legally

16   irrelevant for multiple reasons.

17      First, Plaintiff Marlene Sprague does not need a power of attorney granted by Mr. Alan

18   Sprague to terminate the occupancy by the Defendants of the situs as Ms Marlene Sprague was

19   owner in fee simple absolute as a tenant in common at the time this action commenced and had

20   the right to do anything the Plaintiff wanted with the real property. Presently, the Plaintiff is

21   now the sole owner of the situs in fee simple absolute. All Alan Sprague had the right to grant

22   the Defendant, without a transfer of title, was an at will tenancy. At no time is an at will tenancy

23   superior interest to that of an owner in fee simple absolute, thus Plaintiff Marlene Sprague had

24   superior title at that time. Since then, Plaintiff Marlene Sprague has become the sole owner,

25   which forecloses Mr. Alan Sprague from even granting the right to occupy as an at will tenant.


UD Pack p69

1  Even if the Court takes the Declaration as fact, or finds the power of attorney invalid, it does not

2  grant Mr. Alan Sprague or the Defendant a right they do not legally have.

3       Regarding the alleged revocation of power of attorney that is attached to the Defendant's

4  Response, this document is neither admissible nor legally relevant for a number of reasons.

5  First, the signature date on that document is 26 July 2024 which is prior to the date on the

6  declaration of Mr. Alan Sprague dated 15 August 2024, stating that Mr. Alan Sprague wanted the

7  Defendants gone, which was filed in the present action on 16 September 2024.  The Defendant's

8  proffered revocation of power of attorney refers to a prior power of attorney and not the

9  subsequent power of attorney signed on 9 August 2024 and is exhibit A to the Plaintiff's motion

10  for summary judgement.  Finally, the purported revocation of power of attorney is hearsay, not

11  offered as a declaration and with absolutely no *indicia* of credibility not being offered under oath

12  and further, being allegedly witnessed only by interested parties/defendants to the present matter.

13       In conclusion, the Defendant(s) in this present action have offered no relevant or

14  admissible issues of fact let alone any that would lead to any legal defense in this motion to grant

15  possession of the situs to the Plaintiff and the writ of ejectment is appropriate and should be

16  granted.

17

18      The Law Office of Rob W. Trickler PLLC

19

20                                       Dated 28 October 2024

21      Rob Trickler attorney for Plaintiff

22      WSBA #37125

23

24

25                      UD pack P 70

## COVERSHEET

1337807

No. 13-471874  10/18/2024 9:22 AM  10.00
Thank you for your payment
EVA

---

This Space Provided for Recorder's Use

When recorded, return to:
Marlene Renee Sprague
1805 Rainier Ave
Everett, Washington 98201

Document Titles: Quit Claim Deed for the State of Washington

Grantor(s):
Alan Keith Sprague

Marlene Renee Sprague

Grantee(s):
Marlene Renee Sprague

Legal description(s) ~~attached separately~~. /MS  Happy Hills DIV 2 BLK 000 D-00
Lot 1 and N30 FT oF Lot 2

Assessor's Property Tax Parcel or Account Number at the time of recording: 00464400000100

Reference Number(s) of Documents assigned or released:

UD pack P71

# QUIT CLAIM DEED FOR WASHINGTON

STATE OF WASHINGTON
COUNTY OF WA

THIS DEED is made this day of _August 09, 2024_ , by and between the
**"Grantors"**,

> Alan Keith Sprague , an unmarried individual residing at 4232  142ND AVE NE, LAKE
> STEVENS, Washington 98258

> Marlene Renee Sprague , an unmarried individual residing at 4232 142nd Ave NE ,
> LAKE STEVENS, Washington 98258

AND the **"Grantee,"**

> Marlene Renee Sprague, an unmarried individual residing at 4232  142ND AVE NE,
> LAKE STEVENS, Washington 98258

FOR VALUABLE CONSIDERATION of the sum of ~~one~~ One dollar ($~~0~~1.00), the receipt and
sufficiency of which is hereby acknowledged, Grantors hereby convey and quitclaim to Grantee
and Grantee's heirs and assigns forever, all of Grantors' rights, titles, interests, and claims in or to
the following described real estate (the **"Property"**), together with all hereditaments and
appurtenances belonging thereto, located in WA county, Washington, subject to any restrictions
herein:

Property Address: 4232  142ND AVE NE, LAKE STEVENS, Washington 98258

Legal description(s) attached separately.  Happy Hill   DIV 2   BLK 000 D-00
Lot 1 and N 30 FT OF LOT 2

Vesting Information / Property Interest: Grantee receives the Property in fee simple as the sole
owner.

Parcel #: 00464400000100

[SIGNATURE PAGE FOLLOWS]

UD pack p 72

## Signatures

Grantors signed, sealed, and delivered this quit claim deed to Grantee on 08/09/2024 (date).

Grantor (or authorized agent)

x/ _Alson_

Print Name: _Alson Sprague_

Grantor (or authorized agent)

x/ _____

Print Name: _Marlene R Sprague_

UD Pack P73

## NOTARY ACKNOWLEDGMENT

WASHINGTON
COUNTY OF SNOHOMISH

On 8/9/24 _____ before me, Cheryl Phelps _____, personally appeared **Marlene Renee Sprague** , personally known to me or proved on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Commission Expires: 02/04/2028

_Notary Public, Washington_

CHERYL PHELPS
Notary Public
State of Washington
Commission # 141459
My Comm. Expires Feb 4, 2028

UD pack P74

## NOTARY ACKNOWLEDGMENT

WASHINGTON
COUNTY OF SNOHOMISH

On __08|09|24__ before me, __Cheryl Phelps__, personally appeared **Alan Keith Sprague** . personally known to me or proved on the basis of satisfactory evidence to be the person(s) whose name(s) is/are ·subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Commission Expires: __02|04|2028__

_Notary Public, Washington_

```
CHERYL PHELPS
Notary Public
State of Washington
Commission # 141459
My Comm. Expires Feb 4, 2028
```

UD pack p75

Revenue
Washington State

**Form 84 0001a**

Only for sales in a single location code on or after July 1, 2024.
This affidavit will not be accepted unless all areas on all pages are fully and accurately completed.
This form is your receipt when stamped by cashier. *Please type or print.*

☐ Check box if partial sale, indicate % _____ sold.

List percentage of ownership acquired next to each name.

**1 Seller/Grantor** the
Name **Alan Ke' Sprague, a u i**

**2 Buyer/Grantee** Renee
Name **Marlene Renee Sprague, a u i**

Mailing address **4232  142nd Ave NE**
City/state/zip **Lake Stevens WA 98258**
Phone (including area code) **425 535-8742**

Mailing address **1805 Rainier Ave Apt A**
City/state/zip **Everett WA 9820 1**
Phone (including area code) **425 263-6463**

**3** Send all property tax correspondence to: ☐ [Same as Buyer/Grantee
Name **Marlene R Sprague**
**1805 Rainier Ave Apt A**
Mailing address
City/state/zip **Everett WA 9820 1**

List all real and personal property tax
parcel account numbers
**0046 44 000000 100**

Personal
property?
☒

Assessed
value(s)
**308. 400**

**4** Street address of property **4332  142nd Ave NE Lake Stevens WA 98258**
This property is located in **Snohomish County** *(for unincorporated locations please select your county)*
☐ Check box if any of the listed parcels are being segregated from another parcel, are part of a boundary line adjustment or parcels being merged.
Legal description of property (if you need more space, attach a separate sheet to each page of the affidavit).
**Happy Hill DIV2 BLK 000 D-00 Lot 1 and N 30 FT OF LOT 2**
**situated in the County of Snohomish, State of WA.**

**5** Land use code **118 Manufactured Home**
Enter any additional codes **(Owened Site)**
(see back of last page for instructions)

Was the seller receiving a property tax exemption or deferral
under RCW 84.36, 84.37, or 84.38 (nonprofit org., senior
citizen or disabled person, homeowner with limited income)? ☒ Yes ☐ No

Is this property predominately used for timber (as classified
under RCW 84.34 and 84.33) or agriculture (as classified under
RCW 84.34.020) and will continue in it's current use? If yes and
the transfer involves multiple parcels with different classifications,
complete the predominate use calculator (see instructions) ☐ Yes ☒ No

**6** Is this property designated as forest land per RCW 84.33? ☐ Yes ☒ No
Is this property classified as current use (open space, farm
and agricultural, or timber) land per RCW 84.34? ☐ Yes ☒ No
Is this property receiving special valuation as historical
property per RCW 84.26? ☐ Yes ☒ No

If any answers are yes, complete as instructed below.
(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)
NEW OWNER(S): To continue the current designation as forest land
or classification as current use (open space, farm and agriculture, or
timber) land, you must sign on (3) below. The county assessor must then
determine if the land transferred continues to qualify and will indicate
by signing below. If the land no longer qualifies or you do not wish to
continue the designation or classification, it will be removed and the
compensating or additional taxes will be due and payable by the seller
or transferor at the time of sale (RCW 84.33.140 or 84.34.108). Prior to
signing (3) below, you may contact your local county assessor for more
information.

This land: ☐ does □ does not qualify for
continuance.

Deputy assessor signature _____ Date _____

(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)
NEW OWNER(S): To continue special valuation as historic property, sign
(3) below. If the new owner(s) doesn't wish to continue, all additional tax
calculated pursuant to RCW 84.26, shall be due and payable by the seller
or transferor at the time of sale.

(3) NEW OWNER(S) SIGNATURE
Signature _____ Signature _____
Print name _____ Print name _____

**7** List all personal property (tangible and intangible) included in selling
price. **MHTE# 20007310738**

If claiming an exemption, enter exemption code and reason for
exemption. *See dor.wa.gov/REET for exemption codes*
Exemption No. (sec/sub) **458 a 61A-201 (8) ( I )**
Reason for exemption
**No Gain jvst taking (Bwther)**
**Alan Sprague off deed (gift)**

Type of document **20 Deed**
Date of document **10/20/21  08/09/24**

Gross selling price _____ 0
*Personal property (deduct) _____ 0
Exemption claimed (deduct) _____ 0
Taxable selling price _____ 0

Excise tax: state
Less than $525,000.01 at 1.1% _____
From $525,000.01 to $1,525,000 at 1.28% _____
From $1,525,000.01 to $3,025,000 at 2.75% _____
Above $3,025,000 at 3% _____
Agricultural and timberland at 1.28% _____
Total excise tax: state _____

Local _____
*Delinquent interest: state _____
Local _____
*Delinquent penalty _____
Subtotal _____
*State technology fee _____ 5.00
Affidavit processing fee _____ 5.00
Total due _____ 10.00

A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8** I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Signature of grantor or agent **See power of attorney** Signature of grantee or agent **[signature]**
Name (print) **Alan Sprague** Name (print) **Marlene R Sprague**
Date & city of signing **10-17-24 Lake Stevens** Date & city of signing **10-17-24 Evere IT**

Perjury in the second degree is a class C felony which is punishable by confinement in a state correctional institution for a maximum term of five years, or
by a fine in an amount fixed by the court of not more than $10,000, or by both such confinement and fine (RCW 9A.72.030 and RCW 9A.20.021(1)(c)).

To ask about the availability of this publication in an alternate format for the visually impaired, please call 360-705-6705. Teletype
(TTY) users may use the WA Relay Service by calling 711.

REV 84 0001a (06/03/24)

THIS SPACE TREASURER'S USE ONLY
No. 13471874   10/18/2024 9:22 AM   10.00
Thank you for your payment.
EVA

COUNTY TREASURER

**1337807** UP Rack
P476

 PO Box 47477
Olympia, WA 38504-7477

(WAC 458-61A-304)

This form must be submitted with the Real Estate Excise Tax Affidavit (FORM REV 84 0001A for deeded transfers and Form REV 84 0001B for controlling interest transfers) for claims of tax exemption as provided below. Completion of this form is required for the types of real property transfers listed in numbers 1-3 below. Only the first page of this form needs original signatures.

**AUDIT:** Information you provide on this form is subject to audit by the Department of Revenue. **In the event of an audit, it is the taxpayers' responsibility to provide documentation to support the selling price or any exemption claimed.** This documentation must be maintained for a minimum of four years from date of sale. (RCW 82.45.100) Failure to provide supporting documentation when requested may result in the assessment of tax, penalties, and interest. Any filing that is determined to be fraudulent will carry a 50% evasion penalty in addition to any other accrued penalties or interest when the tax is assessed.

**Perjury in the second degree** is a class C felony which is punishable by confinement in a state correctional institution for a maximum term of five years, or by a fine in an amount fixed by the court of not more than $10,000, or by both such confinement and fine (RCW 9A.72.030 and RCW 9A.20.021(1)(c)).

The persons signing below do hereby declare under penalty of perjury that the following is true (check appropriate statement):

1. ☐ **DATE OF SALE:** (WAC 458-61A-306(2))

I, (print name)_____ certify that the _____
(type of instrument), dated _____, was delivered to me in escrow by_____
(seller's name). NOTE: Agent named here must sign below and indicate name of firm. The payment of the tax is considered current if it is not more than 90 days beyond the date shown on the instrument. If it is past 90 days, interest and penalties apply to the date of the instrument.
Reasons held in escrow_____

_____ _____
Signature                                    Firm Name

2. **GIFTS:** (WAC 458-61A-201) The gift of equity is non-taxable; however, any consideration received is not a gift and is taxable. The value exchanged or paid for equity plus the amount of debt equals the taxable amount. One of the boxes below must be checked. Grantor (seller) gifts equity valued at $ _508,400_ to grantee (buyer).
NOTE: Examples of different transfer types are provided on the back. This is to assist you with correctly completing this form and paying your tax.
"Consideration" means money or anything of value, either tangible (boats, motor homes, etc) or intangible, paid or delivered, or contracted to be paid or delivered, including performance of services, in return for the transfer of real property. The term includes the amount of any lien, mortgage, contract indebtedness, or other encumbrance, given to secure the purchase price, or any part thereof, or remaining unpaid on the property at the time of sale. "Consideration" includes the assumption of an underlying debt on the property by the buyer at the time of transfer.

A. **Gifts with consideration**
1. ☐ Grantor (seller) has made and will continue to make all payments after this transfer on the total debt of $ _____ and has received from the grantee (buyer) $ _____
(include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.
2. ☐ Grantee (buyer) will make payments on _____% of total debt of $_____ for which grantor (seller) is liable and pay grantor (seller) $_____ (include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.

B. **Gifts without consideration**
1. ☒ There is no debt on the property; Grantor (seller) has not received any consideration towards equity. No tax is due.
2. ☐ Grantor (seller) has made and will continue to make 100% of the payments on the total debt of $_____ and has not received any consideration towards equity. No tax is due.
3. ☐ Grantee (buyer) has made and will continue to make 100% of the payments on total debt of $_____ and has not paid grantor (seller) any consideration towards equity. No tax is due.
4. ☐ Grantor (seller) and grantee (buyer) have made and will continue to make payments from joint account on total debt before and after the transfer. Grantee (buyer) has not paid grantor (seller) any consideration towards equity. No tax is due.

Has there been or will there be a refinance of the debt? ☐ YES ☒ NO (If yes, please call 360-704-5905 to see if this transfer is taxable). If grantor (seller) was on title as co-signor only, please see WAC 458-61A-215 for exemption requirements.
The undersigned acknowledge this transaction may be subject to audit and have read the above information regarding record-keeping requirements and evasion penalties.
All Grantors (sellers) and Grantees (buyers) must sign below. Copies of this statement may be countersigned to accommodate multiple signatures.
Durable Power of attorney

_Marlene Sprague_          _10-17-24_          _M____          _10-17-24_
Grantors' Signatures          Date          Grantees' Signatures          Date

_Marlene Sprague_                              _Marlene Sprague_
Grantors' Names (print)                          Grantees' Names (print)

3. ☐ **IRS "TAX DEFERRED" EXCHANGE** (WAC 458-61A-213)

I, (print name)_____, certify that I am acting as an Exchange Facilitator in transferring real property to _____ pursuant to IRC Section 1031, and in accordance with WAC 458-61A-213. NOTE: Exchange Facilitator must sign below.

_____ _____ _____
Exchange Facilitator's Signature          Date          Exchange Facilitator's Name (print)

For ask about the availability of this publication in an alternate format for the visually impaired, please call 360-705-6705. Teletype (TTY) users may use the Washington Relay Service by calling 711.

REV 84 3002sr (7/20/23)

UD pack p78

COUNTY TREASURER

Snohomish County
**Brian Sullivan, Treasurer**

Receipt No. 13471874                    10/18/2024 9:22 AM

Account No. Excise No. 1337807
    Excise Fee                                          5.00
    Excise State Technology Fee              5.00

Receipt Total                                                10.00

Thank you for your payment
EVA

UD pack P79

**Snohomish County Recording**
A Division of the Auditor's Office

Clifton Hart
Licensing and Recording Manage

| | | | |
|---|---|---|---|
| **Transaction #** | 2563378 | **Agent Code:** PUB | **Source:** _Counter |
| **Receipt #** | 576620 | **Attention:** | **Returned:** _Counter |
| **Cashier Date:** | 10/18/2024 | **Name:** PUBLIC | |
| **Cashier:** | SAUJIN | **Address:** | |

QUIT CLAIM DEED

Inst. #: 202410180044
From: SPRAGUE ALAN KEITH          To: SPRAGUE MARLENE RENEE
GENERAL RECORDING FEE V4 01012024          $307.50
Pages: 5

| PAYMENT: CASH | | AMOUNT TENDERED: | $310.00 | CHANGE: | $2.50 |
|---|---|---|---|---|---|
| **Total Payments:** | **Total Fees:** | | | | |
| $ 310.00 | $ 307.50 | | | | |

UD pack P80

3000 Rockefeller Avenue, M/S 204 | Everett, Washington 98201 | (425) 388-3483
recording@snoco.org | www.snoco.



**County**
Washington

# Property Account Summary

10/28/2024

| Parcel Number | 00464400000100 | Property Address | 4232 142ND AVE NE , LAKE STEVENS, WA 98258-9758 |
|---|---|---|---|

### General Information

| Property Description | HAPPY HILL DIV 2 BLK 000 D-00 - LOT 1 & N 30 FT OF LOT 2 |
|---|---|
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 03162 |

### Property Characteristics

| Use Code | 118 Manufactured Home (Owned Site) |
|---|---|
| Unit of Measure | Acre(s) |
| Size (gross) | 0.54 |

### Parties

| Role | | Percent | Name | Address |
|---|---|---|---|---|
| Taxpayer | | 100 | SPRAGUE MARLENE R | 1805 RAINIER AVE APT A, EVERETT, WA 98201 |
| Owner | | 100 | SPRAGUE MARLENE RENEE | 1805 RAINIER AVE APT A, EVERETT, WA 98201 |

### Related Properties

No Related Properties Found

### Property Values

| Value Type | Tax Year 2024 | Tax Year 2023 | Tax Year 2022 | Tax Year 2021 | Tax Year 2020 |
|---|---|---|---|---|---|
| Taxable Value Regular | $215,880 | $247,380 | $239,500 | $208,700 | $196,400 |
| Exemption Amount Regular | $92,520 | $106,020 | | | |
| Market Total | $308,400 | $353,400 | $239,500 | $208,700 | $196,400 |
| Assessed Value | $308,400 | $353,400 | $239,500 | $208,700 | $196,400 |
| Market Land | $260,000 | $305,000 | $203,000 | $166,000 | $161,000 |
| Market Improvement | $48,400 | $48,400 | $36,500 | $42,700 | $35,400 |
| Personal Property | | | | | |

### Active Exemptions

Senior/Disabled Level A

### Events

| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 08/09/2024 | 10/24/2024 14·01·00 | Recording No. | Property Transfer Filing No.: 1337807. Quit Claim Deed now |

JD pack P81

## Marlene Sprague VS Stephanie farler

From: Stephanie Farler (sthareef@att.net)

To: judgesteffener.workingcopies@snoco.org

Date: Thursday, October 31, 2024 at 10:02 AM PDT

Good morning I wanted to contact you an let you know I am sorry for the late working copies. I have given them to the court clerk and hopefully you have them now. Also I wanted to inform you of the fraudulent activity of Marlene stealing her brothers deed. He was not aware of her doing that until it was completed. She had used the invalid POA document minus the witness signatures to trick the offices in to believing she had the right to transfer Alan spragues deed to herself. In the response I have pointed out the facts of the invalid and frivolous documents that Marlene submitted. She removed the witness statements due to me pointing out that she had not actually had witness present at all and not being notarized in front of witness. There were two diffrent days the witness had signed the document. The fact she removed that page of the document before she used it to achieve the results she wanted speaks for its self. Thank you for your time and I appreciate you considering all the facts of the matter. Alan and I have already spoken to the assessors office and they noted the fraud. We have called 911 and reported that it was fraud and we plan of taking it to the full extent of the Las with Marlene. She has committed identity theft signing her brothers name on the quick deed. And forgery. The signature on the document is not Alan's. If you look at declaration that Alan has submitted for court cases relating to this harassment you can clearly notice the major diffrentces in the writing.

Respectfully submitted
Stephanie farler

Sent from AT&T Yahoo Mail on Android

UD pack p82

Exhibit 47

2024 NOV 18 PM 2:18

SUPERIOR OFFICE
SNOHOMISH COUNTY
CLERK'S

*my copy*

1

2

3

4

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF SNOHOMISH

MARLENE SPRAGUE,

                    Plaintiff,                    NO.    24-2-05771-31

    vs.

STEPHANIE FARLER, JOHN DOE,                    **WRIT OF EJECTMENT**
and all other occupants,

                    Defendants,

3290.00000

**THE STATE OF WASHINGTON TO:** Sheriff of Snohomish County, Washington.

        WHEREAS, on this 31st day of October, 2024, on motion of the plaintiff in the above-entitled action, the above-entitled Court entered an order directing the issuance of a Writ of Ejectment, as provided for in RCW 59.18.370 et seq., restoring to plaintiffs possession of the property described as: **4232 142nd Avenue NE, Shed Only, City of Lake Stevens, County of Snohomish, Washington;**

        NOW, THEREFORE, you, the said sheriff, are hereby commanded to deliver to the plaintiffs possession of the said premises, and to make due return of this Writ according to law, provided that if return is not possible within 10 days, the return on this writ shall be automatically extended for an additional 30 day period. The writ also authorizes the sheriff to break and enter as necessary.

### IMPORTANT NOTICE - PARTIAL PAYMENTS

Your landlord's acceptance of a partial payment from you after service of this Writ of Ejectment will not automatically postpone or stop your eviction. If you have a written agreement with your landlord that the eviction will be postponed or stopped, it is your responsibility to provide a copy of the agreement to the Sheriff. The Sheriff will not cease action unless you provide a copy of the agreement. At the direction of the Court the Sheriff may take further action.

        WITNESS the Honorable **JUDGE WILLIAM C. STEFFENER** of said Superior Court and the seal of said Court this 18th day of November, 2024.

                                    Heidi Percy
                                    SnohomishCounty Clerk
                                    3000 Rockefeller Avenue  m/s 605
                                    Everett, WA 98201

                                    By: _____

                                    UD Pack  P83

WRIT OF EJECTMENT
Page 1

24 - 3455                    The Law Office of Rob W. Trickler, PLLC
                             2302 Rucker Avenue #4, Everett, WA 98201



SNOHOMISH COUNTY SHERIFF'S OFFICE

INTEGRITY • DIGNITY • COMMITMENT • PRIDE

REFERENCE NO. 24003455     COURT NO. 24-2-05771-31

RE: MARLENE SPRAGUE, PLAINTIFF   VS   STEPHANIE FARLER, JOHN DOE, AND ALL OTHER
OCCUPANTS, DEFENDANT

TO: STEPHANIE FARLER, JOHN DOE, AND ALL OTHER OCCUPANTS

THE ATTACHED WRIT OF EJECTMENT IS AN ORDER FROM THE SNOHOMISH COUNTY SUPERIOR COURT
DIRECTING THE SHERIFF TO RESTORE THESE PREMISES TO THE PLAINTIFF/LANDLORD.

THIS MEANS YOU MUST VACATE THIS RESIDENCE ON OR BEFORE 06:01 AM (MORNING), ON   **NOV 2 6 2024**
OR YOU WILL BE FORCEFULLY EVICTED.

FORCEFUL EVICTION MEANS THAT ANY DAY ON OR AFTER THE ABOVE LISTED DAY, DEPUTIES OF THE
SNOHOMISH COUNTY SHERIFF'S OFFICE AND REPRESENTATIVES OF THE PLAINTIFF/LANDLORD WILL
APPEAR AT THE RESIDENCE AND REMOVE ALL YOUR PERSONAL PROPERTY OFF THE PREMISES, THUS
RESTORING THE RESIDENCE TO THE PLAINTIFF/LANDLORD.

For those Writs of Restitution obtained pursuant to chapter 59.18 RCW, the Sheriff's Office provides the following
notice pursuant to RCW 59.18.312:

(a) upon execution of the writ, the landlord must store the tenant's property only if the tenant serves a written request
on the landlord to do so no later than three days after service of the writ; (See attached request for storage form.)
(b) the notice to the landlord requesting storage may be served by personally delivering or mailing a copy of the
request to the landlord at the address identified in, or by facsimile to the facsimile number listed on, the attached form,
"Request For Storage of Personal Property;"

(c) if the tenant has not made such a written request to the landlord, the landlord may elect to either store the tenant's
property or place the tenant's property on the nearest public property unless the tenant objects;
(d) if the property is stored, it may not be returned to the tenant unless the tenant pays the actual or reasonable costs of
the drayage and storage, whichever is less, within thirty days;

(e) if the tenant or the tenant's representative objects to storage of the property, it will not be stored but will be placed
on the nearest public property; and

(f) the landlord may sell or otherwise dispose of the property as provided in RCW 59.18.312(3), if the landlord
provides written notice to the tenant first.

IMPORTANT NOTICE - PARTIAL PAYMENTS
YOUR LANDLORD'S ACCEPTANCE OF A PARTIAL PAYMENT FROM YOU AFTER SERVICE OF
THIS WRIT OF EJECTMENT WILL NOT AUTOMATICALLY POSTPONE OR STOP YOUR EVICTION.
IF YOU HAVE A WRITTEN AGREEMENT WITH YOUR LANDLORD THAT THE EVICTION WILL BE
POSTPONED OR STOPPED, IT IS YOUR RESPONSIBILITY TO PROVIDE A COPY OF THE
AGREEMENT TO THE SHERIFF. THE SHERIFF WILL NOT CEASE ACTION UNLESS YOU PROVIDE
A COPY OF THE AGREEMENT. AT THE DIRECTION OF THE COURT THE SHERIFF MAY TAKE
FURTHER ACTION.

WE STRONGLY SUGGEST THAT YOU COMPLY WITH THE COURT ORDER AS SOON AS POSSIBLE.

SNOHOMISH COUNTY SHERIFF'S OFFICE

DEPUTY  ~~Hand~~ #1607

LD Pock P84

M/S 606 * 3000 ROCKEFELLER AVE * EVERETT, WA 98201 * (425) 388-3060  * FAX (425) 388-3826

1

```
24-2-05771-31
ORSK        26
Order Striking
18043248
```

FILED

2024 DEC 30  PM 4: 30.

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

MARLENE SPRAGUE,

          Plaintiff,

v.

STEPHANIE FARLER, JOHN DOE, and ALL
OTHER OCCUPANTS,

          Defendant(s).

NO. 24-2-05771-31

**ORDER STRIKING DEFENDANT'S
MOTION TO SHOW CAUSE AND TO
VACATE JUDGMENT**

    THIS matter comes on for hearing before the Court on the Defendant(s) Motion for Show

Cause and to Vacate Judgment; the Court having reviewed the motion, and the files and records

herein and the Court being fully advised in the premises, finds:

    No proof of service was filed.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the Defendant's motion is STRICKEN due to improper service.

    DATED this __20th__ day of December, 2024.

Judge William C. Steffener

$\omega$ pack p85

**ORDER STRIKING MOTION/HEARING**
Page 1 of 1

before the property was stolen
by marlene sprague

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR SNOHOMISH COUNTY

| | |
|---|---|
| **Marlene Sprague** | **Cause No:.24-2-05771-31** |
| **vs** | **Defendants Opposition to Plaintiffs Motion for Summary Judgment and Writ of Ejectment** |
| **Stephanie Farler** | |

**COMES NOW** the defendant, Stephanie Farler, hereby responds to Plaintiffs Motion for Summary Judgment and Writ of Ejectment. I respectfully request that the Court deny the Plaintiffs motion for the reasons outlined below.

**Statement of facts**

**Pending IIED case**

1. There is an active Intentional Infliction of emotional distress(IIED) lawsuit involving the plaintiff and other individuals, namely Marlene Sprague. This case, filed on July 29th, 2024, provides substantial evidence of ongoing harassment by the plaintiff and others against me, which has worsened over the past two years.

**Pattern of Harassment**

2. The Plaintiffs actions represent a continuous pattern of harassment, including vandalism of my property, surveillance, malicious court filings, and actions directed at forcing me out of my home, contributing to significant personal and financial distress.

**Power of Attorney**

3. Marlene Spragues acquisition of a power of attorney from Alan was deceitful. Alan was misled about the nature and purpose of the documents he signed, including a blank statment later filled without his consent (see Alans Declaration, Exh A)

UD pack P8b

**Legal Arguments**

**Improper Purpose**

1. The Plaintiffs ongoing legal actions are part pf a concerted effort to harass and unjustly remove me from my home.

**Lack of Legal Grounds**

2. The plaintiff fails to provide valid legal grounds for the writ of ejectment. The documents offered, such as the invalid POA, are legally defective under Washington state Law.

**Genuine Issue of Material Facts**

3. Significant disputes pertain to the facts critical to the Plaintiffs claims, particularly the authenticity and legality of documents presented by the Plaintiff.

**Ongoing Harassment**

4. The Plaintiffs actions are part of an ongoing campaign against me, aimed at retaliation, as decumented in the IIED case (case No 24-2-05702-31)

**Conclusion**

In light of the above arguments and attached supporting evidence, I respectfullyrquest that the Court deny the Plaintiffs Motion for Summary Judgment and Writ of Ejectment. I am ready to present further evidence at a hearing or trial.

Thank you for your attention to this matter.

Sincerely,

**Stephanie Farler**

UD pack P87

Alans Declaration about issues and
being tricked by marlene

10/6/24

**SUPERIOR COURT OF WASHINGTON**
**IN AND FOR SNOHOMISH COUNTY**

24-2-05702-3

No. :

Stephanie Parker

Petitioner/Plaintiff,
marlene sprague, Dirlene rosenquist,
justice vs.
mark

**DECLARATION**

Respondent/Defendant

I declare: My Name is Alan Sprague, Marlene Sprague showed up to take me to lunch, before to go eat, she had me to sign a blenk document + she said she would fill it out when she got home. I don't even understand any of this stuff at all. I told her I did not understand this. She told me to sign it anyway. She stoped at the bank on the way home to have it notorized and there was no wittnesess at the bank. Steph came into my mom to explain what they were I don't want a power of Attnornty. I just went to have her leave Steph. alone. And I went the niebor to Justic Clark to leave us alone.

UD pack P88

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Signed in _Little Stevens_ , _WA._ on _8-6-24_
         (City)                (State)            (Date)

Signature

_Alex Magril_
Printed name

UD pack P89



**Statement Form**

Deputy JDick Secker #1651   #21

First Name: _____ Stphanie ____ M: _____ Last: __farler_____ DOB: _____

Race: ____ Sex: ____ Hgt: ____ Wgt: ____ Eyes: ____ Hair: ____ Driver's License #: _____ State____

Home Address: 4232 142nd ave ne _____ City: __Lake Stevens____ State: __WA___

Zip__98258_____

Place Statement Taken: _Lake Stevens_____home_____ City: _____ State: ____ Zip: _____

Employer: _____ City: _____ Best Number to Call: ☐ Home ☐ Cell ☐ Work

Home Phone: (253)237-3388_____ Cell Phone: (_425) 358-0129_____ Work Phone: (____) _____

E-Mail Address: _____ , Stephareef@gmail.com_____

STATEMENT On November 11th my neighbor Justice Clark called the police on me again as I pulled out of my driveway. Resulting in me going to jail for suspended license, I have an active civil lawsuit against him for intentional infliction of emotional distress. Because of that law suit I have requested all of the police reports from the records department that include my home address 4232 142nd Ave ne lake stevens wa. I have gotten 2 waves of police reports so far and in those reports there have been multiple different reports without contact made with anyone on at our address. Justice Clark literally called the police and told them the direction and type of car that I was in and if they wanted to get me on a possession charge or dui to go get me. There is no reason to lie and go out of the way to try and cause me grief and stress and make me out to be someone I am not. I recently completed doc supervision successfully and couldn't have done that if I was using drugs. That is just one example of the type of calls that my neighbor makes on a regular basis about me. I will add the police report I am talking about with this statement.

I was booked into Snohomish county's jail that night, and I was there almost 3 days with no court because of a holiday. Once I was released, I called for a ride and when I got home, I was told that my car was once again vandalized by my neighbor Justice Clark. There was the first incident that he jabbed a branch through my radiator because the vw emblem was missing and you could see through the space right to my radiator. He walked on our property and did that in the middle of the night that time as well. Then there was the 2nd incident that Justice had stood on our property line in the middle of the night and used a bb gun to shoot the back passenger window out of my car. I'll attach the photos of both of those as well. Now this time on the 11th of November Justice used a 22 gun and walked on our property and right up to my car and fired directly down to my motor causing the bullets to bounce back and forth and causing significant damage to the hood and every hose and part that was not solid metal. My mother and niece, who is 3 years old, were sleeping in the bedroom about 8

UD PACK P90

see the weapon in his hand as he's walking, and as he goes to point it at my car you get another clear shot of it in his hands. He was wearing a face mask and a full jumpsuit and wearing a hat with fake hair.

He was comfortable walking on to our property despite the many cameras because Marlene Sprague had disconnected our internet and without internet, they thought that the cameras would not record. They were wrong and the whole thing was recorded. Marlene is another defendant in my intentional infliction of emotional distress suit. There are 3 people it includes, and all 3 of them have broken the law on multiple occasions, attempting to make me leave my home. They all team up and work together to harass me and bully the people that reside at my home. There were many lawsuits filed against me, one for eviction and it was dismissed with prejudice. Then, the ejectment that was also unsuccessful. Justice attempted to get a protection order on me for my attempt to serve him with legal documents. All of the attempts of these individuals have failed because they have no legal grounds to tell me that I have to leave my home. It's intimidation and bullying on an extreme level, I have lost 2 jobs due to the harassment, one at Boeing, and one at ups, creating significant financial hardship. Each time they don't get what they want I am faced with more and more retaliation. I'm seriously in fear of what they will do next after this last bold move using a firearm like he did and the fact that I have went to jail as a direct result of this extreme harassment worry's me. I don't feel safe at all. I'm always on edge and hyper vigilant. The ound of gravel when a car pulls in our driveway makes me anxious and scared. I never know if I'm safe in my room at night or what they are planning to do next.

Marlene Sprague's retaliation has gone as far as to bully her brother Alan Sprague the property owner in to signing papers he had no idea what they were and told her he didn't know what they were, but Marlene disregarded and told him just to sign them and don't worry about it. Then she took the POA to her notary at her bank, and the notary signed them as if they had witnessed the signing, but that was not true at all. Then Marlene had 2 witnesses sign stating they witnessed the signing, but they did not and they had dated it for two different days and not the day it was originally signed. Marlene then took that knowingly invalid POA to the treasurers and auditors, tricking them into believing that she had the right to completely remove Alan Sprague from his property deed and making her the sole owner. I had addressed the invalid documents in the ejectment case and pointed out the reasons it was invalid. The page with the witness's signatures was left out of the document when she used it for the quick deed. Marlene made sure no one found out until it was completed, and we found out by finding a packet of papers taped to my door for the ejectment suit she had filed on me. The new deed papers vere in that paperwork, and I went in to tell Alan what his sister had done. He cried and couldn't believe his sister would do this to him. We reported it to everyone we could think to and we called 911 to report this, and no one

UD pack p91

is a paper trail of all of this playing out through the court cases that have taken place between these individuals and myself. Marlene forged her brother's signature on one of the documents used to steal the property. I have added the document with the forged document and video snap shots of justice clark while he trespassed and shot my car with his gun.

x☐ *I have read each page of this statement consisting of \_\_\_ page(s).  I certify (or declare) under penalty of perjury, under the laws of the State of Washington, that the entire statement is true and correct. (Initial)\_scf_____*

Deputy Signature: _____ Victim/Witness Signature: \_Stephanie farler_____

Date: \_11/18/2024\_Time: 5:30pm\_\_ Place Signed: _____Lake Stevens WA_____ Page 1 of _____

Form SH-217

UD pack p92

RECEIVED

2024 NOV 18 PM 2:18

SHERIFF'S OFFICE
SNOHOMISH COUNTY
EVERETT WA

my copy

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF SNOHOMISH

MARLENE SPRAGUE,

Plaintiff,

NO.  24-2-05771-31

vs.

**WRIT OF EJECTMENT**

STEPHANIE FARLER, JOHN DOE,
and all other occupants,

Defendants,

3290.00000

**THE STATE OF WASHINGTON TO:** Sheriff of Snohomish County, Washington.

WHEREAS, on this 31st day of October, 2024, on motion of the plaintiff in the above-entitled action, the above-entitled Court entered an order directing the issuance of a Writ of Ejectment, as provided for in RCW 59.18.370 et seq., restoring to plaintiffs possession of the property described as: **4232 142nd Avenue NE, Shed Only, City of Lake Stevens, County of Snohomish, Washington;**

NOW, THEREFORE, you, the said sheriff, are hereby commanded to deliver to the plaintiffs possession of the said premises, and to make due return of this Writ according to law, provided that if return is not possible within 10 days, the return on this writ shall be automatically extended for an additional 30 day period. The writ also authorizes the sheriff to break and enter as necessary.

### IMPORTANT NOTICE - PARTIAL PAYMENTS

Your landlord's acceptance of a partial payment from you after service of this Writ of Ejectment will not automatically postpone or stop your eviction. If you have a written agreement with your landlord that the eviction will be postponed or stopped, it is your responsibility to provide a copy of the agreement to the Sheriff. The Sheriff will not cease action unless you provide a copy of the agreement. At the direction of the Court the Sheriff may take further action.

WITNESS the Honorable **JUDGE WILLIAM C. STEFFENER** of said Superior Court and the seal of said Court affixed this 18th day of November, 2024.

Heidi Percy
SnohomishCounty Clerk
3000 Rockefeller Avenue
Everett, WA 98201

m/s 605

By: _____

UD pack P 93

WRIT OF EJECTMENT
Page 1

24 - 3 4 5 5

The Law Office of Rob W. Trickler, PLLC
2302 Rucker Avenue #4, Everett, WA 98201

4/10/25

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH**

MARLENE SPRAGUE,
        Plaintiff,

vs.

STEPHANIE FARLER, JOHN DOE,
and all other occupants,
        Defendants

3290.00000

NO.    24-2-05771-31

**PLAINTIFF'S RESPONSE
TO MOTION TO VACATE**

Defendant's motion to vacate was served on the attorney for Plaintiff along with an order to show cause that is not signed by the Court. Nothing was served in the manner of original service, on the Plaintiff, and there is no authority for the attorney for Plaintiff to accept original service. As far as Plaintiff's counsel can determine, neither motion to vacate or order to show cause are properly before the Court.

Defendant's first defense argues that the present action should have been an ejectment action. There are no arguments on that point, as this action, is in fact, an ejectment action. So we clearly agree but it certainly does not work as a defense.

There is no money judgement and the eviction already took place and Plaintiff is not aware of any legal mechanism to undo an eviction.

UD pack p94 .

PLAINTIFFS RESPONSE TO
MOTION TO VACATE
Page 1 of 2

**The Law Office of Rob W. Trickler, PLLC**
2302 Rucker Avenue #4, Everett, WA  98201
425-303-8000 Fax: 425-493-5348

1    As to Defendant being on deed, that is somewhat true in that the Defendant filed a quit

2  claim deed allegedly signed by Alan Sprague, that signature was allegedly notarized (see exhibit

3  A) but the fact is that, even if that signature was validly made, at the time of the signature Alan

4  Sprague had absolutely no ownership interest to convey as he had previously signed a quit claim

5  deed assigning his interest over to the Plaintiff Marlene Sprague (see exhibit B). Nothing to

6  grant means nothing granted.

7    The alleged signature of Marlene Sprague on the subsequent quit claim deed (exhibit A)

8  is not notarized and for a good reason. Marlene Sprague did not sign it and that signature is a

9  forgery (see declaration of Marlene Sprague). This is not the first time the Defendant has

10  committed forgery or other admissible crimes of moral turpitude such as identity theft or theft of

11  motor vehicle (see exhibit C). Plaintiff Marlene Sprague has contacted law enforcement and

12  now the prosecutor's office and is pursuing the various criminal charges that this forgery, fraud,

13  and attempted theft may result in as well as having engaged Counsel Cory Rein to quite title in

14  the civil arena (see declaration of Marlene Sprague).

15    Defendant has not met the burden of showing a likelihood to have a successful defense,

16  has not procedurally gotten any motion before this Court, and arguably, may have committed

17  perjury. Motion to Vacate under Cr 60 should be denied and any consideration or an order to

18  Show Cause should also be denied.

19

20    The Law Office of Rob W. Trickler PLLC

21

22                                                    Dated 10 April 2025

23    Rob Trickler attorney for Plaintiff

24    WSBA #37125

25                                VD Pack P95

PLAINTIFFS RESPONSE TO
MOTION TO VACATE
Page 2 of 2

The Law Office of Rob W. Trickler, PLLC
2302 Rucker Avenue #4, Everett, WA  98201
425 202 8000 Fax 425 402 5248



# Case Report
# Compact

**Print Date/Time:** 03/13/2025 07:53
**Login ID:** so4538
**Case Number:** 2024-90006302

**ORI Number:**

Snohomish County Sheriff's Office
WA0310000

## Case Details:

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2024-90006302 | | **Incident Type:** | Identity Theft |
| **Location:** | 4232 142ND AVE NE | | **Occurred From:** | 12/02/2024 15:25 |
| | LAKE STEVENS, WA 98258 | | **Occurred Thru:** | 12/02/2024 15:30 |
| | | | **Reported Date:** | 12/04/2024 16:02 Wednesday |
| **Reporting Officer ID:** | SO4464-Meyer | **Status:** | Closed | **Status Date:** 02/12/2025 |
| **Assigned Bureau:** | Precinct North | | | |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 250 | 9A.60.020[2502] | FORGERY [OTHER] | 1 |
| 2 | State | 23H | 9A.56.040.1[2310] | THEFT 2 NO GUN-MV [FROM MAIL] | 1 |

**Offense #** 1

**Group/ORI:** State   **Crime Code:** 250   **Statute:** 9A.60.020 [2502]   **Counts:** 1   **Attempt/ Commit Code:** Commit

**Description:** FORGERY [OTHER]   **Offense Date:** 12/04/2024
**NCIC Code:** 2502   **Scene Code:** Home or Residence   **Bias/Motivation:** *None (No Bias)
   **Domestic Code:** No
   **IBR Seq. No:** 1
   **Cargo Theft:** No

**Offense #** 2

**Group/ORI:** State   **Crime Code:** 23H   **Statute:** 9A.56.040.1 [2310]   **Counts:** 1   **Attempt/ Commit Code:** Commit

**Description:** THEFT 2 NO GUN-MV [FROM MAIL]   **Offense Date:** 12/02/2024
**NCIC Code:** 2310   **Scene Code:** Home or Residence   **Bias/Motivation:** *None (No Bias)
   **Domestic Code:** No
   **IBR Seq. No:** 2
   **Cargo Theft:** No

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Victim | 1 | Sprague, Marlene Renee | 1805 RAINIER AVE A EVERETT, WA 98201 | (425) 263-6463 | White | Female | 08/11/1953 71 |

**Subject #** 1-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | **Victim Type:** | | Individual | | |
| **Name:** | Sprague, Marlene Renee | | **Race:** White | | **Sex:** Female | **DOB:** | 08/11/1953 |
| **Address:** | 1805 RAINIER AVE A | | **Height:** 5ft 5 in | | **Weight:** 195.0 bs. | | |
| | EVERETT WA 98201 | | **Eyes:** HAZ | | **Hair:** GRY | **Age:** | 71 |
| **Primary Phone:** | (425) 263-6463 | | **SSN:** | | **DVL #:** | **State:** | WA |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 250 | 9A.60.020[2502] | FORGERY [OTHER] |
| State | 23H | 9A.56.040.1[2310] | THEFT 2 NO GUN-MV [FROM MAIL] |

**Domestic Violence Referrals:**

W pack p96

Page: 1 of 32



# Case Report
# Compact

**Print Date/Time:** 03/13/2025 07:53
**Login ID:** so4538
**Case Number:** 2024-90006302

**ORI Number:**

Snohomish County Sheriff's Office
WA0310000

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 12/04/2024 | Stolen | Ident Documents | | | UNK; Unk; Many court records with my signature. 24-2-05771-31 They copied it. Stephanie Catherine Farler is a felon already for identity theft out of skagit County. Just got ankle bracelet off. | | |
| 12/04/2024 | Stolen | Struct-Single Dwell | | | Mobile Home; Unk; Forged my name to take my property (parcel #00464400000100) Happy Hill Div 2 Blk 000 D-00-Lot 1&N 30FTof Lot 2 put my brother Alan Keith Sprague and squatter Stephanie Catherine Farler. | | |

### Seq #2

**Property Codes:** Stolen
**Property Type:** Ident Documents
**Initial Value:** $0.00
**Date Received:** 12/04/2024
**Quantity:** 2.000
**Unit of Measure:** Feet
**Description:** UNK; Unk; Many court records with my signature. 24-2-05771-31 They copied it. Stephanie Catherine Farler is a felon already for identity theft out of skagit County. Just got ankle bracelet off.
**Serial #:** Unk
**Color:** White

### Seq #1

**Property Codes:** Stolen
**Property Type:** Struct-Single Dwell
**Initial Value:** $300.00
**Date Received:** 12/04/2024
**Quantity:** 1.000
**Unit of Measure:** Feet
**Description:** Mobile Home; Unk; Forged my name to take my property (parcel #00464400000100) Happy Hill Div 2 Blk 000 D-00-Lot 1&N 30FTof Lot 2 put my brother Alan Keith Sprague and squatter Stephanie Catherine Farler.
**Serial #:** Ukn
**Color:** White

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

UD pack P97

SSH K180775-012725 Incident_&_Case_Reports #SO2024-90006302  3

## MyCrimeReport_2024-90006302.pdf

# SNOHOMISH COUNTY POLICE CASE REPORT

## Summary

**Print Date/Time:** 12/5/2024 7:41:20 AM
**Case Number: 2024-90006302**
**Reported By:** Web Incident Report
**Web Report Type:** FRAUD ID

**Jurisdiction:** Snohomish County Sheriff's Office North Precinct
**ORI Number:** WA0310000NORTH

### Case

**Case Number:** 2024-90006302
**Incident Location:** 4232 142 Ave NE
Lake Stevens, WA 98258
**Reported by:** Web Incident Report

**Incident Type:** FRAUD ID
**Victim Type:** INDIVIDUAL
**Occurred From:** 12/2/2024 3:25:00 PM
**Occurred Thru:** 12/2/2024 3:30:00 PM
**Reported Date:** 12/4/2024 4:02:20 PM

### Subject

**Subject Type:** Reporting Party
**First Name:** Marlene
**Middle Name:** Renee
**Last Name:** Sprague

**Race:** White
**Ethnicity:** Not of Hispanic Origin
**Sex:** Female
**DOB:** ~~~~~~~~~
**Hgt:** 65
**Wgt:** 195
**Eyes:** HAZ
**Hair:** GRY

**Driver License No:**
**Licensing State:** WA
**Address:** 1805 Rainier Ave A
Everett, WA 98201
**Email:** Marlene.sprague@yahoo.com
**Primary Phone:** 4252636463 Cell Personal
**Secondary Phone:**

### Property

**#1 Status:** Stolen
**Type:** Struct-Single Dwell
**Brand:** Mobile Home
**Model:** Unk
**Color:** White

**Serial #:** Ukn
**Quantity:** 1 Feet
**Est. Value:** 300
**Description:** Forged my name to take my property (parcel #00464400000100) Happy Hill Div 2 Blk 000 D-00-Lot 1&N 30FTof Lot 2 put my brother Alan Keith Sprague and squatter Stephanie Catherine Farler

**#2 Status:** Stolen
**Type:** Ident Documents
**Brand:** UNK
**Model:** Unk
**Color:** White

**Serial #:** Unk
**Quantity:** 2 Feet
**Est. Value:** 1
**Description:** Many court records with my signature. 24-2-05771-31 They copied it Stephanie Catherine Farler is a felon already for identity theft out of skagit County. Just got ankle bracelet off.

### Narrative

Today December 5, 2024 the sheriff was doing an Ejectment for Stephanie Catherine Farler. (Squatter) off my property. My brother Alan Keith Sprague gave them problems. Stephanie was not there. My brother said that he owns the trailer, to the sheriff. No I said I do. He said Stephanie and him did a quick claim deed. I never signed it. They forged my signature. The sheriff body came probably taped the whole thing. I want felony charges on both of them for forgery. My land and trailer returned to me. The sheriff told me to file a vulnerable adult protection order on Stephanie Farler against my brother. She filled out all the paperwork. I will. I am my brother's POA. He's not mine as stated on the quick claim deed, so he or she had no right to sign on my behalf. I want to press charges. Thank you.

Video evidence available for pickup. **Yes**

VD pack p98

Case Number 2024-90006302 ORI WA0310000

Page 18 of 32

2024-90006302 STATEMENT MSPRAGUE



**Snohomish County Sheriff's Office**
**Statement Form**

Incident # 2024- 9000
6502

First Name: Marlene     M: Renee    Last: Sprague        DOB: 08 / 11 / 1953
Race: W   Sex: F   Hgt: 5'5 Wgt: 195 Eyes: hazel Hair: Grey Driver's License # 43G Driver's license tate WA
Home Address: 1805 Rainier Ave          City: Everett        State: WA Zip: 98201
Place Statement Taken: Online 1805 Rainier Ave   City: Everett   State: WA Zip: 98201
Employer: retired         City:           Best Number to Call: ☐ Home ☒ Cell ☐ Work
Home Phone: (    )         Cell Phone: ( 425 ) 263- 6463 Work Phone: (    )
E-Mail Address: Marlene.sprague @ yahoo.com

STATEMENT  On 12/4/2024 @ 4:02pm I filed an online report.
About an Quick Claim Deed that was forged, fraud and Identity
Theft. No one responded to me. So I am doing a paper report.
Attached is my POA for my brother. On 08/09/2024. The
durable POA includes real property. Stephanie Farler (squatter)
tried to revocate the POA on 07/26/2024 My POA
was done on 08/09/2024. Stephanie Farler cannot file
this for my brother. The courts rejected it. See attachment
#1. She my POA Attachment #2. See my online incident
Attachment #3. The quick Quit Claim Deed that my brother
and Stephanie Farler did. It was not prepared by my brother
Alan Sprague, Stephanie Farler did. Stephanie Farler forged my
Signature. She also wrote in her name. (not typed) No
Notary for Stephanie (illegal). I included that on the excise
tax Alan Sprague signed my name as my POA (NOT TRUE) See
attachment #4, This Quit Claim Deed is illegal done by
Stephanie Farler and Alan Sprague. I want charges to both
of them. Compare to my Quit Claim Deed to show differences,
Attachment #5.

☒ I have read each page of this statement consisting of 28 page(s). I certify (or declare) under penalty of perjury, under the laws of the State of Washington, that the entire statement is true and correct. (Initial) MS

Deputy Signature: _____          Victim/Witness Signature: _MM_ _____

Date: _____ Time: _____ Place Signed: _____          Page 1 of 29

Form SH-217

Uppack P99

SSH K180775-012725 Incident_&_Case_Reports #SO2024-90006302 19

## 2024-90006302 COPY OF ONLINE REPORT

| | |
|---|---|
| ~: | [null <Marlene.sprague@yahoo.com>] |
| om | SNO911 Online Incident Report (No Reply) <no-reply@mycrimereport.us> |
| ite: | Thu, Dec 5, 2024 at 7:41 AM |

Attachment #3

our incident report has been APPROVED. Your incident report is below, your assigned case number is **2024-0006302**.

o file a supplemental report, click here.

**Comment from officer:**  Your online incident report has been given a case number. If you have any questions, please contact the North Precinct at (425) 388-5200. Thank you for your online submission.

# SNOHOMISH COUNTY POLICE CASE REPORT

### Summary

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 12/5/2024 7:41:20 AM | **Jurisdiction:** | Snohomish County Sheriff's Office North Precinct |
| **Case Number:** | 2024-90006302 | | |
| **Reported By:** | Web Incident Report | **ORI Number:** | WA0310000NORTH |
| **Web Report Type:** | FRAUD ID | | |

### ase

| | | | |
|---|---|---|---|
| **Case Number:** | 2024-90006302 | **Incident Type:** | FRAUD ID |
| **Incident Location:** | 4232 142 Ave NE | **Victim Type:** | INDIVIDUAL |
| | Lake Stevens, WA 98258 | **Occurred From:** | 12/2/2024 3:25:00 PM |
| **Reported by:** | Web Incident Report | **Occurred Thru:** | 12/2/2024 3:30:00 PM |
| | | **Reported Date:** | 12/4/2024 4:02:20 PM |

### ubject

| | | | | | |
|---|---|---|---|---|---|
| **Subject Type:** | Reporting Party | **Race:** | White | **Driver License No:** | 43G Driver's |
| **First Name:** | Marlene | **Ethnicity:** | Not of Hispanic Origin | | |
| **Middle Name:** | Renee | | | **Licensing State:** | WA |
| **Last Name:** | Sprague | **Sex:** | Female | **Address:** | 1805 Rainier Ave A Everett, WA 98201 |
| | | **DOB:** | | | |
| | | **Hgt:** | 65 | | |
| | | **Wgt:** | 195 | **Email:** | Marlene.sprague@yahoo.com |
| | | **Eyes:** | HAZ | | |
| | | **Hair:** | GRY | **Primary Phone:** | 4252636463 Cell Personal |
| | | | | **Secondary Phone:** | |

### roperty

| # | Status: | Stolen | | Serial #: | Ukn |
|---|---|---|---|---|---|
| 1 | Type: | Struct-Single Dwell | | Quantity: | 1 Feet |
| | Brand: | Mobile Home | | Est. Value: | 300 |
| | Model: | Unk | UD PACK P900 | Description: | Forged my name to take my property (parcel #00464400000100) Happy Hill Div 2 Blk 000 D 00-Lot 1&N 20FTof Lot 2 put my brother Alan Keith Sprague and squatter Stephanie Catherine Farler |
| | Color: | White | | | |

16

| # 2 | Status: | Stolen | Serial #: | Unk |
|---|---|---|---|---|
| | Type: | Ident Documents | Quantity: | 2 Feet |
| | Brand: | UNK | Est. Value: | 1 |
| | Model: | Unk | Description: | Many court records with my signature. 24-2-05771-31 They copied it. Stephanie Catherine Farler is a felon already for identity theft out of skagit County. Just got ankle bracelet off. |
| | Color: | White | | |

---

**arrative**

Today December 5, 2024 the sheriff was doing an Ejectment for Stephanie Catherine Farler. (Squatter) off my property. My brother Alan Keith Sprague gave them problems. Stephanie was not there. My brother said that he owns the trailer, to the sheriff. No I said I do. He said Stephanie and him did a quick claim deed. I never signed it. They forged my signature. The sheriff body came probably taped the whole thing. I want felony charges on both of them for forgery. My land and trailer returned to me. The sheriff told me to file a vulnerable adult protection order on Stephanie Farler against my brother. She filled out all the paperwork. I will. I am my brother's POA. He's not mine as stated on the quick claim deed, so he or she had no right to sign on my behalf. I want to press charges. Thank you

Video evidence available for pickup: **Yes**

UD pack P101

17