## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## THROUGH SEATTLE

**Stephanie Farler,**

Plaintiff,


v.


**Snohomish County Washington,**

**Skagit County Washington,**

**Marlene Sprague, Justice Clark,**

**Darlene Rosenquist, Does 1 - 15**

Defendant(s).

Case No.: _____

25-CV-01853-TL

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        SEP 2 4 2025   LS

            AT SEATTLE
    CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff respectfully moves this Court for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants from continuing the retaliatory, harassing, and unconstitutional conduct described in the Complaint.

### Grounds for Relief

1. Likelihood of Success on the Merits

Plaintiff has demonstrated a strong likelihood of success on claims under the First, Fourth, and Fourteenth Amendments, as well as state tort law.

2. Irreparable Harm

Plaintiff continues to suffer emotional distress, reputational damage, and threats to personal safety. Monetary damages alone are insufficient to remedy these ongoing harms.

3. Balance of Equities

The harm to Plaintiff far outweighs any inconvenience to Defendants, who have no legitimate interest in continuing unlawful conduct.

4. Public Interest

Protecting constitutional rights and preventing abuse of government power serves the public interest.

**Relief Requested**

**Plaintiff requests that the Court:**

Protection orders on all private defendants to Protect Plaintiff

- Enjoin Defendants from initiating or pursuing further legal actions against Plaintiff without probable cause;

- Prohibit Defendants from contacting Plaintiff outside of formal legal channels;

- Bar Defendants from disseminating defamatory statements about Plaintiff;

- Grant any other relief the Court deems just and proper.

allow Plaintiff to return home insure her safety with Protection orders until final ruling.

**Dated:** 9/5/2025

**Respectfully submitted,**

**Stephanie Farler**

**Pro Se Plaintiff**

**425-268-0129**

**Farler3030@gmail.com**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Stephanie Farler, Plainti ,

v.

Snohomish County, et al., Defendants.

Case No: _____

---

Police Report Statement and Narrative – Incident #24158876

Dated: November 18, 2024

(Prepared by Stephanie Farler, reporting ongoing targeted harassment, vandalism, and civil conspiracy)

Description:

Statement submitted to law enforcement responding to repeated criminal and harassing acts by Defendant Justice Clark—including firearm vandalism, false police calls, and coordination with co-defendants to intimidate, threaten, and dispossess Plaintiff. The statement details:

- Patterns of baseless 911 calls and harassment leading to wrongful arrest,
- Violent acts (shooting, stabbing radiator, BB gun vandalism),
- Retaliation and bullying in conjunction with Marlene Sprague and Darlene Rosenquist,
- Documented harm suffered (loss of jobs/Boeing & UPS, housing instability, repeated police contact, and extreme fear/anxiety).

This exhibit demonstrates the scope and seriousness of Defendants coordinated campaign, the impact on Plaintiff's safety and livelihood, and the repeated acts contributing to Plaintiff's constitutional claims.

Exhibit 51 packet– Police Report/Statement 24158876 – 11/18/2024

mwme



# Snohomish County Sheriff's Office
## Statement Form

Incident # 24-58 876

Deputy JRick Secker #1651

First Name: _____ Stphanie _____ M: _____ Last: _ farler _____ DOB: _____

Race: ____ Sex: _____ Hgt: _____ Wgt: _____ Eyes: _____ Hair: _____ Driver's License #: _____ State ____

Home Address: 4232 142ⁿᵈ ave ne _____ City: _Lake Stevens_____ State: _WA__

Zip _98258_____

Place Statement Taken: _Lake Stevens_____ home _____ City: _____ State: ____ Zip: _____

Employer: _____ City: _____ Best Number to Call: ☐ Home ☐ Cell ☐ Work

Home Phone: (253)237-3388_____ Cell Phone: (_425) 358-0129_____ Work Phone: (____) _____

E-Mail Address: _____ , Stephareef@gmail.com _____

STATEMENT *On November 11th my neighbor Justice Clark called the police on me again as I pulled out of my driveway. Resulting in me going to jail for suspended license. I have an active civil lawsuit against him for intentional infliction of emotional distress. Because of that law suit I have requested all of the police reports from the records department that include my home address 4232 142nd Ave ne lake stevens wa. I have gotten 2 waves of police reports so far and in those reports there have been multiple different reports without contact made with anyone on at our address. Justice Clark literally called the police and told them the direction and type of car that I was in and if they wanted to get me on a possession charge or dui to go get me. There is no reason to lie and go out of the way to try and cause me grief and stress and make me out to be someone I am not. I recently completed doc supervision successfully and couldn't have done that if I was using drugs. That is just one example of the type of calls that my neighbor makes on a regular basis about me. I will add the police report I am talking about with this statement.*

*I was booked into Snohomish county's jail that night, and I was there almost 3 days with no court because of a holiday. Once I was released, I called for a ride and when I got home, I was told that my car was once again vandalized by my neighbor Justice Clark. There was the first incident that he jabbed a branch through my radiator because the vw emblem was missing and you could see through the space right to my radiator. He walked on our property and did that in the middle of the night that time as well. Then there was the 2nd incident that Justice had stood on our property line in the middle of the night and used a bb gun to shoot the back passenger window out of my car. I'll attach the photos of both of those as well. Now this time on the 11th of November Justice used a 22 gun and walked on our property and right up to my car and fired directly down to my motor causing the bullets to bounce back and forth and causing significant damage to the hood and every hose and part that was not solid metal. My mother and niece, who is 3 years old, were sleeping in the bedroom about 8*

Exhibit 5 1A

ft from the fired shots and easily could have been injured by bouncing bullets. The video is clear and you can see the weapon in his hand as he's walking, and as he goes to point it at my car you get another clear shot of it in his hands. He was wearing a face mask and a full jumpsuit and wearing a hat with fake hair.

He was comfortable walking on to our property despite the many cameras because Marlene Sprague had disconnected our internet and without internet, they thought that the cameras would not record. They were wrong and the whole thing was recorded. Marlene is another defendant in my intentional infliction of emotional distress suit. There are 3 people it includes, and all 3 of them have broken the law on multiple occasions, attempting to make me leave my home. They all team up and work together to harass me and bully the people that reside at my home. There were many lawsuits filed against me, one for eviction and it was dismissed with prejudice. Then, the ejectment that was also unsuccessful. Justice attempted to get a protection order on me for my attempt to serve him with legal documents. All of the attempts of these individuals have failed because they have no legal grounds to tell me that I have to leave my home. It's intimidation and bullying on an extreme level. I have lost 2 jobs due to the harassment, one at Boeing, and one at ups, creating significant financial hardship. Each time they don't get what they want I am faced with more and more retaliation. I'm seriously in fear of what they will do next after this last bold move using a firearm like he did and the fact that I have went to jail as a direct result of this extreme harassment worry's me. I don't feel safe at all. I'm always on edge and hyper vigilant. The sound of gravel when a car pulls in our driveway makes me anxious and scared. I never know if I'm safe in my room at night or what they are planning to do next.

Marlene Sprague's retaliation has gone as far as to bully her brother Alan Sprague the property owner in to signing papers he had no idea what they were and told her he didn't know what they were, but Marlene disregarded and told him just to sign them and don't worry about it. Then she took the POA to her notary at her bank, and the notary signed them as if they had witnessed the signing, but that was not true at all. Then Marlene had 2 witnesses sign stating they witnessed the signing, but they did not and they had dated it for two different days and not the day it was originally signed. Marlene then took that knowingly invalid POA to the treasurers and auditors, tricking them into believing that she had the right to completely remove Alan Sprague from his property deed and making her the sole owner. I had addressed the invalid documents in the ejectment case and pointed out the reasons it was invalid. The page with the witness's signatures was left out of the document when she used it for the quick deed. Marlene made sure no one found out until it was completed, and we found out by finding a packet of papers taped to my door for the ejectment suit she had filed on me. The new deed papers were in that paperwork, and I went in to tell Alan what his sister had done. He cried and couldn't believe his sister would do this to him. We reported it to everyone we could think to and we called 911 to report this, and no one

showed up to take the report. We went to the sheriff's office and tried to report it they couldn't take reports. There is a paper trail of all of this playing out through the court cases that have taken place between these individuals and myself. Marlene forged her brother's signature on one of the documents used to steal the property. I have added the document with the forged document and video snap shots of justice clark while he trespassed and shot my car with his gun.

x☐ *I have read each page of this statement consisting of ___ page(s). I certify (or declare) under penalty of perjury, under the laws of the State of Washington, that the entire statement is true and correct. (Initial)_scf_____*

Deputy Signature: _____ Victim/Witness Signature: _Stephanie farler_____

Date: __11/18/2024_Time: 5:30pm__ Place Signed: _____Lake Stevens WA_____ Page 1 of _____

Form SH-217

NOV 18 PM 2:18

*my copy*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

MARLENE SPRAGUE,

Plaintiff,

vs.

STEPHANIE FARLER, JOHN DOE,
and all other occupants,

Defendants,

3290.00000

NO.  24-2-05771-31

**WRIT OF EJECTMENT**

THE STATE OF WASHINGTON TO: Sheriff of Snohomish County, Washington.

WHEREAS, on this 31st day of October, 2024, on motion of the plaintiff in the above-entitled action, the above-entitled Court entered an order directing the issuance of a Writ of Ejectment, as provided for in RCW 59.18.370 et seq., restoring to plaintiffs possession of the property described as: **4232 142nd Avenue NE, Shed Only, City of Lake Stevens, County of Snohomish, Washington;**

NOW, THEREFORE, you, the said sheriff, are hereby commanded to deliver to the plaintiffs possession of the said premises, and to make due return of this Writ according to law, provided that if return is not possible within 10 days, the return on this writ shall be automatically extended for an additional 30 day period. The writ also authorizes the sheriff to break and enter as necessary.

**IMPORTANT NOTICE - PARTIAL PAYMENTS**

Your landlord's acceptance of a partial payment from you after service of this Writ of Ejectment will not automatically postpone or stop your eviction. If you have a written agreement with your landlord that the eviction will be postponed or stopped, it is your responsibility to provide a copy of the agreement to the Sheriff. The Sheriff will not cease action unless you provide a copy of the agreement. At the direction of the Court the Sheriff may take further action.

WITNESS the Honorable JUDGE WILLIAM C. STEFFENER of said Superior Court and the seal of said Court affixed this 18th day of November, 2024.

Heidi Percy
SnohomishCounty Clerk
3000 Rockefeller Avenue   m/s 605
Everett, WA 98201

By: _____

Exhibit 5.1 B

WRIT OF EJECTMENT
Page 1

24 - 3455

The Law Office of Rob W. Trickler, PLLC
2302 Rucker Avenue #4, Everett, WA 98201









